Office of Judicial Administration - Kansas District Court Records Search

- Kansas.gov
- State Phone Directory
- Online Services



# Riley County District Court Search - Case Display

- Home
- Sign Out
- Court Codes
- Court Dates
- Definitions
- ▮▮▮▮▮
- Help

Return to Search Results  Search Again

- Defendants
- Plaintiffs
- Hearings
- Case Judge
- Registry of Actions

## Case Number: 325

Case Year: 2010   Case UID: 2010-CV-000325
Case Type: CV   Filed: 2010-11-12
Case Sub-type: Automobile Tort
Advisement Date: Remand Date:
Appealed: N   Appealed Date:
Status Code: 2   Status Date: 2013-12-27
Status Description: Disposed
top

## Defendants

### Party

Defendant Number: 1
Last Name (or Business Name): Fink
First Name: Jeffrey   Middle: Suffix:

EXHIBIT
tabbies
A

Office of Judicial Administration - Kansas District Court Records Search

## Description

Sex: M  Race:
Height: Weight:

## Defense Attorney

Last Name: Blumreich First: Craig        Middle: C
Primary Attorney: Y   Court Appointed: N Conflict Attorney: N
Withdrawn: N      Send Notices: Y
Practice or Office:
top

# Plaintiff

## Party 1

Plaintiff Number: 1 Amount Claimed: 0.00
Last Name (or Business Name): Meyer
First Name: Wessel  Middle: H  Suffix:

## Description

Sex: U  Race:
Height: Weight:

## Plaintiff Attorney 1

Last Name: Heffner First: Matthew        Middle: L
Primary Attorney: N Court Appointed: N Conflict Attorney: N
Withdrawn: Y      Send Notices: N
Practice or Office: Lathrop & Gage LC

## Plaintiff Attorney 2

Last Name: Starrett First: Frederick        Middle: K
Primary Attorney: Y Court Appointed: N Conflict Attorney: N
Withdrawn: N      Send Notices: Y
Practice or Office:

## Party 2

Plaintiff Number: 2 Amount Claimed: 0.00
Last Name (or Business Name): Meyer Estate
First Name: Maritius        Middle: A   Suffix:

## Description

Office of Judicial Administration - Kansas District Court Records Search

Sex: M  Race:
Height: Weight:

## Plaintiff Attorney 1

Last Name: Starrett First: Frederick        Middle: K
Primary Attorney: Y Court Appointed: N Conflict Attorney: N
Withdrawn: N        Send Notices: Y
Practice or Office:

## Party 3

Plaintiff Number: 3 Amount Claimed: 0.00
Last Name (or Business Name): Meyer
First Name: Martha  Middle: A  Suffix:

## Description

Sex: F  Race:
Height: Weight:
top

# Hearings

## Hearing 1

Hearing Number: 1            Jury Hearing: N
Hearing Type: Notice of Phone Case Mgt Conf
Starts: 2011-03-14 at 13:15:00
Court Room Number:
Ends: 2011-03-14 at 13:15:00 Results Code:
Hearing Results:
Hearing Comments:

## Judge

Last Name: Stutzman First: David Middle: L Suffix:

## Hearing 2

Hearing Number: 2            Jury Hearing: N
Hearing Type: Notice of Hearing
Starts: 2011-09-21 at 16:30:00

Court Room Number:
Ends: 2011-09-21 at 16:30:00 Results Code:
Hearing Results:
Hearing Comments: **appear & show cause

### Judge

Last Name: Stutzman First: David Middle: L Suffix:

### Hearing 3

Hearing Number: 3          Jury Hearing: N
Hearing Type: Show Cause
Starts: 2011-10-03 at 16:15:00
Court Room Number: Division III, 3rd Floor
Ends: 2011-10-03 at 16:15:00 Results Code:
Hearing Results:
Hearing Comments:

### Judge

Last Name: Stutzman First: David Middle: L Suffix:

### Hearing 4

Hearing Number: 4          Jury Hearing: N
Hearing Type: Pretrial Hearing
Starts: 2011-11-10 at 11:00:00
Court Room Number:
Ends: 2011-11-10 at 11:00:00 Results Code:
Hearing Results:
Hearing Comments:

### Judge

Last Name: Stutzman First: David Middle: L Suffix:
top

## Case Judge

Last Name: Stutzman First: David Middle: L Suffix:
top

## Registry of Actions

Office of Judicial Administration - Kansas District Court Records Search

## Action 1

Action Date: 2010-11-12          Action Type: PET
Action Agent: David L Stutzman
Description: Petition Document Title: Petition Document ID: 197564

## Action 2

Action Date: 2010-11-12        Action Type: CRA
Action Agent: David L Stutzman
Description: Court Reporter Assigned: Michelle Pralle

## Action 3

Action Date: 2010-11-12                      Action Type: REQ
Action Agent: David L Stutzman
Description: Request Document Title: Request and Service Instruction Form Document ID: 197566

## Action 4

Action Date: 2010-11-13        Action Type: AOR
Action Agent: David L Stutzman
Description: Plaintiff: Meyer, Wessel Attorney of Record Matthew L Heffner

## Action 5

Action Date: 2010-11-15                          Action Type:
Action Agent: David L Stutzman
Description: Filing: Civil Docket Fee Paid by: Lathrop & Gage LLP Receipt number: 0094902 Dated: 11/15/2010 Amount: $173.50 (Check) For: Meyer, Wessel (plaintiff)

## Action 6

Action Date: 2010-11-15    Action Type:
Action Agent: David L Stutzman
Description: Summons Issued to Attorney

## Action 7

Action Date: 2010-12-06                Action Type: SUMS
Action Agent: David L Stutzman
Description: Summons Served/ Jeffrey Fink Document Title: Summons Returned, Served Document ID: 202152

## Action 8

Action Date: 2010-12-09                      Action Type: ORD

Office of Judicial Administration - Kansas District Court Records Search

Action Agent: David L Stutzman
Description: Clerk's Order Document Title: Order Extending Time to Plead Document ID: 202154

## Action 9

Action Date: 2010-12-22                          Action Type: REQ
Action Agent: David L Stutzman
Description: Request Document Title: Defendant's Request for Actual Amount of Monetary Damages
Document ID: 204999

## Action 10

Action Date: 2010-12-22          Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Answer Document ID: 205001

## Action 11

Action Date: 2010-12-28                          Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Notice of Service of Discovery Requests Document ID: 205785

## Action 12

Action Date: 2010-12-28                          Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Notice of Intent to Issue Business Records Subpoena -
Metropolitan Group Property & Casualty Insurance Co, c/o Kansas Commissioner of Lawrence
Document ID: 205786

## Action 13

Action Date: 2011-01-06                          Action Type: NOT
Action Agent: David L Stutzman
Description: Notice Document Title: Notice of Telephone Case Managment Conference Document
ID: 207134

## Action 14

Action Date: 2011-01-06          Action Type: HEAR
Action Agent: David L Stutzman
Description: Hearing Scheduled (Notice of Phone Case Mgt Conf 03/07/2011 01:15 PM)

## Action 15

Action Date: 2011-01-21          Action Type: MEM
Action Agent: David L Stutzman

Office of Judicial Administration - Kansas District Court Records Search

Description: Memo Document Title: Division 3 Memo 1-21-11 Document ID: 211085

## Action 16

Action Date: 2011-01-21          Action Type: RESET
Action Agent: David L Stutzman
Description: Hearing Rescheduled (Notice of Phone Case Mgt Conf 03/14/2011 01:15 PM)

## Action 17

Action Date: 2011-02-02          Action Type: REQ
Action Agent: David L Stutzman
Description: Request Document Title: Request via Cover Letter - Metropolitan Group Property and
Casualty Insurance Company c/o Kansas Commissioner of Insurance Document ID: 212468

## Action 18

Action Date: 2011-02-08          Action Type:
Action Agent: David L Stutzman
Description: Supoena of Business Records Issued to Attorney - Metropolitan Group Property &
Casualty Insurance Company

## Action 19

Action Date: 2011-02-14          Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Certificate of Service Document ID: 215285

## Action 20

Action Date: 2011-02-17          Action Type: SUBS
Action Agent: David L Stutzman
Description: Subpoena Returned/ Served - Kansas Commissioner of Insurance to serve Metropolitan
Group Property & Casualty Insurance Co Document Title: Subpoena of Business Records Returned,
Served Document ID: 216798

## Action 21

Action Date: 2011-02-25          Action Type: SUBS
Action Agent: David L Stutzman
Description: Subpoena Returned/ Served Document Title: Subpoena of Business Records Served -
Metropolitan Group Property Document ID: 217046

## Action 22

Action Date: 2011-02-25          Action Type: SUBS
Action Agent: David L Stutzman
Description: Subpoena Returned/ Served Document Title: Subpoena for Business Records Served -

Metropolitan Group Property and Casualty Insurance Company Document ID: 217047

## Action 23

Action Date: 2011-02-25                                    Action Type:
Action Agent: David L Stutzman
Description: Business Records from Metropolitan Group Property and Casualty Insurance Company
(IN A WHITE SYNTHETIC ENVELOP AND PLACED IN FRONT OF FILE)

## Action 24

Action Date: 2011-03-08                    Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Certificate of Service Document ID: 219168

## Action 25

Action Date: 2011-03-14                    Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Certificate of Service Document ID: 219857

## Action 26

Action Date: 2011-03-25                    Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Motion to Release Subpoenaed Business Records Document ID:
222662

## Action 27

Action Date: 2011-03-29                    Action Type: ORD
Action Agent: David L Stutzman
Description: Order Document Title: Order Releasing Business Records Document ID: 223799

## Action 28

Action Date: 2011-04-18                    Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Certificate of Service Document ID: 226059

## Action 29

Action Date: 2011-05-03                    Action Type: ORD
Action Agent: David L Stutzman
Description: Order Document Title: Case Management Order Document ID: 229777

## Action 30

Office of Judicial Administration - Kansas District Court Records Search

Action Date: 2011-05-03                    Action Type: HEAR
Action Agent: David L Stutzman
Description: Hearing Scheduled (Pretrial Hearing 11/09/2011 11:00 AM)

## Action 31

Action Date: 2011-07-05                    Action Type: EW
Action Agent: David L Stutzman
Description: Expert Witness Document Title: Plaintiff's Expert Witness Disclosure Document ID:
240968

## Action 32

Action Date: 2011-07-29                    Action Type: NOS
Action Agent: David L Stutzman
Description: Notice of Service Document Title: Notice Of Service Of Discovery Responses Document
ID: 246324

## Action 33

Action Date: 2011-08-02                    Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Praecipe for Subpoena Duces Tecum for a corporate
representative to Metropolitan Group Property and Casualty Insurance Company to appear on
8/29/2011 at 10am at the Law Offices of Larson & Blumreich Chartered by serving Kansas
Commissioner of Insurance Document ID: 246768

## Action 34

Action Date: 2011-08-02                    Action Type: CTSV
Action Agent: David L Stutzman
Description: Certificate of Service Document Title: Certificate of Service Document ID: 246806

## Action 35

Action Date: 2011-08-05                    Action Type: NOS
Action Agent: David L Stutzman
Description: Notice of Service Document Title: Notice of Service of Discovery Responses Document
ID: 247778

## Action 36

Action Date: 2011-08-05                    Action Type: SUBS
Action Agent: David L Stutzman
Description: Subpoena Returned/ Served Document Title: Return of Service Subpoena Duces Tecum
For Deposition of Metropolitan Group serverd certified mail on 8/3/200 by Commissioner of
Insurance, Sandy Praeger Document ID: 247779

Office of Judicial Administration - Kansas District Court Records Search

## Action 37

Action Date: 2011-08-17                    Action Type: MEM
Action Agent: David L Stutzman
Description: Memo Document Title: Division 3 Memo Document ID: 250221

## Action 38

Action Date: 2011-08-30                    Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Plaintiffs' Preliminary Witness and Exhibit List Document ID: 252712

## Action 39

Action Date: 2011-08-30                    Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Defendant's Preliminary Witness and Exhibit List Document ID: 253282

## Action 40

Action Date: 2011-09-01                    Action Type: TEXT
Action Agent: David L Stutzman
Description: Defendant's Expert Witness Designation Document Title: Defendant's Expert Witness Designation Document ID: 253008

## Action 41

Action Date: 2011-09-01                    Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Notice of Service of Discovery Requests Document ID: 253883

## Action 42

Action Date: 2011-09-06                    Action Type: NTD
Action Agent: David L Stutzman
Description: Notice to Take Deposition Document Title: Notice to Take Deposition - of Wessel Meyer Document ID: 254138

## Action 43

Action Date: 2011-09-06                    Action Type: NTD
Action Agent: David L Stutzman
Description: Notice to Take Deposition Document Title: Notice to Take Deposition - of Martha Meyer Document ID: 254141

## Action 44

Office of Judicial Administration - Kansas District Court Records Search

Action Date: 2011-09-06                    Action Type: NTD
Action Agent: David L Stutzman
Description: Notice to Take Deposition Document Title: Notice to Take Deposition - of Myles
Runyon Document ID: 254143

## Action 45

Action Date: 2011-09-06                    Action Type: PRA
Action Agent: David L Stutzman
Description: Praecipe for Subpeona, Subpoena filed by Craig C Blumreich, 9/8/11 ISSUED to
Attorney to served Mr. Myles Runyon Document Title: Praecipe - Mr Myles Runyon Document ID:
254152

## Action 46

Action Date: 2011-09-07                    Action Type: MOT
Action Agent: David L Stutzman
Description: Motion Document Title: Defendant's Motion for an Order to Show Cause Regarding
Contempt of Metropolitan group Property & Casualty Insurance Co Document ID: 254203

## Action 47

Action Date: 2011-09-07                    Action Type: ORD
Action Agent: David L Stutzman
Description: Order Document Title: Order to Appear and Show Cause Document ID: 254207

## Action 48

Action Date: 2011-09-07                    Action Type: NOHE
Action Agent: David L Stutzman
Description: Notice of Hearing - contempt Document Title: Notice of Hearing Document ID: 254211

## Action 49

Action Date: 2011-09-07                    Action Type: HEAR
Action Agent: David L Stutzman
Description: Hearing Scheduled (Notice of Hearing 09/21/2011 04:30 PM) **appear & show cause

## Action 50

Action Date: 2011-09-08                    Action Type: REQ
Action Agent: David L Stutzman
Description: Request via Cover Letter / Order to Appear and Show Cause Issued to Attorney to
served Metropolitan Group Property & Casualty Insurance Co Document Title: Request via Cover
Letter Document ID: 254215

## Action 51

Office of Judicial Administration - Kansas District Court Records Search

Action Date: 2011-09-26                          Action Type: AM
Action Agent: David L Stutzman
Description: Amended Notice of Hearing Document Title: Amended Notice of Hearing Document ID:
258394

## Action 52

Action Date: 2011-09-26              Action Type: HEAR
Action Agent: David L Stutzman
Description: Hearing Scheduled (Show Cause 10/03/2011 04:15 PM)

## Action 53

Action Date: 2011-10-21                          Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Notice of Deposition of Jeffery Fink Document ID: 264154

## Action 54

Action Date: 2011-11-15                          Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED Document Title: Certificate of Service Document ID: 267961

## Action 55

Action Date: 2011-11-17                          Action Type: ORD
Action Agent: David L Stutzman
Description: Amended Order Document Title: Amended Case Management Order Document ID:
268329

## Action 56

Action Date: 2011-11-18                          Action Type: MEM
Action Agent: David L Stutzman
Description: Memo Document Title: Division 3 Memo dated 11-17-11 Document ID: 268848

## Action 57

Action Date: 2012-02-03                          Action Type:
Action Agent: David L Stutzman
Description: Email Sent Date: 02/03/2012 09:37 am To: erin@lbc-law.com File Attached:
PETITION.pdf Name of Document: Petition

## Action 58

Action Date: 2012-02-15                          Action Type: FAX

Office of Judicial Administration - Kansas District Court Records Search

Action Agent: David L Stutzman
Description: FAXED/Plaintiffs' Pretrial Questionnaire Document Title: Plaintiffs' Pretrial Questionnaire
Document ID: 284747

## Action 59

Action Date: 2012-02-15        Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED/Defendant's Pre-Trial Questionnaire

## Action 60

Action Date: 2012-02-16                        Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED/Notice of Service of Discovery Responses Document Title: Notice Of Service Of
Discovery Responses Document ID: 284999

## Action 61

Action Date: 2012-03-22                        Action Type: ORD
Action Agent: David L Stutzman
Description: Pretrial Conference Order Document Title: Pretrial Conference Order Document ID:
292273

## Action 62

Action Date: 2012-04-18                        Action Type: NOT
Action Agent: David L Stutzman
Description: Notice of Deposition of Trooper W. Baquero Document Title: Notice of Deposition of
Trooper W. Baquero Document ID: 297542

## Action 63

Action Date: 2012-04-18                        Action Type: NOT
Action Agent: David L Stutzman
Description: Notice of Deposition of Dylan Combs Document Title: Notice of Deposition of Dylan
Combs Document ID: 297543

## Action 64

Action Date: 2012-05-18                        Action Type: AM
Action Agent: David L Stutzman
Description: Amended Notice of Deposition of Dylan Combs Document Title: Amended Notice of
Deposition of Dylan Combs Document ID: 303440

## Action 65

Action Date: 2012-05-18                        Action Type: AM

Office of Judicial Administration - Kansas District Court Records Search

Action Agent: David L Stutzman
Description: Amended Notice of Deposition of Trooper W Baquero Document Title: Amended Notice of Deposition of Trooper W Baquero Document ID: 303441

## Action 66

Action Date: 2012-07-25                    Action Type: CER
Action Agent: David L Stutzman
Description: Certificate of Filing Document Title: Certificate of Filing Document ID: 315588

## Action 67

Action Date: 2012-08-03                    Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED/Report of Settlement Status Document Title: Report of Settlement Status Document ID: 317403

## Action 68

Action Date: 2012-11-01                    Action Type: TEXT
Action Agent: David L Stutzman
Description: Withdrawal of Counsel & Entry of Appearance of Subsituted Counsel Document Title: Withdrawal of Counsel & Entry of Appearance of Subsituted Counsel Document ID: 334754

## Action 69

Action Date: 2012-11-02                    Action Type: ORD
Action Agent: David L Stutzman
Description: Order of Withdrawal Document Title: Order of Withdrawal Document ID: 334936

## Action 70

Action Date: 2013-03-04                    Action Type: TEXT
Action Agent: David L Stutzman
Description: Deposition Designations Document Title: Deposition Designations Document ID: 355020

## Action 71

Action Date: 2013-04-23                    Action Type: ORD
Action Agent: David L Stutzman
Description: Mediation Order Document Title: Mediation Order Document ID: 364557

## Action 72

Action Date: 2013-04-23                    Action Type:
Action Agent: David L Stutzman
Description: Email Sent Date: 04/23/2013 12:31 pm To: craig@lbc-law.com File Attached:

Office of Judicial Administration - Kansas District Court Records Search

MEDIATIONORDER.pdf Name of Document: Mediation Order

## Action 73

Action Date: 2013-06-27                    Action Type: MOT
Action Agent: David L Stutzman
Description: Plaintiff's Motion for Commission for Issuance of Subpoena for Deposition from Harris County, Texas Document Title: Plaintiff's Motion for Commission for Issuance of Subpoena for Deposition from Harris County, Texas Document ID: 378597

## Action 74

Action Date: 2013-06-27                    Action Type: ORD
Action Agent: David L Stutzman
Description: Order and Commission to Take Deposition and To Issue Deposition Subpoena in a Foregin State Document Title: Order and Commission to Take Deposition and To Issue Deposition Subpoena in a Foregin State Document ID: 378602

## Action 75

Action Date: 2013-06-28                    Action Type: NOT
Action Agent: David L Stutzman
Description: Notice of Deposition Document Title: Notice of Deposition Document ID: 378605

## Action 76

Action Date: 2013-09-18                    Action Type: TEXT
Action Agent: David L Stutzman
Description: Deposition Designations Document Title: Deposition Designations Document ID: 395188

## Action 77

Action Date: 2013-10-30                    Action Type: FAX
Action Agent: David L Stutzman
Description: FAXED/Plaintiff's Propsed Findings of Fact, Conclusions of Law and Proposed Judgment Document Title: Plaintiff's Propsed Findings of Fact, Conclusions of Law and Proposed Judgment Document ID: 402365

## Action 78

Action Date: 2013-12-26 Action Type: EXB
Action Agent: David L Stutzman
Description: Exhibits received, placed in file

## Action 79

Action Date: 2013-12-27                    Action Type: MEMOR
Action Agent: David L Stutzman

Description: Memorandum of Decision & Journal Entry of Judgment Document Title: Memorandum of Decision & Journal Entry of Judgment Document ID: 411269

## Action 80

Action Date: 2013-12-27            Action Type: TS
Action Agent: David L Stutzman
Description: Civil Case Termination Termination Date: 12/27/2013 Termination Type: Settled w/ Judicial Conf or Hearing

## Action 81

Action Date: 2013-12-27 Action Type: STATUS
Action Agent: David L Stutzman
Description: Case Status Change: Disposed

## Action 82

Action Date: 2013-12-27            Action Type: CORR
Action Agent: David L Stutzman
Description: Correspondence from Counsel to Div 3 Document Title: Correspondence from Counsel to Div 3 Document ID: 411506

Return to Search Results top of page Search Again

Our commitment to excellence involves receiving feedback from you. We would appreciate your feedback in the form of a brief survey describing your overall experience with this service.

© 2014 Office of Judicial Administration

- Portal Policies
- Help Center
- Contact Us
- About Us
- Site Map



- Like ⟨1.3k⟩
- Follow @ksgovernment
- © 2014 Kansas.gov

**IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS**
**CIVIL COURT DEPARTMENT**

FILED

2010 NOV 12  AM 11: 14

DISTRICT COURT
RILEY CO. KS.

|  |  |  |
|---|---|---|
| WESSEL H. MEYER, Individually and as | ) | |
| Administrator of the Estate of Maritius A. | ) | |
| Meyer, and MARTHA A. MEYER | ) | Case No. 10 CV 325 |
|  | ) | K.S.A. Chapter 60 |
| Plaintiffs, | ) | Div 3 |
|  | ) | |
| vs. | ) | |
|  | ) | |
| JEFFREY FINK | ) | |
| Serve at: 315 N. Madison Street | ) | |
| Smith Center, Kansas  66967 | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

## PETITION

Plaintiffs Wessel H. Meyer, individually and as administrator of the Estate of

Maritius A. Meyer, and Martha A. Meyer ("Plaintiffs"), for their causes of action against

defendant Jeffrey Fink state and allege as follows:

## PARTIES AND JURISDICTION

1.     Plaintiff Wessel H. Meyer, a resident of Clovis, California, is the natural

father of Maritius A. Meyer, deceased, and administrator of the Estate of Maritius A.

Meyer pursuant to Letters of Administration issued on March 30, 2009.

2.     Plaintiff Martha A. Meyer is a resident of Clovis, California, and is the

natural mother of Maritius A. Meyer, deceased.

3.     The Estate of Maritius A. Meyer was opened in Leavenworth County,

Kansas, by petition for issuance of letters of administration filed on March 26, 2009, and

succeeded to all rights and causes of action that Maritius A. Meyer possessed at the time of his death.

    4.    Defendant Jeffrey Fink ("Fink") is a resident of the State of Kansas, and may be served at his last known address of 315 N. Madison Street, Smith Center, Kansas 66967.

    5.    The Court holds personal jurisdiction over Fink in that he is a Kansas resident served with process in Kansas pursuant to K.S.A. 60-303.

    6.    Venue is proper in this Court as that is where the accident occurred and, therefore, where the causes of action arose.

## COUNT I – WRONGFUL DEATH

    7.    On November 16, 2008, at approximately 9:54 a.m. Myles Runyon ("Runyon") was operating a 1999 GMC pickup truck westbound on Interstate 70 near mile marker 318.

    8.    Fink was a passenger of Runyon's truck, sitting in the middle of the bench seat.

    9.    Mauritius A. Meyer ("Meyer") was a passenger of Runyon's truck, sitting on the passenger side of the bench seat.

    10.    As Runyon's truck was traveling west on Interstate 70, Fink took control of the vehicle by shifting the truck out of "drive" and into "park."

    11.    Fink's action in shifting the truck into "park" while traveling at highway speed was negligent in that it caused the vehicle to lose control, leave the highway and overturn.

12.     As a direct and proximate result of Fink's negligent conduct in shifting the truck into "park" while traveling at highway speed, Meyer sustained substantial injury and died the morning of November 17, 2008.

13.     As a direct and proximate result of Fink's negligent conduct in shifting the truck into "park" while traveling at highway speed, plaintiffs Wessel H. Meyer, individually, and Martha A Meyer sustained damages, including, but not limited to, substantial medical bills; funeral expenses; loss of filial care, attention and protection; loss of earnings; mental anguish, suffering and bereavement; and loss of society, comfort and companionship.

WHEREFORE, plaintiffs Wessel H. Meyer, individually, and Martha A. Meyer pray that they be granted judgment against defendant Fink for an amount in excess of $75,000.00 for medical and funeral expenses; loss of filial care, attention and protection; loss of earnings; mental anguish, suffering and bereavement; loss of society, comfort and companionship; costs and interest, and for such other and further relief as the Court may deem just and proper.

## COUNT II – SURVIVAL ACTION

14.     Plaintiffs incorporate the allegations set forth in Paragraphs 1 through 13 as if fully set forth herein.

15.     As a direct and proximate result of Fink's negligent conduct in shifting the truck into "park" while traveling at highway speed, Meyer sustained fatal injuries and suffered immense pain and suffering prior to his death on the morning of November 17, 2008.

CWDOCS 672847v1

16.     As a direct and proximate result of Fink's negligent conduct in shifting the truck into "park" while traveling at highway speed, Meyer sustained damages, including, but not limited to, substantial medical bills; funeral expenses; loss of earnings and income; and pain and suffering, which have accrued to the Estate of Maritius A. Meyer.

WHEREFORE, plaintiff Wessel H. Meyer prays that he be granted judgment, as administrator of the Estate of Maritius A. Meyer, against defendant Fink for an amount in excess of $75,000.00 for medical and funeral expenses; loss of earnings and income; pain and suffering; costs and interest, and for such other and further relief as the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all issues in the above-entitled case.

Respectfully submitted,

LATHROP & GAGE LLP

By: _____
Frederick K. Starrett  KS #9425
Matthew L. Heffner  KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorneys for Plaintiffs

CWDOCS 672847v1

# IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

2010 NOV 12  AM 11: 14

DISTRICT COURT
RILEY CO. KS.

|  |  |  |
|---|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Maritius A. Meyer, and MARTHA A. MEYER | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 10 CV 325 <br> K.S.A. Chapter 60 <br> Div 3 |
| vs. | ) ) | |
| JEFFREY FINK <br> Serve at: 315 N. Madison Street <br>          Smith Center, Kansas  66967 | ) ) ) ) ) | |
| Defendant. | ) ) | |

## REQUEST FOR SERVICE INSTRUCTION FORM

TO:   CLERK OF THE DISTRICT COURT

The Clerk of the Court will **ISSUE** a **Summons amd Petition** in the above

entitled action.  You are hereby instructed to effect service of the Summons and Petition

on: Defendant Jeffrey Fink at 315 N. Madison Street, Smith Center, Kansas, 66967, as

follows:.

____a.  Service through the office of the Sheriff of Johnson County, State of Kansas, other than
by certified mail.

CWDOCS 673778v1

11/15/10  Issued to Attorney

_____b.  Service by a Process Server authorized or appointed by the provisions of K.S.A. 1989 Supp. 60-303.

_XX_ c.  Certified mail service by the undersigned attorney, who understands that the responsibility for obtaining service and effecting its return shall be on the attorney.  The Receipt for service (green card) must be filed with the Clerk's office before service can be perfected.

___d.  Service by waiver of service or entry of appearance, as provided for in K.S.A. 60-303(d).

Respectfully submitted,

LATHROP & GAGE LLP

By: _____
Frederick K. Starrett  KS #9425
Matthew L. Heffner  KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorneys for Plaintiff

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as )
Administrator of the Estate of Maritius A. )
Meyer, and MARTHA A. MEYER, )
        Plaintiffs, )

    vs. )

)

JEFFREY FINK )
Serve at: 315 N. Madison Street )
      Smith Center, Kansas  66967, )
        Defendant. )

Case No. *10 CV 325*
K.S.A. Chapter 60

*Div 3*

**COPY**

## SUMMONS

To: **JEFFREY FINK**

    You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer to the petition with the court and to serve a copy upon the petitioner's attorney as follows:

        Frederick K. Starrett, Esq.
        Matthew L. Heffner, Esq.
        Lathrop & Gage LLP
        10851 Mastin Blvd., Suite 1000
        Overland Park, KS 66210-1669
        Tele:   (913) 451-5100
        Fax:    (913) 451-0875

within 21 days after service of summons upon you.

    If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference.  Any related claim which you may have against the petitioner must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

(Seal)

Clerk of District Court

Dated:_____ *Nov. 15, 2010* _____

By _____ *Katherine Anderson, Clerk* _____
      ~~Deputy~~

CWDOCS 673779v1

RETURN TO;
RILEY CO. DIST. COURT
P.O. BOX 158
MANHATTAN, KS 66505-0158
(785) 537-6364

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
CIVIL COURT DEPARTMENT

2010 DEC -6  AM 1: 14
2010 Dec 6

ORIGINAL

|  |  |
|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Maritius A. Meyer, and MARTHA A. MEYER, Plaintiffs, | ) ) ) ) ) ) |
| vs. | ) ) ) |
| JEFFREY FINK Serve at: 315 N. Madison Street Smith Center, Kansas 66967, Defendant. | ) ) ) ) ) ) |

Case No. 10CV325
K.S.A. Chapter 60
Div 3

## SUMMONS

To: **JEFFREY FINK**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the petitioner's attorney as follows:

> Frederick K. Starrett, Esq.
> Matthew L. Heffner, Esq.
> Lathrop & Gage LLP
> 10851 Mastin Blvd., Suite 1000
> Overland Park, KS 66210-1669
> Tele:   (913) 451-5100
> Fax:    (913) 451-0875

within 21 days after service of summons upon you.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the petitioner must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

(Seal)                                     Clerk of District Court

Dated: _Nov. 15, 2010_           By _Katherine Anderson, Clerk_
                                                   Deputy

CWDOCS 673779v1

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

|  |  |
|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Maritius A. Meyer, and MARTHA A. MEYER<br>       Plaintiffs,<br><br>  vs.<br><br>JEFFREY FINK,<br>       Defendant. | )<br>)<br>)<br>)  Case No. 10CV325<br>)  Division 3<br>)  K.S.A. Chapter 60<br>)<br>)<br>)<br>)<br>) |

### RETURN OF SERVICE FOR CERTIFIED MAIL

STATE OF KANSAS         )
                       )ss.
COUNTY OF JOHNSON   )

     The undersigned, being duly sworn, states: I served, via certified mail, return

receipt requested, the Summons and Petition upon defendant, Jeffrey Fink at 315 N.

Madison Street, Smith Center, Kansas 66967, and that the following return for receipt of

service was received from the U.S. Postal Service showing that the service packet was

signed for by Duana Peterson on behalf of Jeffrey Fink on November 20, 2010, at the

time, place as listed on the attached card.



CWDOCS 675247v1

Code: Schanker - 491533

PS Form 3811          Domestic Return Receipt

Matthew L. Heffner, Esq.

Subscribed and sworn to before me this 1st day of December, 2010.

Deborah S. Schanker, Notary Public

My Commission Expires:

DEBORAH S. SCHANKER
Notary Public   State of Kansas
My Appt. Expires May 30, 2011

CWDOCS 675247v1

Received Fax :          Dec 07 2010 5:06PM      Fax Station :  HP LASERJET FAX          P.  2

DEC-07-2010 TUE 05:17 PM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 02

2010 DEC -9 PM 1: 07
DISTRICT COURT
RILEY CO. KS.

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## DIVISION 3

| | | |
|---|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Maritius A. Meyer, and MARTHA MEYER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **BY FAX** |
| v. | ) ) | Case No. 10-CV-325 |
| JEFFREY FINK, | ) ) | Div 3 |
| Defendant. | ) ) ) | |

## ORDER EXTENDING TIME TO PLEAD

NOW on this 7th day of December, 2010, the time for defendant Jeffrey Fink to answer or otherwise plead to the petition filed herein is extended for a period of fourteen (14) days, to and including December 23, 2010, pursuant to Supreme Court Rule 113.

Cynthia D. Fraser, deputy clerk
Clerk of the District Court

*SEAL OF THE DISTRICT COURT — RILEY COUNTY, KANSAS*

1

MEYER V. FINK
CASE NO. 10-CV-325

Prepared and Submitted By:

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
Craig C. Blumreich  #10119
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was deposited in the U.S. Mail, postage prepaid, on the 7th day of December, 2010, addressed to the following attorney(s) of record:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

_____
Craig C. Blumreich

2

Received Fax :        Dec  07 2010 5:06PM      Fax Station :  HP LASERJET FAX            P  1

DEC-07-2010 TUE 05:17 PM LARSON & BLUMREICH        FAX NO. 785 273 8560            P. 01

# LARSON & BLUMREICH, CHARTERED

WILLIAM A. LARSON*
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

*Admitted in Kansas and Missouri

### (FORMERLY GEHRT & ROBERTS, CHARTERED)

ATTORNEYS AT LAW
5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0992424

## FACSIMILE TRANSMISSION COVER SHEET
## PURSUANT TO RULE 119(d)(3)

DATE:  **December 7, 2010**

TO:   District Court Clerk
      Riley County District Court

   FAX Number:  785-537-6382

   CASE NUMBER: **10-CV-325**

   CASE CAPTION:  **Wessel Meyer et al v. Jeffrey Fink**

FROM: Craig C. Blumreich, #10119
      LARSON & BLUMREICH, CHARTERED
      5601 S.W. Barrington Court South
      P.O. Box 4306
      Topeka KS 66604-0306
      (785) 273-7722
      Fax: (785) 273-8560

   Kansas Supreme Court Registration No.: 10119
   Attorney for **DEFENDANT**

1.   Please file the following transmitted document: **Order Extending Time to Plead**

   As per the court rule, we will retain the original document in our file with the
   facsimile transmission confirmation sheet.

NUMBER OF PAGES BEING SENT: _3_

DEC-22-2010 WED 05:56 PM LARSON & BLUMREICH        FAX NO. 785 273 8560           P. 02

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### DIVISION 3

| | | |
|---|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Maritius A. Meyer, and MARTHA MEYER, | ) ) ) ) | |
| Plaintiffs, | ) ) | **BY FAX** |
| v. | ) ) | Case No. 10-CV-325 |
| JEFFREY FINK, | ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S REQUEST FOR ACTUAL AMOUNT OF MONETARY DAMAGES

Pursuant to the provisions of Supreme Court Rule 118 please furnish us within ten

(10) days a statement of the total amount of monetary damages being sought in the above-

styled action

1



Received Fax :        Dec 22 2010 4:43PM   Fax Station :   HP LASERJET FAX        P. 3

DEC-22-2010 WED 05:56 PM LARSON & BLUMREICH        FAX NO. 785 273 8560        P. 03

**MEYER V. FINK**
**CASE NO. 10-CV-325**

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
Craig C. Blumreich  #10119
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was deposited in the U.S. Mail, postage prepaid, on the 22nd day of December, 2010, addressed to the following attorney(s) of record:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

_____
Craig C. Blumreich

2

Received Fax :                Dec 22 2010 4:43PM    Fax Station :   HP LASERJET FAX        P. 1

DEC-22-2010 WED 05:56 PM LARSON & BLUMREICH        FAX NO. 785 273 8560        P. 01

# LARSON & BLUMREICH, CHARTERED

WILLIAM A. LARSON*
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

*Admitted in Kansas and Missouri

(FORMERLY GEHRT & ROBERTS, CHARTERED)

ATTORNEYS AT LAW

5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0992424

## FACSIMILE TRANSMISSION COVER SHEET
## PURSUANT TO RULE 119(d)(3)

DATE: **December 22, 2010**

TO:    District Court Clerk
       Riley County District Court

       FAX Number:  785-537-6382

       CASE NUMBER: **10-CV-325**

       CASE CAPTION:  **Wessel Meyer et al v. Jeffrey Fink**

FROM: Craig C. Blumreich, #10119
       LARSON & BLUMREICH, CHARTERED
       5601 S.W. Barrington Court South
       P.O. Box 4306
       Topeka KS 66604-0306
       (785) 273-7722
       Fax: (785) 273-8560

       Kansas Supreme Court Registration No.: 10119
       Attorney for **DEFENDANT**

1.     Please file the following transmitted document: **Defendant's Request for Actual
       Amount of Monetary Damages**

       As per the court rule, we will retain the original document in our file with the
       facsimile transmission confirmation sheet.

       NUMBER OF PAGES BEING SENT: 3



Received Fax :        Dec 22 2010 4:27PM    Fax Station :    HP LASERJET FAX        p. 2

DEC-22-2010 WED 05:40 PM LARSON & BLUMREICH        FAX NO. 785 273 8560        P. 02/06

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### DIVISION 3

WESSEL H. MEYER, Individually            )
and as Administrator of the Estate of    )
Maritius A. Meyer, and                   )
MARTHA MEYER,                            )
                                         )
       Plaintiffs,                    )        **BY FAX**
                                         )
    v.                             )        Case No. 10-CV-325
                                         )
JEFFREY FINK,                            )
                                         )
       Defendant.                     )

### <u>ANSWER</u>

The defendant, Jeffrey Fink, answers the petition of the plaintiffs as follows:

1.     All allegations of fact and conclusions of law not specifically admitted herein are denied.

2.     The defendant is without sufficient information to admit or deny the allegations contained in paragraphs 1, 2, and 3.

1



Received Fax :          Dec 22 2010 4:27PM      Fax Station :   HP LASERJET FAX                p . 3

DEC-22-2010 WED 05:40 PM LARSON & BLUMREICH      FAX NO. 785 273 8560        P. 03/06

MEYER V. FINK
CASE NO. 10-CV-325

3.   The defendant admits he currently resides in the state of Kansas where he is attending Kansas State University but denies all remaining allegations contained in paragraph 4.

4.   The defendant admits this court has jurisdiction but denies all remaining allegations contained in paragraph 5.

5.   The defendant admits the allegations contained in paragraph 6.

## COUNT I- WRONGFUL DEATH

6.   The defendant admits the allegations contained in paragraph 7.

7.   The defendant admits the allegations contained in paragraph 8.

8.   The defendant admits the allegations contained in paragraph 9.

9.   The defendant denies the allegations contained in paragraph 10.

10.   The defendant denies the allegations contained in paragraph 11.

11.   The defendant denies the allegations contained in paragraph 12.

12.   The defendant denies the allegations contained in paragraph 13.

## COUNT II- SURVIVAL ACTION

13.   With respect to paragraph 14, the defendant incorporates by reference his prior admissions and denials.

14.   The defendant denies the allegations contained in paragraph 15.

15.   The defendant denies the allegations contained in paragraph 16.

2

Received Fax :        Dec 22 2010 4:27PM        Fax Station :   HP LASERJET FAX        p. 4

DEC-22-2010 WED 05:41 PM LARSON & BLUMREICH        FAX NO. 785 273 8560        P. 04/06

MEYER V. FINK
CASE NO. 10-CV-325

16.    The defendant denies he was negligent.

17.    The defendant denies he was at fault in causing the injuries and damages claimed by the plaintiffs.

18.    The defendant denies the nature and extent of the damages claimed by the plaintiffs.

## AFFIRMATIVE DEFENSES

19.    The defendant affirmatively alleges the negligence of individuals and entities for whom he has no legal responsibility must be compared pursuant to the provisions of K.S.A. 60-258a.

20.    The defendant affirmatively alleges any negligence assessed to the decedent is imputed to the plaintiffs.

21.    The defendant affirmatively alleges the petition of the plaintiffs fails to state a claim for relief which can be granted as to the defendant.

22.    The defendant affirmatively alleges the claims of the plaintiffs are barred by the defense of release and accord and satisfaction.

23.    The defendant affirmatively alleges the plaintiffs are not the real parties in interest to maintain this action.

3

DEC-22-2010 WED 05:41 PM LARSON & BLUMREICH        FAX NO. 785 273 8560          P. 05/06

**MEYER V. FINK**
**CASE NO. 10-CV-325**

24.     Answering further, the defendant reserves the right to seek leave of court to amend his answer to assert any additional affirmative defenses that become known during the course of discovery.

**WHEREFORE**, having answered fully, the defendant prays that judgment be entered in his favor, for his costs and for such other and further relief as the court deems just and equitable.

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
Craig C. Blumreich  #10119
Attorneys for Defendant

4.

Received Fax :          Dec 22 2010 4:27PM      Fax Station :   HP LASERJET FAX              p. 6

DEC-22-2010 WED 05:41 PM LARSON & BLUMREICH        FAX NO. 785 273 8560          P. 06/06

MEYER V. FINK
CASE NO. 10-CV-325

## DEMAND FOR JURY TRIAL

The defendant, Jeffrey Fink, respectfully requests trial to a jury of twelve (12)

persons to be decided by not less than ten (10) of the twelve (12) jurors.

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____

Craig C. Blumreich  #10119
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and
foregoing was deposited in the United States mail, postage prepaid on the 22nd day of
December, 2010 addressed to the following:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

_____
Craig C. Blumreich



Received Fax :          Dec 22 2010 4:27PM     Fax Station :   HP LASERJET FAX                p.  1

DEC-22-2010 WED 05:40 PM LARSON & BLUMREICH        FAX NO. 785 273 8560        P. 01/06

# LARSON & BLUMREICH, CHARTERED

WILLIAM A. LARSON*
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

*Admitted in Kansas and Missouri

(FORMERLY GEHRT & ROBERTS, CHARTERED)

ATTORNEYS AT LAW

5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0992424

## FACSIMILE TRANSMISSION COVER SHEET
## PURSUANT TO RULE 119(d)(3)

DATE:  **December 22, 2010**

TO:    District Court Clerk
       Riley County District Court

       FAX Number:  785-537-6382

       CASE NUMBER: **10-CV-325**

       CASE CAPTION:  **Wessel Meyer et al v. Jeffrey Fink**

FROM: Craig C. Blumreich, #10119
       LARSON & BLUMREICH, CHARTERED
       5601 S.W. Barrington Court South
       P.O. Box 4306
       Topeka KS 66604-0306
       (785) 273-7722
       Fax: (785) 273-8560

       Kansas Supreme Court Registration No.: 10119
       Attorney for **DEFENDANT**

1.     Please file the following transmitted document: **Answer**

       As per the court rule, we will retain the original document in our file with the
       facsimile transmission confirmation sheet.

                     NUMBER OF PAGES BEING SENT: _6_



Received Fax :          Dec 28 2010 1:42PM       Fax Station :   HP LASERJET FAX          p. 2

DEC-28-2010 TUE 02:55 PM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 02

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## DIVISION 3

| | | |
|---|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Maritius A. Meyer, and MARTHA MEYER, | ) ) ) ) | |
| Plaintiffs, | ) ) | **BY FAX** |
| v. | ) ) | Case No. 10-CV-325 |
| JEFFREY FINK, | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF SERVICE OF DISCOVERY REQUESTS

Defendant Jeffrey Fink notifies the court and counsel that he has served discovery items on the plaintiffs by regularly mailing the same to counsel for the plaintiff on this 28th day of December, 2010:

1.    Defendant's First Set of Interrogatories Propounded to Plaintiffs.

2.    Defendant's First Request for Production of Documents to Plaintiffs.

1



Received Fax :        Dec 28 2010 1:42PM     Fax Station :   HP LASERJET FAX        p. 3

DEC-28-2010 TUE 02:55 PM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 03

MEYER V. FINK
CASE NO. 10-CV-325

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____

Craig C. Blumreich  #10119
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was deposited in the United States mail, postage prepaid on the 28th day of December, 2010 addressed to the following:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

_____

Craig C. Blumreich

2

Received Fax :          Dec 28 2010 1:42PM     Fax Station :   HP LASERJET FAX          P. 1

DEC-28-2010 TUE 02:55 PM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 01

# LARSON & BLUMREICH, CHARTERED

WILLIAM A. LARSON*
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

*Admitted in Kansas and Missouri

(FORMERLY GEHRT & ROBERTS, CHARTERED)

ATTORNEYS AT LAW
5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0992424

## FACSIMILE TRANSMISSION COVER SHEET
## PURSUANT TO RULE 119(d)(3)

DATE:  **December 28, 2010**

TO:     District Court Clerk
        Riley County District Court

        FAX Number:  785-537-6382

        CASE NUMBER: **10-CV-325**

        CASE CAPTION:  **Wessel Meyer et al v. Jeffrey Fink**

FROM: Craig C. Blumreich, #10119
        LARSON & BLUMREICH, CHARTERED
        5601 S.W. Barrington Court South
        P.O. Box 4306
        Topeka KS 66604-0306
        (785) 273-7722
        Fax: (785) 273-8560

        Kansas Supreme Court Registration No.: 10119
        Attorney for **DEFENDANT**

1.      Please file the following transmitted document: **Notice of Service of Discovery Requests**

        As per the court rule, we will retain the original document in our file with the facsimile transmission confirmation sheet.

                        NUMBER OF PAGES BEING SENT: _3_



Received Fax :        Dec 28 2010 4:03PM     Fax Station :   HP LASERJET FAX        P. 2

DEC-28-2010 TUE 05:16 PM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 02

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## DIVISION 3

WESSEL H. MEYER, Individually                )
and as Administrator of the Estate of        )
Maritius A. Meyer, and                       )
MARTHA MEYER,                                )
                                             )
            Plaintiffs,                       )
                                             )          **BY FAX**
                                             )
      v.                                     )          Case No. 10-CV-325
                                             )
JEFFREY FINK,                                )
                                             )
            Defendant.                        )
                                             )

## NOTICE OF INTENT TO ISSUE A BUSINESS RECORDS SUBPOENA

Pursuant to K.S.A. 60-245a(e), defendant, Jeffrey Fink, notifies all parties that the attached Business Records Subpoena will be issued after ten (10) days, or on or after the 10th day of January, 2011.

Dated this 28th day of December, 2010.

1



Received Fax :        Dec 28 2010 4:03PM      Fax Station :   HP LASERJET FAX           p. 3

DEC-28-2010 TUE 05:16 PM LARSON & BLUMREICH      FAX NO. 785 273 8560        P. 03

MEYER V. FINK
CASE NO. 10-CV-325

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
Craig C. Blumreich  #10119
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was deposited in the United States mail, postage prepaid on the 28th day of December, 2010 addressed to the following:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

_____
Craig C. Blumreich

2

**MEYER V. FINK**
**CASE NO. 10-CV-325**

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax (785) 273-8560
craig@lbc-law.com

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### DIVISION 3

WESSEL H. MEYER, Individually )
and as Administrator of the Estate of )
Maritius A. Meyer, and )
MARTHA MEYER, )
 )
Plaintiffs, )
 )
v. )          Case No. 10-CV-325
 )
JEFFREY FINK, )
 )
Defendant. )
 )

## SUBPOENA OF BUSINESS RECORDS

STATE OF KANSAS )
 ) ss:
COUNTY OF SHAWNEE )

TO:  Metropolitan Group Property and Casualty Insurance Company
c/o Kansas Commissioner of Insurance
420 S.W. 9th Street
Topeka, KS  66612

3



DEC-28-2010 TUE 05:16 PM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 05

MEYER V. FINK
CASE NO. 10-CV-325

You are hereby commanded to produce the records listed below to the Clerk of the Shawnee County District Court, 200 SE 7ᵗʰ Street, Topeka, KS 66603 on or before January ____, 2010.

Failure to comply with this subpoena may be deemed a contempt of the court.

Records to be produced:

For Don L. Runyon and Myles P. Runyon, please provide:

a. A copy of your entire Claim File for the accident date of November 16, 2008 under Policy Number 1540503250.

b. A copy of insurance Policy Number 1540503250 in effect on the date of the accident including the declarations.

Any question regarding records to be produced should be directed to Craig Blumreich, Larson & Blumreich, Chartered, 5601 SW Barrington Court South, P.O. Box 4306, Topeka, Kansas, 66604-0306, (785) 273-7722.

You may make a written objection to the production of any or all of the records listed above by serving such written objection upon Craig Blumreich at the address listed above within fourteen (14) days after service of this subpoena. If such objection is made, the records need not be produced except upon order of the Court.

Instead of appearing at the time and place listed above, it is sufficient compliance with this subpoena if the custodian of business records DELIVERS TO THE CLERK OF THE COURT by mail a true and correct copy of all the records described above and mails a copy of the attached affidavit to Craig Blumreich, Larson & Blumreich, Chartered, 5601 SW Barrington Court South, Topeka, Kansas 66604-0306, within fourteen (14) days after receipt of this subpoena.

The copy of the records shall be separately enclosed in a sealed envelope or wrapper on which the title of the case, case number, name and address of the witness and the date of this subpoena are clearly inscribed. If return of the copy is desired, the words "return requested" must be inscribed clearly on the sealed envelope or wrapper. The sealed envelope or wrapper shall be delivered to the clerk of the court.

4

Received Fax :          Dec 28 2010 4:03PM        Fax Station :   HP LASERJET FAX              p.  6

DEC-28-2010 TUE 05:17 PM LARSON & BLUMREICH        FAX NO. 785 273 8560              P. 06

MEYER V. FINK
CASE NO. 10-CV-325

The records described in this subpoena shall be accompanied by the affidavit of a custodian of the records, a form which is attached to this subpoena.

If the business has none of the records described in this subpoena, or only part thereof, the affidavit shall so state, and the custodian shall send only those records of which the custodian has custody. When more than one person has knowledge of the facts required to be stated in the affidavit, more than one affidavit may be made.

The reasonable costs of copying records may be demanded of the party causing this subpoena, or only part thereof, the affidavit shall so state, and the custodian shall send only those records of which the custodian has custody. When more than one person has knowledge of the facts required to be stated in the affidavit, more than one affidavit may be made.

The reasonable costs of copying records may be demanded of the party causing this subpoena to be issued. If the costs are demanded, the records need not be produced until the costs of copying are advanced.

The copy of the records will not be returned unless requested by the witness.

CLERK OF THE DISTRICT COURT

_____

Date: _____

5

DEC-28-2010 TUE 05:17 PM LARSON & BLUMREICH        FAX NO. 785 273 8560            P. 07

MEYER V. FINK
CASE NO. 10-CV-325

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

STATE OF _____ )

COUNTY OF _____ ) ss:
_____ )

I _____, the undersigned, being first duly sworn, on oath, depose and say that:

1.      I am the duly authorized Custodian of the business records of Metropolitan Group Property and Casualty Insurance Company and have the authority to certify those records.

2.      The copy of the records attached to this affidavit are a true and correct copy of the records described in the subpoena.

3.      The records were prepared by the personnel or staff of the business or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

FURTHER AFFIANT SAITH NOT.

_____
Signature of Custodian

_____
Printed Name

Subscribed and sworn to before me this _____ day of _____, 2010.

My Commission Expires:                 _____
                                        Notary Public
_____

6

Received Fax :          Dec 28 2010 4:03PM          Fax Station : HP LASERJET FAX                D   1

DEC-28-2010 TUE 05:16 PM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 01

# LARSON & BLUMREICH, CHARTERED

WILLIAM A. LARSON*
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

*Admitted in Kansas and Missouri

(FORMERLY GEHRT & ROBERTS, CHARTERED)
ATTORNEYS AT LAW
5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0992424

## FACSIMILE TRANSMISSION COVER SHEET
## PURSUANT TO RULE 119(d)(3)

DATE: December 28, 2010

TO:     District Court Clerk
        Riley County District Court

        FAX Number:  785-537-6382

        CASE NUMBER: 10-CV-325

        CASE CAPTION:  Wessel Meyer et al v. Jeffrey Fink

FROM: Craig C. Blumreich, #10119
        LARSON & BLUMREICH, CHARTERED
        5601 S.W. Barrington Court South
        P.O. Box 4306
        Topeka KS 66604-0306
        (785) 273-7722
        Fax: (785) 273-8560

        Kansas Supreme Court Registration No.: 10119
        Attorney for DEFENDANT

1.      Please file the following transmitted document: Notice of Intent to Issue a Business
        Records Subpoena

        As per the court rule, we will retain the original document in our file with the
        facsimile transmission confirmation sheet.

NUMBER OF PAGES BEING SENT: 7



# IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS

**Wessel H. Meyer, individually and as
Administrator of the Estate of Maritius
A. Meyer, and Martha Meyer,**
**Plaintiffs,**

**vs.**

**Jeffrey Fink,**
**Defendant.**                    **Case No.  10 CV 325**

## NOTICE OF TELEPHONE CASE MANAGEMENT CONFERENCE

Counsel are instructed to appear for a Telephone Case Management Conference in the above-entitled case, pursuant to K.S.A. 60-216(b) on the **7th day of March, 2011, at 1:15 p.m.** Estimated time for the conference is fifteen minutes.  Counsel for Plaintiff is directed to initiate the phone conference.

Counsel shall be prepared to address the issues set forth in K.S.A. 60-216(b).

**Counsel are directed to have their office calendars available for future settings.**

DAVID L. STUTZMAN
District Judge, Div. III

### CERTIFICATE OF MAILING

I hereby certify that a copy of the above and foregoing Notice of Telephone Case Management Conference was mailed this 6th day of January, 2011, by U.S. mail with postage prepaid thereon, to the following:

Matthew Heffner, Attorney at Law, 10851 Mastin Blvd., Suite 1000, Overland Park, KS
66210
Craig Blumreich, Attorney at Law, 5601 SW Barrington Court South, Topeka, KS 66604

Michelle Pralle
Court Reporter, Div. 3

**State of Kansas**
21st Judicial District

DAVID L. STUTZMAN
District Judge, Div. III

Riley County Courthouse
100 Courthouse Plaza
P.O. Box 158
Manhattan, Kansas 66505
Phone: 785–537–6373
Fax: 785–565–6849

# DIVISION 3 MEMO

**TO:**   Matthew Heffner
Craig Blumreich
Court File

**RE:**   **Meyer v. Fink**
**Case No. 10 CV 325**

**FROM:**   Michelle Pralle
Court Reporter, Div. 3

**DATE:**   January 21, 2011

The Court has rescheduled the Telephone Case Management Conference in the above-captioned matter for March 14, 2011, 1:15 p.m. Please take the matter off on March 7, 2011, 1:15 p.m.

If you have any questions, please give me a call.

# LARSON & BLUMREICH, CHARTERED

**(FORMERLY GEHRT & ROBERTS, CHARTERED)**

WILLIAM A. LARSON*
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

ATTORNEYS AT LAW

5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

*Admitted in Kansas and Missouri

ID # 48-0992424

January 31, 2011

Katherine J. Anderson
District Court Clerk
Riley County District Court
PO Box 158
Manhattan, KS 66505-0158

     Re:   Wessel H. Meyer, Individually and as Administrator of the Estate of
             Maritius A. Meyer, and Martha Meyer v. Jeffrey Fink
             Riley County District Court Case No. 10-CV-325

Dear Ms. Anderson:

     Please find enclosed an original and three copies of a Subpoena of Business Records pertaining the above-referenced matter. I would appreciate it if you would issue the Subpoena and return the copies to me in the enclosed, self-addressed, stamped envelope provided so that I may have the Kansas Commissioner of Insurance serve it.

     If you have any questions or would like to discuss this matter please feel free to call me.

                 Respectfully yours,

                 LARSON & BLUMREICH, CHARTERED

                 Craig C. Blumreich
                 craig@lbc-law.com

CCB:dh
Enclosure

2/8/11 Issued to Attorney

COPY

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax (785) 273-8560
craig@lbc-law.com

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## DIVISION 3

WESSEL H. MEYER, Individually          )
and as Administrator of the Estate of   )
Maritius A. Meyer, and                  )
MARTHA MEYER,                           )
                                        )
            Plaintiffs,                 )
                                        )
      v.                                )        Case No. 10-CV-325
                                        )
JEFFREY FINK,                           )
                                        )
            Defendant.                  )

## SUBPOENA OF BUSINESS RECORDS

STATE OF KANSAS            )
                          ) ss:
COUNTY OF SHAWNEE         )

TO:   Metropolitan Group Property and Casualty Insurance Company
      c/o Kansas Commissioner of Insurance
      420 S.W. 9th Street
      Topeka, KS  66612

You are hereby commanded to produce the records listed below to the Clerk of the Riley County District Court, 100 Courthouse Plaza, PO Box 158, Manhattan, KS 66505 on or before February _____, 2011.

Failure to comply with this subpoena may be deemed a contempt of the court.

Records to be produced:

For Don L. Runyon and Myles P. Runyon, please provide:

a. A copy of your entire Claim File for the accident date of November 16, 2008 under Policy Number 1540503250.

b. A copy of insurance Policy Number 1540503250 in effect on the date of the accident including the declarations.

Any question regarding records to be produced should be directed to **Craig Blumreich, Larson & Blumreich, Chartered, 5601 SW Barrington Court South, P.O. Box 4306, Topeka, Kansas, 66604-0306, (785) 273-7722.**

You may make a written objection to the production of any or all of the records listed above by serving such written objection upon **Craig Blumreich** at the address listed above within fourteen (14) days after service of this subpoena. If such objection is made, the records need not be produced except upon order of the Court.

**Instead of appearing at the time and place listed above, it is sufficient compliance with this subpoena if the custodian of business records DELIVERS TO THE CLERK OF THE COURT by mail a true and correct copy of all the records described above and mails a copy of the attached affidavit to Craig Blumreich, Larson & Blumreich, Chartered, 5601 SW Barrington Court South, Topeka, Kansas 66604-0306, within fourteen (14) days after receipt of this subpoena.**

The copy of the records shall be separately enclosed in a sealed envelope or wrapper on which the title of the case, case number, name and address of the witness and the date of this subpoena are clearly inscribed. If return of the copy is desired, the words "return requested" must be inscribed clearly on the sealed envelope or wrapper. The sealed envelope or wrapper shall be delivered to the clerk of the court.

The records described in this subpoena shall be accompanied by the affidavit of a custodian of the records, a form which is attached to this subpoena.

If the business has none of the records described in this subpoena, or only part thereof, the affidavit shall so state, and the custodian shall send only those records of which the custodian has custody.  When more than one person has knowledge of the facts required to be stated in the affidavit, more than one affidavit may be made.

The reasonable costs of copying records may be demanded of the party causing this subpoena, or only part thereof, the affidavit shall so state, and the custodian shall send only those records of which the custodian has custody.  When more than one person has knowledge of the facts required to be stated in the affidavit, more than one affidavit may be made.

The reasonable costs of copying records may be demanded of the party causing this subpoena to be issued.  If the costs are demanded, the records need not be produced until the costs of copying are advanced.

The copy of the records will not be returned unless requested by the witness.

CLERK OF THE DISTRICT COURT

Katherine Anderson, Clerk

Date: _____ 2/8/11 _____

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

STATE OF _____ )

) ss:

COUNTY OF _____ )

    I _____, the undersigned, being first duly sworn, on oath, depose and say that:

    1.    I am the duly authorized Custodian of the business records of Metropolitan Group Property and Casualty Insurance Company and have the authority to certify those records.

    2.    The copy of the records attached to this affidavit are a true and correct copy of the records described in the subpoena.

    3.    The records were prepared by the personnel or staff of the business or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

    FURTHER AFFIANT SAITH NOT.

_____

Signature of Custodian

_____

Printed Name

Subscribed and sworn to before me this _____ day of _____, 2011.

_____

Notary Public

My Commission Expires:

_____

Received Fax :         Feb 14 2011 1:56PM     Fax Station :   HP LASERJET FAX       p. 2

2011 02/14 14:03 FAX  913 451 5178        LATHROP & GAGE                    ☒ 002/003

# IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as        )
Administrator of the Estate of Maritius A.   )
Meyer, and MARTHA A. MEYER                   )
                                             )   Case No. 10-CV-325
      Plaintiffs,                         )   K.S.A. Chapter 60
                                             )
      vs.                                 )
                                             )
JEFFREY FINK                                 )
                                             )
      Defendant.                          )

## CERTIFICATE OF SERVICE

Plaintiffs, Wessel H. Meyer, Individually and as Administrator of the Estate of Maritius A. Meyer, and Martha A. Meyer, hereby notify the Court that they have served Plaintiffs' Objections and Answers to Defendant's Interrogatories Propounded to Plaintiffs; Plaintiffs' Objections and Responses to Defendant's First Request for Production of Documents to Plaintiffs; and Plaintiffs' Written Statement of Monetary Damages by depositing the same in the United States mail, postage prepaid, on the 14th day of February, 2011, to Craig C. Blumreich, Larson & Blumreich, Chartered, 5601 SW Barrington Court South, P.O. Box 4306, Topeka, KS 66604, Attorney for Defendant.

CWDOCS 68146)v1



Received Fax :        Feb 14 2011 1:56PM      Fax Station :   HP LASERJET FAX          p. 3

2011/02/14 14:04 FAX  913 451 5178        LATHROP & GAGE                    ☒003/003

Respectfully submitted,

LATHROP & GAGE LLP


By:

Frederick K. Starrett  KS #9425
Matthew L. Heffner  KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorneys for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2011, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Craig C. Blumreich
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604


An Attorney for Plaintiffs


2

CWDOCS 6814( 0v1

Received Fax :        Feb 14 2011 1:56PM      Fax Station :   HP LASERJET FAX         p   1

2011 02/14 14:03 FAX  913 451 5178          LATHROP & GAGE                    ☑001/003

APPENDIX A
FACSIMILE TRANSMISSION COVER SHEET
Form for Rule 119(d)(3)

DATE:        February 14, 2011

    TO:      Clerk of the District Court, Riley County

             FAX Number: (785) 537-6382

             Case Number:  10-CV-325

             Caption: *Wessel H. Meyer, Individually and as Administrator of the*
             *Estate of Maritius A. Meyer, and Martha A. Meyer v.*
             *Jeffrey Fink*

FROM:        Frederick K. Starrett, #9425
             Matthew L. Heffner, #21232
             Lathrop & Gage LLP
             10851 Mastin Boulevard, Suite 1000
             Overland Park, KS 66210-1669
             fstarrett@lathropgage.com
             mheffner@lathropgage.com

Telephone Number: (913) 451-5100

Fax Number: (913) 451-0875

Attorney for (Name of Party):  Plaintiffs

Please file the following transmitted document.  NOTE:  Document length is limited to
10 pages  A cover sheet must separate each document filed.

| Document Name | No. of Pages |
| --- | --- |
| **CERTIFICATE OF SERVICE** | **2** |

CWDOCS 1-81462v1



RETURN TO:
RILEY CO. DIST. COURT
P.O. BOX 158
MANHATTAN, KS 66505-0158
(785) 537-6364

ORIGINAL

FILED

2011 FEB 17  AM 11: 46

RILEY CO. KS.

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax (785) 273-8560
craig@lbc-law.com

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually )
and as Administrator of the Estate of )
Maritius A. Meyer, and )
MARTHA MEYER, )
)
    Plaintiffs, )
)
    v. )        Case No. 10-CV-325
)
JEFFREY FINK, )
)
    Defendant. )

## SUBPOENA OF BUSINESS RECORDS

STATE OF KANSAS       )
                      ) ss:
COUNTY OF SHAWNEE     )

TO:    Metropolitan Group Property and Casualty Insurance Company
       c/o Kansas Commissioner of Insurance
       420 S.W. 9th Street
       Topeka, KS  66612

You are hereby commanded to produce the records listed below to the Clerk of the Riley County District Court, 100 Courthouse Plaza, PO Box 158, Manhattan, KS 66505 on or before February _____, 2011.

Failure to comply with this subpoena may be deemed a contempt of the court.

Records to be produced:

For Don L. Runyon and Myles P. Runyon, please provide:

a. A copy of your entire Claim File for the accident date of November 16, 2008 under Policy Number 1540503250.

b. A copy of insurance Policy Number 1540503250 in effect on the date of the accident including the declarations.

Any question regarding records to be produced should be directed to **Craig Blumreich, Larson & Blumreich, Chartered, 5601 SW Barrington Court South, P.O. Box 4306, Topeka, Kansas, 66604-0306, (785) 273-7722.**

You may make a written objection to the production of any or all of the records listed above by serving such written objection upon **Craig Blumreich** at the address listed above within fourteen (14) days after service of this subpoena. If such objection is made, the records need not be produced except upon order of the Court.

**Instead of appearing at the time and place listed above, it is sufficient compliance with this subpoena if the custodian of business records DELIVERS TO THE CLERK OF THE COURT by mail a true and correct copy of all the records described above and mails a copy of the attached affidavit to Craig Blumreich, Larson & Blumreich, Chartered, 5601 SW Barrington Court South, Topeka, Kansas 66604-0306, within fourteen (14) days after receipt of this subpoena.**

The copy of the records shall be separately enclosed in a sealed envelope or wrapper on which the title of the case, case number, name and address of the witness and the date of this subpoena are clearly inscribed. If return of the copy is desired, the words "return requested" must be inscribed clearly on the sealed envelope or wrapper. The sealed envelope or wrapper shall be delivered to the clerk of the court.

The records described in this subpoena shall be accompanied by the affidavit of a custodian of the records, a form which is attached to this subpoena.

If the business has none of the records described in this subpoena, or only part thereof, the affidavit shall so state, and the custodian shall send only those records of which the custodian has custody.  When more than one person has knowledge of the facts required to be stated in the affidavit, more than one affidavit may be made.

The reasonable costs of copying records may be demanded of the party causing this subpoena, or only part thereof, the affidavit shall so state, and the custodian shall send only those records of which the custodian has custody.  When more than one person has knowledge of the facts required to be stated in the affidavit, more than one affidavit may be made.

The reasonable costs of copying records may be demanded of the party causing this subpoena to be issued.  If the costs are demanded, the records need not be produced until the costs of copying are advanced.

The copy of the records will not be returned unless requested by the witness.

CLERK OF THE DISTRICT COURT

_Katherine Anderson, Clerk_

Date: ___2/8/11___

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

STATE OF _____ )
                      ) ss:
COUNTY OF _____ )

I _____, the undersigned, being first duly sworn, on oath, depose and say that:

       1.     I am the duly authorized Custodian of the business records of Metropolitan Group Property and Casualty Insurance Company and have the authority to certify those records.

       2.     The copy of the records attached to this affidavit are a true and correct copy of the records described in the subpoena.

       3.     The records were prepared by the personnel or staff of the business or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

       FURTHER AFFIANT SAITH NOT.

                                     _____
                                       Signature of Custodian

                                       _____
                                       Printed Name

       Subscribed and sworn to before me this _____ day of _____, 2011.

                                       _____
                                       Notary Public

My Commission Expires:
_____

10-CV-325

## RETURN SERVICE

I hereby

(1)

(2)
of

(3)
of

(4)

(5) ☑ **Service by Return Receipt Delivery.** By causing to be delivered on the  11   day of  february , 201 1 , a copy of such document by return receipt delivery to the following defendant at the following address:

Kansas Department of Insurance c/o Sandy Praeger   420 SW 9th St, Topeka, KS 66612

(Name)                          (Address)

with such delivery made by the following person or entity:

Sandy Praeger

(Attached hereto is a copy of the return receipt evidencing such delivery.)

(6) ☐ **Return Receipt Delivery Refused.** By mailing on the _____ day of _____, 201___, a copy of such document by first-class mail, postage prepaid, addressed to the following defendant at the following address:

_____          _____
(Name)                          (Address)

(7) ☐ **No Service.** The following defendant was not served.

_____          _____
(Name)                          (Address)

Pursuant to K.S.A. 53-601, as amended, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this _____ day of _____, 201___.

_____
Signature & Title of Officer or Process Server

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kansas Department of Insurance
c/o Sandy Praeger
420 SW 9th St.
Topeka, KS 66612

10 CV 325

2. Article Number      7008 1140 0004 8698 3205
(Transfer from

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Sandy Praeger        ☐ Agent
                        ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

RECEIVED
FEB 11 2011
Kansas Insurance Dept

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)          ☐ Yes



# Kansas Insurance Department
Sandy Praeger, Commissioner of Insurance

February 11, 2011

Metropolitan Group Property and
Casualty Insurance Company
The Corporation Company, Inc.
112 SW 7th St., Ste 3C
Topeka, Kansas 66603

Dear Sir or Madam:

Enclosed herein, please find a Subpoena of Business Records in a civil case that has
been issued to your company in the District Court of Riley, State of Kansas, case No.
10-CV-325.

Thank you for your attention to this matter.

Sincerely,

Sandy Praeger

Sandy Praeger
Commissioner of Insurance

SP: lgh
Enclosures

cc Craig C. Blumreich
    Attorney at Law

*Service Copy*

COPY

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax (785) 273-8560
craig@lbc-law.com

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

| | |
|---|---|
| WESSEL H. MEYER, Individually<br>and as Administrator of the Estate of<br>Maritius A. Meyer, and<br>MARTHA MEYER,<br><br>     Plaintiffs,<br><br>     v.<br><br>JEFFREY FINK,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 10-CV-325<br>)<br>)<br>)<br>) |

<u>SUBPOENA OF BUSINESS RECORDS</u>

| | |
|---|---|
| STATE OF KANSAS | ) |
| | ) ss: |
| COUNTY OF SHAWNEE | ) |

TO:   Metropolitan Group Property and Casualty Insurance Company
      c/o Kansas Commissioner of Insurance
      420 S.W. 9th Street
      Topeka, KS  66612

You are hereby commanded to produce the records listed below to the Clerk of the Riley County District Court, 100 Courthouse Plaza, PO Box 158, Manhattan, KS 66505 on or before February _____, 2011.

Failure to comply with this subpoena may be deemed a contempt of the court.

Records to be produced:

For Don L. Runyon and Myles P. Runyon, please provide:

a. A copy of your entire Claim File for the accident date of November 16, 2008 under Policy Number 1540503250.

b. A copy of insurance Policy Number 1540503250 in effect on the date of the accident including the declarations.

Any question regarding records to be produced should be directed to **Craig Blumreich, Larson & Blumreich, Chartered, 5601 SW Barrington Court South, P.O. Box 4306, Topeka, Kansas, 66604-0306, (785) 273-7722.**

You may make a written objection to the production of any or all of the records listed above by serving such written objection upon **Craig Blumreich** at the address listed above within fourteen (14) days after service of this subpoena. If such objection is made, the records need not be produced except upon order of the Court.

**Instead of appearing at the time and place listed above, it is sufficient compliance with this subpoena if the custodian of business records DELIVERS TO THE CLERK OF THE COURT by mail a true and correct copy of all the records described above and mails a copy of the attached affidavit to Craig Blumreich, Larson & Blumreich, Chartered, 5601 SW Barrington Court South, Topeka, Kansas 66604-0306, within fourteen (14) days after receipt of this subpoena.**

The copy of the records shall be separately enclosed in a sealed envelope or wrapper on which the title of the case, case number, name and address of the witness and the date of this subpoena are clearly inscribed. If return of the copy is desired, the words "return requested" must be inscribed clearly on the sealed envelope or wrapper. The sealed envelope or wrapper shall be delivered to the clerk of the court.

The records described in this subpoena shall be accompanied by the affidavit of a custodian of the records, a form which is attached to this subpoena.

If the business has none of the records described in this subpoena, or only part thereof, the affidavit shall so state, and the custodian shall send only those records of which the custodian has custody. When more than one person has knowledge of the facts required to be stated in the affidavit, more than one affidavit may be made.

The reasonable costs of copying records may be demanded of the party causing this subpoena, or only part thereof, the affidavit shall so state, and the custodian shall send only those records of which the custodian has custody. When more than one person has knowledge of the facts required to be stated in the affidavit, more than one affidavit may be made.

The reasonable costs of copying records may be demanded of the party causing this subpoena to be issued. If the costs are demanded, the records need not be produced until the costs of copying are advanced.

The copy of the records will not be returned unless requested by the witness.

CLERK OF THE DISTRICT COURT

*Katherine Anderson, Clerk*

Date: _2/8/11_

 **CT Corporation**

**Service of Process Transmittal**
02/15/2011
CT Log Number 518040220

**TO:** Darrell Grant
MetLife Auto & Home
700 Quaker Lane, Law Department Area 2C
Warwick, RI 02886-

**RE:** Process Served in Kansas

**FOR:** Metropolitan Group Property and Casualty Insurance Company (Domestic State: RI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Wessel H. Meyer, individually and as Administrator of the Estate of Maritius A. Meyer and Martha Meyer, Pltf. vs. Jeffrey Fink, Dft. // To: Metropolitan Group Property and Casualty Insurance Company |
| **DOCUMENT(S) SERVED:** | Letter, Subpoena, Affidavit Form |
| **COURT/AGENCY:** | Riley County District Court, KS<br>Case # 10-CV-325 |
| **NATURE OF ACTION:** | Subpoena - Insurance Records - Pertaining to records of Don L. Runyon |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Inc., Topeka, KS |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/15/2011 postmarked on 02/14/2011 |
| **JURISDICTION SERVED:** | Kansas |
| **APPEARANCE OR ANSWER DUE:** | Within 14 days after service of Subpoena - Appearance/Production |
| **ATTORNEY(S) / SENDER(S):** | Craig C. Blumreich<br>Larson & Blumreich, Chartered<br>5601 SW Barrington Court South<br>Topeka, KS 66604<br>785-273-7722 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/15/2011, Expected Purge Date: 02/20/2011<br>Image SOP<br>Email Notification, CTServiceof Process mah_sop@metlife.com<br>Email Notification, Darrell Grant dwgrant@metlife.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br><br><br>**TELEPHONE:** | The Corporation Company, Inc.<br>Amy McLaren<br>112 S.W. 7th Street<br>Suite 3C<br>Topeka, KS 66603<br>800-592-9023 |

*2011 FEB 25 PM 2:07*
*DISTRICT COURT*
*RILEY CO. KS.*
**FILED**

**OneSource - Insurance**

| | |
|---|---|
| Scan Date: | 02/18/2011 |
| Pages Scanned: | 20 |
| Claim #: | SLC21839 |
| Claimant Name: | Myles P. Runyon |
| Rep: | SJ |
| eRequest #: | 4381398 |
| Authorization Status: | OK |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# Kansas Insurance Department
Sandy Praeger, Commissioner of Insurance

February 11, 2011

```
┌─────────────────────────────┐
│          FILED              │
│                            │
│        FEB 2 5 2011        │
│                            │
│   CLERK OF DISTRICT COURT   │
│    RILEY COUNTY, KANSAS     │
└─────────────────────────────┘
```

Metropolitan Group Property and
Casualty Insurance Company
The Corporation Company, Inc.
112 SW 7th St., Ste 3C
Topeka, Kansas 66603

Dear Sir or Madam:

Enclosed herein, please find a Subpoena of Business Records in a civil case that has
been issued to your company in the District Court of Riley, State of Kansas, case No.
10-CV-325.

Thank you for your attention to this matter.

Sincerely,

*Sandy Praeger*

Sandy Praeger
Commissioner of Insurance

SP: lgh
Enclosures

cc Craig C. Blumreich
    Attorney at Law

---

420 SW 9th Street            785-296-3071 Phone      Consumer Hotline         Website
Topeka, Kansas 66612-1678    785-296-2283 Fax        800-432-2484        www.ksinsurance.org

*Service Copy*

# COPY

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax (785) 273-8560
craig@lbc-law.com

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### DIVISION 3

| | | |
|---|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Maritius A. Meyer, and MARTHA MEYER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 10-CV-325 |
| JEFFREY FINK, | ) ) | |
| Defendant. | ) ) | |

## SUBPOENA OF BUSINESS RECORDS

STATE OF KANSAS        )
                       ) ss:
COUNTY OF SHAWNEE      )

TO:    Metropolitan Group Property and Casualty Insurance Company
       c/o Kansas Commissioner of Insurance
       420 S.W. 9th Street
       Topeka, KS 66612

You are hereby commanded to produce the records listed below to the Clerk of the Riley County District Court, 100 Courthouse Plaza, PO Box 158, Manhattan, KS 66505 on or before February _____, 2011.

Failure to comply with this subpoena may be deemed a contempt of the court.

Records to be produced:

For Don L. Runyon and Myles P. Runyon, please provide:

a. A copy of your entire Claim File for the accident date of November 16, 2008 under Policy Number 1540503250.

b. A copy of insurance Policy Number 1540503250 in effect on the date of the accident including the declarations.

Any question regarding records to be produced should be directed to **Craig Blumreich, Larson & Blumreich, Chartered, 5601 SW Barrington Court South, P.O. Box 4306, Topeka, Kansas, 66604-0306, (785) 273-7722.**

You may make a written objection to the production of any or all of the records listed above by serving such written objection upon **Craig Blumreich** at the address listed above within fourteen (14) days after service of this subpoena. If such objection is made, the records need not be produced except upon order of the Court.

**Instead of appearing at the time and place listed above, it is sufficient compliance with this subpoena if the custodian of business records DELIVERS TO THE CLERK OF THE COURT by mail a true and correct copy of all the records described above and mails a copy of the attached affidavit to Craig Blumreich, Larson & Blumreich, Chartered, 5601 SW Barrington Court South, Topeka, Kansas 66604-0306, within fourteen (14) days after receipt of this subpoena.**

The copy of the records shall be separately enclosed in a sealed envelope or wrapper on which the title of the case, case number, name and address of the witness and the date of this subpoena are clearly inscribed. If return of the copy is desired, the words "return requested" must be inscribed clearly on the sealed envelope or wrapper. The sealed envelope or wrapper shall be delivered to the clerk of the court.

The records described in this subpoena shall be accompanied by the affidavit of a custodian of the records, a form which is attached to this subpoena.

If the business has none of the records described in this subpoena, or only part thereof, the affidavit shall so state, and the custodian shall send only those records of which the custodian has custody. When more than one person has knowledge of the facts required to be stated in the affidavit, more than one affidavit may be made.

The reasonable costs of copying records may be demanded of the party causing this subpoena, or only part thereof, the affidavit shall so state, and the custodian shall send only those records of which the custodian has custody. When more than one person has knowledge of the facts required to be stated in the affidavit, more than one affidavit may be made.

The reasonable costs of copying records may be demanded of the party causing this subpoena to be issued. If the costs are demanded, the records need not be produced until the costs of copying are advanced.

The copy of the records will not be returned unless requested by the witness.

CLERK OF THE DISTRICT COURT

Katherine Anderson, Clerk

Date: _2/8/11_

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

STATE OF _____ )
                          ) ss:
COUNTY OF _____ )

    I _____, the undersigned, being first duly sworn, on oath, depose and say that:

    1.    I am the duly authorized Custodian of the business records of Metropolitan Group Property and Casualty Insurance Company and have the authority to certify those records.

    2.    The copy of the records attached to this affidavit are a true and correct copy of the records described in the subpoena.

    3.    The records were prepared by the personnel or staff of the business or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

    FURTHER AFFIANT SAITH NOT.

_____
Signature of Custodian

_____
Printed Name

Subscribed and sworn to before me this _____ day of _____, 2011.

_____
Notary Public

My Commission Expires:

_____

016H26514949

**Hasler**

$ 05.71⁰
02/14/2011
Mailed From 66612
**US POSTAGE**

**CERTIFIED MAIL**

7008 2810 0001 3605 6111

**Kansas Insurance Department**
Sandy Praeger, Commissioner
420 SW 9th Street, Topeka, KS 66612-1678

LG

Metropolitan Group Property and
Casualty Insurance Company
The Corporation Company, Inc.
112 SW 7th St., Ste 3C
Topeka, Kansas 66603

 **CT Corporation**

**Service of Process
Transmittal**
02/15/2011
CT Log Number 518040220

**TO:**    Darrell Grant
MetLife Auto & Home
700 Quaker Lane, Law Department Area 2C
Warwick, RI 02886-

**RE:**    **Process Served in Kansas**

**FOR:**    Metropolitan Group Property and Casualty Insurance Company (Domestic State: RI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Wessel H. Meyer, individually and as Administrator of the Estate of Maritius A. Meyer and Martha Meyer, Pltf. vs. Jeffrey Fink, Dft. // To: Metropolitan Group Property and Casualty Insurance Company |
| **DOCUMENT(S) SERVED:** | Letter, Subpoena, Affidavit Form |
| **COURT/AGENCY:** | Riley County District Court, KS<br>Case # 10-CV-325 |
| **NATURE OF ACTION:** | Subpoena - Insurance Records - Pertaining to records of Don L. Runyon |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company, Inc., Topeka, KS |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/15/2011 postmarked on 02/14/2011 |
| **JURISDICTION SERVED:** | Kansas |
| **APPEARANCE OR ANSWER DUE:** | Within 14 days after service of Subpoena - Appearance/Production |
| **ATTORNEY(S) / SENDER(S):** | Craig C. Blumreich<br>Larson & Blumreich, Chartered<br>5601 SW Barrington Court South<br>Topeka, KS 66604<br>785-273-7722 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/15/2011, Expected Purge Date: 02/20/2011<br>Image SOP<br>Email Notification, CTServiceof Process mah_sop@metlife.com<br>Email Notification, Darrell Grant dwgrant@metlife.com |
| **SIGNED:** | The Corporation Company, Inc. |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 112 S.W. 7th Street<br>Suite 3C<br>Topeka, KS 66603 |
| **TELEPHONE:** | 800-592-9023 |

**OneSource - Insurance**

| | |
|---|---|
| Scan Date: | 02/18/2011 |
| Pages Scanned: | 6 |
| Claim #: | SLC21839 |
| Claimant Name: | Don L. Runyon |
| Rep: | SJ |
| eRequest #: | 4381282 |
| Authorization Status: | OK |

2011 FEB 25 PM 2:0
DISTRICT COURT
RILEY CO. KS.
FILED

Page 1 of  1 / NM

Information displayed on this transmittal is for CT Corporation's
record keeping purposes only and is provided to the recipient for
quick reference. This information does not constitute a legal
opinion as to the nature of action, the amount of damages, the
answer date, or any information contained in the documents
themselves. Recipient is responsible for interpreting said
documents and for taking appropriate action. Signatures on
certified mail receipts confirm receipt of package only, not
contents.

Received Fax :          Mar 08 2011 3:36PM     Fax Station :    HP LASERJET FAX          P : 2

03/08/2011 15:43 FAX                                                        002/003

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as )
Administrator of the Estate of Maritius A. )
Meyer, and MARTHA A. MEYER )
                           )   Case No.  10-CV-325
      Plaintiffs,          )   K.S.A. Chapter 60
                           )
    vs.                      )
                           )
JEFFREY FINK )
                           )
      Defendant.         )

### CERTIFICATE OF SERVICE

    COME NOW plaintiffs, Wessel H. Meyer, individually and as Administrator of the Estate of

Maritius A. Meyer, and Martha A. Meyer and hereby certify that on the 8th day of March, 2011,

they served via first class United States mail, postage prepaid and email upon counsel Craig C.

Blumreich of LARSON & BLUMREICH, CHARTERED, 506 SW Barrington Court South, P.O.

Box 4306, Topeka, Kansas  66604-0306, c@lbc-law.com the following:

    Plaintiffs' First Set of Interrogatories to Defendant Jeffrey Fink; and

    Plaintiffs' First Request for Production of Documents to Defendant Jeffrey Fink.

CWDOCS 683393v1



Received Fax :        Mar 08 2011 3:36PM      Fax Station :   HP LASERJET FAX        p  3

03/08/2011 15:43 FAX                                                    ☑ 003/003

Respectfully submitted,

**LATHROP & GAGE LLP**

By: _____
Frederick R. Starrett  KS #9425
Matthew L. Heffner  KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2012, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Craig C. Blumreich
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604

_____
An Attorney for Plaintiffs

2

CWDOCS 6B3393v1

Received Fax :          Mar 08 2011 3:36PM     Fax Station :   HP LASERJET FAX         p. 1

03/08/2011 15:42 FAX                                                    ☒ 001/003

APPENDIX A
FACSIMILE TRANSMISSION COVER SHEET
Form for Rule 119(d)(3)

DATE:      March 8, 2011

    TO:    Clerk of the District Court, Riley County

           FAX Number: (785) 537-6382

           Case Number: 10-CV-325

           Caption: *Wessel H. Meyer, Individually and as Administrator of the
                     Estate of Maritius A. Meyer, and Martha A. Meyer v.
                     Jeffrey Fink*

FROM:      Frederick K. Starrett, #9425
           Matthew L. Heffner, #21232
           Lathrop & Gage LLP
           10851 Mastin Boulevard, Suite 1000
           Overland Park, KS 66210-1669
           fstarrett@lathropgage.com
           mheffner@lathropgage.com


Telephone Number: (913) 451-5100

Fax Number: (913) 451-0875

Attorney for (Name of Party): Plaintiffs

Please file the following transmitted document. NOTE: Document length is limited to
10 pages. A cover sheet must separate each document filed.

| Document Name | No. of Pages |
|---------------|--------------|
| **CERTIFICATE OF SERVICE** | **2** |


CWDOCS 681462v1



Received Fax :          Mar 14 2011 12:44PM      Fax Station :  HP LASERJET FAX            P. 2

03/14/2011 12:51 FAX                                                    ☑002/003

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as )
Administrator of the Estate of Maritlus A. )
Meyer, and MARTHA A. MEYER )
                                  )   Case No. 10-CV-325
        Plaintiffs,          )   K.S.A. Chapter 60
                                  )
     vs.                        )
                                  )
JEFFREY FINK                  )
                                  )
        Defendant.          )

## CERTIFICATE OF SERVICE

     Plaintiffs, Wessel H. Meyer, Individually and as Administrator of the Estate of Marititus A.

Meyer, and Martha A. Meyer, hereby notify the Court that they have served Plaintiffs' First

Supplemental Objections and Responses to Defendant's First Request for Production of

Documents to Plaintiffs by depositing the same in the United States mail, postage prepaid, on the

14th day of February, 2011, to Craig C. Blumreich, Larson & Blumreich, Chartered, 5601 SW

Barrington Court South, P.O. Box 4306, Topeka, KS 66604, Attorney for Defendant.

CWDOCS 68391\|v1



03/14/2011 12:52 FAX                                                    ☑ 003/003

Respectfully submitted,

LATHROP & GAGE LLP

By: _____

Frederick K. Starrett  KS #9425
Matthew L. Heffner  KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2011, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Craig C. Blumreich
LARSON & BLUMREICH, CHARTERED

Received Fax :        Mar 14 2011 12:44PM     Fax Station : HP LASERJET FAX           p. 1

03/14/2011 12:51 FAX                                                                          ☑ 001/003

APPENDIX A
FACSIMILE TRANSMISSION COVER SHEET
Form for Rule 119(d)(3)

DATE:        March 14, 2011

    TO:      Clerk of the District Court, Riley County

             FAX Number: (785) 537-6382

             Case Number: 10-CV-325

             Caption: *Wessel H. Meyer, Individually and as Administrator of the
                      Estate of Maritius A. Meyer, and Martha A. Meyer v.
                      Jeffrey Fink*

FROM:        Frederick K. Starrett, #9425
             Matthew L. Heffner, #21232
             Lathrop & Gage LLP
             10851 Mastin Boulevard, Suite 1000
             Overland Park, KS 66210-1669
             fstarrett@lathropgage.com
             mheffner@lathropgage.com


Telephone Number: (913) 451-5100

Fax Number: (913) 451-0875

Attorney for (Name of Party):  Plaintiffs

Please file the following transmitted document.  NOTE: Document length is limited to
10 pages.  A cover sheet must separate each document filed.

| Document Name | No. of Pages |
|---|---|
| **CERTIFICATE OF SERVICE** | **2** |



Received Fax :          Mar 25 2011 3:24PM      Fax Station :   HP LASERJET FAX              p.  2

MAR-25-2011 FRI 04:39 PM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 02

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

| | | |
|---|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Maritius A. Meyer, and MARTHA MEYER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **BY FAX** |
| v. | ) ) | Case No. 10-CV-325 |
| JEFFREY FINK, | ) ) | |
| Defendant. | ) ) | |

## MOTION TO RELEASE SUBPOENAED BUSINESS RECORDS

The defendant, Jeffrey Fink, respectfully requests the court to enter an order

authorizing the Clerk of the Riley County District Court to release business records

subpoenaed by the defendant pursuant to K.S.A. 60-245(a) to counsel for the defendant,

Craig C. Blumreich of Larson & Blumreich, Chartered, for inspection, copying and

1



**MEYER V. FINK**
**CASE NO. 10-CV-325**

distribution to all counsel of record.  In support of this motion, the defendant states as follows:

1. On February 17, 2011 the defendant served a business records subpoena pursuant to K.S.A. 60-245(a) requesting the following records from Metropolitan Life Insurance Company:

For Don L. Runyon and Myles P. Runyon, please provide:

a. A copy of your entire Claim File for the accident date of November 16, 2008 under Policy Number 1540503250.

b. A copy of insurance Policy Number 1540503250 in effect on the date of the accident including the declarations.

2. On February 25, 2011 Met Life filed its Affidavit and accompanying business records with the Clerk of the Riley County District Court.

3. Counsel for the defendant requests leave of court to remove the aforementioned documents and copy them.

4. Counsel for the defendant will supply copies of the documents to counsel for the plaintiffs.

5. Counsel for the defendant will return the original documents to the Clerk of the Riley County District Court in a timely manner and in the same condition in which they were released.

6. Counsel for the plaintiffs has no objection to this motion.

2

MEYER V. FINK
CASE NO. 10-CV-325

**WHEREFORE,** the defendant respectfully requests the court to enter an order authorizing the Clerk of the Riley County District Court to release the Met Life business records to the defendant for inspection, copying and distribution.

Respectfully submitted:

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
Craig C. Blumreich  #10119
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was deposited in the U.S. Mail, postage prepaid, on the 25th day of March, 2011, addressed to the following attorney(s) of record:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

_____
Craig C. Blumreich

3

# LARSON & BLUMREICH, CHARTERED

WILLIAM A. LARSON*
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

*Admitted in Kansas and Missouri

(FORMERLY GEHRT & ROBERTS, CHARTERED)

ATTORNEYS AT LAW
5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4305
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0992424

## FACSIMILE TRANSMISSION COVER SHEET
## PURSUANT TO RULE 119(d)(3)

DATE: **March 25, 2011**

TO:    District Court Clerk
       Riley County District Court

       FAX Number:  785-537-6382

       CASE NUMBER: **10-CV-325**

       CASE CAPTION:  **Wessel Meyer et al v. Jeffrey Fink**

FROM: Craig C. Blumreich, #10119
       LARSON & BLUMREICH, CHARTERED
       5601 S.W. Barrington Court South
       P.O. Box 4306
       Topeka KS 66604-0306
       (785) 273-7722
       Fax: (785) 273-8560

       Kansas Supreme Court Registration No.: 10119
       Attorney for **DEFENDANT**

1.     Please file the following transmitted document: **Motion to Release Subpoenaed Business Records**

       As per the court rule, we will retain the original document in our file with the facsimile transmission confirmation sheet.

                              NUMBER OF PAGES BEING SENT: 4



FILED

2011 MAR 29  PH 3:33

DISTRICT COURT
RILEY CO., KS.

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually        )
and as Administrator of the Estate of )
Maritius A. Meyer, and                )
MARTHA MEYER,                         )
                                      )
        Plaintiffs,                   )
                                      )
    v.                                )        Case No. 10-CV-325
                                      )
JEFFREY FINK,                         )
                                      )
        Defendant.                    )

## ORDER RELEASING BUSINESS RECORDS

NOW on this 28 day of March, 2011 comes on for hearing the

defendant's Motion to Release Subpoenaed Business Records. The plaintiffs, Wessel and

Martha Meyer, appear by and through counsel Frederick K. Starrett and Matthew L. Heffner

of Lathrop & Gage LLP. The defendant appears by and through counsel Craig C. Blumreich

of Larson & Blumreich, Chartered.

1

MEYER V. FINK
CASE NO. 10-CV-325

**FOR GOOD CAUSE SHOWN** the unopposed motion of the defendant is granted.

The court directs the Clerk of the Riley County District Court to release the business records

submitted to the court by Metropolitan Life Insurance Company to counsel for the defendant

for inspection and copying.  The court directs counsel for the defendant to furnish copies of

the documents, at the expense of the plaintiffs, to counsel for the plaintiffs.  The court further

directs counsel for the defendant to return the original documents to the Clerk of the Riley

County District Court in a timely manner and in the same condition in which they were

released.

**IT IS SO ORDERED.**

David L. Stutzman
District Judge

Prepared and approved:

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
       Craig C. Blumreich   #10119
       Attorneys for Defendant

2

Received Fax :        Apr 18 2011 10:50AM     Fax Station :   HP LASERJET FAX              p. 2

2011/04/18  10:59 FAX   913 451 5170        LATHROP & GAGE                    ☑002/003

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as           )
Administrator of the Estate of Mauritius A.     )
Meyer, and MARTHA A. MEYER                      )
                            )   Case No. 10-CV-325
        Plaintiffs,                    )   K.S.A. Chapter 60
                            )
        vs.                            )
                            )
JEFFREY FINK                                    )
                            )
        Defendant.                     )

### CERTIFICATE OF SERVICE

COME NOW plaintiffs, Wessel H. Meyer, individually and as Administrator of the Estate of

Mauritius A. Meyer, and Martha A. Meyer and hereby certify that on the 18th day of April, 2011,

they served v a first class United States mail, postage prepaid and email upon counsel Craig C.

Blumreich of LARSON & BLUMREICH, CHARTERED, 506 SW Barrington Court South, P.O.

Box 4306, Topeka, Kansas 66604-0306, c@lbc-law.com the following:

    Plaintiffs' Second Set of Interrogatories to Defendant Jeffrey Fink; and

    Plaintiffs' First Request for Admissions to Defendant Jeffrey Fink.

15115952v1



Respectfully submitted,

**LATHROP & GAGE LLP**

By: _____
Frederick K. Starrett KS #9425
Matthew L. Heffner KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone: (913) 451-5100
Telecopier: (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2011, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Craig C. Blumreich
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas 66604

_____
An Attorney for Plaintiffs

15115952v12

Received Fax :          Apr 18 2011 10:50AM      Fax Station :    HP LASERJET FAX              P    1

2011 04/18 10:59 FAX  913 451 5178          LATHROP & GAGE                            ☒001/003

APPENDIX A
FACSIMILE TRANSMISSION COVER SHEET
Form for Rule 119(d)(3)

DATE:      April 18, 2011

TO:      Clerk of the District Court, Riley County

FAX Number: (785) 537-6382

Case Number:  10-CV-325

Caption: *Wessel H. Meyer, Individually and as Administrator of the Estate of Maritius A. Meyer, and Martha A. Meyer v. Jeffrey Fink*

FROM:      Frederick K. Starrett, #9425
Matthew L. Heffner, #21232
Lathrop & Gage LLP
10851 Mastin Boulevard, Suite 1000
Overland Park, KS 66210-1669
fstarrett@lathropgage.com
mheffner@lathropgage.com

Telephone Number: (913) 451-5100

Fax Number: (913) 451-0875

Attorney for (Name of Party):  Plaintiffs

Please file the following transmitted document. NOTE: Document length is limited to 10 pages. A cover sheet must separate each document filed.

| <u>Document Name</u> | <u>No. of Pages</u> |
| --- | --- |
| **CERTIFICATE OF SERVICE** | **2** |

CWDOCS 681462v1



2011 May 3

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually )
and as Administrator of the Estate of )
Maritius A. Meyer, and )
MARTHA MEYER, )
         )
     Plaintiffs, )
         )
     v. )     Case No. 10-CV-325
         )
JEFFREY FINK, )
         )
     Defendant. )

## CASE MANAGEMENT ORDER

NOW on this 14th day of March, 2011, comes on for hearing the above-captioned

action for a case management conference. The plaintiffs, Wessel H. Meyer, Individually and

as Administrator of the Estate of Maritius A. Meyer, and Martha Meyer, appear by and

through one of their attorneys, Matthew L. Heffner of Lathrop & Gage, LLP. The defendant,

appears by and through his attorney, Craig C. Blumreich of Larson & Blumreich, Chartered.

1

MEYER V. FINK
CASE NO. 10-CV-325

After consultation with the parties, the court enters the following case management order:

1.    The parties will exchange lists of proposed exhibits and non-expert witnesses. The lists of proposed witnesses and of proposed exhibits shall be filed and served by August 30, 2011.

2.    The plaintiffs shall provide the names, addresses and other disclosures pertaining to expert witnesses required by K.S.A. 60-226(b)(6) no later than July 1, 2011. The defendant will provide the names, addresses and other required disclosures pertaining to expert witnesses by August 15, 2011.

3.    All discovery shall be completed on or before September 30, 2011.

4.    Any dispositive motions and supporting memoranda shall be filed on or before October 17, 2011.

5.    A final pretrial conference is scheduled for the 9th day of November, 2011 at 11:00 a.m. The parties shall exchange and file pretrial questionnaires by November 2, 2011.

6.    Every pleading, motion, response or reply, shall be filed with the Clerk of the District Court and a copy shall be delivered to chambers.

7.    The parties shall comply with the terms of the Kansas Code of Civil Procedure unless otherwise mutually agreed to in writing and/or excused by the court.

**IT IS SO ORDERED.**

2

MEYER V. FINK
CASE NO. 10-CV-325

David L. Stutzman
District Judge

Approved by:

Frederick K. Starrett, #9425
Matthew L. Heffner, #21232
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
(913) 451-5100
Fax (913) 451-0875
Attorneys for Plaintiff

Prepared and approved by:

Craig C. Blumreich, #10119
Larson & Blumreich, Chartered
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
Attorneys for Defendant

3

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
CIVIL COURT DEPARTMENT    2011 JUL -5  PM 2: 45

DISTRICT COURT
RILEY CO. KS.

WESSEL H. MEYER, Individually and as            )
Administrator of the Estate of Mauritius A.     )
Meyer, and MARTHA A. MEYER                      )
                                                )    Case No.  10-CV-325
            Plaintiffs,                         )    K.S.A. Chapter 60
                                                )
    vs.                                         )
                                                )
JEFFREY FINK                                    )
                                                )
            Defendant.                          )

## PLAINTIFFS' EXPERT WITNESS DISCLOSURE

COME NOW plaintiffs, Wessel H. Meyer, individually and as Administrator of the Estate of

Mauritius A. Meyer, and Martha A. Meyer ("Plaintiffs"), by and through their attorneys of record,

Lathrop & Gage LLP, and pursuant to K.S.A. § 60-226(b)(6), designate the following individual who

may or will be called as an expert witness at trial:

> John O. Ward, Ph.D.
> John Ward Economics
> 8340 Mission Road, Suite 235
> Prairie Village, Kansas 66206-1363

Dr. Ward has been specially retained as an expert witness in this case.  Dr. Ward has

analyzed the economic considerations relevant to the life and death of Plaintiffs' son, Mauritius A.

Meyer ("Mauritius"), for the purpose of measuring the economic impacts to Plaintiffs associated

with his death.  Dr. Ward is expected to testify concerning the specific economic considerations

involved in his analysis and his conclusions concerning the economic impacts Mauritius' death has

had on Plaintiffs.

16648448v1

Dr. Ward is expected to testify consistent with the opinions contained in his Appraisal of

the Measurable Economic Impacts Associated with the Death of Mauritius Meyer, attached hereto

as **Exhibit A**. Generally, Dr. Ward is expected to testify that the loss of a child affects the child's

ability to provide financial and service support to his parents. The loss of financial support is

calculated as the child's risk adjusted, present value projected lifetime earnings less the child's

present value personal consumption. This formula was used by Congress in compensating victims

of the 9/11 terrorist attacks. Mauritius' lifetime risk adjusted, present value earnings, which are

calculated based on his education and experience, expressed as the 75th percentile of bachelor

degrees in his field of study is $2,918,392, or $3,080,951.00 for the median professional degree in

recognition of the possibility Mauritius' obtained a post-bachelor professional degree. Mauritius'

personal consumption, valued at $1,448,999 using earning capacity based on a bachelor degree and

$1,490,033 based on a professional degree, is calculated using the U.S. Department of Justice

benchmarks for a single person used by Congress in compensating victims of the 9/11 terrorist

attacks, and reduced to present value.

The loss of service support is calculated using the basic cost to hire, i.e. marketplace wage,

for someone to perform the services that the decedent would be expected to have performed, such

as housework, home repair and maintenance, financial management, supervision, guidance,

counsel, etc., adjusted for risk and present valued. Based on Mauritius' life expectancy, his risk of

loss of function or disability and studies on the hours per week family members devote to

providing intra-family services, the loss of service support is a total amount of $138,400.00.

Reducing Mauritius' expected earnings given a bachelor degree by his personal

consumption with an increase for the value of lost services yields a total economic loss to Plaintiffs

of $1,607,792. Reducing Mauritius' expected earnings given a post-bachelor professional degree

2

by his personal consumption with an increase for the value of lost services yields a total economic

loss to Plaintiffs of $1,728,417.00. Thus, the economic loss Plaintiffs can be expected to suffer

through lost financial and service support as a result of the death of Mauritius Meyer is between

$1,607,792.00 and $1,728,417.00. In addition, there remain certain economic and non-economic

impacts associated with the death of a child other than potential financial and service support that

are not addressed by Dr. Ward, but which remain relevant factors for the trier of fact to consider in

valuing the Plaintiffs' damages, for example, filial support.

The bases of Dr. Ward's expert opinions are his extensive economic training, experience

and research, including that on the issues associated with the measurable economic impacts

associated with death. Dr. Ward reviewed information concerning the education and experience of

Mauritius Meyers prior to his death. Dr. Ward's opinions are also based on statistical information

and studies found in the following sources: *Valuing Children in Litigation: Family and Individual*

*Loss Assessment; Who's Helping Out?: Financial Support Networks Among American*

*Households: 1997;* "The Effects of Income and Wealth on Time and Money Transfers between

Parents and Children";

http://www.usdoj.gov/archive/victimcompensation/loss_calc_deceased.html; *American Time Use*

*Survey; The Dollar Value of a Day;* http://www.ssa.gov/retirechartred.htm; *Full-time Earnings in*

*the United States, American Community Survey Analysis;* http://data.bls.gov/cgi-bin/srgate; *United*

*States Life Tables, 2004, National Vital Statistics Reports; Current Population Survey;*

http://www.bls.census.gov/cps_ftp.html; *Health Life Expectancy, 2004 Table; The Dollar Value of*

*a Day (DVD), 2007 Valuation,* and Market trading results for April 2, 2009.

Please note: the opinions set forth will be supplemented as additional facts relevant to the

opinions are discovered, including adjustments made to update the report prior to trial based on

3

changes in financial conditions and additional elapsed time.  In addition, Dr. Ward may testify

concerning any and all matters incidental to the opinions expressed in his report and this

disclosure.

Respectfully submitted,

LATHROP & GAGE LLP

By: _____

Frederick K. Starrett  KS #9425
Matthew L. Heffner  KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2011, a copy of the above and foregoing
document was served upon the following by United States mail, first-class postage prepaid:

Craig C. Blumreich
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604

_____
An Attorney for Plaintiffs

4

16648448v1

Appraisal of the Measurable Economic Impacts Associated with the Death
of
**Mauritius Meyer**
by
John Ward Economics

## General Characteristics of Decedent

| | |
|---|---|
| Date of Birth: | 08/03/1989 |
| Date of Death: | 11/17/2008 |
| Race, Gender: | White, male |
| Parents: | Wessel (12/18/1964) and Martha (05/10/1965) |
| Siblings | Marita (10/30/1992), Theo (06/24/1999) and Wessel II (11/09/2004) |
| Age at death: | 19.29 years |
| Life Expectancy: | 57.57 remaining years to age 76.57 (*U.S. Life Tables, 2004*) |

Report Date:       04/03/2009

## Nature of Report

Wessel and Martha Meyer's attorney, David Mayer, retained John Ward Economics to provide an analysis of the measurable economic impacts associated with the death of their son, Mauritius Meyer. Three of the firm's economists, John O. Ward, Ph.D., and Kurt V. Krueger, Ph.D., and Alicia R. Hiles, M.A., reviewed the information provided by Mr. Mayer and then prepared this report using generally accepted economic principles, methodologies, and data.

## Summary of Information Provided

Mauritius Meyer was injured in an automobile collision on November 16, 2008 and subsequently died on November 17, 2008. Mauritius is survived by his mother, Martha, his father, Wessel, and his siblings, Marita, Theo, and Wessel. Martha Meyer has an occupational therapy degree and Wessel Meyer is a medical doctor specializing in internal medicine. At the time of his death, Mauritius was attending college and a freshman at Kansas State University.

## Economic Considerations

With the death of a child, the receipt of pecuniary benefit from the child by his or his parents is permanently precluded. When providing estimates of the economic impacts occurring with a death of a child, we focus on those measurable economic areas that would reasonably occur over the child's and parents' joint lifetime that could provide pecuniary value to the parents. A trier of fact, considering much more information than available to us regarding the family, must ultimately decide the question of the amount of economic damages. The information provided in this report is based reliable economic data to support the trier of fact's decision.

In this report, we address two measurable economic events associated with the economic damages suffered by the parents by reason of the death of their child:  the child's ability to provide financial and service support to parents.  A review of these two issues is contained in the book *Valuing Children in Litigation: Family and Individual Loss Assessment*, Meyer Ireland and John Ward, editors, Lawyers and Judges Publishing Company, 1995.

With regards to ability to provide financial support, the generally accepted procedure of computing the ability of a child to provide financial support to his or his parents involves projecting the child's probable earnings during the joint lifetimes of the child and parents under one or more assumptions of educational attainment.  From the probable levels of earnings, the economist subtracts the portion of earnings that the child would require for its own needs.  The balance (earnings less consumption) represents the average potential level for financial support available to the parents.  Some economists believe that general information relating to the average or median financial support that is provided by all children to their parents is relevant information for the trier of fact to consider.  Publications such as *Who's Helping Out?: Financial Support Networks Among American Households: 1997* by Wilfred Masumura, U.S. Census Bureau, Current Population Reports, May, 2002 provide some base statistics on intergenerational transfers of income as does a paper, Joseph G. Altonji, et. Al., "The Effects of Income and Wealth on Time and Money Transfers between Parents and Children", NBER Working Paper No. 5522, April, 1996. This limited research suggests that such transfers to parents by children, in the aggregate are relatively small, with total transfers between all households ranging from 3.6% to 12.5% of household income, by income level.  The problem with this data, however, is that the trier of fact knows nothing about the family relationships upon which generate the economic statistics.  In any case, it is the testimony of parents and siblings that should establish the foundation for the probability of financial support in any individual case.  Averaging the complete financial support by one group of the population with the partial or no support provided by other groups of the population could be argued as irrelevant in the case of the death of a specific child in a specific family.

After the September 11, 2001 terrorist attacks in New York and Washington, a process was established for compensating victims for their losses outside of the normal course of litigation.  A Victim's Compensation Fund was established by Congress to compensate victims and their survivors and a set of formulas was established by the Special Master of the Fund to calculate economic damages, including those to parents and siblings of single children. That formula, found at http://www.usdoj.gov/archive/victimcompensation/loss_calc_deceased.html, calculates earnings loss to survivors as the child's projected earnings less the child's personal consumption.  The formulations of the U.S. Government again provide generic estimates that might not be relevant to the evidence presented to the trier of fact for determining economic loss in a specific case.

We also provide a reliable economic calculation directed towards the reasonable value of the services provided by a child to their family.  However, the calculations we provide for service loss are limited and incomplete of all service-related activity that a child could perform for his parents.  In terms of benchmarks for the trier of fact to refer to when deciding service values, time diary studies such as the *American Time Use Survey* (ATUS), Bureau of Labor Statistics, 2006, as reported in the *Dollar Value of a Day*, Expectancy Data, 2007, can be used to reveal the aver-

age time levels provided by family members performing some of the services within the areas addressed in the wrongful death statute.

In this report, absent any other reliable method, we calculate the expected service performance using the basic cost to replace, or hire, some of the activities that a child can provide to his parents over their remaining expected joint lifetime such as housework, home repair and maintenance, financial management, supervision, guidance, counsel, etc. These economic values are computed using the marketplace wages received by persons whose job duties include functions that are related to home services such as housework, landscaping, handyman work, social work, etc. and are absent the important consideration of the unique care and productivity to which the child would perform those services for the benefit of his or his parents. Our valuation cannot be expected to rise to the level that the surviving parents would value these services performed by their own child as opposed by a stranger—the trier of fact should make that adjustment.

Any other economic or non-economic impacts associated with a death of a child other than potential financial and service support are not addressed in this report. The parents should report those losses and the trier of fact should calculate them using their own judgment and experience as to their value.

### Anticipated Earnings

We associate Mauritius' earnings with those of a white, non-Hispanic male with a bachelor degree or a professional degree education. In calculating the earnings estimate, we use actuarial reductions to account for Mauritius' normal probability of death, disability, and unemployment and then added the probability of Mr. and Mrs. Meyer's death.

We calculate Mauritius' 75th percentile bachelor degree earning capacity beginning on July 1, 2013 (his anticipated graduation date) for 34.08 continuous years to an earning capacity worklife age of 57.99 years. We calculate Mauritius' median professional degree earning capacity beginning on July 1, 2017 (4 years post bachelor degree) for 29.48 continuous years to an earning capacity worklife age of 57.39 years. We arrive at the continuous age figure considering earning capacity during a risk-adjusted (see below) worklife period to Mauritius' age 67. Although we set a boundary to financial support provision at Mauritius' age 67 (before adding probabilities of death, disability, and survival), loss could continue after that age. Age 67 is the normal unreduced benefit Social Security retirement age of persons born after 1960 (http://www.ssa.gov/retirechartred.htm).

Mauritius' earning capacity is calculated using an age-earnings profiles constructed from 75th percentile bachelor degree and median professional degree earnings data from 2005 through 2007 (2007 dollars) for white, non-Hispanic, male, full-time, year round, wage and salary workers. We found this information in *Full-time Earnings in the United States, American Community Survey Analysis*, 2007 Edition, Expectancy Data, 2008. That report utilizes published data from the U.S. Census Bureau.

Base 2007 earning capacity was adjusted to 2008 levels using the Employment Cost Index (ECI). The ECI is published by the Bureau of Labor Statistics in their LABSTAT database accessible at http://data.bls.gov/cgi-bin/srgate on the Internet. The ECI series used was CIU2020000000000I--Private Industry, Wages and Salaries: All workers

We calculate Mauritius' earning capacity using the age-earnings equations presented in the following chart:



The age-earnings equation is constructed by fitting a second-order polynomial through the data in the following table:

| Age/Earnings | 18 to 24 | 25 to 29 | 30 to 34 | 35 to 39 | 40 to 44 | 45 to 49 | 50 to 54 | 55 to 59 | 60 to 64 | 65 to 69 |
|---|---|---|---|---|---|---|---|---|---|---|
| 75% Bachelor | $45,464 | $61,007 | $81,349 | $99,587 | $108,247 | $113,659 | $108,247 | $104,449 | $106,062 | $104,449 |
| Med. Professional | $36,557 | $56,285 | $83,559 | $111,647 | $129,896 | $135,784 | $140,317 | $130,561 | $132,650 | $122,014 |

We present our calculation of 75th percentile bachelor degree earning capacity in Table 1. We present our calculation of median professional degree earning capacity in Table 2.

## Risk Adjustments to the Attainment of Earnings

We applied risk probability adjustments to earning capacity to account for involuntary reasons why Mauritius' earnings would not be attainable. We based the risk of death on mortality data concerning white males and females (Mauritius, Martha and Wessel Meyer) living in the United States. We assigned the risks of being unable to work due to disability or wanting to work but not being able to either find work or take a job and the risk of loss of earnings due to unemploy-

ment using data regarding the U.S. population of white males by education level (see exhibits A and B).

We reduce earning capacity by the risk probability of death calculated using the life table data in *United States Life Tables, 2004, National Vital Statistics Reports*, as published by the National Center for Health Statistics (a division of the U.S. Department of Health and Human Services' Centers for Disease Control. The life tables can be downloaded from the CDC Internet site at http://www.cdc.gov/nchs/data/nvsr/nvsr56/nvsr56_09.pdf.

We reduce earning capacity using a Markov increment-decrement probability accounting for the risks of disability and not being able to find a job (unemployed plus discouraged workers). We computed this risk probability using the reported monthly labor force related activities of people in the United States from January 1998 through December 2007 by gender, age, and education as extracted from the *Current Population Survey (CPS)*. The U.S. Census Bureau and Bureau of Labor Statistics publish the *CPS* and we obtained the necessary data to build the table in Exhibit A and B from the Census' Internet site http://www.bls.census.gov/cps_ftp.html. In calculating the involuntary risks of disability and not being able to find a job, we divided the population into two groups. Inactive persons are persons that are disabled and unable to work or persons that are wanting to work but are without a job (the sum of those unemployed and looking for a job during the last four weeks and those unemployed but not looking for a job during the last four weeks because "no work is available", "could not find work", "lack schooling or training", "employers think them to be too young or old", "are subject to other types of discrimination", or "have child-care or transportation problems"). Active persons are employed, are students or homemakers, or are doing something else including retirement. Retired persons are a relevant active person grouping since we end our calculation of earning capacity at the full benefit Social Security retirement age.

**Personal Consumption**

Mauritius' ability to provide pecuniary financial support to his survivors would be constrained by his own personal expenses such as food, clothing or transportation, shelter, etc. used for personal usage and not available to parents. As an indicator of Mauritius' likely personal expenses as a single person without children that should be subtracted from his earnings, we relied on the benchmarks personal expense estimates of the U.S. Department of Justice used in the September 11th Victim Compensation Fund. We show those data for single persons and the data source in Exhibit C. We show our calculation of Mauritius' likely personal consumption in Tables 1 and 2.

**Economic Services**

We calculate the economic replacement cost of Mauritius' potential service loss to his parents beginning on November 18, 2008 through the year Mauritius turns age 75. For life expectancy information, we rely on the *United States Life Tables, 2004*, as published by the National Center for Health Statistics (a division of the U.S. Department of Health and Human Services).

We applied actuarial risk reductions associated with Mauritius' probability of death and loss of function or disability that would prevent or reduce his service performance.  The probability of loss of function, or a scaling of the health-related quality of life of the U.S. population by race and gender, is based on information in *Health Life Expectancy, 2004 Tables*, Expectancy Data (2008).  The actuarial valuation of service support is to Mauritius' age 58.45.  According to the *U.S. Life Tables, 2004* (citation above), Mauritius' life expectancy at the time of his death was age 76.57 and his healthy life expectancy age was 67.51 years.

We estimate the hours per week Mauritius could have potentially provided services for his family based on information contained in *The Dollar Value of a Day (DVD), 2007 Valuation* (Expectancy Data, 2008) as presented in the following table:

| Time period | November 17, 2008 to June 30, 2017 | July 1, 2017 to Mauritius' age 67 | Mauritius' age 67 to his age 75 |
|---|---|---|---|
| DVD table number | 53 | 47 | 55 |
| DVD table title | Single males age 18 & over that are students | Single males age 21 & over that work full-time, living alone | Single retired males |
| Household Production hours (WF) | 2.54 | 0.67 | 1.29 |
| Caring & Helping hours (WF) | 1.04 | 0.7 | 0.86 |
| Leisure hours (WF) | 8.48 | 3.11 | 6.77 |
| Total hours | 12.06 | 4.48 | 8.92 |
| Household Production value/hour | $12.27 | $12.22 | $12.29 |
| Caring & Helping value/hour | $12.75 | $12.55 | $12.46 |
| Leisure value/hour | $12.10 | $11.88 | $11.77 |
| Total national value/hour | $12.19 | $12.04 | $11.91 |
| Kansas adjustment % (Table 119 of DVD) | 93.30% | 93.30% | 93.30% |
| Local hourly value | $11.38 | $11.23 | $11.11 |

WF=With Family

The 2007-dollar levels of the value of services were adjusted to 2008 levels using the Employment Cost Index (ECI).  The ECI is published by the Bureau of Labor Statistics in their LABSTAT database accessible at http://data.bls.gov/cgi-bin/srgate on the Internet.  The ECI series used was CIU2010000300000I--Private Industry, Total Compensation: Service occupations.

We present our calculation of the value of family related economic services in Table 3.

## Risk Adjustment to Services

We applied risk probability adjustments to household work services to account for the involuntary reasons why a person could incur a reduction in ability to perform services as he or he ages.

The risk probability adjustment consists of a joint mortality (white males and females; Mauritius, Martha and Wessel Meyer) and morbidity probability concerning white males living in the United States.

We reduce earning capacity by the risk probability of death calculated using the life table data in *United States Life Tables, 2004, National Vital Statistics Reports*, as published by the National Center for Health Statistics (a division of the U.S. Department of Health and Human Services' Centers for Disease Control). The life tables can be downloaded from the CDC Internet site at http://www.cdc.gov/nchs/data/nvsr/nvsr56/nvsr56_09.pdf.

We reduce the annual value of services by the risk probability of a decline in health status, disability, or loss of function from morbidity statistics using health status data in *Healthy Life Expectancy, 2004 Tables* (Expectancy Data, 2008).

## Future growth and discount rates

When calculating the present value of future economic losses, economists must use relevant future growth and discount rates. The present value of future economic loss is the amount of money that would allow the injured party using principal and accrued interest to annually replace the economic losses projected for each future year. At the end of the loss period, the investment would be equal to zero, or, all principal and accrued interest would be exhausted.

Because the anticipated rate of price inflation is imbedded into current interest rates and price inflation is relevant to future growth, we can avoid the problems of forecasting future price inflation by deleting price inflation from growth and discount rates. Using Bureau of Labor Statistics LABSTAT economic time series data for the listed years below, our forecasts of future real, inflation-free growth are:

| Element of economic loss | Time series studied: BLS LABSTAT data code and title (http://data.bls.gov/cgi-bin/srgate) | Base periods used to study growth through September 2007 to June 2008 | Forecasted real, inflation-free growth rate |
|---|---|---|---|
| Earnings | CIU2010000000000I—Private Industry, Total Compensation: All workers | MAR1985 to JUN1998 | 0.81% |
| Services | CIU2010000300000I—Private Industry, Total Compensation: Service occupations | MAR1985 to JUN1998 | 0.62% |

Since we have adjusted future economic losses for the risks that they would occur, a risk-free discount rate is appropriate. Economic losses that are related to normal taxable events (earning capacity) are discounted to present value using the current 10-year United States Treasury Bond yield that generates taxable interest income. Economic losses that are not related to a taxable event (e.g., services) are discounted to present value using a tax-adjusted 10-year Treasury bond rate. We find these bond yields for the current trading day on the Bloomberg Internet site http://www.bloomberg.com/markets/rates/index.html as follows:

| Marked trading results for April 2, 2009 | Yield | Type of yield |
|---|---|---|
| 10-year Treasury inflation protected rate (TIPS) | 1.41% | Real, inflation free |
| 10-year nominal U.S. Treasury Bond | 2.75% | Nominal |
| Expected tax rate with investment | 15.00% | Nominal |
| Tax-adjusted nominal rate | 2.34% | Nominal |
| Tax-adjusted TIPS rate | 1.00% | Real, inflation free |

The tax-adjusted nominal yield is equal to the 10-year year nominal rate times one minus the average expected tax rate with investment. The tax-adjusted 10-year TIPS yield equals the geometric subtraction of the TIPS rate and the geometric subtraction of the nominal yield and the tax-adjusted yield.

## Summary of Economic Calculation

The economic computations presented in this report are limited to those purely economic in nature related to the ultimate economic damages suffered by Mauritius' survivors. In making these computations, we used generally accepted economic methods and data from federal government agencies. Any element of the economic impact outside of Mauritius' earnings or provision of services for his family members is not included in this report and should be reportedly separately from this report.

The present values of the apparent economic impacts associated with Mauritius' death that are calculated in this report are:

|  | 75th Percentile Bachelor Degree | Median Professional Degree |
|---|---|---|
| Earning capacity | $2,918,392 | $3,080,951 |
| Personal consumption | ($1,448,999) | ($1,490,933) |
| Value of lost services | $138,400 | $138,400 |
|  | $1,607,792 | $1,728,417 |

John O. Ward, Ph.D.

Table 1. 75th percentile bachelor degree earning capacity
Developed Classified Alleged

| Year | Age at end of year | Portion of year | Growth Factor | Earnings | Portion of year | Rate of death | done One survival | done One survival | Risk of being reduced to work | done One survival | done One survival | Prematurely jcd died/death | Financial work factor | sample Expected Earnings | sample Earnings | done work | done Present value | Present value Earnings | cycle Present Value Periodical expenses | done Percent explosive | done Percent explosive | cycle Present Value Periodical expenses | Earnings time personal expenses | cumulative Earnings less Expenses | running Present Value of Earnings | Earnings less personal expenses | cumulative Present Value of Earnings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Name: Apr 3, 2009 to Age 67.00

Scale of grant and billions
Joint Ward Economics
Enclosure Correctness

Continued (total) positions
July 30, 2047

67.09 years

Table 2. Median professional degree earning capacity

| Decedent: Matthew Meyer | | | times | times | equals Anticipated | times One minus | times One minus | times One minus | equals Expected | times TIPP | equals Present value | times Percent | equals Present Value | summing Present Value of Growth | cumulative | summing Present Value of Continuous | cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | Age at end of year | Earnings | Growth factor | Portion of year | Earnings | Risk of death | Risk of being unable to work | Parents joint risk of death | Earnings | Present value factor | Earnings | Personal expenses | Personal expenses | Earnings less personal expenses | | Earnings less personal expenses | |
| 2017 | 25 | $70,633 | 1.10018 | 0.50137 | $38,962 | 0.98849 | 0.96469 | 0.99920 | $37,139 | 0.88785 | $32,974 | -60.80% | ($20,048) | $12,926 | $12,926 | $13,360 | $13,360 |
| 2018 | 29 | $75,729 | 1.10687 | 1.00000 | $83,822 | 0.98199 | 0.95465 | 0.99900 | $78,980 | 0.87853 | $69,386 | -53.50% | ($37,122) | $32,265 | $45,190 | $34,243 | $47,603 |
| 2019 | 30 | $80,623 | 1.11581 | 1.00000 | $89,960 | 0.98679 | 0.95646 | 0.99867 | $84,794 | 0.86632 | $73,458 | -53.50% | ($39,300) | $34,158 | $79,349 | $36,239 | $83,842 |
| 2020 | 31 | $85,318 | 1.12480 | 1.00000 | $95,966 | 0.98559 | 0.95574 | 0.99827 | $90,240 | 0.85430 | $77,092 | -48.00% | ($37,004) | $40,088 | $119,437 | $42,632 | $126,474 |
| 2021 | 32 | $89,813 | 1.13391 | 1.00000 | $101,840 | 0.98436 | 0.94811 | 0.99777 | $94,834 | 0.84259 | $79,888 | -48.00% | ($38,346) | $41,542 | $160,978 | $44,631 | $171,284 |
| 2022 | 33 | $94,109 | 1.14307 | 1.00000 | $107,574 | 0.98318 | 0.94101 | 0.99717 | $99,235 | 0.83068 | $82,433 | -48.00% | ($39,568) | $42,865 | $203,843 | $46,467 | $217,751 |
| 2023 | 34 | $98,206 | 1.15230 | 1.00000 | $113,163 | 0.98178 | 0.93198 | 0.99644 | $103,166 | 0.81913 | $84,506 | -48.00% | ($40,563) | $43,943 | $247,786 | $48,201 | $265,952 |
| 2024 | 35 | $102,102 | 1.16159 | 1.00000 | $118,601 | 0.98039 | 0.93448 | 0.99555 | $108,172 | 0.80777 | $87,379 | -48.00% | ($41,942) | $45,437 | $293,223 | $49,817 | $315,770 |
| 2025 | 36 | $105,799 | 1.17106 | 1.00000 | $123,891 | 0.97898 | 0.94517 | 0.99446 | $113,992 | 0.79651 | $90,796 | -48.00% | ($43,582) | $47,214 | $340,437 | $51,314 | $367,083 |
| 2026 | 37 | $109,297 | 1.18046 | 1.00000 | $129,021 | 0.97710 | 0.94531 | 0.99313 | $118,377 | 0.78544 | $92,977 | -48.00% | ($44,629) | $48,348 | $388,785 | $52,695 | $419,779 |
| 2027 | 38 | $112,595 | 1.18999 | 1.00000 | $133,987 | 0.97557 | 0.94314 | 0.99151 | $122,235 | 0.77452 | $94,673 | -48.00% | ($45,443) | $49,230 | $438,015 | $53,963 | $473,742 |
| 2028 | 39 | $115,694 | 1.19958 | 1.00000 | $138,784 | 0.97369 | 0.94041 | 0.98956 | $125,754 | 0.76378 | $96,048 | -48.00% | ($46,103) | $49,945 | $487,960 | $55,120 | $528,862 |
| 2029 | 40 | $118,593 | 1.20930 | 1.00000 | $143,414 | 0.97164 | 0.93746 | 0.98724 | $128,964 | 0.75313 | $97,127 | -48.00% | ($46,621) | $50,506 | $538,466 | $56,165 | $585,027 |
| 2030 | 41 | $121,292 | 1.21907 | 1.00000 | $147,863 | 0.96942 | 0.93633 | 0.98450 | $132,135 | 0.74266 | $98,131 | -48.00% | ($47,103) | $51,028 | $589,494 | $57,102 | $642,128 |
| 2031 | 42 | $123,792 | 1.22891 | 1.00000 | $152,130 | 0.96703 | 0.93119 | 0.98127 | $134,424 | 0.73233 | $98,443 | -48.00% | ($47,253) | $51,190 | $640,684 | $57,933 | $700,061 |
| 2032 | 43 | $126,093 | 1.23881 | 1.00000 | $156,205 | 0.96445 | 0.93303 | 0.97747 | $137,396 | 0.72218 | $99,224 | -48.00% | ($47,627) | $51,596 | $692,280 | $58,660 | $758,721 |
| 2033 | 44 | $128,193 | 1.24885 | 1.00000 | $160,094 | 0.96163 | 0.93777 | 0.97296 | $140,467 | 0.71211 | $100,027 | -48.00% | ($48,013) | $52,014 | $744,295 | $59,282 | $818,003 |
| 2034 | 45 | $130,093 | 1.25894 | 1.00000 | $163,781 | 0.95858 | 0.93455 | 0.96763 | $141,976 | 0.70221 | $99,697 | -48.00% | ($47,854) | $51,842 | $796,137 | $59,804 | $877,807 |
| 2035 | 46 | $131,796 | 1.26931 | 1.00000 | $167,264 | 0.95527 | 0.93377 | 0.96142 | $143,444 | 0.69244 | $99,327 | -48.00% | ($47,677) | $51,650 | $847,787 | $60,227 | $938,034 |
| 2036 | 47 | $133,299 | 1.27933 | 1.00000 | $170,533 | 0.95169 | 0.93394 | 0.95418 | $144,627 | 0.68284 | $98,757 | -48.00% | ($47,404) | $51,354 | $899,140 | $60,552 | $998,587 |
| 2037 | 48 | $134,604 | 1.28969 | 1.00000 | $173,594 | 0.94780 | 0.93572 | 0.94369 | $145,595 | 0.67332 | $98,032 | -48.00% | ($47,055) | $50,977 | $950,117 | $60,780 | $1,059,367 |
| 2038 | 49 | $135,704 | 1.30011 | 1.00000 | $176,431 | 0.94361 | 0.93430 | 0.93583 | $145,563 | 0.66396 | $96,648 | -48.00% | ($46,391) | $50,257 | $1,000,374 | $60,914 | $1,120,281 |
| 2039 | 50 | $136,608 | 1.31061 | 1.00000 | $179,040 | 0.93916 | 0.92805 | 0.92435 | $144,235 | 0.65473 | $94,434 | -48.00% | ($45,328) | $49,106 | $1,049,480 | $60,956 | $1,181,237 |
| 2040 | 51 | $137,312 | 1.32117 | 1.00000 | $181,413 | 0.93424 | 0.92383 | 0.91130 | $142,655 | 0.64565 | $92,105 | -48.00% | ($44,210) | $47,895 | $1,097,375 | $60,907 | $1,242,144 |
| 2041 | 52 | $137,817 | 1.33188 | 1.00000 | $183,554 | 0.92898 | 0.92485 | 0.89586 | $141,281 | 0.63665 | $89,946 | -48.00% | ($43,174) | $46,772 | $1,144,146 | $60,767 | $1,302,911 |
| 2042 | 53 | $138,121 | 1.34263 | 1.00000 | $185,447 | 0.92336 | 0.92968 | 0.87860 | $139,866 | 0.62780 | $87,807 | -48.00% | ($42,147) | $45,660 | $1,189,806 | $60,540 | $1,363,450 |
| 2043 | 54 | $138,227 | 1.35348 | 1.00000 | $187,087 | 0.91737 | 0.93112 | 0.85895 | $137,267 | 0.61907 | $84,977 | -48.00% | ($40,789) | $44,188 | $1,233,994 | $60,226 | $1,423,677 |
| 2044 | 55 | $138,133 | 1.36438 | 1.00000 | $188,466 | 0.91106 | 0.92855 | 0.83651 | $133,385 | 0.61048 | $81,429 | -48.00% | ($39,086) | $42,343 | $1,276,338 | $59,829 | $1,483,505 |
| 2045 | 56 | $137,839 | 1.37544 | 1.00000 | $189,589 | 0.90436 | 0.92235 | 0.81103 | $128,259 | 0.60197 | $77,209 | -48.00% | ($37,060) | $40,148 | $1,316,486 | $59,346 | $1,542,851 |
| 2046 | 57 | $137,346 | 1.38655 | 1.00000 | $190,436 | 0.89729 | 0.91478 | 0.78226 | $122,279 | 0.59360 | $72,585 | -48.00% | ($34,841) | $37,744 | $1,354,230 | $57,429 | $1,600,280 |
| 2047 | 58 | $136,653 | 1.39775 | 1.00000 | $191,056 | 0.88977 | 0.91028 | 0.75025 | $116,056 | 0.58535 | $67,933 | -48.00% | ($32,608) | $35,325 | $1,389,556 | $0 | $1,600,280 |
| 2048 | 59 | $135,751 | 1.40901 | 1.00000 | $191,288 | 0.88168 | 0.90604 | 0.71513 | $109,278 | 0.57723 | $63,079 | -48.00% | ($30,278) | $32,801 | $1,422,356 | $0 | $1,600,280 |
| 2049 | 60 | $134,669 | 1.42042 | 1.00000 | $191,287 | 0.87286 | 0.91458 | 0.67660 | $103,320 | 0.56918 | $58,808 | -48.00% | ($28,228) | $30,580 | $1,452,937 | $0 | $1,600,280 |
| 2050 | 61 | $133,377 | 1.43190 | 1.00000 | $190,983 | 0.86324 | 0.93074 | 0.63560 | $97,438 | 0.56123 | $54,689 | -48.00% | ($26,251) | $28,438 | $1,481,375 | $0 | $1,600,280 |
| 2051 | 62 | $131,886 | 1.44346 | 1.00000 | $190,373 | 0.85273 | 0.93078 | 0.59058 | $89,237 | 0.55347 | $49,390 | -48.00% | ($23,707) | $25,683 | $1,507,058 | $0 | $1,600,280 |
| 2052 | 63 | $130,196 | 1.45509 | 1.00000 | $189,447 | 0.84134 | 0.92644 | 0.54389 | $80,146 | 0.54579 | $43,740 | -48.00% | ($20,995) | $22,745 | $1,529,802 | $0 | $1,600,280 |
| 2053 | 64 | $128,366 | 1.46688 | 1.00000 | $188,209 | 0.82904 | 0.92668 | 0.49510 | $71,588 | 0.53818 | $38,527 | -48.00% | ($18,493) | $20,034 | $1,549,836 | $0 | $1,600,280 |
| 2054 | 65 | $126,216 | 1.47873 | 1.00000 | $186,640 | 0.81598 | 0.93233 | 0.44529 | $63,253 | 0.53070 | $33,568 | -48.00% | ($16,113) | $17,456 | $1,567,292 | $0 | $1,600,280 |
| 2055 | 66 | $123,927 | 1.49067 | 1.00000 | $184,735 | 0.80209 | 0.94381 | 0.39513 | $55,211 | 0.52332 | $28,893 | -48.00% | ($13,869) | $15,023 | $1,582,317 | $0 | $1,600,280 |
| 2056 | 67 | $121,438 | 1.50270 | 0.58964 | $107,313 | 0.79036 | 0.94852 | 0.35567 | $28,614 | 0.51253 | $14,809 | -48.00% | ($7,108) | $7,701 | $1,590,017 | $0 | $1,600,280 |
| Future: Apr 3, 2008 to Age 67.00 | | | | 39.09 years | $6,183,193 | 36.35 years | 33.96 years | 29.48 years | $4,474,871 | | $3,080,951 | | ($1,490,933) | $1,590,017 | | $1,600,280 | |
| Sum of past and future | | | | 39.09 years | $6,183,193 | 36.35 years | 33.96 years | 29.48 years | $4,474,871 | | $3,080,951 | | ($1,490,933) | $1,590,017 | | $1,600,280 | |
| John Ward Economics<br>Economic Consultants | | | | 67.00 years | | 64.26 years | 61.87 years | 57.39 years | Conditioner Loss Age/Date: December 22, 2046 | | 2046.98 | | | | | | |

**Table 3: Value of lost services**

| Year | Age at end of year | Duration | Overhead | Growth Factor | Partial Year | Duration | Risk of death end loss of factor | Cum. salvage | Prob of Work and Life | Gross Year Value (age) | Salvage | Present Value Factor | Gross (age) Year Value | Reduction | Annual Value of Services | Previous | Cumulative (Annual Value of Services) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

John Ward Economics
Economic Consultants

### Exhibit A: Population transition data from the Current Population Survey, 1998-2007

Source: U.S. Census Bureau and the Bureau of Labor Statistics
Demographic: White Males Bachelors Degree

| Age | Population | Inactives | Actives | Inactive to Inactive | Inactive to Active | Active to Inactive | Active to Active |
|---|---|---|---|---|---|---|---|
| 18 | 298 | 0 | 298 | 0 | 0 | 0 | 298 |
| 19 | 1,942 | 0 | 1,942 | 0 | 0 | 392 | 1,550 |
| 20 | 3,437 | 637 | 2,800 | 536 | 101 | 0 | 2,800 |
| 21 | 19,404 | 1,027 | 18,378 | 205 | 821 | 492 | 17,886 |
| 22 | 123,871 | 10,566 | 113,305 | 582 | 9,984 | 4,690 | 108,614 |
| 23 | 214,598 | 16,446 | 198,151 | 4,199 | 12,248 | 6,376 | 191,776 |
| 24 | 314,524 | 15,266 | 299,258 | 3,127 | 12,139 | 6,887 | 292,371 |
| 25 | 287,914 | 15,946 | 271,968 | 3,935 | 12,011 | 5,524 | 266,444 |
| 26 | 320,644 | 10,768 | 309,876 | 4,005 | 6,763 | 5,371 | 304,505 |
| 27 | 303,181 | 8,159 | 295,022 | 2,959 | 5,200 | 6,850 | 288,172 |
| 28 | 327,613 | 9,492 | 318,121 | 1,755 | 7,737 | 7,605 | 310,516 |
| 29 | 367,621 | 7,388 | 360,233 | 772 | 6,616 | 10,026 | 350,207 |
| 30 | 312,110 | 8,442 | 303,668 | 1,674 | 6,768 | 10,102 | 293,566 |
| 31 | 337,239 | 13,248 | 323,992 | 3,874 | 9,374 | 6,699 | 317,293 |
| 32 | 350,847 | 7,364 | 343,483 | 3,073 | 4,290 | 6,640 | 336,843 |
| 33 | 348,776 | 9,846 | 338,930 | 3,016 | 6,830 | 6,976 | 331,954 |
| 34 | 373,423 | 8,392 | 365,031 | 1,581 | 6,811 | 7,116 | 357,915 |
| 35 | 364,106 | 11,037 | 353,068 | 3,871 | 7,167 | 6,680 | 346,388 |
| 36 | 338,764 | 11,484 | 327,279 | 2,072 | 9,413 | 5,332 | 321,947 |
| 37 | 355,131 | 9,838 | 345,293 | 2,881 | 6,957 | 5,178 | 340,116 |
| 38 | 371,819 | 12,102 | 359,716 | 4,750 | 7,352 | 5,654 | 354,062 |
| 39 | 355,264 | 12,348 | 342,916 | 6,484 | 5,864 | 6,102 | 336,814 |
| 40 | 382,039 | 12,882 | 369,157 | 3,881 | 9,002 | 9,266 | 359,890 |
| 41 | 364,012 | 10,063 | 353,950 | 4,330 | 5,732 | 6,560 | 347,390 |
| 42 | 356,995 | 10,822 | 346,173 | 4,736 | 6,085 | 8,246 | 337,927 |
| 43 | 372,179 | 16,831 | 355,348 | 8,092 | 8,738 | 6,841 | 348,507 |
| 44 | 382,544 | 14,767 | 367,777 | 6,522 | 8,245 | 9,301 | 358,475 |
| 45 | 340,615 | 16,476 | 324,139 | 8,981 | 7,495 | 6,534 | 317,605 |
| 46 | 324,867 | 16,117 | 308,749 | 7,392 | 8,726 | 5,345 | 303,404 |
| 47 | 330,784 | 15,370 | 315,414 | 6,809 | 8,561 | 7,851 | 307,562 |
| 48 | 340,480 | 16,834 | 323,645 | 8,195 | 8,639 | 5,888 | 317,758 |
| 49 | 331,904 | 13,598 | 318,306 | 7,742 | 5,856 | 7,455 | 310,851 |
| 50 | 338,084 | 16,061 | 322,023 | 9,954 | 6,107 | 8,473 | 313,550 |
| 51 | 306,786 | 14,301 | 292,485 | 8,724 | 5,577 | 7,201 | 285,284 |
| 52 | 319,173 | 18,762 | 300,410 | 8,852 | 9,910 | 9,365 | 291,045 |
| 53 | 309,678 | 16,656 | 293,022 | 9,046 | 7,610 | 9,203 | 283,819 |
| 54 | 283,264 | 14,459 | 268,805 | 8,141 | 6,318 | 10,762 | 258,043 |
| 55 | 276,312 | 19,116 | 257,195 | 11,344 | 7,773 | 6,649 | 250,546 |
| 56 | 246,517 | 18,564 | 227,954 | 8,537 | 10,026 | 7,581 | 220,372 |
| 57 | 233,186 | 17,920 | 215,266 | 9,033 | 8,887 | 7,245 | 208,021 |
| 58 | 200,646 | 9,311 | 191,336 | 4,213 | 5,098 | 7,111 | 184,225 |
| 59 | 183,943 | 13,283 | 170,660 | 7,044 | 6,239 | 6,736 | 163,924 |
| 60 | 162,710 | 12,190 | 150,520 | 5,842 | 6,348 | 5,740 | 144,780 |
| 61 | 149,979 | 10,119 | 139,860 | 4,325 | 5,794 | 4,337 | 135,324 |
| 62 | 157,689 | 10,255 | 147,433 | 3,466 | 6,790 | 3,982 | 143,452 |
| 63 | 128,821 | 6,950 | 121,872 | 3,354 | 3,595 | 4,419 | 117,453 |
| 64 | 130,370 | 6,140 | 124,230 | 2,749 | 3,391 | 4,165 | 120,065 |
| 65 | 138,090 | 7,327 | 130,763 | 1,632 | 5,694 | 4,391 | 126,372 |
| 66 | 118,203 | 4,153 | 114,050 | 1,841 | 2,312 | 2,708 | 111,343 |
| 67 | 100,163 | 5,102 | 95,062 | 2,272 | 2,830 | 2,083 | 92,979 |
| 68 | 107,538 | 4,405 | 103,133 | 1,429 | 2,976 | 1,205 | 101,928 |
| 69 | 98,589 | 2,620 | 95,969 | 0 | 2,620 | 2,236 | 93,733 |
| 70 | 97,051 | 3,470 | 93,581 | 959 | 2,511 | 1,912 | 91,669 |
| 71 | 92,894 | 3,723 | 89,171 | 1,407 | 2,316 | 1,408 | 87,764 |
| 72 | 84,321 | 1,079 | 83,242 | 41 | 1,038 | 2,139 | 81,103 |
| 73 | 88,480 | 3,544 | 84,936 | 660 | 2,884 | 2,511 | 82,426 |
| 74 | 85,301 | 2,405 | 82,897 | 42 | 2,363 | 1,823 | 81,073 |
| 75 | 84,069 | 2,018 | 82,051 | 433 | 1,585 | 577 | 81,474 |

## Exhibit B: Population transition data from the Current Population Survey, 1998-2007

Source: U.S. Census Bureau and the Bureau of Labor Statistics
Demographic: White Males Graduate Degree

| Age | Population | Inactives | Actives | Inactive to Inactive | Inactive to Active | Active to Inactive | Active to Active |
|-----|-----------|-----------|---------|---------------------|---------------------|--------------------|------------------|
| 18 | 22,851 | 7,854 | 14,998 | 3,025 | 4,828 | 3,774 | 11,224 |
| 19 | 38,844 | 11,577 | 27,267 | 4,458 | 7,120 | 3,968 | 23,299 |
| 20 | 45,630 | 11,554 | 34,077 | 4,960 | 6,593 | 5,652 | 28,425 |
| 21 | 52,597 | 14,612 | 37,985 | 5,199 | 9,413 | 3,753 | 34,232 |
| 22 | 44,601 | 6,460 | 38,141 | 3,641 | 2,818 | 5,177 | 32,964 |
| 23 | 62,914 | 8,729 | 54,186 | 4,227 | 4,502 | 2,828 | 51,357 |
| 24 | 68,825 | 9,772 | 59,053 | 3,582 | 6,189 | 5,127 | 53,927 |
| 25 | 87,743 | 11,772 | 75,970 | 5,773 | 5,999 | 4,620 | 71,350 |
| 26 | 103,977 | 8,890 | 95,088 | 4,540 | 4,349 | 3,070 | 92,018 |
| 27 | 120,924 | 8,750 | 112,174 | 4,625 | 4,125 | 3,808 | 108,366 |
| 28 | 140,534 | 10,653 | 129,881 | 2,837 | 7,816 | 4,644 | 125,237 |
| 29 | 164,861 | 6,287 | 158,574 | 2,144 | 4,143 | 4,303 | 154,271 |
| 30 | 156,918 | 9,690 | 147,228 | 4,654 | 5,036 | 3,992 | 143,236 |
| 31 | 167,255 | 8,077 | 159,178 | 3,740 | 4,337 | 6,157 | 153,021 |
| 32 | 183,207 | 8,426 | 174,781 | 4,230 | 4,196 | 5,896 | 168,885 |
| 33 | 188,972 | 12,424 | 176,549 | 7,048 | 5,376 | 7,807 | 168,742 |
| 34 | 209,254 | 13,457 | 195,797 | 7,147 | 6,310 | 3,146 | 192,651 |
| 35 | 216,054 | 11,665 | 204,389 | 5,989 | 5,676 | 5,309 | 199,079 |
| 36 | 215,977 | 11,766 | 204,211 | 6,234 | 5,532 | 6,216 | 197,995 |
| 37 | 206,335 | 13,488 | 192,847 | 8,010 | 5,478 | 4,776 | 188,071 |
| 38 | 231,772 | 12,013 | 219,759 | 6,708 | 5,304 | 6,997 | 212,762 |
| 39 | 231,930 | 11,481 | 220,449 | 5,967 | 5,514 | 7,291 | 213,158 |
| 40 | 243,577 | 12,676 | 230,900 | 8,283 | 4,394 | 5,570 | 225,330 |
| 41 | 227,231 | 13,338 | 213,893 | 8,279 | 5,059 | 8,070 | 205,823 |
| 42 | 249,929 | 17,249 | 232,679 | 8,469 | 8,780 | 5,744 | 226,936 |
| 43 | 240,892 | 15,470 | 225,422 | 10,732 | 4,738 | 5,367 | 220,055 |
| 44 | 248,960 | 13,909 | 235,051 | 8,851 | 5,059 | 6,708 | 228,343 |
| 45 | 250,766 | 16,360 | 234,406 | 10,906 | 5,454 | 5,015 | 229,391 |
| 46 | 258,065 | 16,986 | 241,078 | 10,776 | 6,210 | 6,672 | 234,406 |
| 47 | 264,674 | 12,569 | 252,104 | 8,543 | 4,027 | 4,387 | 247,717 |
| 48 | 274,732 | 22,864 | 251,868 | 16,599 | 6,264 | 6,577 | 245,291 |
| 49 | 280,281 | 18,561 | 261,721 | 12,376 | 6,185 | 7,977 | 253,743 |
| 50 | 269,155 | 15,161 | 253,994 | 9,964 | 5,197 | 7,856 | 246,138 |
| 51 | 274,184 | 17,157 | 257,026 | 10,758 | 6,400 | 6,506 | 250,520 |
| 52 | 251,021 | 17,966 | 233,056 | 12,621 | 5,345 | 4,055 | 229,001 |
| 53 | 255,517 | 22,812 | 232,706 | 12,952 | 9,860 | 8,449 | 224,257 |
| 54 | 252,490 | 17,805 | 234,685 | 12,909 | 4,896 | 5,566 | 229,119 |
| 55 | 258,593 | 17,974 | 240,619 | 12,455 | 5,519 | 8,450 | 232,170 |
| 56 | 247,607 | 18,202 | 229,406 | 11,223 | 6,979 | 9,244 | 220,162 |
| 57 | 233,296 | 19,282 | 214,014 | 12,959 | 6,323 | 7,621 | 206,393 |
| 58 | 220,218 | 17,742 | 202,476 | 12,608 | 5,133 | 7,056 | 195,420 |
| 59 | 196,542 | 15,194 | 181,349 | 6,806 | 8,388 | 5,217 | 176,132 |
| 60 | 184,292 | 16,915 | 167,377 | 9,356 | 7,558 | 4,390 | 162,987 |
| 61 | 178,204 | 13,907 | 164,297 | 8,904 | 5,003 | 5,997 | 158,301 |
| 62 | 165,410 | 14,620 | 150,789 | 8,625 | 5,995 | 5,367 | 145,423 |
| 63 | 165,692 | 13,127 | 152,565 | 7,066 | 6,061 | 4,475 | 148,090 |
| 64 | 148,686 | 9,354 | 139,332 | 3,210 | 6,144 | 6,019 | 133,313 |
| 65 | 141,662 | 6,678 | 134,984 | 1,921 | 4,757 | 4,181 | 130,803 |
| 66 | 129,551 | 6,788 | 122,763 | 2,667 | 4,121 | 4,136 | 118,627 |
| 67 | 123,621 | 5,379 | 118,243 | 1,667 | 3,712 | 3,934 | 114,309 |
| 68 | 111,446 | 3,488 | 107,958 | 1,047 | 2,441 | 2,129 | 105,829 |
| 69 | 110,810 | 4,759 | 106,051 | 1,288 | 3,471 | 4,043 | 102,008 |
| 70 | 114,112 | 4,305 | 109,807 | 649 | 3,657 | 2,135 | 107,672 |
| 71 | 98,273 | 2,893 | 95,380 | 1,178 | 1,714 | 1,737 | 93,643 |
| 72 | 90,367 | 2,693 | 87,673 | 630 | 2,063 | 1,016 | 86,658 |
| 73 | 92,341 | 2,810 | 89,531 | 544 | 2,266 | 1,217 | 88,314 |
| 74 | 80,559 | 2,471 | 78,088 | 775 | 1,696 | 1,669 | 76,419 |
| 75 | 91,683 | 1,999 | 89,684 | 314 | 1,684 | 966 | 88,719 |

Exhibit C. Personal Expenses in Single Person Households (with and without children) as Determined by the U.S. Justice Department

| Income | Single | | Single, 1 dependent child | |
|---|---|---|---|---|
| | Percent | Dollars | Percent | Dollars |
| $10,000 | 76.4% | $7,640 | 21.6% | $2,160 |
| $20,000 | 74.6% | $14,920 | 21.6% | $4,320 |
| $25,000 | 73.5% | $18,375 | 21.6% | $5,400 |
| $30,000 | 71.6% | $21,480 | 21.6% | $6,480 |
| $35,000 | 68.0% | $23,800 | 20.6% | $7,210 |
| $40,000 | 64.4% | $25,760 | 19.7% | $7,880 |
| $45,000 | 63.5% | $28,575 | 19.0% | $8,550 |
| $50,000 | 62.6% | $31,300 | 18.3% | $9,150 |
| $60,000 | 61.7% | $37,020 | 17.8% | $10,680 |
| $70,000 | 60.8% | $42,560 | 17.4% | $12,180 |
| $80,000 | 53.5% | $42,800 | 15.1% | $12,080 |
| $90,000 | 48.0% | $43,200 | 13.7% | $12,330 |
| $100,000 | 48.0% | $48,000 | 13.7% | $13,700 |
| $125,000 | 48.0% | $60,000 | 13.7% | $17,125 |
| $150,000 | 48.0% | $72,000 | 13.7% | $20,550 |
| $175,000 | 48.0% | $84,000 | 13.7% | $23,975 |
| $200,000 | 48.0% | $96,000 | 13.7% | $27,400 |
| $225,000 | 48.0% | $108,000 | 13.7% | $30,825 |

Source: U.S. Department of Justice, September 11th Victim Compensation Fund, Explanation of Process for Computing Presumed Economic Loss (Revised August 27, 2002), Table 4, Decedent's Personal Expenditures or Consumption as Percent of Income



Personal Expenses - Single Persons - U.S. Department of Justice

$$y = 4\text{E-}06x^2 + 0.8477x - 787.21$$
$$R^2 = 0.9995$$

Personal Expenses - Single Persons with One Dependent Child U.S. Department of Justice

$$y = -1\text{E-}06x^2 + 9.2616x - 212.55$$
$$R^2 = 0.9844$$

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually        )
and as Administrator of the Estate of )
Maritius A. Meyer, and               )
MARTHA MEYER,                        )
                                     )
              Plaintiffs,            )        **BY FAX**
                                     )
      v.                             )        Case No. 10-CV-325
                                     )
JEFFREY FINK,                        )
                                     )
              Defendant.             )

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

Defendant Jeffrey Fink hereby notifies the court and counsel that he has served

discovery responses on the plaintiff by regularly mailing the same to counsel for the plaintiffs

on this 29th day of July, 2011:

1.      Defendant's Response to Plaintiffs' First Request for Admissions.

1



**MEYER V. FINK**
**CASE NO. 10-CV-325**

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
Craig C. Blumreich  #10119
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was deposited in the U.S. Mail, postage prepaid, on the 29th day of July, 2011, addressed to the following attorney(s) of record:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

_____
Craig C. Blumreich

2

Received Fax :      Jul 29 2011  9:46AM   Fax Station :   HP LASERJET FAX         P. 1

JUL-29-2011 FRI 11:03 AM LARSON & BLUMREICH     FAX NO. 785 273 8560        P. 01

# LARSON & BLUMREICH, CHARTERED

WILLIAM A. LARSON
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

**(FORMERLY GEHRT & ROBERTS, CHARTERED)**

ATTORNEYS AT LAW
5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0992424

## FACSIMILE TRANSMISSION COVER SHEET
## PURSUANT TO RULE 119(d)(3)

DATE:  July 29, 2011

TO:    District Court Clerk
       Riley County District Court

       FAX Number:  785-537-6382

       CASE NUMBER: 10-CV-325

       CASE CAPTION:  Wessel Meyer et al v. Jeffrey Fink

FROM: Craig C. Blumreich, #10119
       LARSON & BLUMREICH, CHARTERED
       5601 S.W. Barrington Court South
       P.O. Box 4306
       Topeka KS 66604-0306
       (785) 273-7722
       Fax: (785) 273-8560

       Kansas Supreme Court Registration No.: 10119
       Attorney for **DEFENDANT**

1.     Please file the following transmitted document: **Notice of Service of Discovery Responses**

       As per the court rule, we will retain the original document in our file with the facsimile transmission confirmation sheet.

                    NUMBER OF PAGES BEING SENT: _3_



Received Fax :        Aug 02 2011 8:11AM      Fax Station :    HP LASERJET FAX            p.  ?

AUG-02-2011 TUE 09:28 AM LARSON & BLUMREICH        FAX NO, 785 273 8560        P, 02

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### DIVISION 3

| | |
|---|---|
| WESSEL H. MEYER, Individually | ) |
| and as Administrator of the Estate of | ) |
| Maritius A. Meyer, and | ) |
| MARTHA MEYER, | ) |
| | ) |
| Plaintiffs, | ) **BY FAX** |
| | ) |
| v. | ) Case No. 10-CV-325 |
| | ) |
| JEFFREY FINK, | ) |
| | ) |
| Defendant. | ) |

## PRAECIPE

TO:  Clerk of the Riley County District Court

Please issue a subpoena duces tecum for a corporate representative to:

**Metropolitan Group Property and Casualty Insurance Company
by serving
Commissioner of Insurance
Kansas Insurance Dept.
420 SW. 9th Street**

1

FAXED

8/2/2011  Issued to attorney

AUG-02-2011 TUE 09:28 AM LARSON & BLUMREICH          FAX NO. 785 273 8580          P. 03

MEYER V. FINK
CASE NO. 10-CV-325

**Topeka Kansas, 66612**

for a deposition at the law offices of Larson & Blumreich Chartered 5601 SW Barrington Ct.

S. Topeka KS 66614 on Monday August 29, 2011.

Dated this 2nd day of August, 2011.

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560

Craig C. Blumreich, #10119

2

# IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

2011 AUG -2 AM 11: 14

RILEY CO., KS.

| | |
|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Mauritius A. Meyer, and MARTHA A. MEYER | ) ) ) |
| Plaintiffs, | ) Case No.  10-CV-325 ) K.S.A. Chapter 60 ) |
| vs. | ) ) ) |
| JEFFREY FINK | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

COME NOW plaintiffs, Wessel H. Meyer, individually and as Administrator of the Estate of Mauritius A. Meyer, and Martha A. Meyer and hereby certify that on the 1st day of August, 2011, they served via first class United States mail, postage prepaid and email upon counsel Craig C. Blumreich of LARSON & BLUMREICH, CHARTERED, 506 SW Barrington Court South, P.O. Box 4306, Topeka, Kansas  66604-0306, craig@lbc-law.com Plaintiffs' Second Request for Admissions to Defendant Jeffrey Fink.

Respectfully submitted,

LATHROP & GAGE LLP

By: _____
    Frederick K. Starrett  KS #9425
    Matthew L. Heffner  KS #21232
    Building 82, Suite 1000
    10851 Mastin Boulevard
    Overland Park, Kansas 66210-1669
    Telephone:  (913) 451-5100
    Telecopier:  (913) 451-0875

Attorneys for Plaintiffs

17028959v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2011, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Craig C. Blumreich
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas 66604

_____
An Attorney for Plaintiffs

17028959v1

Received Fax :          Aug 05 2011 1:17PM      Fax Station :   HP LASERJET FAX         p  2

AUG-05-2011 FRI 02:34 PM LARSON & BLUMREICH        FAX NO. 785 273 8560            P. 02

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

<div align="center">

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

</div>

| | | |
|---|---|---|
| WESSEL H. MEYER, Individually | ) | |
| and as Administrator of the Estate of | ) | |
| Maritius A. Meyer, and | ) | |
| MARTHA MEYER, | ) | |
| | ) | |
| Plaintiffs, | ) | **BY FAX** |
| | ) | |
| v. | ) | Case No. 10-CV-325 |
| | ) | |
| JEFFREY FINK, | ) | |
| | ) | |
| Defendant. | ) | |

<div align="center">

### NOTICE OF SERVICE OF DISCOVERY RESPONSES

</div>

Defendant Jeffrey Fink hereby notifies the court and counsel that he has served

discovery responses on the plaintiff by regularly mailing the same to counsel for the plaintiffs

on this 5th day of August, 2011:

    1.    Defendant's Answers to Plaintiffs' First Set of Interrogatories.

<div align="center">

1

</div>



Received Fax :        Aug 05 2011 1:17PM     Fax Station :   HP LASERJET FAX          p   3

AUG-05-2011 FRI 02:34 PM LARSON & BLUMREICH        FAX NO. 785 273 8560          P. 03

MEYER V. FINK
CASE NO. 10-CV-325

2.    Defendant's Responses to Plaintiff's First Request for Production of
Documents.

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
    Craig C. Blumreich #10119
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was
deposited in the U.S. Mail, postage prepaid, on the 5th day of August, 2011, addressed to the
following attorney(s) of record:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

_____
Craig C. Blumreich

2

AUG-05-2011 FRI 02:34 PM LARSON & BLUMREICH      FAX NO. 785 273 8560       P. 01

# LARSON & BLUMREICH, CHARTERED

WILLIAM A. LARSON
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

(FORMERLY GEHRT & ROBERTS, CHARTERED)

ATTORNEYS AT LAW
5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0992424

## FACSIMILE TRANSMISSION COVER SHEET
## PURSUANT TO RULE 119(d)(3)

DATE:  **August 5, 2011**

TO:    District Court Clerk
       Riley County District Court

       FAX Number:  785-537-6382

       CASE NUMBER: **10-CV-325**

       CASE CAPTION:  **Wessel Meyer et al v. Jeffrey Fink**

FROM: Craig C. Blumreich, #10119
      LARSON & BLUMREICH, CHARTERED
      5601 S.W. Barrington Court South
      P.O. Box 4306
      Topeka KS 66604-0306
      (785) 273-7722
      Fax: (785) 273-8560

      Kansas Supreme Court Registration No.: 10119
      Attorney for **DEFENDANT**

1.    Please file the following transmitted document: **Notice of Service of Discovery Responses**

      As per the court rule, we will retain the original document in our file with the facsimile transmission confirmation sheet.

      NUMBER OF PAGES BEING SENT: _3_



Received Aug 02 2011 8:13AM       Fax Station :   HP LASERJET FAX       p. 4

AUG-02-2011 TUE 09:28 AM LARSON & BLUMREICH      FAX NO. 785 273 8560          P. 04

ORIGINAL

2011 AUG -5 PM 2: 36

DISTRICT COURT
RILEY CO., KS.

RETURN TO:
RILEY CO. DIST. COURT
P.O. BOX 158
MANHATTAN, KS  66505-0158
(785) 537-6364

Craig C. Blumreich # 10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually        )
and as Administrator of the Estate of )
Maritius A. Meyer, and               )
MARTHA MEYER,                        )
                                     )
            Plaintiffs,              )      BY FAX
                                     )
      v.                             )      Case No. 10-CV-325
                                     )
JEFFREY FINK,                        )
                                     )
            Defendant.               )

## SUBPOENA DUCES TECUM FOR DEPOSITION

TO:   **Metropolitan Group Property and Casualty Insurance Company**
      **by serving**
      **Commissioner of Insurance**
      **Kansas Insurance Dept.**
      **420 SW. 9th Street**
      **Topeka Kansas, 66612**

1

AUG-02-2011 TUE 09:28 AM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 05

**MEYER V. FINK**
**CASE NO. 10-CV-325**

YOU ARE HEREBY COMMANDED to designate a corporate representative

pursuant to K.S.A. 60-230(b)(5) to be present and personally appear before a certified

shorthand reporter at a deposition in the above captioned case on Monday August 29,

2011 at 10:00 a.m. at the Law Offices of Larson & Blumreich Chartered, 5601 SW

Barrington Ct. S., Topeka KS 66614 to produce the documents listed below and testify

concerning said documents and the investigation of Metropolitan Group Property and

Casualty ("Metropolitan") concerning claim number SLC 21839

## DOCUMENTS TO BE PRODUCED

1. A copy of your complete and entire claims file for the accident occurring on

November 16, 2008, Metropolitan claim # SLC21839.

2. A certified copy of insurance policy # 1540503250 in effect on the date of the

accident including the declarations.

## ADDITIONAL INFORMATION REQUIRED BY K.S.A. 60-245(a)

Below is the text of K.S.A. 60-245(c) and (d):

(c) Protecting a person subject to a subpoena. (1) Avoiding undue burden or
expense; sanctions. A party or attorney responsible for issuing and serving a
subpoena must take reasonable steps to avoid imposing undue burden or
expense on a person subject to the subpoena. The issuing court must
enforce this duty and impose an appropriate sanction, which may include
lost earnings and reasonable attorney's fees, on a party or attorney who fails
to comply.

(2) Command to produce materials or permit inspection. (A) Appearance

2

Received Fax :          Aug 02 2011 8:11AM     Fax Station :   HP LASERJET FAX          p. 6

AUG-02-2011 TUE 09:29 AM LARSON & BLUMREICH        FAX NO. 785 273 8560          P. 06

MEYER V. FINK
CASE NO. 10-CV-325

not required. A person commanded to produce designated documents, electronically stored information or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing or trial.

(B) Objections. A person commanded to produce designated materials or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the designated materials or to inspecting the premises, or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection; and

(ii) these acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) Quashing or modifying a subpoena. (A) When required. On timely motion, the issuing court must quash or modify a subpoena that:

(i) Fails to allow a reasonable time to comply;

(ii) requires a resident of this state who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed or regularly transacts business in person or requires a nonresident who is neither a party nor a party's officer to travel more than 100 miles from where the nonresident was served with the subpoena, is employed or regularly transacts business in person, except that, subject to paragraph (3)(B)(iii), the person may be commanded to travel to the place of trial;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

3

AUG-02-2011 TUE 09:29 AM LARSON & BLUMREICH        FAX NO. 785 273 8560        P. 07

**MEYER V. FINK**
**CASE NO. 10-CV-325**

(iv) subjects a person to undue burden.

(B) When permitted. To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) Disclosing a trade secret or other confidential research development or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

(C) Specifying conditions as an alternative. In the circumstances described in subsection (c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions as the serving party:

(i) Shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

(4) Person in prison. A person confined in prison may be required to appear for examination by deposition only in the county where the person is imprisoned.

(d) Duties in responding to a subpoena. (1) Producing documents or electronically stored information. These procedures apply to producing documents or electronically stored information:

(A) Documents. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

4

Received Fax          Aug 02 2011 8:1 AM      Fax Station   HP LASERJET FAX              P    8

AUG-02-2011 TUE 09:29 AM LARSON & BLUMREICH        FAX NO. 785 273 8560              P. 08

**MEYER V. FINK**
**CASE NO. 10-CV-325**

(B) Form for producing electronically stored information not specified. If a subpoena does not specify a form for producing electronically stored information, a person responding to a subpoena must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) Electronically stored information produced in only one form. The person responding need not produce the same electronically stored information in more than one form.

(D) Inaccessible electronically stored information. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of subsection (b)(2)(A) of K.S.A. 60-226 and amendments thereto. The court may specify conditions for the discovery.

(2) Claiming privilege or protection. (A) Information withheld. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) Expressly make the claim; and

(ii) describe the nature of the withheld documents, communications or things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

(B) Information produced. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the

5

Received Fax       Aug 02 2011 8:11AM   Fax Station : HP LASERJET FAX         p 9

AUG-02-2011 TUE 09:29 AM LARSON & BLUMREICH        FAX NO. 785 273 8560        P. 09

MEYER V. FINK
CASE NO. 10-CV-325

information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

Any questions regarding the corporate designation(s) requested should be directed

to Craig C. Blumreich, LARSON & BLUMREICH, CHARTERED, 5601 SW Barrington

Court South, P.O. Box 4306, Topeka, Kansas 66604-0306, 785-273-7722, craig@lbc-

law.com

Hereof fail not, under penalty of law.

_Katherine Anderson Clerk_
Clerk of the District Court

Dated: _8/2/2011_

Attorney:

Craig C. Blumreich #10119
Larson & Blumreich, Chartered
5601 S.W. Barrington Court South
P. O. Box 4306
Topeka, KS 66604-0306
(785) 273-7722
Attorney for Defendant
Jeffery Fink.

6

AUG-02-2011 TUE 09:29 AM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 10

2011 AUG -5 PM 2: 36

DISTRICT COURT
RILEY CO., KS.

MEYER V. FINK
CASE NO. 10-CV-325

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RETURN ON SERVICE

I received this subpoena on the _3rd_ day of _August_, 2011 and served it on the

within named by mailing a copy via certified mail in accordance with the provisions of

K.S.A. 40-218 on the _3rd_ day of _August_, 2011.

Kansas Insurance Dept. By:

_See Attached Letter_
_Signed by the Commission_
_or its agents_

$10.00 witness fee attached

$25.00 Kansas Insurance Dept. fee attached

(Attention Kansas Insurance Dept. Please mail a copy of the Subpoena with the executed
return of service to Craig C. Blumreich at P.O. Box 4306 Topeka KS 66604. Mr.
Blumreich will file the return with the clerk of the court. A stamped addressed envelope is
attached for this purpose)

7

# Kansas Insurance Department
Sandy Praeger, Commissioner of Insurance

August 3, 2011

Metropolitan Group Property and
Casualty Insurance Company
C/o The Corporation Company, Inc.
112 SW 7th St., Ste. 3c
Topeka, KS  66603

Dear Sir or madam:

Enclosed herein, please find a Subpoena of Business Records in a civil case that has
been issued to your company in the District Court of Riley County, State of Kansas,
case No. 10-CV-325.  Also, please find check #20255 in the amount of $10.

Thank you for your attention to this matter.

Sincerely,

Sandy Praeger
Commissioner of Insurance

SP: lgh
Enclosures

cc Craig C. Blumreich
    Attorney at Law

**State of Kansas**
21st Judicial District

DAVID L. STUTZMAN
District Judge, Div. III

Riley County Courthouse
100 Courthouse Plaza
P.O. Box 158
Manhattan, Kansas 66505
Phone: 785-537-6373
Fax: 785-565-6849

2011 AUG 17  AM 11:

RILEY CO., KS.

# DIVISION 3 MEMO

**TO:**      Matthew Heffner
            Craig Blumreich
            Court File

**RE:**      **Meyer v. Fink**
            **Case No.  10 CV 325**

**FROM:**    Michelle Pralle
            Court Reporter, Div. 3

**DATE:**    August 17, 2011

_____

Due to a calendar conflict on November 9, 2011, at 11 a.m., the Court has rescheduled the Oral Argument/Pretrial Conference in the above-captioned matter on November 10, 2011, at 11 a.m. in Division 3.

If you have any questions, please give me a call.

Received Fax :        Aug 30 2011 10:13AM     Fax Station :  HP LASERJET FAX           p   2

08/30/2011 09:14 FAX                                                                        ☒002/006

# IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as )
Administrator of the Estate of Mauritius A. )
Meyer, and MARTHA A. MEYER )
                                 )    Case No.  10-CV-325
        Plaintiffs,             )    K.S.A. Chapter 60
                                   )
   vs.                                )
                                   )
JEFFREY FINK                      )
                                   )
        Defendant.           )

## PLAINTIFFS' PRELIMINARY WITNESS AND EXHIBIT LIST

COME NOW the plaintiffs, Wessel H. Meyer, Individually and as Administrator of the

Estate of Mauritius A. Meyer, and Martha A. Meyer, and submit their Preliminary Witness and

Exhibit List, as follows:

### WITNESSES

1.  Wessel H. Meyer
    130 Jordan Avenue
    Clovis, California  93611

2.  Martha A. Meyer
    130 Jordan Avenue
    Clovis, California  93611

3.  Jeffrey Fink
    315 N. Madison Street
    Smith Center, Kansas  66967

4.  Miles Runyon
    15823 Ash
    Overland Park, Kansas  66224

17185465v2



Received Fax :        Aug 30 2011 10:13AM     Fax Station :   HP LASERJET FAX                p . 3

08/30/2011 09:15 FAX                                                          ☒003/008

5.  Officer W. Baquero
    Officer J. Harwood
    Officer Marshall Hageman
    Kansas Highway Patrol
    2019 E. Iron Avenue
    Salina, Kansas  67401

6.  Tamera Hebold
    1878 E. 9 Mile, #213
    Pensacola, Florida  32514

7.  Dylan Combs
    1005 Connecticut
    Lawrence, Kansas  66044

8.  Janet Kristinat
    6810 S.E. Croco
    Baryton, Kansas  66409

9.  Any and all medical providers who have been consulted by and/or provided treatment to
    Mauritius A Meyer for injuries sustained as a result of the occurrence which serves as the
    subject matter of this action.  Such individuals are expected to testify as to their care and
    treatment of such injuries and any opinions or conclusions incidental thereto, including but
    not limited to the condition of Mauritius A. Meyer between the time of the accident and his
    death, the necessity of the medical services rendered and the reasonableness of the costs of
    such services.

10. Any and all persons with knowledge relevant to the claims or defenses whose identity is
    presently unknown.

11. All persons identified by each party in their Interrogatory answers or responses to Requests
    for Production of Documents.

12. All witnesses identified or listed by Defendant.

13. All witnesses necessary for rebuttal or impeachment.

14. All persons identified during depositions.

15. All necessary foundation witnesses for exhibits identified below.

16. Custodian of business records for the Kansas Highway Patrol.

17. Custodian of business records of any and all medical providers who have been consulted by
    and/or provided treatment to Mauritius A. Meyer for injuries sustained as a result of the
    occurrence which serves as the subject matter of this action.

Received Fax :        Aug 30 2011 10:13AM     Fax Station :   HP LASERJET FAX              p    4

08/30/2011 09:15 FAX                                              @004/006

18. All witnesses whose identity is presently unknown but who may be revealed through the remainder of discovery.

19. All expert witnesses identified by either party and those expert witnesses yet to be identified.

20. Any witnesses inadvertently excluded from this disclosure.

## EXHIBITS

1. Any and all drawings, sketches, diagrams, computer reconstructions, photographs, videos and motion pictures depicting and/or relating to the scene of the accident which serves as the subject matter of this action.

2. Any and all documents, including but not limited to medical records and bills, regarding services rendered to Mauritius A. Meyer by the medical institutions, medical service providers and/or doctors who have been consulted by and/or provided treatment to Mauritius A. Meyer for injuries sustained as a result of the occurrence which serves as the subject matter of this action.

3. Certificate of Death.

4. Any and all documents related to the funeral/burial of Mauritius A. Meyer, including any invoice, billing or cost statement.

5. The diagram from the Kansas Motor Vehicle Accident Report pertaining to the November 16, 2008, accident which serves as the subject matter of this action.

6. All pictures, slides, films or X-rays from diagnostic testing relating to injuries sustained by Mauritius A. Meyer in the November 16, 2008, accident.

7. Medical articles, texts, dictionaries, and publications pertinent to the medical conditions and physiology at issue in this case – to be later identified.

8. Demonstrative exhibits to assist the jury, including but not limited to anatomical charts, illustrations and models, timelines, and blowups of exhibits.

9. All affidavits executed by any party or witness.

10. All pleadings.

11. All discovery responses of each party to this litigation.

12. All documents produced by each party to this litigation.

13. All documents identified in discovery by either party to this litigation.

Received Fax :        Aug 30 2011 10:13AM       Fax Station :   HP LASERJET FAX                p . 5

14. All exhibits identified by Defendant.

15. All deposition transcripts from depositions taken in this case, and exhibits and documents referenced in such deposition transcripts.

16. All expert reports and documents reviewed, utilized, relied upon and/or created by such expert.

17. All photographs produced by any party to this litigation.

18. Pre-accident photographs of Mauritius A. Meyer

19. The Curriculum Vitaes of Mauritius A. Meyer's treating physicians and expert witnesses.

20. All photographs of the accident scene and/or automobiles involved in the November 16, 2008, accident, including but not limited to those depicting damages sustained in the November 16, 2008, accident.

21. All photographs taken by the Kansas Highway Patrol.

Received Fax :          Aug 30 2011 10:13AM     Fax Station :  HP LASERJET FAX           p. 1

08/30/2011 08:14 FAX                                                  ☑001/006

APPENDIX A
FACSIMILE TRANSMISSION COVER SHEET
Form for Rule 119(d)(3)

DATE:     August 30, 2011

     TO:     Clerk of the District Court, Riley County

             FAX Number: (785) 537-6382

             Case Number:  10-CV-325

             Caption:  *Wessel H. Meyer, Individually and as Administrator of the*
                       *Estate of Maritius A. Meyer, and Martha A. Meyer v.*
                       *Jeffrey Fink*

FROM:     Frederick K. Starrett, #9425
          Matthew L. Heffner, #21232
          Lathrop & Gage LLP
          10851 Mastin Boulevard, Suite 1000
          Overland Park, KS 66210-1669
          fstarrett@lathropgage.com
          mheffner@lathropgage.com

Telephone Number: (913) 451-5100

Fax Number: (913) 451-0875

Attorney for (Name of Party):  Plaintiffs

Please file the following transmitted document.  NOTE:  Document length is limited to
10 pages.  A cover sheet must separate each document filed.

     Document Name                          No. of Pages

**PLAINTIFF'S PRELIMINARY WITNESS
AND EXHIBIT LIST**                               **5**

3081462v1

FAXED

Received Fax :        Aug 30 2011 4:35PM        Fax Station :   HP LASERJET FAX              p . 2

AUG-30-2011 TUE 04:44 PM LARSON & BLUMREICH          FAX NO. 785 273 8560              P. 02

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### DIVISION 3

| | | |
|---|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Maritius A. Meyer, and MARTHA MEYER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **BY FAX** |
| v. | ) ) | Case No. 10-CV-325 |
| JEFFREY FINK, | ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST

The defendant, Jeffrey Fink, designates the following preliminary list of witnesses who may testify at trial and exhibits that might be introduced at trial:

### WITNESSES

1.    Jeffrey Fink

2.    Myles Runyon

1



Received Fax          Aug 30 2011 4:35PM      Fax Station :   HP LASERJET FAX        p. 3

AUG-30-2011 TUE 04:44 PM LARSON & BLUMREICH        FAX NO. 785 273 8560          P. 03

**MEYER V. FINK**
**CASE NO. 10-CV-325**

3.  Mike Ryno

4.  Investigating law enforcement officers

5.  Healthcare providers who treated the decedent before and after the accident

6.  Kansas State University teachers and administrators relating to the decedent's coursework

7.  Eyewitnesses to the auto accident identified in the Motor Vehicle Accident Report

8.  Foundation witnesses for exhibits

9.  Impeachment witnesses

10. All individuals identified during discovery

11. All witnesses identified by plaintiffs

## EXHIBITS

1.  Motor Vehicle Accident Report

2.  Report of Mike Ryno

3.  Photographs of accident vehicle

4.  Decedent's medical records before and after the accident

5.  The decedent's educational records

6.  The decedent's income tax records

7.  The decedent's employment records

8.  Statements of the parties

2

MEYER V. FINK
CASE NO. 10-CV-325

9.    Parts of accident vehicle inspected by Mike Ryno

10.   Statements of eyewitnesses to the accident

11.   Photographs taken by law enforcement officers

12.   Contents of MetLife claims file

13.   All documents produced during discovery

14.   Deposition transcripts of the parties

15.   Deposition exhibits

16.   All exhibits designated by plaintiffs

The defendant reserves the right to seasonably supplement this preliminary list of witnesses and exhibits as discovery progresses.

Respectfully submitted,

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____

       Craig C. Blumreich  #10119
       Attorneys for Defendant

3

MEYER V. FINK
CASE NO. 10-CV-325

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was deposited in the United States mail, postage prepaid on the 30th day of August, 2011 addressed to the following:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

Craig C. Blumreich

4



Received Fax :         Aug 30 2011 4:35PM      Fax Station :   HP LASERJET FAX        p. 1

AUG-30-2011 TUE 04:44 PM LARSON & BLUMREICH        FAX NO. 785 273 8560        P. 01

# LARSON & BLUMREICH, CHARTERED

WILLIAM A. LARSON
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

(FORMERLY GEHRT & ROBERTS, CHARTERED)

ATTORNEYS AT LAW
5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0992424

## FACSIMILE TRANSMISSION COVER SHEET
## PURSUANT TO RULE 119(d)(3)

DATE:  **August 30, 2011**

TO:    District Court Clerk
       Riley County District Court

       FAX Number:  785-537-6382

       CASE NUMBER: **10-CV-325**

       CASE CAPTION:  **Wessel Meyer et al v. Jeffrey Fink**

FROM: Craig C. Blumreich, #10119
      LARSON & BLUMREICH, CHARTERED
      5601 S.W. Barrington Court South
      P.O. Box 4306
      Topeka KS 66604-0306
      (785) 273-7722
      Fax: (785) 273-8560

      Kansas Supreme Court Registration No.: 10119
      Attorney for **DEFENDANT**

1.    Please file the following transmitted document: **Defendant's Preliminary Witness and Exhibit List**

      As per the court rule, we will retain the original document in our file with the facsimile transmission confirmation sheet.

                              NUMBER OF PAGES BEING SENT: 5





LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually          )
and as Administrator of the Estate of  )
Maritius A. Meyer, and                 )
MARTHA MEYER,                          )
                                       )
      Plaintiffs,                     )
                                       )
v.                                     )    Case No. 10-CV-325
                                       )
JEFFREY FINK,                          )
                                       )
      Defendant.                      )

## DEFENDANT'S EXPERT WITNESS DESIGNATION

The defendant, Jeffrey Fink, designates the following experts who may testify at trial:

1.    Mike Ryno
    Tracy's Automotive
    525 E. 1st Street
    Wichita, KS 67212

Mr. Ryno and the technician who assisted Mr. Ryno in the inspection, Mark White, will testify regarding the inspection performed on the 1999 GMC pickup that is at issue in this case. Mr. Ryno will testify in accord with the 08/26/11 report and its attachments that is affixed to the copy of this designation that is served on Plaintiff's counsel. Mr. Ryno will testify that based upon his education, experience, and his examination of the truck, that the truck showed no signs that it had been knocked into PARK at highway or even moderate speeds.

1

**MEYER V. FINK**
**CASE NO. 10-CV-325**

2.    Treating health care providers of decedent

It is anticipated that any and all treating health care providers of decedent will testify in accord with the medical records of any such provider.

Respectfully submitted,

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
    Craig C. Blumreich  #10119
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was deposited in the United States mail, postage prepaid on the 31th day of August, 2011 addressed to the following:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

_____
Craig C. Blumreich

2

August 26th, 2011

To: Larson & Blumreich, Chartered

This letter is to inform you of the inspection performed on the 1999 GMC Pickup
VIN #1GTEC14T0XZ532930 regarding the steering column shifter being placed in park while at
highway speeds.

Inspections included rear tires, rear end assembly, rear springs, drive shaft, transmission mount,
transmission assembly, and steering column mechanism. The first thing inspected was the rear tires
checking for flat spots on tread area which is usually caused by the tire staying in one position at
moderate to high speeds; tire's checked to be normal. Second thing looked for are any signs that the
drive train being locked up at moderate to high speeds (ie: things bent or broken) and found no signs
of evidence. Third step was to pull the transmission assembly and inspect for wear and broken parts
upon disassembling the transmission. Upon this inspection we did discover what is to be normal
wear and tear. Upon a full inspection of the internal parts of transmission and case checking for any
sign of being locked up at moderate to highway speeds we found no sign of this situation. Fourth
thing we inspected was steering column for signs of bent or damaged parts due to being forced into
park at moderate to high speeds and found no signs of this. Also upon research of shifter operation
the shifter lever does require that you pull the lever toward the steering wheel to move it from drive
to park. General Motors (GM) put this operation in place for safety.

Sincerely

Mike Ryno
Tracy's Automotive
525 E 1st St
Wichita, Ks 67212

Aug 30 11 09:31a                                                                                          p.2

FOUR
COUNTY
ORIGINAL

## STATE OF KANSAS
## MOTOR VEHICLE ACCIDENT REPORT
### DOT FORM NO. 850
KDOT Rev. 1-2005                    AFRS 3.1 v 20061030.8

- [X] FATAL
- [ ] INJURY
- [ ] PDO over $1000
- [ ] PDO under $1000
- [ ] PRIVATE PROPERTY

- [ ] Amended Report
- [ ] Hit & Run Accident
- [ ] KDOT Property Damage
- [ ] KDOT Construction Zone

| Milepost | County | On Road | Speed Limit | CITY | Photos By | Local Case Number | Page of |
|---|---|---|---|---|---|---|---|
| 317.8 | RL | I-70 | 70 | | J. HARWOOD/K-292 | 2008013703 | 1 2 |

| Distance | Feet | At | From | At Road | | Investigating Dept. | Investigating Officer / Badge Number | Reviewed By |
|---|---|---|---|---|---|---|---|---|
| 3.8 | M [X] | FROM | K-177 | Road | 55 | Kansas Highway Patrol | W. BAQUERO 12 | |

**COLLISION DIAGRAM (Show Unit Movements, Roads)**

Describe pre-crash movement of action and direction of vehicles and pedestrians by traffic unit number.

V1 WAS NB ON I-70 NEAR MP 313. V1'S BRAKES LOCKED UP, AND V1 STARTED TO SPIN OFF THE ROAD AND INTO THE NORTH DITCH. V1 ENTERED THE NORTH DITCH AND ROLLED 3 TIMES BEFORE COMING TO REST ON ALL TIRES FACING NORTH EAST.

| Date of Accident | 11/16/2008 | |
|---|---|---|
| Time Occurred | 09:54 | DAY SU |
| Time Notified | 10:01 | DAY SU |
| Time Arrived | 10:14 | DAY SU |

Object Damaged and nature of damage (Show location in diagram)          Name and Address of object owner

| Off Road | Call Sec | Sec. Milepost | AT Road | Distance | | Unit | Dir. | Latitude | | Longitude | | STATE USE ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| County | City Codes | Agency Code | Distance | N | M | Reference Road 1 | + E | Distance | M | Reference Road 2 | Coder Func. Class | |

| Unit | [X] Driver [ ] Ped | NAME (Last, First and Initial) | Phone | Work | Home | Color | YEAR | MAKE | MODEL & BODY STYLE | MC CCs |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | RUNYON | MYLES P | (913) 908-4531 | GRY | 1999 | GMC | TK | PK | |

| Driver/Ped ADDRESS Number & Street | City | State | Zip Code | STATE | LICENSE PLATE # | EXP YR | Removed By: |
|---|---|---|---|---|---|---|---|
| 15823 ASH | OVERLAND PARK | KS | 66224 | KS | WWX479 | 2009 | MANHATTAN WRECKER |

| DRIVER'S LICENSE STATE and NUMBER | CDL? | DATE OF BIRTH | SEX | VEHICLE IDENTIFICATION NUMBER | Operator |
|---|---|---|---|---|---|
| KS No K01955356 | | 09/11/1990 | M | 1GTEC14T0XZ532930 | |

| Registered OWNER FULL NAME ("Same" if Driver) | | Phone | Work | Home | TOTAL occupants in this vehicle | Fire? | Insurance Company |
|---|---|---|---|---|---|---|---|
| RUNYON DON L. | | (913) 908-4531 | | | 3 | N | METROPOLITAN GROUP&CASUAL |

| OWNER Address ("Same" if Driver) | City | State | Zip Code | Speed Data Also | | Direction of Travel | Policy Number |
|---|---|---|---|---|---|---|---|
| 15823 ASH | OVERLAND PARK | KS | 66224 | | | W | 1540503250 |

Special Conditions for unit above.  [ ] 01 Hit & Run  [ ] 02 Non-Contact  [ ] 03 Stolen  [ ] 04 Legally parked  [ ] 05 Police pursuit  [ ] 06 Driverless  [X] 07 Towed away

| Unit | [ ] Driver [ ] Ped | NAME (Last, First and Initial) | Phone | Work | Home | Color | YEAR | MAKE | MODEL & BODY STYLE | MC CCs |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Driver/Ped ADDRESS Number & Street | City | State | Zip Code | STATE | LICENSE PLATE # | EXP YR | Removed By: |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| DRIVER'S LICENSE STATE and NUMBER | CDL? | DATE OF BIRTH | SEX | VEHICLE IDENTIFICATION NUMBER | Odometer |
|---|---|---|---|---|---|
| St No | | | | | |

| Registered OWNER FULL NAME ("Same" if Driver) | | Phone | Work | Home | TOTAL occupants in this vehicle | Fire? | Insurance Company |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| OWNER Address ("Same" if Driver) | City | State | Zip Code | Special Data /rep | | Direction of Travel | Policy Number |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Special Conditions for unit above.  [ ] 01 Hit & Run  [ ] 02 Non-Contact  [ ] 03 Stolen  [ ] 04 Legally parked  [ ] 05 Police pursuit  [ ] 06 Driverless  [ ] 07 Towed away

| TRAF UNIT | SEAT TYPE | Last NAME | First Name | Initial | ADDRESS (Number, Street, City, State, Zip) | SEX | AGE | S.E. USED | EJECT TRAP | INJ SEV | EMS UNIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | RUNYON | MYLES | P | 15823 ASH    OVERLAND PARK KS 66224 | M | 19 | S | N | I | A |
| 01 | 02 | FINN | JEFFREY | D | 315 N.MADISON ST SMITH CENTER KS 66967 | M | 18 | N | N | I | A |
| 01 | 03 | MEYER | MAURITIUS | A | 102 CANYON VIEW DR LANSING KS 66043 | M | 19 | N | E | F | A |
| W1 | | HERBOLD | TAMERA | J | 1078 E 4 MILE213 PENSACOLA FL 32514 | F | 43 | | | | |
| W2 | | COMBS | DYLAN | | 1005 CONNECTICUT LAWRENCE KS 66044 | M | 18 | | | | |
| W3 | | KRISTINAT | JANET | | 6810 SE CROCO BABYTON KS 66409 | F | 41 | | | | |

| E Unit M A | INJURED TAKEN By: RILEY COUNTY EMS | E Unit M B | INJURED TAKEN By: LIFESTAR | E Unit M C | INJURED TAKEN By: |
|---|---|---|---|---|---|
| | INJURED TAKEN To: MERCY HEALTH CENTER | | INJURED TAKEN To: STORMONT VAIL/TOPEKA | | INJURED TAKEN To: |

Aug 30 11 09:31a                                                                p.3



## INVESTIGATIVE - FATALITY REPORT

AFRS 3.1 v. 20081030.8

| COUNTY | ON Hwy | | CITY | | | DATE of Accident | ☒ Fatal, narrative & diagram on fatal accident (required by State) | | Page | of |
| RL | I-70 | | | | | 11/16/2008 | ☐ Investigative Report | | 2 | 2 |

| STATE USE ONLY | INVESTIGATIVE DEPT. Kansas Highway Patrol | | TIME Occurred 09:54 | Day SU | Invest. OFFICER W. BAQUERO | BADGE No. 12 | Local Case Number 2008013783 |

VERBAL STATEMENTS:
-D1(RUNYON) verbally stated that he was traveling on I-70 when the middle passenger(PINK) accidentally pushed the gear shift into park. He stated the brakes locked up and he lost control of his vehicle, and it started to roll off the highway.
-P1(PINK) the middle passenger, verbally stated that he was adjusting his position when he accidentally pushed the gear shift into park, and then the vehicle started to slide out of control. He stated he didn't remember much after that, and could not remember if he was wearing his seatbelt.

VOLUNTARY WITNESS STATEMENTS:
-W1(HEROLD) stated that the vehicle(V1) was in the left lane at approximately 65 mph when it suddenly made a hard right turn and started rolling side over side. She also stated that 2 were ejected from the vehicle.
-W2(COKER) stated that he saw a truck(V1) fishtail into the ditch and rollover. He stated he stopped and ran down to the truck and saw the kid laying on the ground and the other two were yelling for help.
-W3(KNIGHTEN) stated that they came across an accident and ran down to the scene where she saw one man "NO" laying outside the truck. She stated he was blue in the face and was not responding.

FROM THE EVIDENCE: V1 was traveling westbound in the inside lane of I-70 near milepost 318. The middle passenger(PINK) accidentally pushed the transmission shifter into the park position. This caused the brakes of the vehicle to lock up. The driver(RUNYON) lost control of V1, and V1 started to spin in a clockwise motion. V1 started to veer off to the north, exiting the roadway and entering the north ditch. V1 was still in a flat spin in the north ditch, but now facing east when the driver side tires stuck into the ground causing V1 to roll over approximately three times ejecting the right side passenger(MEYER) from the vehicle. V1 came to rest on all 4 tires facing northeast. Passenger(MEYER) came to rest just a few feet north of V1. An inspection of V1 at the scene confirmed that the transmission shifter was locked in the park position.

DISPOSITION OF DRIVER/PASSENGERS/VEHICLE:
-P2(MEYER) the right side passenger, was critically injured and transported by Lifestar to Stormont Vail in Topeka, Kansas where he later passed away. He was pronounced deceased on 11/17/2008 at approximately 01:45 hours by Doctor Sandy of Stormont Vail Hospital.
-D1(RUNYON) was injured and transported by Riley County EMS to Mercy Health Center in Manhattan, Kansas.
-P1(PINK) was injured and transported by Riley County EMS to Mercy Health Center in Manhattan, Kansas.
-V1 was towed by Manhattan Wrecker to Manhattan, Kansas. A tow inventory was completed.

DIAGRAM WAS COMPLETED BY K-78/MARSHALL HAGEMAN.

---

| FATALITY DATA | | | |

| TIME EMS NOTIFIED 09:57 | EXTRICATION WAS REQUIRED FOR THE FOLLOWING PERSONS | 00 | SPECIAL JURISDICTION |
| TIME EMS ARRIVED 10:08 | | | 00 Not Special 01 National Park Service 02 Military 03 Indian Reservation 04 College/University Campus 05 Other Federal property 88 Other 99 Unknown |
| TIME EMS ARRIVED AT HOSPITAL 11:01 | | | |

VEHICLE 01 DAMAGE   I= 03  P= 03

VEHICLE 02 DAMAGE   I=  P=

IMPACT POINTS. Show initial impact point by arrow and label "I". Show principal impact point by arrow and label "P".

☒ Undercarriage   ☐ No Damage   Estimated Speed, MPH
☐ Undercarriage   ☐ No Damage   Estimated Speed, MPH

KDOT Rev 1/1/08                                                             D.O.T FORM NO. 851

Aug 30 11 09:32a                                                                    p.5



COLLISION DIAGRAM    Draw scene as observed. Refer to vehicles, drivers, and pedestrians by numbers assigned in this report.

Local Case Number   2008011783

SHOW  (1) Outline of street and access points and identify specifically by number.
(2) Paths of units prior to and after impact, skidmarks, and point of impact (POI).
(3) Location of signs, traffic controls, and reference points.
(4) Location of other property hit or damaged (trees, signs, etc.).
(5) Specific features at location (bridge, overpass, culvert, railroad crossing, etc.).
(6) Location of temporary highway conditions.
(7) Measurements to locate the accident relative to specific, fixed, and identifiable points.

NOT TO SCALE

diagram completed by K-78/
Hageman

fenceline

sign

136'    136'    76'

594'    586'    0'

reference
point

## ACCIDENT CODING LIST    6c00001183989

### Contributing Circumstances -- List in order of significance
(Example: Officer's Opinion...) | D3 | 07 | OR | 02 |    Interpretation: driver 1 -- made improper turn: On Road: icy or slushy)

**D (n) DRIVER (1, 2, etc.)**

01 Under influence of illegal drugs
02 Under influence of alcohol
03 Failed to yield right of way
04 Disregarded traffic signs, signals, or markings
05 Exceeded posted speed limit
06 Too fast for conditions
07 Made improper turn
08 Wrong side or wrong way
09 Followed too closely
10 Improper lane change
11 Improper backing
12 Improper passing
13 Improper or no signal
14 Improper parking
15 Fell asleep
16 Inattention
17 Did not comply - license restrictions
18 Other Distraction in or an vehicle
19 Avoidance or evasive action
20 Impeding or too slow for traffic
21 Ill or medical condition
22 Distraction - mobile (cell) phone
23 Distraction - other electronic devices
24 Aggressive / Antagonistic driving
25 Reckless / Careless driving

**P (n) - PEDESTRIAN/CYCLIST (1, 2, etc.)**

01 Under influence of illegal drugs
02 Under influence of alcohol
03 Failed to yield right of way
04 Disregarded traffic control
05 Illegally in roadway
06 Pedalcycle violation
07 Clothing not able to be seen
08 Inattention
09 Distraction - mobile (cell) phone

**E - ENVIRONMENT**

01 Fog, smoke, or smog
02 Sleet, hail, or freezing rain
03 Blowing sand, soil, or dirt
04 Strong winds
05 Rain, mist, or drizzle
06 Animal
07 Vision obstruction - building, vehicle, objects made by humans
08 Vision obstruction -- vegetation
09 Vision obstruction -- glare from sun or headlights
10 Reduced visibility due to cloud cover
11 Falling Snow

**V (n)VEHICLE (1, 2, etc.)**

01 Brakes
02 Tires
03 Exhaust
04 Headlights
05 Window or windshield (includes ice on windshield & designer window tinting, etc.)
06 Wheel(s)
07 Trailer coupling
08 Cargo
09 Unattended or Driverless (in motion)
10 Unattended or Driverless (not in motion)
11 Other lights

**D/A (On/At) R (Road)**

01 Wet
02 Icy or slushy
03 Debris or obstruction
04 Ruts, holes, bumps
05 Road construction or maintenance
06 Traffic control device inoperative
07 Shoulders: low, soft, or high
08 Snowpacked

### Miscellaneous Codes:

**Occupant Seat Position Codes**

01 DRIVER (any vehicle type)
02 Center front
03 Right front
04 Left rear
05 Center rear
06 Right rear
07 Other seat position IN vehicle
08 Any position ON or Outside Veh.
09 Unknown location IN or ON Veh
10 Motorcycle passengers
11 Extra person on driver's seat or lap
12-17 Extra person on passenger's lap

Front
| 1 | 2 | 3 |
| 4 | 5 | 6 |
| 7 | 7 | 7 |

**Train Occupant Seat Codes**

31 Train crew (List all in control whether injured or not)

32 Train passenger (List only if injured)

**Pedestrian Type Codes**

21 Pedestrian
22 Pedalcyclist
23 Rider of animal
24 In animal-drawn vehicle
25 In vehicle NOT IN TRANSPORT
26 Machine operator or passenger
88 Other

**Injury Severity**

N Not injured
P Possible injury
I Injury, not incapacitating
D Disabled, incapacitating
F Fatal injury
U Unknown

**Hazardous Material Classes**

01 Explosives
02 Gases
03 Flammable/Combustible Liquid
04 Flammable/Combustible Solid
05 Oxidizers & organic peroxides
06 Poisonous/Infectious substance
07 Radioactive material
08 Corrosive material
09 Miscellaneous hazardous material

**Safety Equipment Use**

S Shoulder & Lap belt
X Shoulder belt only
L Lap belt only
I Infant seat / restraint system (see manual)
C Child seat / restraint system (see manual)
T "Booster" seat / restraint system (see manual)
P Airbag deployed only (Passive System)
R Airbag deployed - Shoulder & Lap belt
J Airbag deployed - Shoulder belt only
W Airbag deployed - Lap belt only
F Airbag deployed - Infant seat
D Airbag deployed - Child seat
K Airbag deployed - "Booster" seat
B Both MC helmet and eye protection
E Motorcyclist Eye protection
H Motorcyclist or Pedalcyclist Helmet
N None used
U Unknown

**Gender**

M Male
F Female
U Unknown

**Animal Type Codes**

01 Deer
02 Other wild animal: bobcat, coyote, etc.
03 Cow
04 Other domestic animal: cat, dog, etc.
05 Horse

**Ejected / Trapped**

N No
E Ejected
P Partially Ejected
T Trapped
U Unknown

Scan Date: 11/22/2008 2:31:33 PM

Case 5:14-cv-04074-JTM-GLR   Document 6-1   Filed 08/15/14   Page 149 of 302

 gmtruckhq

Home   Forum   Register   FAQ   Members List   Today's Posts

Home

# fyi 4l60e common problems / failures

By The Master - Posted on June 22nd, 2008

*Before guessing at transmission problems, check the fluid level (car warmed up, engine running in Park on level ground) and have the PCM scanned for trouble codes FIRST. This guide is meant for problems that do not show up as PCM codes (like shift A&B solenoid failures, for example).*

NOTE:The transmission is on the same fuse as the MAF, O2 sensors and at least one other sensor - if an O2 shorts out, it will blow the fuse and the trans will go into limp-home mode. Be sure the trans has power and the fuse is not blown before doing anything else.

Also note that many problems that show up as transmission issues are actually PCM or electrical, and may be external to the transmission. Try a different PCM, and check for chafing where the cables come out of the PCM.

Secondly, put a line pressure gauge ($55 shipped on Ebay, or visit a local trans shop) on the pressure test port and go for a drive to verify proper line pressure. Base pressure at idle in P,N,OD should be around 70psi and around 140psi in R. Max line pressure should be at least 190psi at WOT in 1st or 2nd. 225psi is optimum. If base pressure is low, trans or pump is worn out. If max pressure is low, check EPC solenoid. If reverse is slow to engage, and line pressure does not come up to at least 130psi in reverse, replace the boost valve with a Transgo 0.50C' boost valve (easy fix in pan).

Beware of coolant contamination - coolant will cause clutch packs to delaminate and thus cost you a rebuild! Trans fluid eats radiator hoses! If you find any sign of cross contamination, fix the problem and thoroughly flush both systems IMMEDIATELY.

What is "limp-home mode" ? This is a fault mode in which the transmission either loses electrical power or the PCM deactivates all of the electronics. The transmission will default to max line pressure. The driver will have Reverse and 3rd, with manual 2nd available by putting the gearshift in 2 or 1 (doesn't matter). 1st, 4th, and TCC lockup will not be available. It will not hurt the car to drive it like this for short periods, but use manual 2nd to get the car moving, and be aware that the trans will generate more heat than normal while operating in limp-home mode due to increased torque converter slippage during 2nd gear starts and no lockup in 3rd gear.

R&R = Remove & Repair (or Rebuild) = Transmission must be removed to fix the problem and may have to be rebuilt or replaced.

Common failures on 4L60E, symptom < cause > any possible repair:
1. Slow, slipping or no reverse: "lo-reverse" clutches are worn out, fluid leak in the reverse apply circuit, or broken sunshell. It is possible to remedy a fluid problem by removing the checkball from its cage in the case in the rear of the trans may help (must remove valvebody), or adding a high-viscosity additive such as Lucas Transmission additive or other seal restorer product. May also have worn boost valve (can replace in the pan).
2. 1-2 shift does not happen at WOT until you let off the gas: Best case: try replacing the TPS. Middle case: leak in the 2nd gear apply circuit (servo assembly or 1-2 accumulator) Doublecheck by using the pressure gauge and watch for a big drop when the PCM commands 2nd gear. Worst case: poor line pressure rise (see below).
3. 1-2 Shift shudder at WOT; delayed or abnormal 1-2 shift; There's a problem ONLY on the 1-2 shift: 1-2 accumulator piston cracked or stuck cocked in the bore. Check the yellow spring inside the accum housing for breakage. Also, if the accumulator housing walls are scored, the housing must be replaced. Easy fix in the pan.
4. 1-2 shift is delayed and harsh, may not shift into OD: Check TPS for smooth and linear electrical response over the entire range of motion. If not, replace.
5. Trans does not upshift out of first, speedometer reads zero at all times: VSS failure. Easy fix on rear of transmission, but xmember must come out to access VSS.
6. No 3rd or 4th gear: "3-4" clutches are worn out. R&R. The car is safe to drive (in 2) until you can get it fixed.
7. Sudden grinding noise with no prior warning primarily in 2nd gear, behavior in reverse may be abnormal; sunshell is fractured. R&R. Try not to run or drive the car or further damage could result.
8. 1st and 3rd only, no 2,4 or R; sunshell is fractured or splines are sheared off. R&R. Try not to run or drive the car or further damage could result.
9. No 2nd or 4th gear. 2-4 band is slipping. Servo seals may be damaged (can be fixed without

AdChoices ▷

**Automatic
Transmissions**
BBB Member since
1961 3yr 100,000
Nationwide Warranty 1
-800-521-2143
www.cottmantransmission.com

**Toyota Recall
Updates**
Toyota is Committed
to Safety. Read More
About the Voluntary
Recall.
Toyota.com/Recall

**4L60E 3 Year
Warranty**
Free Shipping on
4L60E Transmission
Watch Videos & Call 1-
800-708-0087
MonsterTrans.com

**Transmission
Troubleshooting**
Transmission
Troubleshooting &
More! 100,000 Stores.
Deals. Reviews.
shopping.yahoo.com

**GMC Official Site**
0% APR on Select
2011 GMC Models for
Qualified Buyers.
Learn More.
www.GMC.com/SummerEvent

**who's new**

poboychevy

ebryadezo

razzle

JamesJameson

dancinsc

Aug 30 11 09:34a                                                                P.8

FYI 4L60E common problems / failures | GM Truck Headquarters            Page 2 of 2

removing trans. Otherwise, 2-4 band is worn out. R&R.
10. Trans shifts into gear harshly, car feels sluggish off the line. No 1st, 4th or TCC lockup
available. Manual 2nd, 3rd and Reverse are only available gears. CEL is on: Transmission is either in
limp-home mode or has lost electrical power. If there are lots of error codes in the PCM, check the
underhood fuse that powers the transmission, and if it pops again, look for a short in that circuit like an
O2 sensor harness touching exhaust. Otherwise, check PCM codes for a particular fault in the
transmission causing the PCM to put it in limp-home mode.
11. No 1st or 4th available; trans shifts 2nd to 3rd by itself in D or OD and locks the converter :
ShiftA solenoid failed. Easy fix in the pan. Or a wiring problem from PCM to trans., or PCM.
12. Car goes into gear but feels very sluggish like the brakes are dragging, but it will roll easily
(starts out in 4th gear), you manually shift to 2 to get it moving, once it's moving you put it back in OD
and the car shifts 3rd to 4th on its own and locks the converter at the appropriate time: ShiftB solenoid
failed: Easy fix in the pan. Or a wiring problem from PCM to trans., or PCM.
13. No TCC lockup: Brake pedal switches improperly adjusted (always on), TCC solenoid failed (easy
fix in the pan), TCC clutch worn out (must remove trans and replace TC).
14. TCC always locked: TCC apply solenoid circuit shorted to ground, TCC solenoid blockage (easy fix
in pan), or TC broken (must remove trans and replace TC).
15. Horrible noise in 4th and feels like the brakes are on: overrun clutches are applying due to a
cracked or leaking forward piston. Overrun clutches will be worn out after 30 seconds of this behavior.
Car can be safely driven in D. R&R.
16. Soft shifting, gradual performance degradation: Poor line pressure rise due to leaking boost
valve, clogged EPC filter screen, failing EPC solenoid, or worst case: leaky seals throughout. Transgo
HD2-C kit fixes first two without removing trans. Seal restorer may fix last problem, but probably R&R.
Also try a transmission flush with BG brand products (Firestone stocks it).
17. No forward movement in OD or D, but L2, L1 and R work: Forward sprag is broken. R&R. Try not
to run or drive the car or further damage could result.
18. Extremely harsh shifts from P or N, normal shifts at WOT: EPC (Electronic Pressure Control)
solenoid failed. Easy fix in pan. Fix as soon as possible or hard parts will eventually break.
19. Loud bang, grinding sound, loss of all gears, and a binding driveshaft: snapped output shaft.
Try to wiggle driveshaft - if more than 0.020" play, that's the sign. R&R.
20. Trans seems noisy when moving in 1st and Reverse, noise goes away instantly if you shift to
N or the trans goes into 3rd gear: Reaction planetary is worn out due to high miles or insufficient
lubrication. Not a critical failure, but not a good sign either. R&R sooner rather than later.
21. No movement in any gear: pump failure, or total loss of fluid. R&R. or refill pan and find the leak. If
out of fluid. avoid running the engine until the trans is refilled to avoid pump damage. To check for pump
failure, check fluid level with the engine off, then start the engine and recheck fluid level. If level does not
go down when engine is running, the pump is broken.
22. Transmission does not shift automatically, only manually. Swap in a known-good PCM, check
wiring, check other sensors such as VSS and TPS.
23. 3rd gear starts, can manually shift through all gears. When car has been turned off for a bit,
then back on it will run normally.: VSS dropoff w/ Hi-stall converter. The rpms are too high, but VSS is
showing no movement. Happens after a tire burning take-off. Doesn't store a code, will not throw a CEL
(I've heard that it will store a code if it happens 3 or more times). Cure: Reprogram PCM for VSS dropoff
-- PCMforLess knows about it.
24. Fluid leak out of the front of trans where the converter connects; partial or full loss of
movement: Front pump bushing walked out. R&R. May have to replace converter also if hub is scored.
Note that a leaking front seal usually means the bushing is walking out (i.e. call your local trans shop
and schedule an appt.).
25. Torque converter shudder in 4th while lockup is engaged; problem goes away when the brake
pedal is pressed slightly to unlock converter. Have a shop verify line pressure, and provided no valves in
the TCC hydraulic circuit are worn, replace the torque converter. Also, Lubegard Shudder Fix will at least
fix this for awhile. Or try a transmission flush by a shop that uses BG brand products.
26. Shift suddenly become very hard. When going from park to either reverse or drive it slams
into gear. 1-2 and 2-3 shifts are also harsh. All gears seem to work. Problem may be
intermittent: Check TPS for smooth electrical response. If the response is jumpy or erratic at all,
replace TPS.
27. All fluid pumped out through the vent tube: Plugged cooler line. Flush the transmission cooler
and cooler lines. Also could be overfiled transmission.
28. Car acts like it's in OD in neutral, car is locked stationary in R, engine feels loaded in P, all
four forward positions work fine: R&R: Internal crossleak feeding the forward clutches all the time.
Most likely a cracked input housing, or cracked forward piston means forward clutches are fused
together. Car can safely be driven gently in forward gears until the repair.
29. Needle bearings in the pan, first gear and/or reverse may be noisy: Either a torrington bearing
or a planetary bearing is on its way out. Trans will eventually die a loud, catastrophic death. Cheaper to
rebuild now (saves further damage to hard parts). but requires R&R. It is drivable until it breaks
30. 1-2 or 2-3 shift is slow/soft above part throttle: Trans is on its way out. R&R.

96 GMC Owners Manual

---

**CAUTION: (Continued)**

With four-wheel drive if your transfer case is in NEUTRAL (N), your vehicle will be free to roll, even if your shift lever is in PARK (P). So, be sure the transfer case is in a drive gear — not in NEUTRAL (N). If you're pulling a trailer, see "Towing a Trailer" in the Index.

1. Hold the brake pedal down with your right foot and set the parking brake.

2. Move the shift lever into PARK (P) position like this:



• Pull the shift lever toward you.

*blue*

2-35

Aug 30 11 09:35a                                                    p.10

## Leaving Your Vehicle With the Engine Running (Automatic Transmission Only)



3. • Move the lever up as far as it will go.

   Be sure the transfer case is in a drive gear — not in NEUTRAL (N).

4. Turn the ignition key to LOCK.

5. Remove the key and take it with you. If you can leave your vehicle with the ignition key in your hand, your vehicle is in PARK (P).

### ⚠ CAUTION:

It can be dangerous to leave your vehicle with the engine running. Your vehicle could move suddenly if the shift lever is not fully in PARK (P) with the parking brake firmly set. If you have four-wheel drive and your transfer case is in NEUTRAL (N), your vehicle will be free to roll, even if your shift lever is in PARK (P). So be sure the transfer case is in a drive gear — not in NEUTRAL (N). And, if you leave the vehicle with the engine running, it could overheat and even catch fire. You or others could be injured. Don't leave your vehicle with the engine running unless you have to.

2-36

*blue*



# Transmission Repair Specialist of Charlotte

**Twin Automotive & Transmission Repair of Charlotte**
1102 Technology Drive, Indian Trail, NC 28079
704-821-3460

# Transmission Repair & Auto Repair Blog

Current Articles | RSS Feed

## 30 Common 4L60E Transmission Problems & Repair | Charlotte NC

Posted by Beth Jackson on Fri, Mar 18, 2011 @ 07:21 AM

**What is a 4L60E Transmission?**

The 4L60-E is an automatic shift, four-speed overdrive, longitudinally positioned transmission. It has been considered to be the best rendition of the finest overdrive automatic transmission ever produced. The 4L60-E is found in nearly



4L60E Transmission Rebuild Specialists
(704) 821-3460

every GM rear-wheel-drive application, including the C/K Truck, Sonoma, Jimmy, Tahoe, Yukon, Astro, Safari, Suburban, Bravada, Firebird, Camaro and Corvette

Before the Late 4L60-E transmission, there was the Turbo 700R, which was introduced in 1982. The 4L60-E is GM's successful continuation of the ever-improving 700R4 (aka "4L60" since 1990), introduced in 1982. The 4L60-E is the "E"lectronically shift controlled version of the 4L60. The Late 4L60-E was

released in 1997 in and fully phased into wide use through GM by 1998 in both
RWD car platforms (including the C6 Corvette) and trucks in both 2wd and 4wd
configurations. (Most transmission models are not distinctively noted with the "E"
since all GM transmissions are now also controlled electronically.)

The 4L60E Transmission has went through many changes/improvements over
the years since it first came out in 1982. From bells to valve bodies, added
solenoids, changes in pump and convertors. The 4L60E transmission weighs
146 pounds dry, and 162 wet. It requires 8.4 quarts (9.64" torque converter) or
11.4 quarts (11.81" torque converter) of transmission fluid.

**Top 30 Common 4L60E Transmission Problems and Repair**

Below is a list of common transmission problems with the GM 4L60E
Transmission and possible solutions to repair. Although you may have some of
these symptoms / problems with your 4L60E Transmission, the repair solution
may differ. This list is merely a guide to the possible solutions. For a complete
diagnosis on your GM 4L60E Transmission problem, contact us for a Free
Diagnostic.

**1. Slow, slipping or no reverse:** "lo-reverse" clutches are worn out, fluid leak in
the reverse apply circuit, or broken sunshell. It is possible to remedy a fluid
problem by removing the checkball from its cage in the case in the rear of the
transmission may help (must remove valve body), or adding a high-viscosity
additive or other seal restorer product. May also have worn boost valve (can
replace in the pan).

**2. 1-2 shift does not happen at WOT (Wide Open Throttle) until you let off
the gas:** Best case: try replacing the TPS. Middle case: leak in the 2nd gear
apply circuit (servo assembly or 1-2 accumulator). Double check by using the
pressure gauge and watch for a big drop when the PCM commands 2nd gear.
Worst case: poor line pressure rise (see below).

**3. 1-2 Shift shudder at WOT (Wide Open Throttle); delayed or abnormal 1-2
shift; There's a problem ONLY on the 1-2 shift:** 1-2 accumulator piston
cracked or stuck cocked in the bore. Check the yellow spring inside the accum
housing for breakage. Also, if the accumulator housing walls are scored, the
housing must be replaced.

**4. 1-2 shift is delayed and harsh, may not shift into OD:** TPS needs to be
checked for smooth and linear electrical response over the entire range of
motion. If not, this must be replaced.

**5. Trans does not upshift out of first, speedometer reads zero at all times:** Could be VSS failure. Rear of transmission needs to be fixed. Transmission needs to come out in order to access VSS.

**6. No 3rd or 4th gear: "3-4" clutches are worn out:** Needs to be removed and rebuilt. The car is safe to drive (in 2) until you can get it fixed.

**7. Sudden grinding noise with no prior warning primarily in 2nd gear, behavior in reverse may be abnormal:** sunshell is fractured. Must be removed and rebuilt. Try not to run or drive the car or further damage could result.

**8. 1st and 3rd only, no 2,4 or R:** Sunshell is fractured or splines are sheared off. Transmission must be removed and rebuilt. Try not to run or drive the car or further damage could result.

**9. No 2nd or 4th gear. 2-4 band is slipping:** Servo seals may be damaged. Otherwise, 2-4 band is worn out. Transmission must be removed and rebuilt.

**10. Trans shifts into gear harshly, car feels sluggish off the line, No 1st, 4th or TCC lockup available, Manual 2nd, 3rd and Reverse are only available gears, CEL is on:** transmission is either in limp-home mode or has lost electrical power. If there are lots of error codes in the PCM, check the underhood fuse that powers the transmission, and if it pops again, look for a short in that circuit like an O2 sensor harness touching exhaust. Otherwise, check PCM codes for a particular fault in the transmission causing the PCM to put it in limp-home mode.

**11. No 1st or 4th available; trans shifts 2nd to 3rd by itself in D or OD and locks the converter:** ShiftA solenoid failed Or a wiring problem from PCM to trans or PCM. Needs diagnostic testing.

**12. Car goes into gear but feels very sluggish like the brakes are dragging, but it will roll easily (starts out in 4th gear), you manually shift to 2 to get it moving, once it's moving you put it back in OD and the car shifts 3rd to 4th on its own and locks the converter at the appropriate time:** ShiftB solenoid failed: A wiring problem from PCM to transmission or PCM.

**13. No TCC (Torque Converter Clutch) lockup:** Brake pedal switches improperly adjusted (always on), TCC solenoid failed, TCC clutch worn out (must remove transmission and replace TC).

**14. TCC (Torque Converter Clutch) always locked:** TCC apply solenoid circuit shorted to ground, TCC solenoid blockage, or TC broken (must remove trans

Case 5:14-cv-04074-JTM-GLR   Document 6-1   Filed 08/15/14   Page 157 of 302

and replace TC).

**15. Horrible noise in 4th and feels like the brakes are on:** overrun clutches are applying due to a cracked or leaking forward piston. Overrun clutches will be worn out after 30 seconds of this behavior. Car can be safely driven in D. Transmission must be removed and rebuilt.

**16. Soft shifting, gradual performance degradation:** Poor line pressure rise due to leaking boost valve, clogged EPC filter screen, failing EPC solenoid, or worst case: leaky seals throughout. Seal restorer may fix last problem, but probably remove and rebuild needed.

**17. No forward movement in OD or D, but L2, L1 and R work:** Forward sprag is broken. Transmission must be removed and rebuilt. Try not to run or drive the car or further damage could result.

**18. Extremely harsh shifts from P or N, normal shifts at WOT:** EPC (Electronic Pressure Control) solenoid failed. Fix as soon as possible or hard parts will eventually break.

**19. Loud bang, grinding sound, loss of all gears, and a binding driveshaft:** Snapped output shaft. Try to wiggle driveshaft - if more than 0.020" play, that's the sign. Must be removed and transmission rebuilt.

**20. Trans seems noisy when moving in 1st and Reverse, noise goes away instantly if you shift to N or the transmission goes into 3rd gear:** Reaction planetary is worn out due to high miles or insufficient lubrication. Not a critical failure, but not a good sign either. Transmission must be removed and rebuilt, sooner rather than later.

**21. No movement in any gear:** pump failure, or total loss of fluid. Remove transmission and rebuild, or refill pan and find the leak. If out of fluid, avoid running the engine until the transmission is refilled to avoid pump damage. To check for pump failure, check fluid level with the engine off, then start the engine and recheck fluid level. If level does not go down when engine is running, the pump is broken.

**22. Transmission does not shift automatically, only manually.** New PCM, check wiring, check other sensors such as VSS and TPS.

**23. 3rd gear starts, can manually shift through all gears. When car has been turned off for a bit, then back on it will run normally.:** VSS dropoff w/ Hi

Case 5:14-cv-04074-JTM-GLR   Document 6-1   Filed 08/15/14   Page 158 of 302

-stall converter. The rpms are too high, but VSS is showing no movement. Happens after a tire burning take-off. Doesn't store a code, will not throw a CEL (I've heard that it will store a code if it happens 3 or more times). Cure: Reprogram PCM for VSS dropoff.

**24. Fluid leak out of the front of trans where the converter connects; partial or full loss of movement**: Front pump bushing walked out. Transmission must be removed and rebuilt. May have to replace converter also if hub is scored. Note that a leaking front seal usually means the bushing is walking out.

**25. Torque converter shudder in 4th while lockup is engaged; problem goes away when the brake pedal is pressed slightly to unlock converter**: Need to verify line pressure, and provided no valves in the TCC (Torque Converter Clutch) hydraulic circuit are worn, replace the torque converter.

**26. Shift suddenly become very hard. When going from park to either reverse or drive it slams into gear. 1-2 and 2-3 shifts are also harsh. All gears seems to work. Problem may be intermittent**: Check TPS for smooth electrical response. If the response is jumpy or erratic at all, replace TPS (*Throttle position sensor*).

**27. All fluid pumped out through the vent tube**: Plugged cooler line. Flush the transmission cooler and cooler lines. Also could be overfilled transmission.

**28. Car acts like it's in OD in neutral, car is locked stationary in R, engine feels loaded in P, all four forward positions work fine**: Transmission must be removed and rebuilt. Internal crossleak feeding the forward clutches all the time. Most likely a cracked input housing, or cracked forward piston means forward clutches are fused together. Car can safely be driven gently in forward gears until the repair.

**29. Needle bearings in the pan, first gear and/or reverse may be noisy**: Either a torrington bearing or a planetary bearing is on its way out. Transmission will eventually die a loud, catastrophic death. Cheaper to rebuild now (saves further damage to hard parts), but requires removal and rebuild. It is drivable until it breaks.

**30. 1-2 or 2-3 shift is slow/soft above part throttle**: Transmission is on its way out. Transmission must be removed and rebuilt.

**Twin Automotive & Transmission, Charlotte's Transmission Specialist, provides free transmission repair diagnostics (diagnostic is free with repair**

Case 5:14-cv-04074-JTM-GLR   Document 6-1   Filed 08/15/14   Page 159 of 302

of the transmission). **Twin Automotive offers Charlotte NC 's Longest Transmission Rebuild Warranty - 3 Years / Unlimited Miles.**

**The above top 30 common problems with the 4L60E Transmission and possible solutions for repair are merely a guide. Although you may have a similar problem as those listed above, the repair may differ based upon a visual inspection of the vehicle. Transmission problems only worsen with time. If you have any problems with your GM 4L60E Transmission, please contact us at 704-821-3460 to speak with a Charlotte transmission repair specialist.**



**Tags: <u>Chevy Transmission Repair</u>, <u>Charlotte NC</u>, <u>4l60E Transmission</u>, <u>GM Transmission Repair</u>**



Case 5:14-cv-04074-JTM-GLR   Document 6-1   Filed 08/15/14   Page 160 of 302



© 2011 Transmission Rebuild, Transmission Repair Charlotte - ,

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E



© 2010 Autry Enterprises Ltd.

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

| B.I. | DESCRIPTION | | QTY | YEAR | REFERENCE # | PART # |
|------|-------------|--|-----|------|-------------|--------|
| **TECHNICAL MANUALS** | | | | | | |
| K53 | Tech manual TH700-R4 4L60 dis/assembly | diagnosis/troubleshooting | 1 | 82-86 | 83-700RTM | 010-309 |
| K53 | Update handbook changes, parts | interchangeability and part # TH700-R4 | 1 | 87-D3 | 83-700RTM-U1 | 010-311 |
| K53 | Tech manual 4L60 dis/assembly | diagnosis/troubleshooting | 1 | 87-93 | 4L60TM | 010-320 |
| K53 | Tech manual 4L60-E dis/assembly | diagnosis/troubleshooting | 1 | 93-02 | 83-4L60ETM | 010-316 |
| K53 | Update handbook changes, parts | interchangeability and part # 4L60-E | 1 | 93-03 | 83-4L60ETM-U1 | 010-326 |
| K53 | Diagnostic code book | 4L60E/65E/4L80E | 1 | 91-07 | ANEWGMCBTM | 010-327 |
| **REBUILDER KITS** | | | | | | |
| K4 | Master deluxe rebuild kit | TH700-R4/4L60 | 1 | 82-84 | AE | K6100-R |
| K4 | Master deluxe rebuild kit | TH700-R4/4L60 | 1 | 84-87 | AE | K6100A-R |
| K4 | Master deluxe rebuild kit | TH700-R4/4L60 | 1 | 87-92 | AE | K6100B-R |
| K4 | Master deluxe rebuild kit (w/o pistons) | 4L60E | 1 | 93-96 | AE | K6100C-R |
| K1 | Master deluxe rebuild kit (w/o pistons) | 4L60E (w/holes in steels) | 1 | 97-00 | AE | K6100D-R |
| K4 | Master deluxe rebuild kit (w/o pistons) | 4L60E/4L65E (w/holes in steels/.095" 3/4) | 1 | 01-03 | AE | K6100E-R |
| K4 | Master deluxe rebuild kit (w/o pistons) | 4L60E/4L65E | 1 | 04-06 | AE | K6100F-R |
| K4 | Master deluxe rebuild kit | TH700-R4/4L60 (high performance) | 1 | 82-92 | AE | H6100-R |
| K5 | Master kit w/steels | TH700-R4/4L60 | 1 | 82-84 | AE | K6100 |
| K5 | Master kit w/steels | TH700-R4/4L60 | 1 | 84-87 | AE | K6100A |
| K5 | Master kit w/steels | TH700-R4/4L60 | 1 | 87-92 | AE | K6100B |
| K5 | Master kit w/steels (w/o pistons) | 4L60E | 1 | 93-96 | AE | K6100C |
| K5 | Master kit w/steels (w/o pistons) | 4L60E (w/holes in steels) | 1 | 97-00 | AE | K6100D |
| K5 | Master kit w/steels (w/o pistons) | 4L60E/4L65E (w/holes in steels .095" 3/4) | 1 | 01-03 | AE | K6100E |
| K5 | Master kit w/steels (w/o pistons) | 4L60E/4L65E | 1 | 04-06 | AE | K6100F |
| K8 | Master kit w/o steels | TH700-R4/4L60 | 1 | 82-84 | AE | K6100-LS |
| K8 | Master kit w/o steels | TH700-R4/4L60 | 1 | 84-87 | AE | K6100A-LS |
| K8 | Master kit w/o steels | TH700-R4/4L60 | 1 | 87-92 | AE | K6100B-LS |
| K8 | Master kit w/o steels (w/o pistons) | 4L60E | 1 | 93-00 | AE | K6100C-LS |
| K8 | Master kit w/o steels (w/o pistons) | 4L60E/4L65E (w/.095" 3/4 frictions) | 1 | 01-03 | AE | K6100E-LS |
| K8 | Master kit w/o steels (w/o pistons) | 4L60E/4L65E | 1 | 04-06 | AE | K6100F-LS |
| K7 | O/H gasket set w/seals-rings | TH700-R4/4L60 (w/combs VB gaskets) | 1 | 82-92 | AE | K61900 |
| K7 | O/H gasket set w/seals-rings | 4L60E | 1 | 93-03 | AE | K61900A |
| K7 | O/H gasket set w/seals-rings | 4L60E/4L66E | 1 | 04-06 | AE | K61900F |
| K8 | External seal kit | TH700-R4/4L60/4L60E/4L65E/4L70E | 1 | 82-10 | AE | K61900-2 |
| K11 | Gasket and seal kit (w/combo VB gaskets) | TH700-R4/4L60 | 1 | 82-92 | AE | K61900-1 |
| K11 | Gasket and seal kit | 4L60E/4L65E | 1 | 93-10 | AE | K61900A-1 |
| K28 | Kit, 2-4 servo O-rings | TH700-R4/4L60/4L60E/4L65E/4L70E | 1 | 82-10 | AE | K61900-3 |
| **VALVE BODY KITS** | | | | | | |
| K15 | Shift Kit® system kit-servo/accm/gov/PR | TH700-R4/4L60 (parts for timing/etc) | 1 | 82-92 | SK® 700 | K61998 |
| K15 | Shift Kit®-Jr fix sticking TV/3-4 cl fail | TH700-R4/4L60 (soft shifts) | 1 | 82-92 | SK® 700-Jr | K61998A |
| K15 | Shift improving Kit® fix slide bump 1-2 | 4L60E (1-2) soft hot delays (wd and rev) | 1 | 93-04 | SK® 4L60E | K61998E |
| K15 | Heavy duty and high-performance | TH700-R4/4L60 | 1 | 82-92 | 700-2+3 | 700-3 |
| K16 | Heavy duty and high-performance | 4L60E | 1 | 93-05 | 4L60E-HD2 | 4L60E-HD2 |
| K15 | Pressure control vacuum kit | 4L60E | 1 | 93-05 | 46-MOD | K61998M |
| K15 | 700 max throttle 4th shift valve | TH700-R4/4L60 | 1 | 82-88 | 7-4-V | K61989 |
| K15 | Converter conversion valve | TH700-R4/4L60 (for non/lu converter) | 1 | 82-92 | 7-CCV | K61973 |
| K15 | Converter conversion valve | 4L60E (for non/lu converter) | 1 | 93-04 | 4L6-CCV | K61973A |
| K15 | Shift Improver Kit | TH700-R4/4L60 | 1 | 82-92 | 70239 | 114-70239 |
| K15 | Shift Improver Kit | 4L60E | 1 | 93-01 | 70360 | 114-70360 |
| K16 | Shift Improver Kit (light truck) | 4L60E | 1 | 93-01 | 10023 | 114-10023 |
| K15 | Transpak™ | TH700-R4/4L60 | 1 | 82-92 | 70235 | 114-70235 |
| K15 | Transpak™ | 4L60E | 1 | 93-01 | 70365 | 114-70365 |
| K15 | Shift Correction Package | TH700-R4/4L60 | 1 | 82-92 | K700-R4 | S61908 |
| K16 | Shift Correction Package | 4L60E | 1 | 93-97 | K4L60-E | S61908E |
| K15 | Shift Correction Package | 4L60E | 1 | 98-05 | K4L60E-L | S61908F |

© 2010 Autry Enterprises Ltd.

Aug 30 11 09:41a                                                                          p.21

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

| ILL | DESCRIPTION | QTY | YEAR | REFERENCE # | PART # |
|---|---|---|---|---|---|
| | **VALVE BODY KITS. (CONTINUED)** | | | | |
| K15 | Shift Correction Package | high performance | 1 | 82-92 | K700-R4-HP | K700-R4-HP |
| K15 | Shift point package | governor calibration | 1 | 82-92 | K015 | 34964 |
| K15 | High gear lock-up package | TH700-R4/4L60 | 1 | 82-92 | K013 | K013 |
| | **GASKETS AND RUBBER COMPONENTS** | | | | |
| G1 | Gasket, oil pan | TH700-R4/4L60E (neoprene/cork) | 1 | 82-10 | 8642350 | 13960X |
| G1 | Gasket, oil pan | TH700-R4/4L60E (Duraprene®) | 1 | 82-10 | 8654799 | 13960D |
| A2 | Seal, lathe cut | TH700-R4/4L60E (pump body to case) | 1 | 82-04 | 8654716 | 3877L |
| A2 | Seal, stamped steel molded rubber | 4L60E/65E/70E (pump to case)(wedge type) | 1 | 04-10 | 24226315 | 51532 |
| A3 | Gasket, pump | TH700-R4/4L60E (pump to case) | 1 | 82-10 | 8654143 | 1336D |
| A4 | Washer, coated | TH700-R4 (pump bolts) | 7 | 82-86 | 3884683 | 13268A |
| A4 | O'ring | TH700-R4/4L60E/65E/70E (pump bolts) | 7 | 86-10 | 8854341 | 13268B |
| G5 | Seal, lathe cut | TH700-R4/4L60E (extension housing) | 1 | 82-97 | 1368899 | 3896L |
| G5 | Seal, lathe cut | 4L60E/65E/70E (extension housing) | 1 | 96-10 | 24203287 | 3896L |
| G6 | Gasket, valve body (upper) | TH700-R4 (spacer plate to case) | 1 | 82-86 | 8647542 | 13361A |
| G6 | Gasket, valve body (upper) | TH700-R4 (spacer plate to case) | 1 | 87-92 | 8681339 | 13361B |
| G6 | Gasket, valve body (upper) | 4L60E (spacer plate to case) | 1 | 93-00 | 24211921 | 13361C |
| G6 | Gasket, valve body (upper) | 4L60E (spacer plate to case) | 1 | 01-06 | 24211921 | 13361D |
| G6 | Gasket, valve body (upper) | 4L60E/4L65E/4L70E (spacer plate to case) | 1 | 06-09 | 8336484 | 13361E |
| G7 | Gasket, valve body (lower) | TH700-R4 (spacer plate to VB) | 1 | 82-86 | 8647064 | 13362A |
| G7 | Gasket, valve body (lower) | TH700-R4 (spacer plate to VB) | 1 | 87-92 | 8681351 | 13362B |
| G7 | Gasket, valve body (lower) | 4L60E/65E (spacer plate to VB) | 1 | 93-00 | 24211920 | 13362C |
| G7 | Gasket, valve body (lower) | 4L60E/65E (spacer plate to VB) | 1 | 01-06 | 24211920 | 13362D |
| G7 | Gasket, valve body (lower) | 4L60E/4L65E/4L70E (spacer plate to case) | 1 | 06-09 | 8336483 | 13362E |
| G8 | O'ring (w/teflon coating) | TH700/4L60E/65E/70E (2-4 servo piston) | 1 | 82-10 | 8642112 | 13363 |
| G9 | O'ring (w/teflon coating) | TH700/4L60E/65E/70E (2-4 servo cover) | 1 | 82-10 | 8647351 | 13579 |
| A10 | O'ring | 700/4L60E/65E/70E (pump screen)(filter) | 1 | 82-10 | 8642581 | 23015 |
| G11 | O'ring (2 1/8" dia) | TH700-R4/4L60E (speedo gear housing) | 1 | 82-92 | 25501478 | 13582 |
| G11 | O'ring .970" | 4L60E/65E (speed sensor except Corvette) | 1 | 93-10 | B17886 | 1025 |
| G12 | Gasket | TH700-R4 (accm housing to spacer plate) | 1 | 82-82 | 8642129 | 13365 |
| G13 | O'ring | TH700-R4 (filter) | 1 | 82-87 | 8284903 | 3410L |
| G13 | Multi lip seal | TH700-R4 (retro w/late filter) | 1 | 88-92 | 8657767 | 13745 |
| G13 | Multi-lip seal (boot) | 4L60E/65E (filter to press in pump) | 1 | 93-10 | 8685775 | 13746 |
| G14 | O'ring | TH700/4L60E (output shaft yoke to sleeve) | 1 | 82-10 | 3764601 | 13538 |
| C15 | O'ring | TH700/4L60E (input shaft and TCC solenoid) | 1/2 | 82-10 | 8630049 | 13917 |
| C15 | O'ring (teflon coated/green) | TH700/4L60E (input shaft 2.2L/2.5L/2.8L) | 1 | 82-04 | 8662686 | 13766 |
| C15 | O'ring (teflon coated) | 4L60E/65E(input shaft to 300m converter) | 1 | 98-10 | 24212987 | 13917A |
| C16 | O'ring | input hsg to forward clutch hsg | 1 | 82-10 | 6073104 | 13349 |
| C17 | Seal, w/external splines (plastic) | TH700-R4 (input housing to output shaft) | 1 | 82-92 | 8642178 | 13598 |
| C17 | Seal, w/external splines (viton) | input housing to output shaft | 1 | 93-10 | 8677266 | 13599 |
| G18 | Seal, lathe cut | TH700-R4 (governor cover) | 1 | 82-92 | 1241734 | 13515 |
| A19 | Seal (rubber) | TH700-R4/4L60E/65E/70E (pump slide) | 1 | 82-10 | 8631283 | 13762 |
| A20 | Seal (teflon) | TH700-R4/4L60E/65E/70E (pump slide) | 1 | 82-10 | 8631827 | 13768 |
| A21 | O'ring | TH700-R4/4L60E/65E/70E (pump slide) | 1 | 82-10 | 8634086 | 13582 |
| G22 | Multi lip seal (boot) | TH700-R4/4L60E/65E/70E (filler tube) | 1 | 82-10 | 1259475 | 13925 |
| G23 | Multi lip seal (boot) | TH700-R4 (detent cable) | 1 | 82-92 | 25518280 | 13581 |
| G25 | O'ring | TH700-R4 (case connector) | 1 | 82-93 | 6264903 | 3410L |
| G25 | O'ring | 4L60E (case connector) | 1 | 93-10 | B15742 | 1024 |
| B26 | Lip seal | TH700-R4 (reverse piston steel outer long) | 1 | 82-87 | 8642057 | 13347 |
| B26 | Lip seal | 4L60/E (reverse piston alum outer long) | 1 | 87-10 | 8663073 | 13347A |
| B26 | Lip seal | TH700-R4/4L60E (reverse piston inner long) | 1 | 82-10 | 8642058 | 13346 |
| C27 | Lip seal | TH700/4L60E (3rd/4th piston outer long) | 1 | 82-94 | 8634134 | 13344 |
| C27 | Lip seal | TH700/4L60E (3rd/4th piston outer long) | 1 | 82-94 | 8642138 | 13343 |
| C28 | Lip seal | TH700/4L60E (forward clutch inner long) | 1 | 82-97 | 8642147 | 13342 |

**176**                                                          © 2010 Autry Enterprises Ltd.

Aug 30 11 09:42a                                                                                    P.22

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

| ILL | DESCRIPTION | | QTY | YEAR | REFERENCE # | PART # |
|-----|-------------|---|-----|------|-------------|--------|
| | **GASKETS AND RUBBER COMPONENTS (CONTINUED)** | | | | | |
| C28 | Lip seal | TH700/4L60E (forward clutch outer long) | 1 | 82-97 | 8642146 | 13341 |
| C29 | Lip seal | TH700/4L60E (overrun clutch inner long) | 1 | 82-97 | 8642152 | 13346 |
| C29 | Lip seal | TH700/4L60E (overrun clutch outer long) | 1 | 82-97 | 8642151 | 13345 |
| F30 | Seal, lathe cut | low/reverse piston center | 1 | 82-10 | 8663772 | 13538 |
| F30 | Seal, lathe cut | TH700/4L60E/65E (low/reverse piston inner) | 1 | 82-10 | 3812930 | 3773L |
| F30 | Seal, lathe cut | TH700/4L60E/65E (low/reverse piston outer) | 1 | 82-10 | 8663771 | 3774L |
| G31 | Lip seal w/o spring | TH700-R4 (speedo driven gear w/o spring) | 1 | 82-92 | 1240382 | 3991LS |
| G31 | Lip seal w/spring | TH700-R4 (speedo driven gear w/spring) | 1 | 82-92 | 1240382HD | 3991L |
| G42 | Seal, lathe cut (beveled) | 4L60/E (1-2/3-4 accm and aux VB piston) | 3 | 87-10 | 24206509 | 13965 |
| G42 | Seal, lathe cut | 4L60E/65E/70E (forward accumulator) | 1 | 93-10 | 24206508 | 13965A |
| M | Ball, chock (1/4" steel) | TH700-R4/4L60E/65E/70E | 9 | 82-10 | 147485 | 13924S |
| M | O'ring 3/8" line | 4L60E (cooler line fittings) | 2 | 93-97 | 6034493 | 1077 |
| | **METAL CLAD SEALS** | | | | | |
| A33 | Seal, metal clad | TH700-R4/4L60E/65E/70E (front) | 1 | 82-10 | 8657116 | 61151A |
| G34 | Seal, metal clad 60x38x12mm | TH700-R4/4L60E/65E (extension housing) | 1 | 82-06 | 1243402 | 88508 |
| G34 | Seal, metal clad | 4L60E/65E (adapter housing) 4WD | 1 | 06-10 | 97287358 | 22978 |
| G35 | Seal, metal clad | TH700-R4/4L60E/65E (manual lever shaft) | 1 | 82-06 | 8623055 | 38511 |
| A119 | Retainer, seal | TH700-R4/4L60E/65E/70E (front) | 1 | 82-10 | 8654401 | 61991 |
| M | Seal, metal clad | 4L60E/65E/70E (Corvette only/rear case) | 1 | 97-10 | 24207010 | 61152 |
| | **SEALING RINGS** | | | | | |
| K10 | Kit, sealing ring (teflon) | TH700-R4/4L60E/65E/70E (combo) | 1 | 82-10 | AE | K61903T |
| K10 | Kit, sealing ring (metal) | TH700-R4 | 1 | 82-92 | AE | K61903 |
| A36 | Ring, sealing (teflon) | TH700-R4 (pump stator) | 2 | 82-10 | 8828055 | 32300T |
| A36 | Ring, sealing (teflon)(solid) | 4L60E/65E/70E (pump stator) | 2 | 92-10 | 8681292 | 61300T |
| C37 | Ring, sealing (metal)(not included) | TH700-R4 (input shaft/step joint) | 4 | 82-92 | 8657035 | 61301 |
| C37 | Ring, sealing (teflon)(solid) | TH700-R4/4L60E/65E (input shaft) | 4 | 82-10 | 8667035 | 61301T |
| G38 | Ring, sealing (teflon) | 4th apply piston outer | 1 | 82-10 | 8642480 | 61302T |
| G38 | Ring, sealing (metal)(not included) | 4th apply piston outer | 1 | 82-10 | 8642480 | 61302 |
| G39 | Ring, sealing (teflon) | 2nd apply piston inner | 1 | 82-10 | 8642084 | 61305T |
| G39 | Ring, sealing (metal)(not included) | 2nd apply piston inner | 1 | 82-10 | 8642084 | 61305 |
| G39 | Ring, sealing (teflon) | 2nd apply piston inner | 1 | 82-10 | 8642458 | 61303T |
| G39 | Ring, sealing (metal)(not included) | 2nd apply piston inner | 1 | 82-10 | 8642458 | 61303 |
| G39 | Ring, sealing (teflon) | 2nd apply piston inner | 1 | 82-10 | 8642459 | 61306T |
| G39 | Ring, sealing (metal)(not included) | 2nd apply piston inner | 1 | 82-10 | 8642459 | 61306 |
| G40 | Ring, sealing (teflon) | 2nd apply piston outer | 1 | 82-10 | 8642061 | 61304T |
| G41 | Ring, sealing | TH700-R4 (band apply pin) | 2 | 82-92 | 8630120 | 32323T |
| G42 | Ring, sealing (teflon) 1.896" od | TH700-R4 (1-2/3-4 accm piston) | 2 | 82-86 | 8642161 | 32302T |
| | **CLUTCH PLATES** | | | | | |
| B44 | Friction .078" 6.040" od 41T | TH700-R4 (reverse clutch) | 4 | 82-87 | 8654306 | 61100 |
| B44 | Friction .068" 6.040" od 41T | reverse clutch | 4 | 87-10 | 8663079 | 61100A |
| B44 | Friction .078" 6.040" od 41T | high performance (reverse clutch) | 4 | 82-10 | 8642063HP | 61100H |
| B45 | Steel .078" 5.085" id 36T | reverse clutch | 3/4 | 82-10 | 8642061 | 61101 |
| B45 | Steel .078" 5.085" id 36T (Kolene®) | reverse clutch | 3/4 | 82-10 | 8673601 | 61101K |
| B45 | Steel .090" 5.085" id 36T | reverse clutch | sel | 82-10 | 8663080 | 61101D |
| B45 | Steel .078" 5.085" id 36T (w/6 holes ) | reverse clutch | 4 | 97-10 | 24205267 | 61101E |
| B46 | Steel, waved .088" 5.083" id | reverse clutch (cushion) | 1 | 82-84 | 8642080 | 61101A |
| B46 | Steel, waved .080" 5.085" id | reverse clutch (cushion) | 1 | 84-87 | 8647067 | 61101C |
| B46 | Steel, dished .088" 5.085" id | reverse clutch (cushion) | 1 | 87-10 | 8063074 | 61101B |
| D47 | Friction .078" 5.037" od 36T | overrun clutch | 2 | 82-10 | 8673253 | 61102 |
| D47 | Friction .078" 5.037" od 36T | high performance (overrun clutch) | 2 | 82-10 | 8673253HP | 61102H |
| D48 | Steel .092" 4.282" id 10T | overrun clutch | 2 | 82-10 | 8642154 | 61103 |
| D48 | Friction .078" 5.3.15" od 41T | TH700-R4 (forward clutch) | 5 | 82-84 | 8647350 | 61104 |
| D48 | Friction .069" 5.3.15" od 41T | forward clutch | 5 | 85-10 | 8673254 | 61104A |

© 2010 Autry Enterprises Ltd.                                                                            **177**

*(Side tab:)* TH700-R4•4L60•E•65E•70E•75E

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

| ILL | DESCRIPTION | | QTY | YEAR | REFERENCE # | PART # |
|---|---|---|---|---|---|---|
| | **CLUTCH PLATES (CONTINUED)** | | | | | |
| D49 | Friction .078" 5.3.15" od 41T | high performance (forward clutch) | 5 | 82-10 | 8654324HP | 61104H |
| D51 | Steel .079" 4.255" id 20T | forward clutch | 4 | 82-84 | 8642711 | 61105 |
| D51 | Steel .079" 4.255" id 20T (Kolene®) | forward clutch | 4 | 82-84 | 8642167 | 61105K |
| D51 | Steel .090" 4.255" id 20T | forward clutch | 4 | 85-10 | 8654325 | 61105D |
| D51 | Steel .090" 4.255" id 20T (Kolene®) | forward clutch | 4 | 85-10 | 8654325 | 611050K |
| D52 | Steel, waved .070" 4.255" id 20T | forward clutch (cushion) | 1 | 82-92 | 8654255 | 61105A |
| D52 | Steel, waved .050" 4.255" id 12T | forward clutch (cushion) | 1 | 93-10 | 8656010 | 61105F-R |
| D53 | Friction .080" 5.745" od 20T | 3/4 clutch | 6 | 82-96 | 8579390 | 61108 |
| D53 | Friction .080" 5.745" od 20T (high energy) | 3/4 clutch | 6 | 97-10 | 24207605 | 61108A |
| D53 | Friction .066" 5.745" od 20T (high energy) | 3/4 clutch | 7 | 01-10 | 24216932 | 61108B |
| D53 | Friction .062" 5.745" od 20T | high performance (3/4 clutch) | 7 | 82-10 | 8654145RHP | 61108H |
| D53 | Friction .062" 5.745" od 20T (commercial) | 3/4 clutch | ar | 82-96 | 8654145COM | 61108X |
| D53 | Friction .062" 5.745" od 20T (high energy) | 3/4 clutch (commercial) | ar | 97-10 | 24207605COM | 61108AX |
| D53 | Kit, friction and steel | 3/4-9 friction-8 steel-1 pressure plate | 1 | 82-10 | 57757B | K61108 |
| D54 | Steel .076" 4.998" id 20T | 3/4 clutch | 6 | 82-92 | 8678053 | 61109 |
| D54 | Steel .076" 4.998" id 20T (Kolene®) | 3/4 clutch | 6 | 82-92 | 8678053 | 61109K |
| D54 | Steel .080" 4.998" id 20T (commercial) | 3/4 clutch | ar | 82-10 | 8653633COM | 61109X |
| D54 | Steel .108" 4.998" id 20T | 3/4 clutch | 6 | 93-10 | 8685045 | 61109E |
| D54 | Steel .108" 4.998" id 20T (Kolene®) | 3/4 clutch | 5 | 93-10 | 8685045 | 61109EK |
| D54 | Steel .095" 4.998" id 20T | 3/4 clutch | 6 | 01-10 | 24216839 | 61109F |
| F55 | Friction .087" 6.463" od 25T | low/reverse clutch | 4/5 | 82-10 | 8641698 | 35109 |
| F55 | Friction .087" 6.463" od 25T | low/reverse clutch (high performance) | 6 | 82-10 | 8641698HP | 35109H |
| F56 | Steel .068" 5.725" id 17T | low/reverse clutch | 5 | 82-10 | 8281120 | 35101 |
| F56 | Steel .070" 5.725" id (w/4 holes) | low/reverse clutch | 6 | 97-10 | 24206268 | 35101E |
| F56 | Steel .089" 5.725" id (w/4 holes) | low/reverse clutch | ar | 97-10 | 24205270 | 35101F |
| F56 | Steel .049" 5.725" id (w/4 holes) | low/reverse clutch | ar | 97-10 | 24205269 | 35101G |
| F56 | Steel .068" 5.725" id 17T (Kolene®) | low/reverse clutch | 5 | 82-10 | 8261120K | 35101K |
| F57 | Steel .097" 5.725" id 17T | low/reverse clutch | 1 | 87-10 | 8667584 | 61716 |
| F57 | Steel .125" 5.725" id 17T | low/reverse clutch | 1 | 87-10 | 8667565 | 61716A |
| F57 | Steel .049" 5.725" id 17T | low/reverse clutch | 1 | 90-10 | 8673546 | 61716B |
| F57 | Steel .099" 5.725" id 17T | low/reverse clutch | 1 | 90-10 | 8673549 | 61716C |
| D03 | Retainer, w/flange .052" | 3/4 clutch | 1 | 82-92 | 8642171 | 61107A-R |
| F78 | Steel, waved .098" 5.725" id 17T | low/reverse clutch (cushion) | 1 | 87-10 | 8676362 | 61716D |
| | **PRESSURE PLATES** | | | | | |
| D58 | Pressure plate .250" 6.35mm | reverse clutch | sel | 82-87 | 8653654 | 61714D-R |
| D58 | Pressure plate .240" 6.00-6.15mm | reverse clutch | sel | 87-10 | 8663078 | 61714-R |
| D58 | Pressure plate .260" 6.62-6.77mm | reverse clutch | sel | 87-10 | 8663077 | 61714A-R |
| D58 | Pressure plate .290" 7.24-7.39mm | reverse clutch | sel | 87-10 | 8682864 | 61714B |
| D58 | Pressure plate .310" 7.86-8.01mm | reverse clutch | sel | 87-10 | 8682863 | 61714C |
| D59 | Spacer, aluminum | forward clutch | sel | 82-86 | 8642164 | 61106B-R |
| D60 | Pressure plate .255" 6.44mm | forward apply | 1 | 82-86 | 8642163 | 61106-R |
| D60 | Pressure plate .169" 4.30mm | forward apply | 1 | 87-92 | 24212462 | 61106B-R |
| D60 | Pressure plate .142" 3.60mm | forward apply | 1 | 93-10 | n/a | 61106C-R |
| D61 | Pressure plate .267" 6.75mm | forward backing | 1 | 82-86 | 8642166 | 61106C-R |
| D61 | Pressure plate .207" 5.24mm (stamped D) | forward backing | sel | 87-10 | 24212467 | 61715-R |
| D61 | Pressure plate .230" 5.85mm (stamped C) | forward backing | sel | 87-10 | 24212468 | 61715A-R |
| D61 | Pressure plate .251" 6.45mm (stamped B) | forward backing | sel | 87-10 | 24212469 | 61715B |
| D61 | Pressure plate .277" 7.07mm (stamped A) | forward backing | sel | 87-10 | 24212470 | 61715C |
| D61 | Pressure plate .185" 4.60mm | TH700/4L60E/65E/70E (forward backing) | sel | 87-10 | 24212465 | 61715D |
| D62 | Pressure plate .185" 4.00-4.25mm (#4) | 3/4 backing | sel | 82-86 | 8663699 | 61109D-R |
| D62 | Pressure plate .205" 5.00-5.25mm (#3) | 3/4 backing | sel | 82-86 | 24213591 | 61109D |
| D62 | Pressure plate .243" 6.00-6.25mm (#2) | 3/4 backing | sel | 82-86 | 8663657 | 61109B |
| D62 | Pressure plate .280" 7.00-7.25mm (#1) | 3/4 backing | sel | 82-86 | 8663656 | 61109A-R |

178

© 2010 Autry Enterprises Ltd.

Aug 30 11 09:44a                                                                                          P.24

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

| ILL | DESCRIPTION | | QTY | YEAR | REFERENCE # | PART # |
|---|---|---|---|---|---|---|
| | **PRESSURE PLATES (CONTINUED)** | | | | | |
| C62 | Pressure plate .160" 3.90-4.10mm | 4L60/E (3/4 backing) | 1 | 87-10 | 24212459 | 61721 |
| C62 | Pressure plate .193" 4.79-4.99mm | 4L60/E (3/4 backing) | 1 | 87-10 | 24212460 | 61721A |
| C62 | Pressure plate .220" 5.50-5.65mm | 4L60/E (3/4 backing) | 1 | 87-10 | 24217516 | 61721B |
| C62 | Pressure plate .230" 5.68-5.88mm | 4L60/E (3/4 backing) | 1 | 87-10 | 24212461 | 61721C |
| C62 | Pressure plate .240" 6.05-6.15mm | 4L60/E (3/4 backing) | 1 | 87-10 | 24217517 | 61721D |
| C65 | Pressure plate .130" 3.30mm | 3/4 apply | 1 | 82-89 | 8642172 | 61107 |
| C65 | Pressure plate .130" 3.30mm (stepped) | 3/4 apply | 1 | 87-92 | 8676379 | 61107B-R |
| C65 | Pressure plate .215" 5.51mm (flat w/flange) | 3/4 apply | 1 | 93-10 | 8685044 | 61107C |
| C65 | Pressure plate .160" 4.06mm (stepped) | 3/4 apply | 1 | 93-10 | n/a | 61107D-R |
| | **FILTERS** | | | | | |
| K9 | Kit, filter, dacron will retro | Duraprene® | 1 | 82-92 | AE | DK61710 |
| K9 | Kit, filter, will retro | neoprene/cork | 1 | 82-92 | AE | FK61710 |
| K9 | Kit, filter | 4L60E (Duraprene®) | 1 | 93-97 | AE | DK61710A |
| K9 | Kit, filter | 4L60E (neoprene/cork) | 1 | 93-97 | AE | FK61710A |
| K9 | Kit, filter | Corvette 4L60E/65E (Duraprene®) | 1 | 98-05 | AE | DK61710B |
| K9 | Kit, filter | Corvette 4L60E/65E (neoprene/cork) | 1 | 98-05 | AE | FK61710B |
| K9 | Kit, filter (deep pan) | 4L60E (Duraprene®) | 1 | 98-03 | AE | DK61710C |
| K9 | Kit, filter (deep pan) | 4L60E (neoprene/cork) | 1 | 98-03 | AE | FK61710C |
| K9 | Kit, filter (w/"s" on filter) | 4L60E HP (Duraprene®) | 1 | 98-06 | AE | DK61710D |
| K9 | Kit, filter (w/"s" on filter) | 4L60E HP (neoprene/cork) | 1 | 98-06 | AE | FK61710D |
| K9 | Kit, filter (deep pan) | 4L60E/65E/70E (Duraprene®) | 1 | 04-10 | AE | DK61710E |
| K9 | Kit, filter (deep pan) | 4L60E/65E/70E (neoprene/cork) | 1 | 04-10 | AE | FK61710E |
| K9 | Kit, filter (stepped filter) | 4L60E/65E/70E (Duraprene®) | 1 | 04-10 | AE | DK61710F |
| K9 | Kit, filter (stepped filter) | 4L60E/65E (neoprene/cork) | 1 | 04-10 | AE | FK61710F |
| C64 | Filter | TH700-R4 (200-4R type) | 1 | 82-86 | 8642933 | 32710M |
| C64 | Filter, dacron (will retro) | TH700-R4 | 1 | 82-92 | 8667669 | 61710 |
| C64 | Filter | 4L60E/65E | 1 | 93-10 | 8681082 | 61710A |
| C64 | Filter | Corvette (4L60E/65E) | 1 | 98-06 | 24208149 | 61710B |
| C64 | Filter (deep pan) | 4L60E | 1 | 98-03 | 24208465 | 61710C |
| C64 | Filter (w/"s" on filter) | 4L60E (will retrofit 61710A) | 1 | 98-10 | 24208148 | 61710D |
| C64 | Filter (deep pan) | 4L60E | 1 | 04-10 | 24206813 | 61710E |
| C64 | Filter (stepped) | 4L60E/65E | 1 | 04-10 | 24226101 | 61710F |
| A60 | Screen, filter (plastic) | TH700-R4/4L60E/65E/70E (pump stator) | 1 | 82-10 | 8642036 | 61712 |
| M | Screen, filter (plastic)(lg rectangle) | force motor goes in spacer plate | 1 | 93-10 | 24209145 | 61717 |
| M | Screen, filter (plastic)(sm rectangle) | shift solenoid goes in spacer plate | 1 | 93-10 | 824209144 | 61718 |
| M | Screen, filter (plastic) | TH700-R4/4L60E (case) | 1/2 | 82-97 | 12338044 | 35712 |
| M | Screen, filter (plastic) | inside lock-up/TCC solenoid snout | 1 | 98-10 | FD887143 | 61719 |
| M | Filter, auxiliary pump | 4L65E | 1 | 03-07 | n/a | 61711 |
| | **BANDS** | | | | | |
| B66 | Band, 2nd and 4th | TH700-R4/4L60E | 1 | 82-92 | 8654144 | 61700 |
| B66 | Band, 2nd and 4th (high performance) | TH700-R4/4L60E/65E/70E | 1 | 82-10 | 8642076HP | 61700HP |
| B66 | Band, 2nd and 4th (high energy) | 4L60E/65E/70E | 1 | 92-10 | 24201131 | 61700A |
| | **BUSHINGS** | | | | | |
| K13 | Kit, bushing | TH700-R4 (W27 spline input) | 1 | 82-84 | AE | K61901 |
| K13 | Kit, bushing | TH700-R4 (W30 spline input) | 1 | 85-10 | AE | K61901A |
| A67 | Bushing (babbit) | TH700-R4/4L60E (pump body) | 1 | 82-92 | 8626013 | 61005 |
| A67 | Bushing (knurled special) | TH700-R4/4L60E (pump body) | 1 | 82-10 | M170401 | 61005A |
| A67 | Bushing (Duralife ®) | 4L60E (pump body) | 1 | 82-10 | 79015 | 61005X |
| A67 | Bushing (seal-sure) | 4L60E (pump body) | 1 | 82-10 | 65005SS | 61005X |
| A68 | Bushing (bronze) | TH700 (stator support front sm) | 1 | 82-84 | 8626015 | 32006 |
| A68 | Bushing (bronze) | TH700 (stator support front lg) | 1 | 84-10 | 8647964 | 35007A |
| A69 | Bushing (bronze)(narrow) | TH700 (stator shaft rear) | 1 | 82-92 | 8642004 | 61003 |
| A69 | Bushing (bronze)(wide) | TH700/4L60E/65E (stator shaft rear) | 1 | 92-10 | 8682387 | 61003A |

© 2010 Autry Enterprises Ltd.

179

Aug 30 11 09:45a                                                                p.25

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

| ILL | DESCRIPTION | | QTY | YEAR | REFERENCE # | PART # |
|-----|-------------|--|-----|------|-------------|--------|
| | | BUSHINGS (CONTINUED) | | | | |
| B70 | Bushing (bronze) | TH700/4L60E/65E (reverse drum front) | 1 | 82-10 | 8642905 | 61006 |
| B71 | Bushing 1.886" od 47.64mm | TH700/4L60E/65E (reverse drum rear) | 1 | 82-10 | 8628917 | 32001 |
| E72 | Bushing | input sun gear front and rear | 2 | 82-10 | 8642906 | 61008 |
| E73 | Bushing | TH700/4L60E/65E (reaction shaft front) | 1 | 82-10 | 8642908 | 61009 |
| E74 | Bushing | TH700/4L60E/65E (reaction shaft rear) | 1 | 82-10 | 8642907 | 61010 |
| E75 | Bushing | TH700/4L60E/65E (reaction sun gear) | 1 | 82-10 | 8642909 | 61011 |
| E75 | Bushing (wide) | TH700/4L60E/65E (reaction sun gear) | 1 | 82-10 | 8642908W | 61011A |
| G76 | Bushing | TH700/4L60E/65E (case) | 1 | 82-10 | 8641118 | 35012 |
| G77 | Bushing (babbit) 1.626" od | TH700/4L60E/65E (extension housing) | 1 | 82-10 | 8260048 | 8008A |
| G77 | Bushing (bronze w/dimples) | TH700/4L60E/65E (extension housing) | 1 | 82-10 | 8260048 | 8008 |
| n/i | Bushing (not in kit) | TH700 (governor bore use tool T-107) | 1 | 82-92 | 30104A | 30104A |
| | | WASHERS/BEARINGS/RACES/SHIMS | | | | |
| K12 | Kit, thrust bearing | TH700-R4/4L60E | 1 | 82-03 | AE | K61908 |
| K14 | Kit, thrust washer | TH700-R4/4L60E (w/popular selectives) | 1 | 82-03 | AE | K61907 |
| K14 | Kit, washer | front and rear planetary | 1 | 82-10 | AE | K61441 |
| K14 | Kit, washer .025" (batwing type) | front and rear planetary | 1 | 82-10 | AE | K61442 |
| K14 | Kit, washer .030" (batwing type) | front and rear planetary | 1 | 82-10 | AE | K61443 |
| A82 | Thrust washer | pump stator to rev drum | 1 | 82-10 | 12338134 | 61401 |
| C83 | Washer .074"-.078" 1.87-1.97mm (#67) | input hsg to thrust brg | sel | 82-10 | 8642067 | 61400 |
| C83 | Washer .080"-.084" 2.04-2.14mm (#68) | input hsg to thrust brg | sel | 82-10 | 8642068 | 61400A |
| C83 | Washer .087"-.091" 2.21-2.31mm (#69) | input hsg to thrust brg | sel | 82-10 | 8642069 | 61400B |
| C83 | Washer .094"-.098" 2.38-2.48mm (#70) | input hsg to thrust brg | sel | 82-10 | 8642070 | 61400C |
| C83 | Washer .101"-.105" 2.55-2.65mm (#71) | input hsg to thrust brg | sel | 82-10 | 8642071 | 61400D |
| C83 | Washer .107"-.111" 2.72-2.82mm (#72) | input hsg to thrust brg | sel | 82-10 | 8642072 | 61400E |
| C89 | Washer .114"-.118" 2.89-2.99mm (#73) | input hsg to thrust brg | sel | 82-10 | 8642073 | 61400F |
| C83 | Washer .121"-.125" 3.06-3.18mm (#74) | input hsg to thrust brg | sel | 82-10 | 8642074 | 61400G |
| D84 | Thrust washer (plastic) 2 tabs | TH700-R4 (front planetary to outer race) | 1 | 82-86 | 8647095 | 61402A |
| E85 | Thrust washer (metal) 4 tabs | drive shell to reaction shaft | 1 | 82-04 | 8642202 | 61403 |
| C86 | Bearing, thrust 73.7mm id 91mm od | 4L65E (drive shell to reaction shaft) | 1 | 01-10 | 24217328 | 61403B |
| E86 | Thrust washer (plastic) 4 tabs | TH700-R4/4L60E (inner race to drive shell) | 1 | 82-10 | 8642531 | 35406A |
| E86 | Thrust washer (plastic) 4 round tabs | inner race to beast drive shell | 1 | 82-10 | n/a | 61406A |
| C87 | Washer | servo apply pin to return spring | 1 | 82-10 | 8642107 | 61405 |
| C89 | Bearing, thrust | stator shaft to sel washer | 1 | 82-10 | 8642066 | 61466 |
| D90 | Bearing, thrust | input housing to sun gear | 1 | 82-10 | 8642162 | 61462 |
| E92 | Bearing, thrust | input carrier to reaction shaft | 1 | 82-06 | 8642191 | 61491 |
| E92 | TB (thicker w/lip on outer diameter) | 4L60E/65 (input carrier to reaction shaft) | 1 | 07-10 | 24236092 | 61491A |
| F93 | Bearing, thrust | rear planetary to ring gear hub | 1 | 82-10 | 8642215 | 61415 |
| F94 | Bearing, thrust | rear ring gear hub to case | 1 | 82-10 | 8642191 | 61491 |
| | | PUMP PARTS AND PUMPS | | | | |
| K10 | NoYoYo® pump ring kit | TH700-R4/4L60E/65E (up to 5500 RPM) | 1 | 82-10 | 700-PK™ | K32804 |
| K10 | NoYoYo® pump ring kit | high rev 5500 and over | 1 | 82-10 | 700-PKH™ | K32804H |
| K10 | Pump ring kit | TH700-R4 | 1 | 82-92 | K77877 | S32804 |
| K10 | Pump ring kit | 4L60E/65E/70E | 1 | 93-10 | K77B7B | S61804 |
| K38 | Kit, pump respring | TH700-R4 | 1 | 82-92 | M170713K | 61972 |
| K43 | Kit, rotor slide, guide (10 vanes) | TH700-R4 | 1 | 82-97 | AE | K32800A |
| K43 | Kit, rotor slide, guide (13 vanes) | 4L60E/65E/70E | 1 | 97-10 | AE | K32800B |
| K43 | Kit, vane and ring (10 vanes) | TH700-R4/4L60E | 1 | 82-97 | 8631280 | K32801A |
| K43 | Kit, vane and ring (13 vanes) | 4L60E/65E/70E | 1 | 97-10 | n/a | K32801B |
| A88 | Valve, pressure regulator | TH700-R4 | 1 | 82-92 | 8637546 | 61954 |
| A99 | Pump assembly | TH700-R4 (w/27 splines input shaft) | 1 | 82-84 | AE | 61200-R |
| A99 | Pump assembly (non/aux) | TH700-R4 (w/30 splines input shaft) | 1 | 84-87 | AE | 61200B-R |
| A99 | Pump assembly (aux) | TH700-R4 (VB pipe hole w/30 spl input) | 1 | 87-92 | AE | 61200E-R |
| A99 | Pump assembly (non/PWM) | 4L60E | 1 | 93-05 | AE | 61200F-R |

180

© 2010 Autry Enterprises Ltd.

Aug 30 11 09:46a                                                                p.26

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

| ILL. | DESCRIPTION | | QTY | YEAR | REFERENCE # | PART # |
|------|-------------|--|-----|------|-------------|--------|
| | | **PUMP PARTS AND PUMPS (CONTINUED)** | | | | |
| A99 | Pump assembly (PWM) | 4L60E | 1 | 95-99 | AE | 61200G-R |
| A99 | Pump assembly (13 vane) | 4L60E (w/bolt on bell housing) | 1 | 98-02 | AE | 61200J-R |
| A99 | Pump assembly (13 vane) | 4L60E (w/1/4" longer stator shaft) | 1 | 98-02 | AE | 61200H-R |
| A99 | Pump assembly (LCS .090" from edge) | 4L60E (w/1/4" longer stator shaft) | 1 | 02-04 | AE | 61200K-R |
| A99 | Pump assembly (LCS .090" from edge) | 4L60E | 1 | 02-04 | AE | 61200L-R |
| A99 | Pump assembly (molded seal type) | 4L60E (w/1/4" longer stator shaft) | 1 | 04-08 | AE | 61200M-R |
| A99 | Pump assembly (molded seal type) | 4L60E/65E | 1 | 04-08 | AE | 61200N-R |
| A99 | Pump assy (molded seal type)(ISS type) | 4L60E/65E/70E (w/1/4" longer stator shaft) | 1 | 05-10 | AE | 61200P-R |
| A99 | Pump assy (molded seal type)(ISS type) | 4L60E/65E/70E (reluctor on input shaft ) | 1 | 05-10 | AE | 61200Q-R |
| A101 | Shaft, stator | TH700/4L60E/65E | 1 | 82-05 | 77918S-K | 61989A |
| A101 | Shaft, stator | 4L60E/65E (300mm converter 1/4" longer) | 1 | 98-05 | SON-77918S-1K | 61989B |
| A101 | Shaft, stator (ISS type) | 300mm conv 1/4" longer 7.300" ol | 1 | 06-10 | 700-472DN | 61989C |
| A101 | Shaft, stator (ISS type) | 4L60E/65E/70E 6.830" ol | 1 | 07-10 | 700-472EN – | 61989D |
| A102 | Slide, pump .709"-.710" | TH700-R4/4L60E/65E/70E | 1 | 82-10 | 8634083 | 32803 |
| E103 | Vane, pump | TH700-R4/4L60E/65E/70E | 7/13 | 82-10 | 8631280 | 32800 |
| A104 | Ring, pump vane (solid) | cast iron | 2 | 82-10 | 8634086 | 32322 |
| A104 | Ring, pump vane (solid) | harden steel | 2 | 82-10 | 8634086SP | 32322SP |
| A105 | Rotor, pump (10 vane) | TH700-R4/4L60E | 1 | 87-97 | 8654389 | 32802A |
| A106 | Rotor, pump (13 vane) | 4L60E/65E/70E | 1 | 97-10 | 24205400 | 32802B |
| A107 | Ring, sealing (solid)(not in kit) | TH700-R4/4L60E/65E/70E | 1 | 82-10 | 8634079 | 32320 |
| A108 | Guide, rotor (7 vane type) | TH700-R4 | 1 | 82-86 | 8654733 | 32422 |
| A108 | Guide, rotor (10 vane type) | TH700-R4/4L60E | 1 | 87-97 | 8654734 | 32422A |
| A108 | Guide, rotor (13 vane type) | 4L60E/65E/70E | 1 | 97-10 | 24205410 | 32422B |
| A119 | Retainer, seal | TH700-R4/4L60E/65E/70E | 1 | 82-10 | 8654491 | 61991 |
| M | Spring, pressure regulator | TH700-R4 (diesel)(1.75" long)(pink) | 1 | 82-92 | 8642751 | 61965A |
| M | Spring, pressure regulator | TH700-R4 (gas)(1.98" long)(white) | 1 | 82-92 | 8642494 | 61985 |
| M | Spring, outer pump slide (plain) | TH700-R4/4L60E/65E/70E | 1 | 82-10 | M70713P | 61701 |
| M | Spring, inner pump slide (orange) | TH700-R4/4L60E/65E/70E | 1 | 82-10 | M70713R | 61702 |
| | | **HARD PARTS** | | | | |
| B112 | Drum, reverse (sm hole) | TH700-R4 (metal piston) | 1 | 82-86 | 8690907 | 61923 · |
| B112 | Drum, reverse (sm hole) | TH700-R4 (metal piston) | 1 | 82-86 | 8690907 | 61923-R |
| B112 | Drum, reverse (lg hole) | TH700-R4/4L60E/65E (alum piston) | 1 | 87-10 | 8663068 | D61923A |
| B112 | Drum, reverse (lg hole) | TH700-R4/4L60E/65E (alum piston) | 1 | 87-10 | 8663068 | 61923A |
| B112 | Drum, reverse (lg hole) | TH700-R4/4L60E/65E (alum piston) | 1 | 87-10 | 8663068 | 61923A-R |
| C114 | Capsule, w/ball | TH700-R4/4L60E/65E (input shaft) | 1 | 82-10 | 8647037 | 61928 |
| C115 | Housing, input w/shaft | TH700-R4 (27 spl V/8) | 1 | 82-84 | 8647963 | 61971-R |
| C115 | Housing, input w/shaft 27 splines | 2.5/2.8L (O'ring behind splines) | 1 | 82-84 | 8647965 | 61971A-R |
| C115 | Housing, input w/shaft (non/aux) | TH700-R4 (27 spl 2.5/2.8L 4 cyl/V6) | 1 | 84-87 | 8657902 | 61971C-R |
| C115 | Housing, input w/shaft (non/aux) | TH700-R4 (30 spl V/8) | 1 | 85-87 | 8654156 | 61971B-R |
| C115 | Housing, input w/shaft 27 splines | 2.5/2.8L 4 cyl/V6)(O'ring behind splines) | 1 | 87-92 | 8684733 | 61971D-R |
| C115 | Housing, input w/shaft (aux) | TH700-R4 (30 spl 4.3L/V6 V8) | 1 | 87-92 | 8677034 | 61971F-R |
| C115 | Housing, input w/shaft | 4L60E (4 cyl 3.4L/3.8L V6) | 1 | 95-02 | 24200902 | 61971G-R |
| C115 | Housing, input w/shaft | 4L60E (V8-V8) | 1 | 95-05 | 24200901 | 61971H |
| C115 | Housing, input w/shaft | 4L60E (V8-V8) | 1 | 95-05 | 24200901 | 61971H-R |
| C115 | Housing, input w/shaft (1/4" longer) | 4L60E/65E (w/300mm converter) | 1 | 95-05 | 17803687 | D61971J |
| C115 | Housing, input w/shaft (1/4" longer) | 4L60E/65E (w/300mm converter) | 1 | 98-05 | 24209840 | 61971J |
| C115 | Housing, input w/shaft (1/4" longer) | 4L60E/65E (w/300mm converter) | 1 | 98-05 | 24209840 | 61971J-R |
| C115 | Housing, input w/shaft (w/reluctor) | w/300mm conv (rings .190" closer to drum) | 1 | 05-07 | 24230653 | 61971K |
| C115 | Housing, input w/shaft (w/reluctor) | w/300mm conv (rings .190" closer to drum) | 1 | 05-07 | 24230653 | 61971K-R |
| C115 | Housing, input w/shaft (w/o reluctor) | w/300mm conv (rings .190" closer to drum) | 1 | 05-06 | AE | 61971L |
| C115 | Housing, input w/shaft (w/o reluctor) | w/300mm conv (rings .190" closer to drum) | 1 | 05-06 | AE | 61971L-R |
| C118 | Piston, forward | TH700-R4 | 1 | 82-92 | 8654325 | 61941-R |
| C118 | Piston, forward | 4L60E | 1 | 93-96 | 24201472 | 61941A-R |

© 2010 Autry Enterprises Ltd.                                                                     181

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

**TH700-R4•4L60-E•65E•70E•75E**

| ILL | DESCRIPTION | QTY | YEAR | REFERENCE # | PART # |
|-----|-------------|-----|------|-------------|--------|
| | **HARD PARTS  (CONTINUED)** | | | | |
| C120 | Retainer w/springs, overrun clutch | TH700-R4/4L60E | 1 | 82-96 | 8642153 | 61953-R |
| C120 | Retainer w/springs, overrun clutch | 4L60E | 1 | 97-10 | 24206085 | 61953A-R |
| E121 | Planetary, front | TH700-R4/4L60E | 1 | 82-10 | 8654134 | 61982 |
| E121 | Planetary, front (spee'w or w/o holes) | TH700-R4/4L60E | 1 | 82-10 | 8654329 | 61982-R |
| E121 | Planetary, front (5 pinions) | will retro if used with bearing supplied | 1 | 03-10 | 24243874 | 61982A |
| E125 | Gear, sun 1.995" height | TH700-R4/4L60E (front/input) | 1 | 82-96 | 8647093 | 61993-R |
| E125 | Gear, sun (w/groove for tabs) | 4L60E/65E (front/input) | 1 | 99-10 | n/a | 61993A-R |
| E126 | Gear, sun | TH700-R4/4L60E/65E (rear/reaction) | 1 | 82-10 | 8642204 | 61997 |
| E126 | Gear, sun | TH700-R4/4L60E/65E (rear/reaction) | 1 | 82-10 | 8642204 | 61997-R |
| E126 | Gear, ring 1 3/8" outer spline | TH700-R4/4L60E (front/internal) | 1 | 82-10 | 8663639 | 61994-R |
| E129 | Shaft, reaction | TH700-R4/4L60E | 1 | 82-06 | 8654259 | 61995-R |
| E129 | Shaft, reaction | 4L65E | 1 | 03-06 | 24217157 | 61995A |
| E129 | Shaft, reaction | 4L65E | 1 | 03-06 | 24217157 | 61995A-R |
| E129 | Shaft, reaction | 4L65E | 1 | 07-10 | 24241255 | 61906B |
| E131 | Shell, drive | TH700-R4/4L60E | 1 | 82-10 | 8663641 | D61903 |
| E131 | Shell, drive | TH700-R4/4L60E | 1 | 82-10 | 8663641 | 61903 |
| E131 | Shell, drive | TH700-R4 | 1 | 82-10 | 8663641 | 61903-R |
| E131 | Shell, drive | 4L60E | 1 | 03-10 | 24217145 | 61903A |
| E131 | Shell, drive | 4L65E/70E | 1 | 03-10 | 24217145 | 61903A-R |
| E131 | Shell, drive (the beast) | TH700-R4/4L60E | 1 | 82-10 | 422990 | 61903H |
| F135 | Piston, low/reverse | TH700-R4 (6 cyl) | 1 | 82-86 | n/a | 61922-R |
| F135 | Piston, low/reverse | TH700-R4 (V8) | 1 | 82-96 | n/a | 61921-R |
| F135 | Piston, low/reverse | 4L60E | 1 | 03-10 | 8685549 | 61920-R |
| F136 | Support, low/rev clutch | TH700-R4 (center support) | 1 | 82-85 | 8647411 | 35727-R |
| F136 | Support, low/rev clutch (wide) | center support (w/sprag and race) | 1 | 86-10 | 8673544 | K61955-R |
| F136 | Support, case repair (heavy duty) | TH700-R4/4L60E (center support) | 1 | 82-10 | K77701S | K28995 |
| F137 | Planetary, rear | TH700-R4/4L60E (w/oil slinger)(reaction) | 1 | 82-10 | 24241240 | D61730 |
| F137 | Planetary, rear | TH700-R4/4L60E (w/oil slinger)(reaction) | 1 | 82-10 | 8654132 | 61730 |
| F137 | Planetary, rear | TH700-R4/4L60E (reaction) | 1 | 82-10 | 8654200 | 61730-R |
| F137 | Planetary, rear (heavy duty) | 4L65E/70E (5 pinions) | 1 | 03-10 | 24227591 | 61730A |
| F137 | Planetary, rear (heavy duty) | 4L65E/70E (5 pinions) | 1 | 03-10 | 24227591 | 51730A-R |
| F138 | Gear, ring | TH700-R4/4L60E (rear/internal) | 1 | 82-84 | 8667055 | 61916-R |
| F138 | Gear, ring (hardened) | TH700-R4/4L60E (rear/internal) | 1 | 82-10 | 8667055 | 61916A-R |
| F139 | Hub (rear ring gear) | TH700-R4/4L60E/65E/70E (support) | 1 | 82-10 | 8661491 | 61918 |
| F139 | Hub (rear ring gear) | TH700-R4/4L60E/65E/70E (support) | 1 | 82-10 | 8661491 | 61918-R |
| B140 | Retainer w/springs | TH700-R4/4L60E/65E/70E (reverse clutch) | 1 | 82-10 | 8647284 | 61964-R |
| F141 | Retainer w/springs | TH700-R4/4L60E/65E/70E (low/rev clutch) | 1 | 82-10 | 8642227 | 61927-R |
| F143 | Spring, anti clunk | TH700-R4/4L60E | 1 | 82-10 | 6261415 | 61915-R |
| F144 | Race, low/reverse sprag (inner) | TH700-R4/4L60E/65E/70E | 1 | 82-10 | 8643300 | 35553D-R |
| G148 | Pin, apply 5.065" (2 rings) | TH700-R4/4L60E/65E/70E (2-4 servo) | 1 | 82-10 | 8680500 | 61967 |
| G148 | Pin, apply 5.015" (1 ring) | TH700-R4/4L60E/65E/70E (2-4 servo) | 1 | 82-10 | 8680499 | 61957A |
| G148 | Pin, apply 5.120" (no ring) | TH700-R4/4L60E/65E/70E (2-4 servo) | 1 | 82-10 | 8680501 | 61957B |
| G148 | Pin, apply extra long | TH700-R4/4L60E/65E/70E (2-4 servo) | 1 | 82-11 | APC-057301 | 61957C |
| G148 | Pin, extendo-pin .150" (2-4 servo) | TH700-R4/4L60E/65E/70E | 1 | 82-10 | 77605E | 61957E |
| G148 | Pin, extendo-pin .289" (2-4 servo) | TH700-R4/4L60E/65E/70E | 1 | 82-10 | 77605G | 61957F |
| G149 | Kit, governor gear | TH700-R4 | 1 | 82-92 | 8642928 | K61411 |
| G150 | Governor assembly | TH700-R4 (most gas) | 1 | 82-92 | 8642731 | 61931 |
| G150 | Governor assembly | TH700-R4 (6.2 diesel) | 1 | 82-92 | 8642729 | 61931A |
| G150 | Governor assembly | TH700-R4 (hi output) | 1 | 82-92 | 8642730 | 61931B |
| G151 | Clip, governor cover | TH700-R4 | 1 | 82-92 | 6260040 | 61955-R |
| G152 | Clip, speedo (5/16" thin long) | TH700-R4 (goes on output shaft) | 1 | 82-92 | 8633408 | 35226 |
| G154 | Vent tube (plastic) | TH700-R4 (on case) | 1 | 82-92 | 8633408 | 96-189 |
| G156 | Spring (purple) | TH700-R4/4L60E (3-4 accumulator) | 1 | 82-05 | 8634163 | 61705 |

© 2010 Autry Enterprises Ltd.

Aug 30 11 09:47a

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

| ILL | DESCRIPTION | QTY | YEAR | REFERENCE # | PART # |
|-----|-------------|-----|------|-------------|--------|
| | **HARD PARTS (CONTINUED)** | | | | |
| G155 | Spring (white) | TH700-R4/4L60E (1-2/3-4 accumulator) | 1 | 82-06 | 8654183 | 61708A |
| G156 | Spring (green) | TH700-R4/4L60E (1-2/3-4 accumulator) | 1 | 82-06 | 8654554 | 61705B |
| G156 | Spring (red) | 3-4 accumulator | 1 | 82-06 | 8634703 | 61706C |
| G156 | Spring (plain) | 1-2/3-4 acc (replaces orange w/o taper) | 1 | 87-06 | 8673387 | 61706D |
| G158 | Spring (orange w/taper) | TH700-R4/4L60E | 1 | 87-06 | 8663385 | 61708E |
| G157 | Sleeve, output (long) | TH700-R4/4L60E | 1 | 97-06 | 8654063 | 61930A |
| G157 | Sleeve, output (short) | TH700-R4/4L60E | 1 | 87-06 | 6261062 | 61930-R |
| G160 | Piston, (w/seal)(lg pin) | TH700-R4/4L60E/65E (1-2-3-4 acc) | 1/2 | 82-06 | K79878 | K61985 |
| G160 | Piston, (small pin) | 4L60E (1-2 accumulator) | 1 | 93-06 | 79879-1 | 61985A |
| G160 | Piston | 4L65E (1-2 accumulator) | 1 | 03-06 | 4L65-ZACUS | 61985B |
| G160 | Piston, (aluminum) | 4L60E (forward accumulator) | 1 | 93-10 | 24200126 | 61983 |
| G164 | Valve body spacer plate (stamped S) | TH700-R4 (obsolete) | 1 | 82-86 | 8654483 | 8654483 |
| G164 | Valve body spacer plate (stamped A/R) | TH700-R4 | 1 | 82-86 | 8654481 | 8654481 |
| G164 | Valve body spacer plate (stamped P) | TH700-R4 | 1 | 82-86 | 8654482 | 8654482 |
| G164 | Valve body spacer plate (stamped T) | TH700-R4 | 1 | 84-86 | 8654484 | 8654484 |
| G164 | Valve body spacer plate (stamped AD) | TH700-R4 (obsolete) | 1 | 87-88 | 8663587 | 8663587 |
| G164 | Valve body spacer plate (stamped AF) | TH700-R4 (obsolete) | 1 | 87-88 | 8663588 | 8663588 |
| G164 | Valve body spacer plate (stamped AH) | TH700-R4 (obsolete) | 1 | 87-88 | 8663591 | 8663591 |
| G164 | Valve body spacer plate (stamped AM) | TH700-R4 | 1 | 87-88 | 8663595 | 8663595 |
| G164 | Valve body spacer plate (stamped ZH) | TH700-R4 | 1 | 88-88 | 8667225 | 8667225 |
| G164 | Valve body spacer plate (stamped ZD) | TH700-R4 | 1 | 88-88 | 8667229 | 8667229 |
| G164 | Valve body spacer plate (stamped ZF) | TH700-R4 | 1 | 88-88 | 8667230 | 8667230 |
| G164 | Valve body spacer plate (stamped ZM) | TH700-R4 (obsolete) | 1 | 88-88 | 8667231 | 8667231 |
| G164 | Valve body spacer plate (stamped BD) | TH700-R4 | 1 | 88-88 | 8667355 | 8667355 |
| G164 | Valve body spacer plate (stamped BF) | TH700-R4 | 1 | 88-88 | 8667356 | 8667356 |
| G164 | Valve body spacer plate (stamped BM) | TH700-R4 | 1 | 88-88 | 8667357 | 8667357 |
| G164 | Valve body spacer plate (stamped BU) | TH700-R4 (obsolete) | 1 | 88-88 | 8667475 | 8667475 |
| G164 | Valve body spacer plate (stamped BK) | TH700-R4 (obsolete) | 1 | 88-88 | 8673110 | 8673110 |
| G164 | Valve body spacer plate (stamped BP) | TH700-R4 | 1 | 89-89 | 8673137 | 8673137 |
| G164 | Valve body spacer plate (stamped BY) | TH700-R4 | 1 | 88-89 | 8673138 | 8673138 |
| G164 | Valve body spacer plate (stamped BVI) | TH700-R4 | 1 | 89-88 | 8673139 | 8673139 |
| G164 | Valve body spacer plate (improved) | TH700-R4 (non-aux and aux) | 1 | 82-93 | 700-P | 61749 |
| G164 | Valve body spacer plate (improved) | 4L60E (w/o PWM) | 1 | 93-94 | 46-PLT-94 | 61750 |
| G164 | Valve body spacer plate (improved) | 4L60E (1st design PWM) | 1 | 95-95 | 46-PLT-95 | 61751 |
| G164 | Valve body spacer plate (improved) | 4L60E (2nd design PWM) | 1 | 96-06 | 46-PLT-96 | 61752 |
| G164 | Valve body spacer plate | with V8 engine bonded plate | 1 | 06-10 | B10102 | 61753 |
| G164 | Valve body spacer plate | Corvette only | 1 | 05-05 | 46-PLT-05V | 61754 |
| G164 | Valve body spacer plate | except Hybrid | 1 | 07-10 | 46-PLT-07 | 61755 |
| G164 | Valve body spacer plate | 4L60E | 1 | 09-10 | 46-PLT-09 | 61756 |
| G164 | Valve body spacer plate (stamped GJ) | 4L60E (obsolete) | 1 | 93-93 | 8681278 | 8681278 |
| G164 | Valve body spacer plate (stamped JS) | 4L60E (obsolete) | 1 | 93-93 | 8682261 | 8682261 |
| G164 | Valve body spacer plate (stamped JV) | 4L60E | 1 | 93-93 | 8684122 | 8684122 |
| G164 | Valve body spacer plate (stamped JW) | 4L60E | 1 | 93-93 | 8684123 | 8684123 |
| G164 | Valve body spacer plate (stamped JW) | 4L60E (obsolete) | 1 | 93-93 | 8684124 | 8684124 |
| G164 | Valve body spacer plate (stamped JY) | 4L60E | 1 | 93-93 | 8684125 | 8684125 |
| G164 | Valve body spacer plate (stamped JZ) | 4L60E (obsolete) | 1 | 93-93 | 8684126 | 8684126 |
| G164 | Valve body spacer plate (stamped KO) | 4L60E | 1 | 94-94 | 8686011 | 8686011 |
| G164 | Valve body spacer plate (stamped KP) | 4L60E | 1 | 94-94 | 8686012 | 8686012 |
| G164 | Valve body spacer plate (stamped KS) | 4L60E | 1 | 94-94 | 8686013 | 8686013 |
| G164 | Valve body spacer plate (stamped KT) | 4L60E | 1 | 94-94 | 8686037 | 8686037 |
| G164 | Valve body spacer plate (stamped KU) | 4L60E | 1 | 94-94 | 8686038 | 8686038 |
| G164 | Valve body spacer plate (stamped KV) | 4L60E | 1 | 94-94 | 8686039 | 8686039 |
| G164 | Valve body spacer plate (stamped KW) | 4L60E | 1 | 94-94 | 8686040 | 8686040 |

TH700-R4•4L60•4L65E•4L70E•4L75E

© 2010 Autry Enterprises Ltd.

Aug 30 11 09:48a                                                                    p.29

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

| ILL | DESCRIPTION | | QTY | YEAR | REFERENCE # | PART # |
|---|---|---|---|---|---|---|
| | | HARD PARTS (CONTINUED) | | | | |
| G164 | Valve body spacer plate (stamped KX) | 4L60E (obsolete) | 1 | 94-94 | 8686041 | 8686041 |
| G164 | Valve body spacer plate (stamped KY) | 4L60E | 1 | 94-94 | 8686042 | 8686042 |
| G164 | Valve body spacer plate (stamped KZ) | 4L60E | 1 | 94-94 | 8686043 | 8686043 |
| G164 | Valve body spacer plate (stamped L/\) | 4L60E | 1 | 94-94 | 8686044 | 8686044 |
| G164 | Valve body spacer plate (stamped LB) | 4L60E | 1 | 94-94 | 8686045 | 8686045 |
| G164 | Valve body spacer plate (stamped LC) | 4L60E | 1 | 94-94 | 24200361 | 24200361 |
| G164 | Valve body spacer plate (stamped LD) | 4L60E | 1 | 94-94 | 24200608 | 24200608 |
| G164 | Valve body spacer plate (stamped LE) | 4L60E | 1 | 94-94 | 24200609 | 24200609 |
| G164 | Valve body spacer plate (stamped LL) | 4L60E (obsolete) | 1 | 94-94 | 24201477 | 24201477 |
| G164 | Valve body spacer plate (stamped LM) | 4L60E (obsolete) | 1 | 94-94 | 24201478 | 24201478 |
| G164 | Valve body spacer plate (stamped LN) | 4L60E | 1 | 94-94 | 24201479 | 24201479 |
| G164 | Valve body spacer plate (stamped LO) | 4L60E (obsolete) | 1 | 94-94 | 24201480 | 24201480 |
| G164 | Valve body spacer plate (stamped KA) | 4L60E | 1 | 94-94 | 24202371 | 24202371 |
| G164 | Valve body spacer plate (stamped KB) | 4L60E (obsolete) | 1 | 94-94 | 24202372 | 24202372 |
| G164 | Valve body spacer plate (stamped MP) | 4L60E | 1 | 95-95 | 24201484 | 24201484 |
| G164 | Valve body spacer plate (stamped MS) | 4L60E | 1 | 95-95 | 24201485 | 24201485 |
| G164 | Valve body spacer plate (stamped MT) | 4L60E | 1 | 95-95 | 24201486 | 24201486 |
| G164 | Valve body spacer plate (stamped MU) | 4L60E | 1 | 95-95 | 24201487 | 24201487 |
| G164 | Valve body spacer plate (stamped MV) | 4L60E | 1 | 95-95 | 24201488 | 24201488 |
| G164 | Valve body spacer plate (stamped MW) | 4L60E | 1 | 95-95 | 24201489 | 24201489 |
| G164 | Valve body spacer plate (stamped MX) | 4L60E | 1 | 95-95 | 24201490 | 24201490 |
| G164 | Valve body spacer plate (stamped MY) | 4L60E | 1 | 95-95 | 24201491 | 24201491 |
| G164 | Valve body spacer plate (stamped MZ) | 4L60E | 1 | 95-95 | 24201492 | 24201492 |
| G164 | Valve body spacer plate (stamped NA) | 4L60E | 1 | 95-95 | 24201493 | 24201493 |
| G164 | Valve body spacer plate (stamped NB) | 4L60E | 1 | 95-95 | 24201494 | 24201494 |
| G164 | Valve body spacer plate (stamped NC) | 4L60E | 1 | 95-95 | 24202313 | 24202313 |
| G164 | Valve body spacer plate (stamped ND) | 4L60E | 1 | 95-95 | 24202314 | 24202314 |
| G164 | Valve body spacer plate (stamped NE) | 4L60E | 1 | 95-95 | 24202613 | 24202613 |
| G164 | Valve body spacer plate (stamped NG) | 4L60E | 1 | 95-95 | 24203084 | 24203084 |
| G164 | Valve body spacer plate (stamped PG) | 4L60E | 1 | 96-99 | 24203283 | 24203283 |
| G164 | Valve body spacer plate (stamped N-I) | 4L60E | 1 | 95-95 | 24203918 | 24203918 |
| G164 | Valve body spacer plate (stamped PW) | 4L60E | 1 | 96-96 | 24203946 | 24203946 |
| G164 | Valve body spacer plate (stamped PL) | 4L60E | 1 | 96-96 | 24203947 | 24203947 |
| G164 | Valve body spacer plate (stamped PM) | 4L60E | 1 | 96-96 | 24203948 | 24203948 |
| G164 | Valve body spacer plate (stamped PN) | 4L60E | 1 | 96-96 | 24203949 | 24203949 |
| G164 | Valve body spacer plate (stamped PC) | 4L60E | 1 | 96-99 | 24221135 | 24221135 |
| G164 | Valve body spacer plate (stamped PP) | 4L60E | 1 | 96-96 | 24203950 | 24203950 |
| G164 | Valve body spacer plate (stamped PS) | 4L80E | 1 | 96-00 | 24203951 | 24203951 |
| G164 | Valve body spacer plate (stamped PA) | 4L60E | 1 | 96-99 | 24203222 | 24204436 |
| G164 | Valve body spacer plate (stamped PT) | 4L60E | 1 | 96-96 | 24203952 | 24203952 |
| G164 | Valve body spacer plate (stamped PU) | 4L60E | 1 | 96-00 | 24203953 | 24203953 |
| G164 | Valve body spacer plate (stamped PD) | 4L60E | 1 | 96-99 | 24203225 | 24203225 |
| G164 | Valve body spacer plate (stamped PY) | 4L60E | 1 | 96-97 | 24204438 | 24204438 |
| G164 | Valve body spacer plate (stamped SC) | 4L80E | 1 | 96-00 | 24205978 | 24205978 |
| G164 | Valve body spacer plate (stamped SD) | 4L60E | 1 | 96-99 | 24205979 | 24205979 |
| G164 | Valve body spacer plate (stamped PZ) | 4L60E | 1 | 96-97 | 24207492 | 24207492 |
| G164 | Valve body spacer plate (stamped SE) | 4L60E | 1 | 97-00 | 24207864 | 24207864 |
| G164 | Valve body spacer plate (stamped TC) | 4L60E | 1 | 99-00 | 24210523 | 24210523 |
| G164 | Valve body spacer plate (stamped TB) | 4L60E | 1 | 98-00 | 24210565 | 24210565 |
| G164 | Valve body spacer plate (stamped IPA) | 4L60E | 1 | 01-03 | 24218156 | 24218156 |
| G164 | Valve body spacer plate (stamped IPC) | 4L60E | 1 | 01-01 | 24218157 | 24218157 |
| G164 | Valve body spacer plate (stamped IPG) | 4L60E | 1 | 01-06 | 24218158 | 24218158 |
| G164 | Valve body spacer plate (stamped ISE) | 4L60E | 1 | 01-02 | 24218159 | 24218159 |

**184**

© 2010 Autry Enterprises Ltd.

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

| ILL | DESCRIPTION | | QTY | YEAR | REFERENCE # | PART # |
|---|---|---|---|---|---|---|
| | | **HARD PARTS (CONTINUED)** | | | | |
| G164 | Valve body spacer plate (stamped IPS) | 4L60E | 1 | 01-02 | 24218160 | 24218160 |
| G164 | Valve body spacer plate (stamped IPU) | 4L60E/65E | 1 | 01-05 | 24218161 | 24218161 |
| G164 | Valve body spacer plate (stamped ITA) | 4L60E | 1 | 01-10 | 24218162 | 24218162 |
| G164 | Valve body spacer plate (stamped ITC) | 4L60E | 1 | 01-07 | 24218163 | 24218163 |
| G164 | Valve body spacer plate (stamped ITJ) | 4L60E | 1 | 02-07 | 24220200 | 24220200 |
| G164 | Valve body spacer plate (stamped TM) | 4L60E | 1 | 04-07 | 24220980 | 24220980 |
| G164 | Valve body spacer plate (stamped PA/PX) | 4L60E | 1 | 95-99 | 224221135 | 24221135 |
| G164 | Valve body spacer plate (stamped TA) | 4L60E | 1 | 98-00 | 24221141 | 24221141 |
| G164 | Valve body spacer plate (stamped IPC) | 4L60E | 1 | 02-04 | 24221142 | 24221142 |
| G164 | Valve body spacer plate (stamped TP) | 4L60E | 1 | 05-10 | 24230162 | 24230162 |
| G164 | Valve body spacer plate (stamped PM) | 4L60E | 1 | 06-10 | 24230163 | 24230163 |
| G164 | Valve body spacer plate (stamped TT) | 4L60E | 1 | 06-10 | 24233900 | 24233900 |
| G164 | Valve body spacer plate (stamped PH) | 4L60E | 1 | 07-10 | 24235177 | 24235177 |
| G164 | Valve body spacer plate (stamped 2SL) | 4L60E | 1 | 09-10 | 24238166 | 24238166 |
| G164 | Valve body spacer plate | 4L60E/65E | 1 | 05-10 | 24223421 | 24223421 |
| G164 | Valve body spacer plate (stamped 2SK) | 4L60E | 1 | 09-10 | 24238223 | 24238223 |
| G164 | Valve body spacer plate (stamped PO) | 4L60E | 1 | 07-10 | 24238646 | 24238646 |
| G164 | Valve body spacer plate (stamped TB) | 4L60E | 1 | 08-10 | 24239053 | 24239053 |
| G164 | Valve body spacer plate (stamped PV) | 4L60E | 1 | 08-10 | 24240307 | 24240307 |
| G164 | Valve body spacer plate (stamped IHV) | 4L60E (w/bonded gaskets) | 1 | 08-10 | 24241778 | 24241778 |
| G164 | Valve body spacer plate (stamped IHO) | 4L60E (w/bonded gaskets) | 1 | 08-10 | 24241779 | 24241779 |
| G164 | Valve body spacer plate (stamped IHH) | 4L60E (w/bonded gaskets) | 1 | 07-10 | 24241780 | 24241780 |
| G164 | Valve body spacer plate (stamped IHP) | 4L60E (w/bonded gaskets) | 1 | 07-10 | 24241781 | 24241781 |
| G164 | Valve body spacer plate (stamped IHJ) | 4L60E (w/bonded gaskets) | 1 | 07-07 | 24241782 | 24241782 |
| G164 | Valve body spacer plate (stamped IHC) | 4L60E (w/bonded gaskets) | 1 | 07-07 | 24241783 | 24241783 |
| G164 | Valve body spacer plate (stamped IHA) | 4L60E (w/bonded gaskets) | 1 | 07-10 | 24241784 | 24241784 |
| G164 | Valve body spacer plate (stamped IHA) | 4L60E (w/bonded gaskets) | 1 | 07-10 | 24241785 | 24241785 |
| G164 | Valve body spacer plate (stamped IHT) | 4L60E (w/bonded gaskets) | 1 | 07-07 | 24241786 | 24241786 |
| G164 | Valve body spacer plate (stamped IHM) | 4L60E (w/bonded gaskets) | 1 | 08-10 | 24243215 | 24243215 |
| G164 | Valve body spacer plate (stamped IHK) | 4L60E (w/bonded gaskets) | 1 | 08-10 | 24243216 | 24243216 |
| G164 | Valve body spacer plate (stamped 2SY) | 4L60E (w/bonded gaskets) | 1 | 09-10 | 24245346 | 24245346 |
| G164 | Valve body spacer plate (stamped 2SS) | 4L60E (w/bonded gaskets) | 1 | 09-10 | 24245348 | 24245348 |
| n/i | Wire, manual link | TH700-R4 (2nd design) | 1 | 82-92 | 8654113 | 81935-R |
| n/i | Filler tube repair | TH700-R4/4L60E/65E/70E | 1 | 82-10 | M991006 | 96-140A |
| n/i | Wire, manual link | 4L60E | 1 | 93-10 | 8680731 | 81935A |
| n/i | Kit, converter clutch throttle valve | TH700-R4 (lock-up in 4th only) | 1 | 82-92 | 8642970 | 81970 |
| n/i | Valve, converter clutch shift | TH700-R4 | 1 | 82-92 | M70712 | 61970A |
| n/i | Kit, hydraulic lockup | TH700-R4 (lock-up and 3-4 shift timing) | 1 | 82-92 | 700-LU Kit | K81970 |
| n/i | Kit, converter clutch lock-up | TH700-R4 (offers 5 lock-up speed choices) | 1 | 82-92 | X-017 | S61970 |
| n/i | Spring (silver) | TH700-R4 (throttle valve) | ar | 82-92 | MF701 | 6242CS |
| n/i | Spring (heavy duty) | TH700-R4 (throttle valve) | 1 | 82-92 | 75909SA | 6242HD |
| n/i | Tube/check ball assembly | TH700-R4 (bullet 3-4 accumulator) | 1 | 82-10 | 8634400 | 61978 |
| n/i | Wire, throttle lever/cable | TH700-R4 | 1 | 82-02 | 8642290 | 61958 |
| n/i | Kit, servo piston | Corvette | 1 | 82-10 | K79895 | K61986 |
| n/i | Super servo (largest apply area available) | TH700-R4 (quicker 4-3 dn shift/firmer 1-2) | 1 | 82-06 | K-012 | S61985 |
| n/i | Spring, servo apply | TH700-R4/4L60E (2-4 band pin) | 1 | 82-10 | K-004 | 61703 |
| n/i | Spring, load release | TH700-R4/4L60E (3-4 helper spring) | 5 | 87-10 | 8667424 | 61705 |
| n/i | Spring, load release replacement | TH700-R4/4L60E (individual springs) | 1 | 87-10 | AE | 61707 |
| n/i | Kit, boost valve and sleeve .500" od | 4L60E (gives up to 236 psi forward) | 1 | 93-04 | 4L60E-Boost | K81988H |
| n/i | Kit, boost valve and sleeve .472" od | fits both early long and late short style | 1 | 93-10 | 4L60E-Boost-472 | K81988A |
| n/i | Kit, GM/SRTA lock-up upgrade (oversized) | 4L60E | 1 | 93-04 | 4L6-LKO-3 | K81912 |
| n/i | Plate, accumulator repair | TH700-R4 | 1 | 82-92 | 77754HD | 61904 |
| n/i | Capsule, TCC orifice feed (qty 5) | 4L60E | 1 | 96-06 | 77831 | 096-004 |

TH700-R4•4L60•E•65E•70E•75E

© 2010 Autry Enterprises Ltd.

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

| ILL | DESCRIPTION | | QTY | YEAR | REFERENCE # | PART # |
|---|---|---|---|---|---|---|
| | **HARD PARTS (CONTINUED)** | | | | | |
| n/i | Yoke, seal (fixes leaky drive shaft yoke) | TH700-R4/4L60E/65E/73E | 1 | 82-10 | 35746YS | 99-107 |
| n/i | Capsule, reverse piston | TH700-R4/4L60E/65E/70E | 1 | 87-10 | 77761C | 99-401 |
| n/i | Case (w/neutral switch/cable bracket) | 4L60E (w/bosses not drilled) | 1 | 93-98 | 24212401 | 61917 |
| n/i | Case (w/neutral switch/cable bracket) | 4L60E (w/ears cut off 2WD) | 1 | 96-97 | 24212157 | 61917A |
| n/i | Case (4.3 V/6) | 4L60E (w/ears cut off 4WD) | 1 | 93-96 | 24212151 | 61917B |
| n/i | Capsule, w/ball-low/reverse | TH700-R4/4L60E (in case) | 1 | 87-10 | 8663890 | 8663890 |
| n/i | Bolt, bell housing (torx) | 4L60E/65E/70E | 8 | 98-10 | 24203285 | 24203285 |
| n/i | Clip, cooler line retaining | 4L60E/65E/70E (quick disconnect) | 2 | 93-10 | 24205103 | 61704 |
| n/i | Fitting, cooler line 1/4"-18 ext | 4L65E (quick disconnect) | 2 | 06-08 | 24205102 | 24205102 |
| n/i | Fitting, cooler line 1/4"-18x25.4mm long | 4L65E (w/trans end)(quick disconnect) | 2 | 05-06 | 24233366 | 24233366 |
| n/i | Bracket, force motor update | 4L60E/65E/70E | 1 | 93-10 | 8684217 | 8684217 |
| n/i | Housing, adapter (4x4) | 6 bolt (cast# 15005474) | 1 | 96-06 | 15005474 | 61998 |
| n/i | Housing, adapter (4x6) | 6 bolt (cast# 15724744) | 1 | 96-06 | 15724744 | 61999 |
| n/i | Housing, adapter (4x4) | 6 bolt (cast# 15726252) | 1 | 96-06 | 15726252 | 61992 |
| n/i | Housing, adapter (4x4) | 6 bolt (cast# 15963697) | 1 | 97-06 | 15963697 | 61990 |
| n/i | Housing, adapter (4x4) | 6 bolt (cast# 24231140) | 1 | 06-10 | 24231140 | 61998A |
| | **ELECTRICAL COMPONENTS** | | | | | |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 1 white) | 1 | 82-92 | 8654121 | 5A-131 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 2 yellow) | 1 | 82-92 | 8654122 | 5A-132 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 3 black) | 1 | 82-92 | 8654123 | 5A-133 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 4 red) | 1 | 82-92 | 8654124 | 5A-134 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 5 blue) | 1 | 82-92 | 8654125 | 5A-135 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 6 dark green) | 1 | 86-90 | 8654126 | 5A-136 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 7 gray) | 1 | 83-92 | 8654127 | 5A-137 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 8 light green) | 1 | 82-92 | 8654128 | 5A-138 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 9 orange) | 1 | 83-91 | 8654129 | 5A-139 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 10 brown) | 1 | 82-88 | 8654130 | 5A-140 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 15 dark blue) | 1 | 87-92 | 8654415 | 5A-141 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 16 dark gray) | 1 | 88-88 | 8067706 | 5A-147 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 18 light brown) | 1 | 89-91 | 10478100 | 5A-148 |
| G167 | Solenoid, TCC w/internal harness | TH700-R4 (type 19 light green) | 1 | 89-91 | 10478101 | 5A-149 |
| G167 | Solenoid (w/diode posi-lock connectors) | TH700-R4 (20-40 ohm) | 1 | 82-10 | K-77929U | 5A-144 |
| G167 | Solenoid, TCC (universal lock-up) | TH700-R4 (20 ohm) | 1 | 82-10 | 52-0200 | 5A-145 |
| G168 | Connector, electrical (3 terminal square) | TH700-R4 (case) | 1 | 82-92 | 12015028 | 25A-103 |
| G168 | Connector, electrical (4 terminal square) | TH700-R4 (case) | 1 | 82-92 | 12015027 | 25A-104 |
| n/i | Switch, pressure (2 terminals) | TH700-R4 (valve body) | 1 | 82-86 | 8643710 | 15A-111 |
| n/i | Switch, pressure (1 terminal) | TH700-R4 (valve body) | 1 | 82-92 | 8683502 | 15A-112 |
| n/i | Switch, pressure (1 terminal n.o.) | TH700-R4 (valve body) | 1 | 82-92 | 8642473 | 15A-118 |
| n/i | Switch, 4/3 pulse (2 terminals n.c.) | TH700-R4 (valve body) (black) | 1 | 82-92 | 8642846 | 15A-119 |
| n/i | Switch, temperature | TH700-R4 | 1 | 87-92 | 25037142 | 15A-121 |
| n/i | Switch, pressure (non-grounding) | TH700-R4 | 1 | 82-92 | 15A-133 | 15A-133 |
| n/i | Solenoid, master kit | 4L60E | 1 | 93-95 | MS-4L60E | 25A-001 |
| n/i | Solenoid, master kit | 4L60E | 1 | 96-02 | MS-4L60E-96 | 25A-001A |
| n/i | Solenoid | shift "A" 1-2/3-4 and "B" 2-3 | 2 | 93-10 | 10478131 | 6A-399 |
| n/i | Solenoid | 4L60E (3-2 downshift) | 1 | 96-03 | 24209121 | 5A-392A |
| n/i | Solenoid (PWM) | 95-up TCC PWM feel (93-95 3/2 downshift) | 1/2 | 93-06 | 24227792 | 6A-393 |
| n/i | Solenoid | 4L60E (force motor/PCS/EPC) | 1 | 93-02 | 24220159 | 5A-400 |
| n/i | Kit, repair EPC solenoid (w/reamer) | 4L60E (w/reamer) | 1 | 93-02 | 4L6-SOL-KIT | 5A-400-RKR |
| n/i | Refill, repair kit-EPC solenoid | 4L60E (qty 4) | 1 | 93-02 | 4L6-SOL-4 | 5A-400-RK |
| n/i | Solenoid | 4L60E/65E/70E (force motor/PCS/EPC) | 1 | 03-06 | 24224905 | 5A-400A |
| n/i | Switch, manifold pressure | 4L60E | 1 | 93-00 | 24219581 | 15A-206 |
| n/i | Solenoid, TCC w/internal harness | 4L60E | 1 | 93-02 | 350-0020 | 16A-101 |
| n/i | Solenoid, TCC w/internal harness | 4L60E | 1 | 03-06 | 24222891 | 16A-101A |

                                                    © 2010 Autry Enterprises Ltd.

## TH700-R4•700-R4•4L60•4L60E•4L65E•4L70E•4L75E

| ILL | DESCRIPTION | | QTY | YEAR | REFERENCE # | PART # |
|---|---|---|---|---|---|---|
| | | **ELECTRICAL COMPONENTS  (CONTINUED)** | | | | |
| M | Solenoid, TCC w/internal harness | 4L60E/65E (w/input speed sensor) | 1 | 05-10 | 24234130 | 18A-161B |
| M | Solenoid w/internal harness | lock-up/TCC (w/o input speed sensor) | 1 | 03-05 | 24234260 | 24234260 |
| M | Solenoid w/inter harness 17 pins con | lock-up/TCC (w/internal mode switch) | 1 | 09-10 | 24237960 | 24237960 |
| M | Switch, manual lever position | 4L60E | 1 | 95-03 | 12450016 | 5A-97 |
| M | Switch, PRNDL/MPLS (NSUB switch) | 4L60E (4.3L only Ion w/seal) | 1 | 00-03 | 29540479 | 5A-98 |
| M | Switch, manual lever position | 4L65E (single plug) | 1 | 04-10 | 24221125 | 5A-97A |
| M | Harness, wiring repair (MLPS)(7 wires) | 4L60E | 1 | 95-10 | 15305897 | 16A-157 |
| M | Harness, wiring repair (MLPS)(4 wires) | 4L60E | 1 | 95-06 | 15305925 | 16A-158 |
| M | Switch, internal mode (MLPS) | 4L65E/70E | 1 | 09-10 | 24235261 | 24235261 |
| M | Harness, wiring repair (external) | 4L60E | 1 | 93-10 | 350-0014 | 16A-103 |
| M | Harness, wiring repair (ECM) | 4L60E | 1 | 93-10 | 350-0083 | 16A-140 |
| M | Harness, wiring repair (PRNDL) | 4L60E | 1 | 93-10 | 350-0077 | 18A-156 |
| M | Harness, wiring repair (VSS) | TH700-R4/4L60E | 1 | 86-06 | 12101099 | 18A-159 |
| M | Sensor, vehicle speed 2.080" od | TH700-R4/4L60E | 1 | 88-96 | 8673299 | 06-106 |
| M | Sensor, vehicle speed .920" od | 4L60E/65E/70E | 1 | 96-10 | 10456194 | 06-107 |
| M | Sensor, input speed | 4L60E/65E/70E | 1 | 05-07 | 24237866 | 15A-194 |
| | | **SWITCH KITS** | | | | |
| M | Switch kit, TH700-R4 to TH350 | 4WD | 1 | 82-92 | 7-35A | 7-35A |
| M | Switch kit, TH700-R4 to TH350 | 2WD (pickups/passenger cars) | 1 | 82-92 | 7-35B | 7-35B |
| M | Switch kit, TH700-R4 to TH350 Corvette | Corvette | 1 | 82-92 | 7-35C | 7-35C |
| M | Switch kit, TH700-R4 to TH350 | S10/S15 4WD (w/converter) | 1 | 82-92 | 7S-35A | 7S-35A |
| M | Switch kit, TH700-R4 to TH350 | S10/S15 2WD (w/converter) | 1 | 82-92 | 7S-35B | 7S-35B |
| M | Switch kit, TH700-R4 to TH400 | 4WD | 1 | 82-84 | 7-40A | 7-40A |
| M | Switch kit, TH700-R4 to TH400 | 2WD | 1 | 82-92 | 7-40B | 7-40B |
| M | Switch kit, TH700-R4 to TH400 | 4WD | 1 | 85-92 | 7-40C | 7-40C |
| M | Switch kit, TH700-R4 to TH350 | 4WD block only | 1 | 82-92 | 7Q35A | 7Q35A |
| M | Switch kit, TH700-R4 to TH350 | 2WD block only | 1 | 82-92 | 7Q35B | 7Q35B |
| M | Switch kit, TH700-R4 to TH350 | 2Wd | 1 | 82-92 | S-350-2 | S-350-2 |
| M | Switch kit, TH700-R4 to TH350 | 4WD | 1 | 82-92 | S-350-4 | S-350-4 |
| | | **SPRAGS** | | | | |
| D122 | Sprag, assembly (26 elements) | TH700-R4 (forward) | 1 | 82-86 | AE | K61725-R |
| D122 | Sprag, assembly (28 elements) | TH700-R4/4L60E (forward) | 1 | 82-10 | 8657929 | K61725A |
| D122 | Sprag, assembly (28 elements) | TH700-R4/4L60E (forward) | 1 | 82-10 | 8657929 | K61725A-R |
| D122 | Sprag, (28 elements) | TH700-R4 (forward) | 1 | 82-86 | 8947084R | 61725-R |
| D123 | Sprag .700" 2.295" od (26 elements) | TH700-R4 (forward) | 1 | 82-86 | 8663774/8647084 | 61725 |
| D123 | Sprag, (29 elements) | TH700-R4/4L60E (forward)(3rd design) | 1 | 87-10 | 8663773/8654441 | 61726A |
| D123 | Sprag, (28/29 elements) | TH700-R4/4L60E (forward)(rebuilt) | 1 | 87-10 | 8654441R | 61725A-R |
| F124 | Roller clutch | TH700-R4 (low/reverse)(narrow) | 1 | 82-85 | 8261305 | 35503 |
| F124 | Roller clutch (wide) | TH700-R4/4L60E (low/reverse) | 1 | 86-10 | 8663094 | 61503 |
| | | **BONDED PISTONS** | | | | |
| K43 | Kit, bonded piston (bonded rubber) | 4L60E/65E | 1 | 93-10 | A/E | K61596 |
| C110 | Piston, bonded rubber | 4L60E/65E (3-4) | 1 | 94-10 | 24200290 | 61538 |
| C111 | Piston, bonded rubber | 4L60E/65E (forward) | 1 | 97-10 | 24205272 | 61534 |
| C116 | Piston, bonded rubber | 4L60E/65E (overrun) | 1 | 97-10 | 24205273 | 61530 |
| | | **NOTES** | | | | |

# OIL CIRCUIT DIAGRAMS
## Hydra-Matic 4L60-E

1-213

INTAKE AND DECREASE
CONVERTER AND LUBE
MAINLINE
SOLENOID SIG.
ACCUMULATOR
ACTUATOR FEED
TORQUE SIGNAL



Courtesy of General Motors Corp.

Range — Park

Aug 30 11 09:54a                                                                                      p.34

# OIL CIRCUIT DIAGRAMS
## Hydra-Matic 4L60-E (Cont.)

1-214



| | |
|---|---|
| INTAKE AND DECREASE |
| CONVERTER AND LUBE |
| MAINLINE |
| SOLENOID SIG. |
| ACCUMULATOR |
| ACTUATOR FEED |
| TORQUE SIGNAL |

Fig. 2: "R" Range — Reverse

Courtesy of General Motors Corp.

# OIL CIRCUIT DIAGRAMS
## Hydra-Matic 4L60-E (Cont.)

1-215



Fig. 5: "N" Range — Neutral

Courtesy of General Motors Corp.



# OIL CIRCUIT DIAGRAMS
## Hydra-Matic 4L60-E (Cont.)

1-216

INTAKE AND DECREASE
CONVERTER AND LUBE
MAINLINE
SOLENOID SIG.
ACCUMULATOR
ACTUATOR FEED
TORQUE SIGNAL

Fig. 4: "OD" Range — 1st Gear

Courtesy of General Motors Corp

FILED

2011 SEP -6  PM 1:57

DISTRICT COURT
RILEY CO. KS.

Craig C. Blumreich #10119
Joel W. Riggs #15992
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually          )
and as Administrator of the Estate of  )
Maritius A. Meyer, and                 )
MARTHA MEYER,                          )
                                       )
          Plaintiffs,                  )
                                       )
     v.                                )        Case No. 10-CV-325
                                       )
JEFFREY FINK,                          )
                                       )
          Defendant.                   )

## NOTICE TO TAKE DEPOSITION

TO:   Plaintiff(s) and All Attorneys of Record

Please take notice that the deposition of Wessel Meyer will be taken by oral

examination at the following time and place before a certified shorthand reporter to be used

for discovery in the above-captioned matter and may be continued from hour to hour and day

to day until completed:

1

**MEYER v. FINK**
**CASE NO. 10-CV-325**

     DATE:      September 28, 2011

     TIME:      9:30 a.m.

     PLACE:    Kim Thayer & Associates
                 225 W. Shaw Ave., #101
                 Fresno, CA 93704

You are invited to attend and participate in the taking of said deposition.

                            LARSON & BLUMREICH, CHARTERED
                            5601 SW Barrington Court South
                            PO Box 4306
                            Topeka, Kansas 66604
                            (785) 273-7722
                            Fax: (785) 273-8560
                            E-Mail: alan@lbc-law.com

                            By:
                                Joel W. Riggs, #15992
                                Attorneys for Defendant

**MEYER v. FINK**
**CASE NO. 10-CV-325**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was faxed and deposited in the U.S. Mail, postage prepaid, on the _2ⁿᵈ_ day of September, 2011, addressed to the following attorney(s) of record:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

and a copy to:

Kim Thayer & Associates
225 W. Shaw Ave., #101
Fresno, CA 93704
Fax: 559-221-9090

Joel W. Riggs

3

FILED

2011 SEP -6  PM 1:57

DISTRICT COURT
RILEY CO. KS.

Craig C. Blumreich #10119
Joel W. Riggs #15992
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

| | |
|---|---|
| WESSEL H. MEYER, Individually<br>and as Administrator of the Estate of<br>Maritius A. Meyer, and<br>MARTHA MEYER,<br><br>    Plaintiffs,<br><br>    v.<br><br>JEFFREY FINK,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 10-CV-325<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO TAKE DEPOSITION

TO:   Plaintiff(s) and All Attorneys of Record

Please take notice that the deposition of Martha Meyer will be taken by oral

examination at the following time and place before a certified shorthand reporter to be used

for discovery in the above-captioned matter and may be continued from hour to hour and day

to day until completed:

1

**MEYER v. FINK**
**CASE NO. 10-CV-325**

DATE:       September 28, 2011

TIME:       Immediately following the deposition of Wessel Meyer

PLACE:      Kim Thayer & Associates
            225 W. Shaw Ave., #101
            Fresno, CA 93704

You are invited to attend and participate in the taking of said deposition.

                                  LARSON & BLUMREICH, CHARTERED
                                  5601 SW Barrington Court South
                                  PO Box 4306
                                  Topeka, Kansas 66604
                                  (785) 273-7722
                                  Fax: (785) 273-8560
                                  E-Mail: alan@lbc-law.com

                                  By: _____
                                         Joel W. Riggs, #15992
                                         Attorneys for Defendant

2

MEYER v. FINK
CASE NO. 10-CV-325

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was faxed and deposited in the U.S. Mail, postage prepaid, on the 2ⁿᵈ day of September, 2011, addressed to the following attorney(s) of record:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

and a copy to:

Kim Thayer & Associates
225 W. Shaw Ave., #101
Fresno, CA 93704
Fax: 559-221-9090

Joel W. Riggs

3

FILED

2011 SEP -6  PM 1: 57

DISTRICT COURT
RILEY CO. KS.

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually        )
and as Administrator of the Estate of )
Maritius A. Meyer, and               )
MARTHA MEYER,                        )
                                     )
          Plaintiffs,                )
                                     )
     v.                              )    Case No. 10-CV-325
                                     )
JEFFREY FINK,                        )
                                     )
          Defendant.                 )

## NOTICE TO TAKE DEPOSITION

TO:   Plaintiff(s) and All Attorneys of Record

        Please take notice that the deposition of Myles Runyon will be taken by oral

examination at the following time and place before a certified shorthand reporter to be used

for discovery in the above-captioned matter and may be continued from hour to hour and day

to day until completed:

1

**MEYER v. FINK**
**CASE NO. 10-CV-325**

DATE:        September 20, 2011

TIME:        10:00 a.m.

PLACE:       Metropolitan Court Reporters
             9200 Indian Creek Pky.
             Overland Park, KS 66210

You are invited to attend and participate in the taking of said deposition.

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: alan@lbc.law.com

By: _____
    Craig C. Blumreich, #10119
    Attorneys for Defendant

2

MEYER v. FINK
CASE NO. 10-CV-325

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was faxed and deposited in the U.S. Mail, postage prepaid, on the ___2nd___ day of ~~August~~, 2011, *September* addressed to the following attorney(s) of record:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

and a copy to:

Metropolitan Court Reporters
9200 Indian Creek Pky.
Overland Park, KS 66210

Joel W. Riggs

3

FILED

2011 SEP -6  PM 1:58

DISTRICT COURT
RILEY CO. KS.

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

| | |
|---|---|
| WESSEL H. MEYER, Individually<br>and as Administrator of the Estate of<br>Maritius A. Meyer, and<br>MARTHA MEYER,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JEFFREY FINK,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Case No. 10-CV-325 |

**PRAECIPE**

TO:  Clerk of the Riley County District Court

　　　Please issue a subpoena to be served by certified mail, and return it to Joel W. Riggs,

Larson & Blumreich, Chartered, in the above-captioned action to:

　　　　　　　Mr. Myles Runyon
　　　　　　　15823 Ash
　　　　　　　Overland Park, KS 66224

1

9/8/11  Issued to Atty a

**MEYER V. FINK**
**CASE NO. 10-CV-325**

to appear for a discovery deposition in the above-captioned matter at the Metropolitan Court

Reporters, 9200 Indian Creek Pkwy., Overland Park, KS 66210 on September 20, 2011, at

10:00 a.m.

Dated this 1st day of September, 2011.

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560

_____
Craig C. Blumreich, #10119

2

FILED
2011 SEP -7 PM 12:31
DISTRICT COURT
RILEY CO. KS.

Craig C. Blumreich #10119
Joel W. Riggs #15992
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually        )
and as Administrator of the Estate of )
Maritius A. Meyer, and                )
MARTHA MEYER,                         )
                                      )
        Plaintiffs,                   )
                                      )
    v.                                )        Case No. 10-CV-325
                                      )
JEFFREY FINK,                         )
                                      )
        Defendant.                    )

**DEFENDANT'S MOTION FOR AN ORDER TO SHOW
CAUSE REGARDING CONTEMPT OF METROPOLITAN
GROUP PROPERTY & CASUALTY INSURANCE COMPANY**

COMES NOW, defendant Jeffrey Fink, through counsel and submits the following

motion requesting that this court order that Metropolitan Group Property & Casualty

Insurance Company appear and show cause why it is not in contempt for violating a court

1

**MEYER V. FINK**
**CASE NO. 10-CV-325**
**Motion for Contempt**

order, to wit: subpoena duces tecum for deposition.  In support of this motion, defendant states as follows:

1.     The lawsuit arises from a motor vehicle accident (MVA) that occurred on I-70 November 16, 2008.  It was a one pickup truck MVA that resulted in the death of plaintiffs' decedent, Maritius Meyer.  Mr. Meyer was an occupant of said vehicle.  The driver of said vehicle was Myles Runyon.  Another passenger of the truck at issue was defendant Jeffrey Fink.  In the current action, plaintiffs contend that defendant Fink was negligent in somehow shifting the transmission of the subject truck thereby interfering with the operation of the vehicle by the driver.

2.     Prior to the plaintiffs initiating the present action as against defendant Fink, the plaintiffs sought recovery from the driver of the vehicle, Mr. Runyon.  Mr. Runyon's vehicle was insured by Metropolitan Group Property and Casualty Insurance Company (MetLife).

3.     MetLife paid PIP benefits to its driver, Myles Runyon.  In addition, it paid the limits of its liability coverage afforded to driver Runyon to the plaintiffs herein.  MetLife made these payments under claim number SLC21839.

2

MEYER V. FINK
CASE NO. 10-CV-325
Motion for Contempt

4.   As part of the process of discovery in this matter, on or about February 11,

2011, defendant's counsel served MetLife with a subpoena of business records

that requested a copy of MetLife's complete claims file contents, as well as a

certified copy of the auto policy at issue.

5.   In response to the February 11, 2011, business records subpoena, MetLife

produced treatment records for the driver Myles Runyon, and a copy of the

MVAR.  It appears that this comprised of only the "PIP" file pertaining to this

loss.  MetLife's production did not include any materials related to MetLife's

investigation into the liability claim (such as any statements, notes of

statements, expert reports, property damage, assessment, etc) nor did it include

the specifically requested liability insurance policy at issue.

6.   Based upon the limited information provided by MetLife in response to the

business records subpoena, on or about August 3, 2011, defendant's counsel

served a subpoena duces tecum for deposition on MetLife.  A copy of said

subpoena including the return of service indicating successful service through

the Kansas Insurance Department, is attached hereto as Exhibit A.

7.   The subpoena issued and served upon MetLife was a Rule 30(b)(5) corporate

designee subpoena (*see K.S.A. 60-230(b)(5)*).  It called for MetLife to

3

MEYER V. FINK
CASE NO. 10-CV-325
Motion for Contempt

designate the appropriate corporate representative to produce and testify

regarding the claims file and policy at issue that were previously requested and

requested yet again in the most recent subpoena. The subpoena required the

appropriate corporate designee(s) of MetLife to present themselves for

examination at the offices of defendant's counsel on August 29, 2011, at 10:00

o'clock a.m.

8. On the date noticed up in the subpoena, defendant's counsel and plaintiffs'

counsel appeared at the time and place designated in the subpoena. In

addition, Sandy Biggs of the court reporting firm Appino & Biggs, appeared

to administer the oath and take the testimony of the designee(s) identified in

the subpoena.

9. The appropriate corporate designee(s) of MetLife failed to appear at the time

and place noticed up in the subpoena.

10. At around the same time that the subpoena was served upon MetLife, counsel

for defendant contacted the adjuster who was involved in adjusting the

wrongful death claim of plaintiff Maritius Meyer as against its insured driver,

Myles Runyon. This adjuster, Barbara Bohling, works out of a St. Louis

claims office, but their written address is in Charlotte, North Carolina.

4

MEYER V. FINK
CASE NO. 10-CV-325
Motion for Contempt

Attached hereto as Exhibit B, please find an August 1, 2011, correspondence from defendant's counsel to Ms. Bohling at MetLife that was sent to her mailing address, as well as to her fax address in St. Louis. In said letter, counsel for defendant outlined the issues involved with respect to MetLife's failure to provide the previously subpoenaed documents responsive to the business records subpoena. Further, a courtesy copy of the instant 30(b)(5) subpoena was provided directly to her. As such, it is abundantly clear that not only was MetLife appropriately served with the subpoena through the Kansas Insurance Commissioner but a courtesy copy was presented to the adjuster involved in the claim.

11. Not only did the counsel for the defendant submit to MetLife the correspondence of August 1, 2011, providing a courtesy copy of the most recent rule 30(b)(5) subpoena, counsel for defendant telephoned the appropriate claims representative regarding the prior business records subpoena, the instant 30(b)(5) subpoena, and reason for issuance and service of the same.

12. Based upon the foregoing, it is abundantly clear that MetLife has had service of the 30(b)(5) subpoena requiring the appropriate designee(s) of MetLife to

5

MEYER V. FINK
CASE NO. 10-CV-325
Motion for Contempt

appear at the offices of defendant's counsel for deposition pertaining to its investigation of the claim at issue, as well as the production of materials referenced in the subpoena duces tecum. Additionally, courtesy copies and communication pertaining to this issue were sent to the appropriate claims representative involved in the claim on behalf of MetLife.

13. Not only did MetLife fail to respond, at all, to the 30(b)(5) subpoena, it did not fully comply with the previous business records subpoena served in February, 2011. As such, MetLife has failed to abide by two court orders in this case.

14. K.S.A. 60-245 governs the issuance of subpoenas including addressing contempt for failure to respond or comply with subpoena. The statute provides that:

> "The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena." *See, K.S.A. 60-245(e)*

15. K.S.A. 20-1204a governs indirect contempt and procedure for same. The statute provides as follows:

> "When an order in a civil action has been entered, the court that rendered the same may order a person alleged to be guilty of indirect contempt of such order to appear and show cause why such person should not be held in contempt if there is filed a motion requesting an order to appear and show cause which is accompanied by an

6

MEYER V. FINK
CASE NO. 10-CV-325
Motion for Contempt

affidavit specifically setting forth the facts constituting the
alleged violation." *See, K.S.A. 20-1204a(a)*

16.  The indirect contempt citation statute also provides that the motion to hold a
person in indirect contempt of court:

"Shall be served upon the party allegedly in contempt by
the sheriff or some other person appointed by the court
for such purpose.  Such order shall state the time and
place where the person is to appear and shall be
accompanied by a copy of the affidavit provided for in
subsection (a). The court shall hear the matter at the time
specified in the order, and upon proper showing, may
extend the time so as to give the accused a reasonable
opportunity to purge oneself of the contempt.  If the court
determines that a person is guilty of contempt such
person shall be punished as the court shall direct." *See,
K.S.A. 20-1204a(b).*

17.  Attached hereto is Exhibit C, a copy of the affidavit prepared by counsel for

defendant relative to the matters of facts cited herein.

**WHEREFORE**, based upon the foregoing, defendant prays that this court issue an

order that Metropolitan Group Property & Casualty Insurance Company (MetLife) show

cause why it should not be found guilty of indirect contempt of this court's orders relative

to the production of the information referenced above, as well as its failure to appear in

response to the subpoena served upon it through the Kansas Insurance Commissioner's

Office on August 3, 2011.  Should the court find MetLife in contempt, defendant prays for

his legal fees with respect to the issuance of the subpoenas at issue as well as for any

7

**MEYER V. FINK**
**CASE NO. 10-CV-325**
**Motion for Contempt**

expenses incurred related to the issuance of said subpoenas, and the requesting of court

reporter to attend the deposition that was subject to the second subpoena.  Defendant prays

for such other relief as this court deems just and equitable.


LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____

Craig C. Blumreich  #10119
Attorneys for Defendant

MEYER V. FINK
**CASE NO. 10-CV-325**
Motion for Contempt

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was deposited in the U.S. Mail, postage prepaid, on the _2ᵗʰ_ day of _September_, 2011, addressed to the following attorney(s) of record:

Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorney for Plaintiffs

and Chambers Copy to:

Hon. David L. Stutzman
Riley County District Court
PO Box 158
Manhattan, KS 66505-0158

and to:

Metropolitan Group Property & Casualty Insurance Company as pursuant to K.S.A. 60-304(g) by service upon the Kansas Insurance Commissioner at 420 SW 9ᵗʰ St., Topeka, KS 66612

Craig C. Blumreich

Received Fax :        Aug 02 2011 8:11AM      Fax Station :   HP LASERJET FAX        p 4

AUG-02-2011 TUE 09:28 AM LARSON & BLUMREICH        FAX NO. 785 273 8560        P. 04



ORIGINAL COPY

2011 AUG -5 PM 2:36

RILEY CO., KS.

RETURN TO:
RILEY CO. DIST. **COURT**
P.O. BOX 158
MANHATTAN, KS 66505-0158
(785) 537-6364

Craig C. Blumreich # 10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### DIVISION 3

| | | |
|---|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Maritius A. Meyer, and MARTHA MEYER, | ) ) ) ) | |
| Plaintiffs, | ) ) | **BY FAX** |
| v. | ) ) | Case No. 10-CV-325 |
| JEFFREY FINK, | ) ) | |
| Defendant. | ) ) | |

## SUBPOENA DUCES TECUM FOR DEPOSITION

TO:    **Metropolitan Group Property and Casualty Insurance Company by serving**
       **Commissioner of Insurance**
       **Kansas Insurance Dept.**
       **420 SW. 9th Street**
       **Topeka Kansas, 66612**

1



PLAINTIFF'S
EXHIBIT
A

PENGAD 800-631-6989

Received Fax :          Aug 02 2011 09:11AM     Fax Station :   HP LASERJET FAX          p. 5

AUG-02-2011 TUE 09:29 AM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 05

MEYER V. FINK
CASE NO. 10-CV-325

YOU ARE HEREBY COMMANDED to designate a corporate representative

pursuant to K.S.A. 60-230(b)(5) to be present and personally appear before a certified

shorthand reporter at a deposition in the above captioned case on Monday August 29,

2011 at 10:00 a.m. at the Law Offices of Larson & Blumreich Chartered, 5601 SW

Barrington Ct. S., Topeka KS 66614 to produce the documents listed below and testify

concerning said documents and the investigation of Metropolitan Group Property and

Casualty ("Metropolitan") concerning claim number SLC 21839

## DOCUMENTS TO BE PRODUCED

1. A copy of your complete and entire claims file for the accident occurring on

November 16, 2008, Metropolitan claim # SLC21839.

2. A certified copy of insurance policy # 1540503250 in effect on the date of the

accident including the declarations.

## ADDITIONAL INFORMATION REQUIRED BY K.S.A. 60-245(a)

Below is the text of K.S.A. 60-245(c) and (d):

(c) Protecting a person subject to a subpoena. (1) Avoiding undue burden or
expense; sanctions. A party or attorney responsible for issuing and serving a
subpoena must take reasonable steps to avoid imposing undue burden or
expense on a person subject to the subpoena. The issuing court must
enforce this duty and impose an appropriate sanction, which may include
lost earnings and reasonable attorney's fees, on a party or attorney who fails
to comply.

(2) Command to produce materials or permit inspection. (A) Appearance

2

Received Fax :          Aug 02 2011 8:11AM      Fax Station : HP LASERJET FAX              p. 9

AUG-02-2011 TUE 09:29 AM LARSON & BLUMREICH        FAX NO. 785 273 8580          P. 09

MEYER V. FINK
CASE NO. 10-CV-325

information if the party disclosed it before being notified; and may
promptly present the information to the court under seal for a determination
of the claim. The person who produced the information must preserve the
information until the claim is resolved.

Any questions regarding the corporate designation(s) requested should be directed

to Craig C. Blumreich, LARSON & BLUMREICH, CHARTERED, 5601 SW Barrington

Court South, P.O. Box 4306, Topeka, Kansas 66604-0306, 785-273-7722, craig@lbc-

law.com

Hereof fail not, under penalty of law.

Clerk of the District Court

Dated: _8/2/2011_

Attorney:

Craig C. Blumreich #10119
Larson & Blumreich, Chartered
5601 S.W. Barrington Court South
P. O. Box 4306
Topeka, KS 66604-0306
(785) 273-7722
Attorney for Defendant
Jeffery Fink.

6

Received Fax :          Aug 02 2011 8:11AM       Fax Station :   HP LASERJET FAX          P.  10

AUG-02-2011 TUE 09:29 AM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 10

2011 AUG -5  PM 2: 36

DISTRICT COURT
RILEY CO., KS.

MEYER V. FINK
CASE NO. 10-CV-325

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RETURN ON SERVICE

I received this subpoena on the _3rd_ day of _August_, 2011 and served it on the

within named by mailing a copy via certified mail in accordance with the provisions of

K.S.A. 40-218 on the _3rd_ day of _August_, 2011.

Kansas Insurance Dept. By:

_See Attached Letter_
_Signed by the Insurance_
_Commissioner_

$10.00 witness fee attached

$25.00 Kansas Insurance Dept. fee attached

(Attention Kansas Insurance Dept. Please mail a copy of the Subpoena with the executed
return of service to Craig C. Blumreich at P.O. Box 4306 Topeka KS 66604. Mr.
Blumreich will file the return with the clerk of the court. A stamped addressed envelope is
attached for this purpose)

7



# Kansas Insurance Department
Sandy Praeger, Commissioner of Insurance

August 3, 2011

Metropolitan Group Property and
Casualty Insurance Company
C/o The Corporation Company, Inc.
112 SW 7th St., Ste. 3c
Topeka, KS  66603

Dear Sir or madam:

Enclosed herein, please find a Subpoena of Business Records in a civil case that has
been issued to your company in the District Court of Riley County, State of Kansas,
case No. 10-CV-325.  Also, please find check #20255 in the amount of $10.

Thank you for your attention to this matter.

Sincerely,

*Sandy Praeger*

Sandy Praeger
Commissioner of Insurance

SP: lgh
Enclosures

cc Craig C. Blumreich
   Attorney at Law

---

# LARSON & BLUMREICH, CHARTERED

### (FORMERLY GEHRT & ROBERTS, CHARTERED)

ATTORNEYS AT LAW

WILLIAM A. LARSON
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0992424

August 1, 2011

**Via Facsimile and U.S. Mail**
Barbara Bohling
MetLife Auto & Home Insurance
P.O. Box 410450
Charlotte, NC 28241

Re:    Claim No.: SLC21839
       Policy Holder: Don Runyon
       Insured Driver: Myles P. Runyon
       Policy No.: 154050325
       Date of Loss: November 16, 2008

Dear Barb:

Thank you for taking the time to talk to me this morning in connection with the abov-referenced claim.

As I explained, I have been retained by State Farm Mutual Automobile Insurance Company to defend a wrongful death claim against State Farm insured Jeff Fink. Mr. Fink was a front seat passenger in the vehicle insured by MetLife through a policy issued to Don Runyon and being driven by his son, Myles P. Runyon. As we discussed this morning, you handled the wrongful death claim against Myles Runyon by the parents of the decedent, Maritius A. Meyer.

On February 11, 2011 we served MetLife with a subpoena of business records requesting a copy of your complete claim file contents as well as a certified copy of the Runyon auto policy. The records we received in response contained only some medical

PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT
_B_

**LARSON & BLUMREICH, CHARTERED**

Barbara Bohling
August 1, 2011
Page 2

treatment records for Myles Runyon for his injuries sustained in the accident and a copy of the motor vehicle accident report.

Today we have served a new subpoena duces tecum with the Kansas Insurance Department requesting the production of these records and the appearance in Kansas of a corporate representative to testify concerning these records. As we discussed, I am enclosing copies of both the prior subpoena and the new subpoena for your review. Please discuss this matter as soon as you can with your supervisor to see if we can facilitate prompt production of the records we are seeking for purposes of the pending litigation.

Thank you for your cooperation and assistance. Please call me if you have questions or concerns.

Very truly yours,

LARSON & BLUMREICH, CHARTERED

Craig C. Blumreich
craig@lbc-law.com

CCB:dh
enclosure

Craig C. Blumreich #10119
Joel W. Riggs #15992
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually        )
and as Administrator of the Estate of )
Maritius A. Meyer, and               )
MARTHA MEYER,                        )
                                     )
              Plaintiffs,            )
                                     )
       v.                            )        Case No. 10-CV-325
                                     )
JEFFREY FINK,                        )
                                     )
              Defendant.             )

## AFFIDAVIT

STATE OF KANSAS      )
                     ) ss
COUNTY OF SHAWNEE    )

I, Joel W. Riggs, the undersigned, does hereby swear and affirm as follows:

1.   That the undersigned's law firm is attorney of record for defendant in the above

     referenced matter.

2.   That the undersigned has made himself familiar with the facts and circumstances

PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT
C

of this matter, the contents of his firm's file with respect to this matter, as well as the pleadings that have been filed with the court in this case.

3.  On or about February 2, 2011, this firm served Metropolitian Group Property & Casualty Insurance Company (hereinafter referred to as MetLife) with a business records subpoena requesting a copy of MetLife's complete claims files as well as a certified copy of the auto policy issued to the insured, Myles Runyon, being policy #1540503250 in effect on the date of the accident of November 16, 2008.

4.  The business records subpoena also requested a complete and entire claims file for MetLife's investigation of the accident of said date.

5.  MetLife responded to the business records subpoena by presenting treatment records for its insured, Myles Runyon, as well as a copy of the MVAR prepared by the investigating law enforcement officers at issue, but failed to provide any and all other materials compromising an actual claims file for the liability aspect of said claim, including not providing a copy the insurance policy requested.

6.  Based upon MetLife's failure to completely comply with the business records subpoena served on February 11, 2011, counsel for defendant issued a subpoena duces tecum for deposition of corporate designee(s) of MetLife pursuant to K.S.A. 60-230(b)(5) which required the appropriate designee(s) of MetLife to appear at the offices of defendant's counsel on Monday, August 29, 2011, at 10:00 a.m. Further, the subpoena required the production of the following documents, to wit: copy of the complete and entire claims file for the accident occurring on November 16, 2008, MetLife's claim number SLC201839, and a certified copy of the MetLife insurance policy #1540503250 in effect on the date of the accident at

issue in this case.

7.     The subpoena was issued on August 2, 2011, and served upon Metropolitian

Group Property & Casualty Insurance Company through the Kansas Insurance

Department on or about August 3, 2011.

8.     Corporate designee(s) failed to appear even though counsel for defendant, counsel

for plaintiffs', and certified shorthand reporter authorized to administer the oath

did appear at the time and place stated in the subpoena.

Joel W. Riggs

STATE OF KANSAS          )
                         ) ss:
COUNTY OF SHAWNEE        )

On this _2ⁿᵈ_ day of ___September___, 2011, before me personally appeared Joel W.
Riggs and executed the foregoing Affidavit and affirms that the contents of the document are
truthful and accurate to the best of his knowledge.

Bridgette J. Kammen
NOTARY PUBLIC—STATE OF KANSAS
MY APPT EXP: 10 17 12

My Appointment Expires: ___10/17/12___     Notary Public

FILED

2011 SEP -7 PM 12: 31

DISTRICT COURT
RILEY CO. KS.

Craig C. Blumreich #10119
Joel W. Riggs #15992
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually )
and as Administrator of the Estate of )
Maritius A. Meyer, and )
MARTHA MEYER, )
    )
        Plaintiffs, )
    )
    )
    v. )        Case No. 10-CV-325
    )
JEFFREY FINK, )
    )
        Defendant. )

## ORDER TO APPEAR AND SHOW CAUSE

TO:   Metropolitan Group Property & Casualty Insurance Company by service upon
      Commissioner of Insurance, Kansas Insurance Department, 420 SW 9th St.,
      Topeka, KS 66612

**WHEREUPON**, after being fully advised on the premises, the court hereby orders as

follows:

1.    Attached hereto is an Affidavit from counsel for defendant outlining the reasons

      counsel believes that Metropolitan Group Property & Casualty Insurance

      Company should be held in indirect contempt of this court for failure to comply

with a business records subpoena as well as a corporate designee subpoena.

2.    The court has set this matter for hearing on September 21, 2011, before this court at 4:30 p.m. at 100 Courthouse Plaza, Manhattan, KS 66505. A copy of defendant's motion requesting an order to appear and show cause as well as the affidavits and exhibits in support of same shall be served by counsel for defendant upon Metropolitan Group Property & Casualty Insurance Company through the Kansas Insurance Department.

IT IS SO ORDERED.

Judge David L. Stutzman

Attachments: Defendant's motion for an order to appear and show cause, copy of subpoena including return of successful service through the Kansas Insurance Department, correspondence dated August 1, 2011, to MetLife adjuster Ms. Bohling, and affidavit prepared by counsel for defendant.

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
Craig C. Blumreich   #10119   Joe Rimes #15892
Attorneys for Defendant

and

Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210

By: _____
Matthew L. Heffner, # 21232
Attorney for Plaintiff

Craig C. Blumreich #10119
Joel W. Riggs #15992
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

| | | |
|---|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Maritius A. Meyer, and MARTHA MEYER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 10-CV-325 |
| JEFFREY FINK, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF HEARING

Please take notice that a hearing on defendant's Motion for an order to show cause regarding contempt of Metropolitan Group Property & Casualty Insurance Company has been scheduled for September 21, 2011, at 4:30 p.m. The proceeding will be held at the Riley County Courthouse, Manhattan, Kansas before the Honorable David L. Stutzman.

1

**MEYER V. FINK**
**CASE NO. 10-CV-325**
Notice of Hearing

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
        Joel W. Riggs, #
        Attorneys for Defendant

2

**MEYER V. FINK**
**CASE NO. 10-CV-325**
**Notice of Hearing**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was deposited in the U.S. Mail, postage prepaid, on the _2nd_ day of _September_, 2011, addressed to the following attorney(s) of record:

Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorney for Plaintiffs

and Chambers Copy to:

Hon. David L. Stutzman
Riley County District Court
PO Box 158
Manhattan, KS 66505-0158

and to:

Metropolian Group Property & Casualty Insurance Company by service upon the Kansas Insurance Commissioner at 420 SW 9th St., Topeka, KS 66612

as pursuant to K.S.A. 60-304(g)

_____
Joel W. Riggs

3

# LARSON & BLUMREICH, CHARTERED

**WILLIAM A. LARSON**
**CRAIG C. BLUMREICH**
**MATTHEW S. CROWLEY**
**JOEL W. RIGGS**
**ALAN E. STREIT**

### (FORMERLY GEHRT & ROBERTS, CHARTERED)

ATTORNEYS AT LAW

5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

**ROBERT L. ROBERTS**
1933 - 2004

ID # 48-0992424

September 2, 2011

Hon. David L. Stutzman
Riley County District Court
PO Box 158
Manhattan, KS 66505-0158

> Re: Wessel H. Meyer, Individually and as Administrator of the Estate of
> Maritius A. Meyer, and Martha Meyer v. Jeffrey Fink
> Riley County District Court Case No. 10-CV-325

Dear Judge Stutzman:

Enclosed herewith please find a motion requesting an order to appear and show cause as to why Metropolitan Group Property & Casualty Insurance Company should be held in indirect contempt of court for failure to completely respond to a business records subpoena, and failure to respond to a K.S.A. 60-235(b)(5) subpoena. Also, attached please find a proposed order to show cause.

I would request that you issue the order to show cause and I will have same served upon the insurance carrier at issue through the Kansas Insurance Department. Please have Michelle return the fully executed order to me.

If you or Michelle has questions pertaining to this motion or the attachments contained therein, please contact me at your earliest opportunity. All parties appreciate the courts consideration in this matter.

9/8/11 Issued to Atty

**LARSON & BLUMREICH, CHARTERED**

Hon. David L. Stutzman
August 31, 2011
Page 2

Respectfully yours,

LARSON & BLUMREICH, CHARTERED

Joel W. Riggs
joel@lbc-law.com

JWR:bjk
enclosures
cc: Matt Heffner (w/ enclosure)

FILED

2011 SEP 26  PM 1:58

DISTRICT COURT
RILEY CO. KS.

Craig C. Blumreich #10119
Joel W. Riggs #15992
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually    )
and as Administrator of the Estate of    )
Maritius A. Meyer, and    )
MARTHA MEYER,    )
    )
        Plaintiffs,    )
    )
    v.    )    Case No. 10-CV-325
    )
JEFFREY FINK,    )
    )
        Defendant.    )

## AMENDED NOTICE OF HEARING

Please take notice that a hearing on defendant's Motion for an order to show

cause regarding contempt of Metropolitan Group Property & Casualty Insurance Company

has been scheduled for Monday October 3, 2011, at 4:15 p.m.  The proceeding will be held

1

**MEYER V. FINK**
**CASE NO. 10-CV-325**
**Notice of Hearing**

at the Riley County Courthouse, Manhattan, Kansas before the Honorable David L.

Stutzman.

> LARSON & BLUMREICH, CHARTERED
> 5601 SW Barrington Court South
> PO Box 4306
> Topeka, Kansas 66604
> (785) 273-7722
> Fax: (785) 273-8560
> E-Mail: joel@lbc-law.com
>
> By: _____
> Joel W. Riggs, #
> Attorneys for Defendant

2

MEYER V. FINK
CASE NO. 10-CV-325
Notice of Hearing

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was deposited in the U.S. Mail, postage prepaid, and/or by telefax on the 21st day of September, 2011, addressed to the following attorney(s) of record:

Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorney for Plaintiffs

Lisa Danhauer
MetLife Insurance
Fax: 866-958-0256

and Chambers Copy to:

Hon. David L. Stutzman
Riley County District Court
PO Box 158
Manhattan, KS 66505-0158

Joel W. Riggs

3

Received Fax :        Oct 21 2011 3:00PM     Fax Station :   HP LASERJET FAX           p. 2

10/21/2011  14:02  FAX                                                      ☎002/002

10cv325

# IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as )
Administrator of the Estate of Mildred A. )
Meyer, and MARTHA A. MEYER )
           ) Case No. 10 CV 325
           ) K.S.A. Chapter 60
        Plaintiffs, )
         )
  vs. )
         )
JEFFREY FINK )
         )
        Defendant. )

## NOTICE OF DEPOSITION OF JEFFREY FINK

TO:   Craig C. Blumreich
      LARSON & BLUMREICH, CHARTERED
      5601 SW Barrington Court South
      P.O. Box 4306
      Topeka, Kansas  66604
      ATTORNEY FOR DEFENDANT

    PLEASE TAKE NOTICE that the deposition of Jeffrey Fink will be taken upon oral

examination, pursuant to Kansas Rules of Civil Procedure, on behalf of the plaintiffs, on the 1st

day of November, 2011, commencing at 9:00 a.m., before a certified court reporter at the Abbie

Office Center, Blue Cross Blue Shield Building, 2425 West Loop South, Houston, Texas  77027,

and that the taking of the deposition, if not completed on that day, will be continued from day to

day, at the same place and between the hours of 8:00 a.m. and 6:00 p. m., until completed.

1763252741



Received Fax :        Oct 21 2011 3:00PM      Fax Station :   HP LASERJET FAX              p . 3

10/21/2011 14:03 FAX                                                         003/003

Respectfully submitted,

LATHROP & GAGE LLP

By: _____

Frederick K. Starrett  KS #9425
Matthew L. Heffner  KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone: (913) 451-5100
Telecopier: (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2011, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid and e-mail:

Craig C. Blumreich
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas 66604
craig@lbc-law.com

_____
An Attorney for Plaintiffs

17632527v1 2

Received Fax :        Oct 21 2011 3:00PM   Fax Station :  HP LASERJET FAX        p. 1

10/21/2011 14:02 FAX                                              ☒ 001/003

APPENDIX A
FACSIMILE TRANSMISSION COVER SHEET
Form for Rule 119(d)(3)

DATE:        October 21, 2011

TO:        Clerk of the District Court, Riley County

**FAX Number: (785) 537-6382**

Case Number:  10-CV-325

Caption: *Wessel H. Meyer, Individually and as Administrator of the
Estate of Maritius A. Meyer, and Martha A. Meyer v.
Jeffrey Fink*

FROM:        Frederick K. Starrett, #9425
Matthew L. Heffner, #21232
Lathrop & Gage LLP
10851 Mastin Boulevard, Suite 1000
Overland Park, KS 66210-1669
fstarrett@lathropgage.com
mheffner@lathropgage.com

Telephone Number: (913) 451-5100

Fax Number: (913) 451-0875

Attorney for (Name of Party):  Plaintiffs

Please file the following transmitted document. NOTE: Document length is limited to
10 pages. A cover sheet must separate each document filed.

| Document Name | No. of Pages |
|---|---|
| **NOTICE OF DEPOSITION OF JEFFREY FINK** | **2** |

3081462v1

FAXED

Received Fax :        Nov 15 2011 5:32PM     Fax Station :   HP LASERJET FAX        p 2

11/15/2011 17:32 FAX  913 451 5178        LATHROP & GAGE                    002/003

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as )
Administrator of the Estate of Maritius A. )
Meyer, and MARTHA A. MEYER )
                         )    Case No. 10-CV-325
      Plaintiffs,          )    K.S.A. Chapter 60
                         )
      vs.                    )
                         )
JEFFREY FINK                )
                         )
      Defendant.            )

### CERTIFICATE OF SERVICE

COME NOW plaintiffs, Wessel H. Meyer, individually and as Administrator of the Estate of Maritius A. Meyer, and Martha A. Meyer and hereby certify that on the 15th day of November, 2011, they served via first class United States mail, postage prepaid and email upon counsel Craig C. Blumreich of LARSON & BLUMREICH, CHARTERED, 506 SW Barrington Court South, P.O. Box 4306, Topeka, Kansas 66604-0306, craig@lbc-law.com the following:

Plaintiffs' Third Request for Admissions to Defendant Jeffrey Fink.

17789769v1



11/15/2011 17:32 FAX  913 451 5178        LATHROP & GAGE                    ☑003/003

Respectfully submitted,

LATHROP & GAGE LLP

By:  _____
     Frederick K. Starrett  KS #9425
     Matthew L. Heffner  KS #21232
     Building 82, Suite 1000
     10851 Mastin Boulevard
     Overland Park, Kansas 66210-1669
     Telephone:  (913) 451-5100
     Telecopier:  (913) 451-0875

     Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2011, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Craig C. Blumreich
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604

_____
An Attorney for Plaintiffs

17789769v12

Received Fax :        Nov 15 2011 5:32PM        Fax Station :  HP LASERJET FAX        p  1

11/15/2011 17:31 FAX  913 451 5178        LATHROP & GAGE                    ☑ 001/003

APPENDIX A
FACSIMILE TRANSMISSION COVER SHEET
Form for Rule 119(d)(3)

DATE:      November 15, 2011

TO:      Clerk of the District Court, Riley County

**FAX Number: (785) 537-6382**

Case Number:  10-CV-325

Caption:  *Wessel H. Meyer, Individually and as Administrator of the*
*Estate of Maritius A. Meyer, and Martha A. Meyer v.*
*Jeffrey Fink*

FROM:      Frederick K. Starrett, #9425
Matthew L. Heffner, #21232
Lathrop & Gage LLP
10851 Mastin Boulevard, Suite 1000
Overland Park, KS 66210-1669
fstarrett@lathropgage.com
mheffner@lathropgage.com

Telephone Number: (913) 451-5100

Fax Number: (913) 451-0875

Attorney for (Name of Party):  Plaintiffs

Please file the following transmitted document.  NOTE:  Document length is limited to
10 pages.  A cover sheet must separate each document filed.

<u>Document Name</u>                                    <u>No. of Pages</u>

**CERTIFICATE OF SERVICE**                              **2**

3001462v1



Received Fax :        Sep 01 2011 2:42PM    Fax Station :   HP LASERJET FAX        P. 2

SEP-01-2011 THU 02:51 PM LARSON & BLUMREICH        FAX NO. 785 273 8560        P. 02

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### DIVISION 3

| | | |
|---|---|---|
| WESSEL H. MEYER, Individually and as Administrator of the Estate of Maritius A. Meyer, and MARTHA MEYER, | ) ) ) ) | |
| Plaintiffs, | ) ) | **BY FAX** |
| v. | ) ) | Case No. 10-CV-325 |
| JEFFREY FINK, | ) ) | |
| Defendant. | ) ) | |

### <u>NOTICE OF SERVICE OF DISCOVERY RESPONSES</u>

Defendant Jeffrey Fink hereby notifies the court and counsel that he has served

discovery responses on the plaintiff by regularly mailing the same to counsel for the plaintiffs

on this 1st day of September, 2011:

1.    Defendant's Response to Plaintiffs' Second Request for Admissions

1



Received Fax :        Sep 01 2011 2:42PM    Fax Station :    HP LASERJET FAX          p. 3

SEP-01-2011 THU 02:52 PM LARSON & BLUMREICH        FAX NO. 785 273 8560          P. 03

**MEYER V. FINK**
**CASE NO. 10-CV-325**

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
        Craig C. Blumreich  #10119
        Attorneys for Defendant


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was deposited in the U.S. Mail, postage prepaid, on the 1st day of September, 2011, addressed to the following attorney(s) of record:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff


_____
        Craig C. Blumreich

2

SEP-01-2011 THU 02:51 PM LARSON & BLUMREICH        FAX NO. 785 273 8560        P. 01

# LARSON & BLUMREICH, CHARTERED

WILLIAM A. LARSON
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

(FORMERLY GEHRT & ROBERTS, CHARTERED)

ATTORNEYS AT LAW
5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0992424

## FACSIMILE TRANSMISSION COVER SHEET
## PURSUANT TO RULE 119(d)(3)

DATE:  **September 1, 2011**

TO:     District Court Clerk
        Riley County District Court

        FAX Number:  785-537-6382

        CASE NUMBER: **10-CV-325**

        CASE CAPTION:  **Wessel Meyer et al v. Jeffrey Fink**

FROM: Craig C. Blumreich, #10119
        LARSON & BLUMREICH, CHARTERED
        5601 S.W. Barrington Court South
        P.O. Box 4306
        Topeka KS 66604-0306
        (785) 273-7722
        Fax: (785) 273-8560

        Kansas Supreme Court Registration No.: 10119
        Attorney for **DEFENDANT**

1.      Please file the following transmitted document: **Notice of Service of Discovery
        Responses**

        As per the court rule, we will retain the original document in our file with the
        facsimile transmission confirmation sheet.

NUMBER OF PAGES BEING SENT: 3



FILED

**IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS**   2011 NOV 17  PM 1:59
**CIVIL COURT DEPARTMENT**

·········· JURT
RILEY CO. KS.

WESSEL H. MEYER, Individually and as )
Administrator of the Estate of Maritius A. )
Meyer, and MARTHA A. MEYER )
)   Case No. 10-CV-325
      Plaintiffs, )   K.S.A. Chapter 60
)
     vs. )
)
JEFFREY FINK )
)
      Defendant. )

## AMENDED CASE MANAGEMENT ORDER

NOW on this ____10____ day of November, 2011, after consultation with the parties, the Court

enters the following amended case management order:

    1.     All discovery shall be completed on or before January 13, 2012.

    2.     Any dispositive motions and supporting memoranda shall be filed on or before

January 13, 2012.

    3.     A final pretrial conference is scheduled for the 13th day of February, 2012 at 1:00

p.m. The parties shall exchange and file pretrial questionnaires by February 6th, 2012.

    4.     Every pleading, motion, response or reply, shall be filed with the Clerk of the

District Court and a copy shall be delivered to chambers.

    5.     The parties shall comply with the terms of the Kansas Code of Civil Procedure

unless otherwise mutually agreed to in writing and/or excused by the Court.

    **IT IS SO ORDERED.**

                     David L. Stutzman
                     District Judge

Approved by:

By: _____

Frederick K. Starrett KS #9425
Matthew L. Heffner KS #21232
LATHROP & GAGE LLP
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone: (913) 451-5100
Telecopier: (913) 451-0875
*Attorneys for Plaintiffs*

By: _____

Craig C. Blumreich, KS #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas 66604
Telephone: (785) 273-7722
Telecopier: (785) 273-8560
*Attorneys for Defendant*

17654629v12

**State of Kansas**
21st Judicial District

DAVID L. STUTZMAN
District Judge, Div. III

Riley County Courthouse
100 Courthouse Plaza
P.O. Box 158
Manhattan, Kansas 66505
Phone: 785–537–6373
Fax: 785–565–6849

# DIVISION 3 MEMO

**TO:**     Matthew Heffner
            Craig Blumreich
            Court File

**RE:**     **Meyer v. Fink**
            **Case No.  10 CV 325**

**FROM:**   Michelle Pralle
            Court Reporter, Div. 3

**DATE:**   November 17, 2011

---

Due to a calendar conflict on February 13, 2011, at 1:00 p.m., the Court has rescheduled the Oral Argument/Pretrial Conference in the above-captioned matter to February 22, 2012, at 11 a.m. in Division 3.

If you have any questions, please give me a call.

Received Fax :          Feb 15 2012 10:00AM        Fax Station :   HP LASERJET FAX          p. 2

02/15/2012 11:02 FAX  913 451 5178        LATHROP & GAGE                          ☎002/008

**BY FAX**
**IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS**
**CIVIL COURT DEPARTMENT**

WESSEL H. MEYER, Individually and as    )
Administrator of the Estate of Maritius A.    )
Meyer, and MARTHA A. MEYER    )
    )    Case No.  10-CV-325
    Plaintiffs,    )    K.S.A. Chapter 60
    )
    vs.    )
    )
JEFFREY FINK    )
    )
    Defendant.    )

## PLAINTIFFS' PRETRIAL QUESTIONNAIRE

1.    Present date:

    **February 15, 2012.**

2.    The name of the party you represent:

    **Wessel H. Meyer, Individually and as Administrator of the Estate of Mauritius A.**

    **Meyer, and Martha A. Meyer.**

3.    Your name, address and phone number:

    **Frederick K. Starrett**
    **Matthew L. Heffner**
    **LATHROP & GAGE LLP**
    **10851 Mastin Boulevard**
    **Building 82, Suite 1000**
    **Overland Park, Kansas 66210**
    **Telephone: (913) 451-5100**
    **Telecopier: (913) 451-0875.**

4.    Requests for amendments to pleadings:

    **None.**

18347937v1
*Meyer v. Fink*
Plaintiffs' Pretrial Questionnaire



02/15/2012 11:03 FAX  913 451 5178          LATHROP & GAGE                    ☑003/008

5.  State specifically the theory of your claim, if any (including grounds of negligence, if applicable):

Plaintiffs allege claims of wrongful death and survival as a result of the death of their son, Mauritius A. Meyer. Specifically, on the morning of November 16, 2008, he and defendant Fink were passengers in a GMC pickup truck driven by Myles Runyon. The boys were returning from an overnight camping trip and Mr. Fink and Mr. Meyer were carrying bedding on their laps. As defendant Fink, who was seated in the center of the bench seat, shifted his position, he knocked the gear shift out of "drive" and into "park." Mr. Fink's actions in doing so were negligent. This caused the wheels of Mr. Runyon's vehicle to lock up and he lost control of the vehicle. The vehicle left the roadway and rolled over several times, ejecting the deceased Mauritius A. Meyer. Mr. Meyer suffered fatal injuries as a result of the accident, survived for about 17 hours and died the morning of November 17, 2008.

6.  State specifically the theory of your defense, if any (including grounds of contributory/comparative negligence and affirmative defenses, if applicable):

Not Applicable.

7.  List specifically any stipulations you seek:

a.  A stipulation as to the foundation of all of the medical records of the deceased Mauritius A. Meyer.

b.  A stipulation as to the foundation of the Highway Patrol Accident Report.

c.  A stipulation as to the foundation of the Highway Patrol accident photographs.

d.  A stipulation as to submitting some witness testimony by deposition in lieu of in-person appearance at trial.

18347937v12
*Meyer v. Fink*
**Plaintiffs' Pretrial Questionnaire**

Received Fax :        Feb 15 2012 10:00AM      Fax Station :   HP LASERJET FAX        p. 4

02/15/2012 11:03 FAX  913 451 5178        LATHROP & GAGE                    ☒004/008

    c.  A stipulation that copies of exhibits may be used in lieu of originals.

    f.  A stipulation as to the reasonableness and necessity of medical expenses.

8.    Total amount of damages claimed:

    **$2,250,000.00**

9.    Specific itemization of damages:

    **a.  Economic Damages:**

        1)  **Loss of filial care, attention, or protection: $550,000.00**

        2)  **Loss of earnings child would have contributed to parents during remainder of child's lifetime: $896,858.02**

        3)  **Decedent's medical expenses caused by the injury: $47,860.45**

        4)  **Reasonable funeral expenses: $5,281.53**

    **b.  Noneconomic Damages:**

        1)  **Mental anguish, suffering, or bereavement: $250,000.00**

        2)  **Loss of society, loss of comfort, or loss of companionship: $250,000.00**

    **c.  Pain and suffering of deceased Mauritius A. Meyer: $250,000.00**

10.    Unresolved questions of fact:

    a)  **Did defendant Fink bump the gear shift into "park"?**

    b)  **Did defendant Fink's action of bumping the gear shift into "park" cause Myles Runyon to lose control of the vehicle and crash?**

    c)  **Was defendant Fink negligent in causing the accident?**

    d)  **Did the deceased Mauritius A. Meyer experience pain and suffering following the accident on November 16, 2008 and prior to his death of November 17, 2008?**

    e)  **What is the nature and extent of damages suffered by plaintiffs?**

Received Fax :      Feb 15 2012 10:00AM      Fax Station :   HP LASERJET FAX                p. 5

02/15/2012 11:03 FAX   813 451 5178          LATHROP & GAGE                      ☑ 005/008

11.   Unresolved questions of law:

  **None.**

12.   Discovery:

  a.  List discovery you have completed:

  **Written discovery has been completed including interrogatories, requests for production of documents and requests for admissions. In addition, the depositions of the parties involved in the accident, Myles Runyon and Jeffrey Fink, have been taken.**

  b.  Please specify further discovery contemplated (if Discovery is complete, state "None"):

  **Additional evidentiary depositions will be taken, including, but not limited to, the depositions of Trooper Baquero and Trooper Harwood with the Kansas Highway Patrol and witness Dylan Combs.**

  c.  If further discovery contemplated, state reason for delay in completing and when it will be completed:

  **Any additional depositions are evidentiary depositions for the purpose of allowing deponents to appear by deposition in lieu of appearing live at trial and not for the purpose of discovery.**

13.   Motions:

  a.  List motions you have pending:

  **None.**

  b.  List motions you intend to file prior to trial:

  **Plaintiffs intend to file necessary motions in limine. To the extent necessary, these motions will include, but not be limited to, a motion precluding the introduction of insurance and a motion limiting admissibility of the accident report.**

Received Fax :          Feb 15 2012 10:00AM      Fax Station :   HP LASERJET FAX        p. 6

02/15/2012 11:04 FAX  913 451 5178        LATHROP & GAGE                    ☒ 006/008

14.    State any procedural problems you have:

     **None.**

15.    List names of all witnesses you intend to call for trial.

    a.  **Wessel H. Meyer**

    b.  **Martha A. Meyer**

    c.  **Dr. John O. Ward**

    d.  **Trooper Baquero (by deposition)**

    e.  **Trooper Harwood (by deposition)**

    f.  **Jeffrey Fink**

    g.  **Myles Runyon**

    h.  **Dr. William Bandy**

    i.  **D. Michael McCann**

    j.  **Dylan Combs (by deposition)**

16.    List all exhibits you intend to offer at trial:

    a.  **Medical records and medical bills of Mauritius A. Meyer;**

    b.  **Funeral bill for Mauritius A. Meyer;**

    c.  **Expert report of Dr. John O. Ward and C.V.;**

    d.  **Statements of Jeffrey Fink;**

    e.  **Kansas Highway Patrol Motor Vehicle Accident Report (limited to admissible portions), including diagram;**

    f.  **Pre-accident photographs of Mauritius A. Meyer;**

    g.  **Kansas Highway Patrol accident scene photographs;**

    h.  **Certificate of Death;**

    i.  **Kansas City Star article regarding accident;**

Received Fax :        Feb 15 2012 10:00AM     Fax Station :   HP LASERJET FAX        p. 7

02/15/2012 11:04 FAX  913 451 5178        LATHROP & GAGE                          ☑007/008

    j.  **Demonstratives;**

    k.  **C.V. of Dr. Bandy and Dr. McCann;**

    l.  **Defendant's discovery responses.**

17.  Trial Assignment:

    a.  Should case receive priority setting, and if so, why? (If due to out-of-town witnesses, please specify.)

        **Yes, both plaintiffs reside in California and need the definiteness of a priority setting in order to make their travel arrangements.  Furthermore, plaintiff Wessel Meyer is a doctor and requires sufficient notice in order to take time away from his practice.**

    b.  Are you requesting Court or Jury Trial?

        **Jury.**

    c.  If Jury Trial, would you stipulate to six (6) member Jury?

        **No.**

    d.  What is estimated time for trial?

        **Three days.**

18.  Would Alternative Dispute Resolution (i.e. Mediation, Arbitration, and Settlement Conference) be helpful to parties/Counsel prior to trial?  If so, what ADR method would you suggest?

        **Yes; mediation with a private mediator.**

Received Fax :       Feb 15 2012 10:00AM      Fax Station :  HP LASERJET FAX       p. 8

02/15/2012 11:04 FAX  913 451 5178        LATHROP & GAGE                      ☑ 008/008

Respectfully submitted,

LATHROP & GAGE LLP

By:  _____
     Frederick K. Starrett  KS #9425
     Matthew L. Heffner  KS #21232
     Building 82, Suite 1000
     10851 Mastin Boulevard
     Overland Park, Kansas 66210-1669
     Telephone:  (913) 451-5100
     Telecopier:  (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2012, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid and e-mail:

Craig C. Blumreich
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas 66604
craig@lbc-law.com

_____
An Attorney for Plaintiffs

18347937v17
*Meyer v. Fink*
Plaintiffs' Pretrial Questionnaire

Received Fax :          Feb 15 2012 10:00AM      Fax Station :   HP LASERJET FAX        p. 1

02/15/2012 11:02 FAX  913 451 5178        LATHROP & GAGE                    ☑001/008

APPENDIX A
FACSIMILE TRANSMISSION COVER SHEET
Form for Rule 119(d)(3)

DATE:       February 15, 2012

    TO:     Clerk of the District Court, Riley County

            **FAX Number: (785) 537-6382**

            Case Number:  10-CV-325

            Caption:    WESSEL H. MEYER, Individually and as Administrator of the
                        Estate of Maritlus A. Meyer, and MARTHA A. MEYER v.
                        JEFFREY FINK

FROM:       Frederick K. Starrett, #9425
            Matthew L. Heffner, #21232
            Lathrop & Gage LLP
            10851 Mastin Boulevard, Suite 1000
            Overland Park, KS 66210-1669
            fstarrett@lathropgage.com
            mheffner@lathropgage.com


Telephone Number: (913) 451-5100

Fax Number: (913) 451-0875

Attorney for (Name of Party):  Plaintiffs

Please file the following transmitted document.  NOTE:  Document length is limited to 10 pages.
A cover sheet must separate each document filed.

| Document Name | No. of Pages |
|---|---|
| **PLAINTIFF'S PRETRIAL QUESTIONNAIRE** | 7 |


3081462v1

FAXED

Received Fax :     Feb 15 2012 3:26PM     Fax Station :    HP LASERJET FAX          p . 2

FEB-15-2012 WED 03:28 PM LARSON & BLUMREICH        FAX NO. 785 273 8580          P. 02/10

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

### IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### DIVISION 3

| | |
|---|---|
| WESSEL H. MEYER, Individually )<br>and as Administrator of the Estate of )<br>Maritius A. Meyer, and )<br>MARTHA MEYER, )<br>)<br>       Plaintiffs, )<br>)<br>  v. )<br>)<br>JEFFREY FINK, )<br>)<br>       Defendant. ) | **BY FAX**<br><br>Case No. 10-CV-325 |

### DEFENDANT'S PRETRIAL QUESTIONNAIRE

1.  **Present date:**

    February 15, 2012

2.  **The name of the party you represent:**

    Jeffrey Fink

3.  **Your name:**

    Craig C. Blumreich
    Joel W. Riggs

<div align="center">1</div>



Received Fax :        Feb 15 2012 3:26PM        Fax Station :    HP LASERJET FAX                    P . 3

FEB-15-2012 WED 03:28 PM LARSON & BLUMREICH        FAX NO. 785 273 8560            P. 03/10

Meyer v. Fink
Case No 10-C-325
Defendant's Pretrial Questionnaire

4.    **Requests for amendments to pleadings:**

> None.

5.    **Theory of your claim, if any (including grounds of negligence, if applicable):**

> Not applicable.

6.    **Theory of your defense, if any (including grounds of contributory negligence, if applicable):**

Defendant admits that on or about 11/16/08, a one vehicle motor vehicle accident (MVA) occurred on WB I-70 near MM 318 in Riley County, KS, wherein the decedent herein lost his life. Defendant denies that he owed any duty to the plaintiffs, denies that he breached any duty to the plaintiffs, and denies that he was at fault with respect to the MVA.

Defendant admits that the plaintiffs have incurred damages, but denies that he is legally responsible for those damages and further denies the nature and extent of the damages asserted.

Defendant asserts that no person was at fault with respect to the MVA. Alternatively, Defendant asserts the affirmative defense of comparative fault. Defendant claims that Myles "Parker" Runyon, the driver of vehicle involved, was at fault.

Defendant claims that Mr. Runyon was negligent in the operation of his vehicle in the following particulars:

2

Received Fax :      Feb 15 2012 3:26PM      Fax Station :   HP LASERJET FAX      P. 4

FEB-15-2012 WED 03:29 PM LARSON & BLUMREICH      FAX NO. 785 273 8560      P. 04/10

Meyer v. Fink
Case No 10-C-325
Defendant's Pretrial Questionnaire

Runyon failed to maintain proper control of their vehicle as contemplated by PIK4th 121.02;

Runyon failed to maintain a proper lookout for other vehicles and objects in his line of vision that may affect his use of the highway as contemplated by PIK4th 121.03.

Runyon failed to drive at a safe and appropriate speed under the circumstances then existing as contemplated by PIK4th 121.13(c);

Runyon failed to turn a vehicle or move right or left upon a roadway unless and until such movement can be made with reasonable safety as contemplated by PIK4th 121.26.

Runyon failed to prohibit the passengers or load in the vehicle from interfering with his control over the driving mechanism of the vehicle as contemplated by PIK4th 121.62.

Defendant asserts that the jury should consider writeoffs of medical expenses as contemplated by *Martinez v. Milburn Enterprises, Inc.*, 290 Kan. 572, 233 P.3d 205 (2010).

Meyer v. Fink
Case No 10-C-325
Defendant's Pretrial Questionnaire

Defendant asserts that Plaintiffs do not have a survival claim as a matter of law because there is no evidence in the record to support that decedent experienced any conscious pain and suffering.

7.   **Total amount of damages claimed:**

Not applicable.

8.   **Itemization of damages:**

Not applicable.

9.   **Other questions of fact:**

There are no other questions of fact other than those set out in the contentions

10.   **Other questions of law:**

There are no other questions of law other than those set out in the contentions.

11.   **Discovery**

A.   List discovery you have completed:

Written discovery has been exchanged. The depositions of the parties have been completed. The deposition of Myles Runyon has been completed. Plaintiffs have identified their experts and produced records and reports regarding same; Ward economist report and records of treating physicians of

4

Meyer v. Fink
Case No 10-C-325
Defendant's Pretrial Questionnaire

decedent.  Defendant has identified his experts and produced records and reports regarding same; report of Mike Ryno and report of Leroy Thompson.

B.    Please specify further discovery contemplated (if discovery is complete, state "none"):

Evidentiary depositions of witnesses may be taken prior to trial.

12.    **Motions**

A.    List motions you have pending:

None.

B.    List motions you intend to file prior to trial:

Motions in limine on multiple evidentiary issues including the survival claim and limiting the testimony of treating physicians to the matters contained in their treatment records.

13.    **State any procedural problems which you have:**

Not applicable.

14.    **List all witnesses you may call at trial:**

1.    Jeffrey Fink

2.    Myles "Parker" Runyon

3.    Mike Ryno - expert

5

Meyer v. Fink
Case No 10-C-325
Defendant's Pretrial Questionnaire

    4.    Leroy Thompson - expert

    5.    Investigating law enforcement officers; W. Baquero, J. Harwood, M. Hageman

    6.    Healthcare providers who treated the decedent before and after the accident.

    7.    Kansas State University teachers and administrators relating to the decedent's coursework

    8.    Eyewitnesses to the auto accident identified in the Motor Vehicle Accident Report; Janet Kristinat, Tamera Hebold, Dylan Combs

    9.    Family of decedent, including named Plaintiffs

    10.    Foundation witnesses for exhibits

    11.    Impeachment witnesses

    12.    All individuals identified during discovery

    13.    All witnesses identified by plaintiffs

**15.    List all exhibits you intend to offer at trial:**

    1.    Discovery responses of the parties

    2.    Depositions and attached exhibits

    3.    Admissible portions of the MVAR

    4.    Healthcare provider records pertaining to the decedent both before and after the incident at issue

6

Meyer v. Fink
Case No 10-C-325
Defendant's Pretrial Questionnaire

5.  Photos of scene

6.  Photographs of vehicle involved in the accident

7.  Medical billings at issue, including documentary evidence of writeoffs

8.  Statements of parties and witnesses

9.  Report and attachments from Mike Ryno, photographs taken during his examination of the vehicle, and vehicle parts retained during said inspection

10.  Report and attachments, if any, from Leroy Thompson

11.  Tax records pertaining to decedent

12.  Educational records pertaining to decedent

13.  Contents of MetLife claims file

14.  Any other documents or exhibits identified by any other party to this litigation

15.  Rebuttal or impeachment records or exhibits

16. **Trial assignment**

12 person jury trial requested

4 days

17. **Suggested stipulations:**

A.  Court has personal and subject matter jurisdiction;

B.  Venue proper;

7

Meyer v. Fink
Case No 10-C-325
Defendant's Pretrial Questionnaire

C.    Copies may be used in lieu of originals;

D.    Employment, tax, and medical records/bills of decedent are authentic business

records of each entity producing same

E.    Photos of scene and vehicles that have been exchanged during discovery have

foundation for admissibility subject to objections regarding relevance,

materiality

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560

By: _____

Craig C. Blumreich  #10119
Joel W. Riggs #15992
Attorneys for Defendant

8

Received Fax :      Feb 15 2012 3:26PM      Fax Station :   HP LASERJET FAX      p.    10

FEB-15-2012 WED 03:30 PM LARSON & BLUMREICH        FAX NO. 785 273 8560        P. 10/10

Meyer v. Fink
Case No 10-C-325
Defendant's Pretrial Questionnaire

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was deposited in the U.S. Mail, postage prepaid, on the 15th day of February, 2012, addressed to the following attorney(s) of record:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorney for Plaintiffs

and a Chambers Copy to:

Hon. David L. Stutzman
Riley County District Court
PO Box 158
Manhattan, KS 66505-0158

Craig C. Blumreich

9



# LARSON & BLUMREICH, CHARTERED

WILLIAM A. LARSON
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

**(FORMERLY GEHRT & ROBERTS, CHARTERED)**

ATTORNEYS AT LAW

5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0592424

## FACSIMILE TRANSMISSION COVER SHEET
## PURSUANT TO RULE 119(d)(3)

**DATE:  February 15, 2012**

**TO:**   District Court Clerk
          Riley County District Court

   FAX Number:  785-537-6382

   CASE NUMBER: 10-CV-325

   CASE CAPTION:   Wessel Meyer et al v. Jeffrey Fink

   FROM: Craig C. Blumreich, #10119
            LARSON & BLUMREICH, CHARTERED
            5601 S.W. Barrington Court South
            P.O. Box 4306
            Topeka KS 66604-0306
            (785) 273-7722
            Fax: (785) 273-8560

   Kansas Supreme Court Registration No.: 10119
   Attorney for **DEFENDANT**

1.     Please file the following transmitted document: **Defendant's Pretrial Questionnaire**

       As per the court rule, we will retain the original document in our file with the
       facsimile transmission confirmation sheet.

                                    NUMBER OF PAGES BEING SENT: 10



Received Fax :          Feb 16 2012 1:43PM      Fax Station :    HP LASERJET FAX           p. 2

FEB-16-2012 THU 01:45 PM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 02

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## DIVISION 3

WESSEL H. MEYER, Individually ) 
and as Administrator of the Estate of ) 
Maritius A. Meyer, and ) 
MARTHA MEYER, ) 
 ) **BY FAX**
    Plaintiffs, ) 
 ) Case No. 10-CV-325
   v. ) 
 ) 
JEFFREY FINK, ) 
 ) 
    Defendant. ) 

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

Defendant Jeffrey Fink hereby notifies the Court and counsel that he has served

discovery responses on the plaintiff by regularly mailing the same to counsel for the plaintiffs

on this 16th day of February, 2012:

    1.    Defendant's Response to Plaintiffs' Third Request for Admissions.

1



Received Fax :      Feb 16 2012 1:43PM      Fax Station :   HP LASERJET FAX         p . 3

FEB-16-2012 THU 01:45 PM LARSON & BLUMREICH        FAX NO. 785 273 8560           P. 03

**MEYER V. FINK**
**CASE NO. 10-CV-325**

LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
E-Mail: craig@lbc-law.com

By: _____
Craig C. Blumreich  #10119
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was deposited in the U.S. Mail, postage prepaid, on the 16th day of February, 2012, addressed to the following attorney(s) of record:

Frederick K. Starrett
Matthew L. Heffner
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
Attorneys for Plaintiff

_____
Craig C. Blumreich

2

Received Fax :          Feb 16 2012 1:43PM        Fax Station :    HP LASERJET FAX                    p.  1

FEB-16-2012 THU 01:45 PM LARSON & BLUMREICH          FAX NO. 785 273 8560          P. 01

# LARSON & BLUMREICH, CHARTERED

**(FORMERLY GEHRT & ROBERTS, CHARTERED)**

WILLIAM A. LARSON
CRAIG C. BLUMREICH
MATTHEW S. CROWLEY
JOEL W. RIGGS
ALAN E. STREIT

ATTORNEYS AT LAW
5601 SW BARRINGTON COURT SOUTH
P.O. BOX 4306
TOPEKA, KANSAS 66604-0306
(785) 273-7722
FAX # 785-273-8560

ROBERT L. ROBERTS
1933 - 2004

ID # 48-0992424

## FACSIMILE TRANSMISSION COVER SHEET
## PURSUANT TO RULE 119(d)(3)

DATE:  **February 16, 2012**

TO:  District Court Clerk
Riley County District Court

FAX Number:  785-537-6382

CASE NUMBER: **10-CV-325**

CASE CAPTION:  **Wessel Meyer et al v. Jeffrey Fink**

FROM: Craig C. Blumreich, #10119
LARSON & BLUMREICH, CHARTERED
5601 S.W. Barrington Court South
P.O. Box 4306
Topeka KS 66604-0306
(785) 273-7722
Fax: (785) 273-8560

Kansas Supreme Court Registration No.: 10119
Attorney for **DEFENDANT**

1.  Please file the following transmitted document: **Notice of Service of Discovery
Responses**

As per the court rule, we will retain the original document in our file with the
facsimile transmission confirmation sheet.

NUMBER OF PAGES BEING SENT: 3



FILED

2012 APR 18  AM 10: 39

DISTRICT COURT
RILEY CO., KS.

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

| | |
|---|---|
| WESSEL H. MEYER, Individually and as<br>Administrator of the Estate of Mauritius A.<br>Meyer, and MARTHA A. MEYER | )<br>)<br>) |
| | ) |
|         Plaintiffs, | ) |
| | ) |
|     vs. | ) |
| | ) |
| JEFFREY FINK | ) |
| | ) |
|         Defendant. | ) |

Case No.  10-CV-325
K.S.A. Chapter 60

## NOTICE OF DEPOSITION OF DYLAN COMBS

TO:   Craig C. Blumreich
      LARSON & BLUMREICH, CHARTERED
      5601 SW Barrington Court South
      P.O. Box 4306
      Topeka, Kansas 66604
      ATTORNEY FOR DEFENDANT

PLEASE TAKE NOTICE that the deposition of Dylan Combs will be taken upon oral examination, pursuant to Kansas Rules of Civil Procedure, on behalf of the plaintiffs, on the 21st day of May, 2012, commencing at 10:00 a.m., before a certified court reporter at the offices of Stevens & Brand, L.L.P., 900 Massachusetts Street, Suite 500, Lawrence, Kansas 66044, and that the taking of the deposition, if not completed on that day, will be continued from day to day, at the same place and between the hours of 8:00 a.m. and 6:00 p. m., until completed.

18687219v1

Respectfully submitted,

LATHROP & GAGE LLP

By: _____

Frederick K. Starrett  KS #9425
Matthew L. Heffner  KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorneys for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2012, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Craig C. Blumreich
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604


Dylan Combs
1005 Connecticut Street
Lawrence, Kansas 66044


_____
An Attorney for Plaintiffs

FILED

2012 APR 18  AM 10: 39

DISTRICT COURT
RILEY CO., KS.

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
## CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as          )
Administrator of the Estate of Mauritius A.   )
Meyer, and MARTHA A. MEYER                    )
                                              )   Case No.  10-CV-325
      Plaintiffs,                          )   K.S.A. Chapter 60
                                              )
                                              )
    vs.                                      )
                                              )
JEFFREY FINK                                  )
                                              )
      Defendant.                           )

## NOTICE OF DEPOSITION OF TROOPER W. BAQUERO

TO:    Craig C. Blumreich
        LARSON & BLUMREICH, CHARTERED
        5601 SW Barrington Court South
        P.O. Box 4306
        Topeka, Kansas  66604
        ATTORNEY FOR DEFENDANT

      PLEASE TAKE NOTICE that the deposition of Trooper W. Baquero will be taken upon

oral examination, pursuant to Kansas Rules of Civil Procedure, on behalf of the plaintiffs, on the

22nd day of May, 2012, commencing at 11:00 a.m., before a certified court reporter at the offices

of the Kansas Highway Patrol, 2529 South Highway 77, Junction City, Kansas 66441-7593, and

that the taking of the deposition, if not completed on that day, will be continued from day to day, at

the same place and between the hours of 8:00 a.m. and 6:00 p. m., until completed.

Respectfully submitted,

LATHROP & GAGE LLP

By: _____
Frederick K. Starrett  KS #9425
Matthew L. Heffner  KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2012, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Craig C. Blumreich
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604

Trooper W. Baquero
Kansas Highway Patrol
2529 South Highway 77
Junction City, Kansas 66441-7593

_____
An Attorney for Plaintiffs

18687267v1                                    2

FILED

2012 MAY 18  AM 11: 29

DISTRICT COURT
RILEY CO., KS.

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as          )
Administrator of the Estate of Mauritius A.   )
Meyer, and MARTHA A. MEYER                    )
                                              )    Case No.  10-CV-325
            Plaintiffs,                        )    K.S.A. Chapter 60
                                              )
    vs.                                        )
                                              )
JEFFREY FINK                                  )
                                              )
            Defendant.                         )

## AMENDED NOTICE OF DEPOSITION OF DYLAN COMBS

TO:   Joel Riggs
      LARSON & BLUMREICH, CHARTERED
      5601 SW Barrington Court South
      P.O. Box 4306
      Topeka, Kansas  66604
      ATTORNEY FOR DEFENDANT

PLEASE TAKE NOTICE that the deposition of Dylan Combs will be taken upon oral

examination, pursuant to Kansas Rules of Civil Procedure, on behalf of the plaintiffs, on the 9th

day of July, 2012, commencing at 10:00 a.m., before a certified court reporter at the offices of

Stevens & Brand, L.L.P., 900 Massachusetts Street, Suite 500, Lawrence, Kansas 66044, and that

the taking of the deposition, if not completed on that day, will be continued from day to day, at the

same place and between the hours of 8:00 a.m. and 6:00 p. m., until completed.

18822770v1

Respectfully submitted,

LATHROP & GAGE LLP

By: _____
Frederick K. Starrett  KS #9425
Matthew L. Heffner  KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2012, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Joel Riggs
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604

Dylan Combs
1005 Connecticut Street
Lawrence, Kansas 66044

_____
An Attorney for Plaintiffs

18822770v1                              2

FILED

2012 MAY 18  AM 11: 30

DISTRICT COURT
RILEY CO., KS.

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as )
Administrator of the Estate of Mauritius A. )
Meyer, and MARTHA A. MEYER )
)            Case No.  10-CV-325
       Plaintiffs, )            K.S.A. Chapter 60
)
)
vs. )
)
JEFFREY FINK )
)
       Defendant. )

## AMENDED NOTICE OF DEPOSITION OF TROOPER W. BAQUERO

TO:   Joel Riggs
      LARSON & BLUMREICH, CHARTERED
      5601 SW Barrington Court South
      P.O. Box 4306
      Topeka, Kansas  66604
      ATTORNEY FOR DEFENDANT

PLEASE TAKE NOTICE that the deposition of Trooper W. Baquero will be taken upon

oral examination, pursuant to Kansas Rules of Civil Procedure, on behalf of the plaintiffs, on the

10th day of July, 2012, commencing at 1:00 p.m., before a certified court reporter at the offices of

the Kansas Highway Patrol, 2529 South Highway 77, Junction City, Kansas 66441-7593, and that

the taking of the deposition, if not completed on that day, will be continued from day to day, at the

same place and between the hours of 8:00 a.m. and 6:00 p. m., until completed.

18822819v1

Respectfully submitted,

LATHROP & GAGE LLP

By: _____
Frederick K. Starrett  KS #9425
Matthew L. Heffner  KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2012, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Joel Riggs
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604

Trooper W. Baquero
Kansas Highway Patrol
2529 South Highway 77
Junction City, Kansas 66441-7593

_____
An Attorney for Plaintiffs

18822819v1                                    2

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS

WESSEL H. MEYER, Individually
and as Administrator of the
Estate of Mauritius A. Meyer,
and MARTHA A. MEYER
            PLAINTIFFS

            VS                          CASE  10 CV 325
JEFFREY FINK
            DEFENDANT

### CERTIFICATE OF FILING

I, Steven M. Owens, a certified Shorthand Reporter within
the State of Kansas, do hereby certify that the original
deposition of WILMER BAQUERO, taken in the above-titled
case on July 10, 2012, has been sent to Attorney Frederick
K. Starrett for filing.  SIGNATURE WAIVED.

Steven M. Owens, C.S.R.
OWENS, BRAKE, POWERS & ASSOCIATES
121-A South 4th St., P.O. BOX 1145
Manhattan, Kansas  66502

Dated:  July 24th, 2012

Original affidavit:  Clerk of the District Court

xc:  Mr. Joel Riggs
     Mr. Frederick W. Starrett

FILED

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
CIVIL COURT DEPARTMENT

2013 JUN __ PM 4:31

DISTR
FILE

WESSEL H. MEYER, Individually and as          )
Administrator of the Estate of Mauritius A.   )
Meyer, and MARTHA A. MEYER                    )
                                              )    Case No.  10-CV-325
        Plaintiffs,                           )    K.S.A. Chapter 60
                                              )
                                              )
    vs.                                       )
                                              )
                                              )
JEFFREY FINK                                  )
                                              )
        Defendant.                            )

## ORDER AND COMMISSION TO TAKE DEPOSITION AND TO ISSUE DEPOSITION SUBPOENA IN A FOREIGN STATE

FROM:    THE DISTRICT COURT OF RILEY COUNTY, KANSAS; CIVIL
         DEPARTMENT

TO:      CLERK OF THE HARRIS COUNTY DISTRICT COURT IN TEXAS; CIVIL
         DEPARTMENT

        You are hereby respectfully requested to accept this Commission to authorize the

issuance of a subpoena for deposition to the below witness by the clerk of the court.  The

deposition will be held at Fredericks Court Reporting at 2425 West Loop South, Suite 200,

Houston, Texas, 77027, on July 30, 2013, at 9:00 a.m.

Witness:    **JEFFREY FINK**
            **3302 Fawn Creek Drive**
            **Kingwood, TX  77339**

        You are further advised that the witness is located within Harris County, Texas.

Date: _June 27, 2013_

_____
Circuit Court Judge
District

1

Prepared by:

By:

By:

Frederick K. Starrett  KS #9425
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorney for Plaintiffs

2

20449784v1

**IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS**
**CIVIL COURT DEPARTMENT**

FILED
2013 JUN 27  PM 4:32
DISTRICT
RILEY,

WESSEL H. MEYER, Individually and as          )
Administrator of the Estate of Mauritius A.    )
Meyer, and MARTHA A. MEYER                      )
                                                )
           Plaintiffs,                          )     Case No.  10-CV-325
                                                )     K.S.A. Chapter 60
                                                )
    vs.                                         )
                                                )
JEFFREY FINK                                    )
                                                )
           Defendant.                           )

## NOTICE OF DEPOSITION

Notice is hereby given that the deposition of the defendant, Jeffrey Fink, shall be taken

on July 30, 2013, at Fredericks Court Reporting at 2425 West Loop South, Suite 200, Houston,

Texas, 77027, commencing at 9:00 a.m. and continuing thereafter from day-to-day until

concluded.  The deposition will be recorded by stenographic means by a certified court reporter.

Dated: June 26, 2013                    Respectfully requested:

                                        LATHROP & GAGE LLP

                                        By: _____

                                        Frederick K. Starrett  KS #9425
                                        Building 82, Suite 1000
                                        10851 Mastin Boulevard
                                        Overland Park, Kansas 66210-1669
                                        Telephone:  (913) 451-5100
                                        Telecopier:  (913) 451-0875

                                        Attorneys for Plaintiffs

1

20449870v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2013, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Joel Riggs
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604

Craig C. Blumreich
Larson & Blumreich, Chartered
5601 SW Barrington Court South
PO Box 4306
Topeka, KS 66614

An Attorney for Plaintiffs

2

2012 FEB 22  PM 3: 48

RILEY CO., KS.

Craig C. Blumreich #10119
LARSON & BLUMREICH, CHTD.
5601 SW Barrington Ct., S.
PO Box 4306
Topeka, KS 66604-0306
Tel: 785-273-7722

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually        )
and as Administrator of the Estate of )
Maritius A. Meyer, and                )
MARTHA MEYER,                         )
                                      )
              Plaintiffs,             )
                                      )
    v.                                )    Case No. 10-CV-325
                                      )
JEFFREY FINK,                         )
                                      )
              Defendant.              )

## PRETRIAL CONFERENCE ORDER

NOW on this 22nd day of February, 2012, this matter came before the Court for

purposes of Pretrial Conference. Plaintiffs appeared by and through counsel, Matthew

Heffner. Defendant appeared by and through counsel, Joel Riggs. There were no other

appearances.

1

MEYER V. FINK
CASE NO. 10-CV-325

1.   PLAINTIFFS' CLAIMS AND CONTENTIONS

Plaintiffs allege claims of wrongful death and survival as a result of the death of their son, Mauritius A. Meyer.  Specifically, on the morning of November 16, 2008, he and defendant Fink were passengers in a GMC pickup truck driven by Myles Runyon.  The boys were returning from an overnight camping trip and Mr. Fink and Mr. Meyer were carrying bedding on their laps.  As defendant Fink, who was seated in the center of the bench seat, shifted his position, he knocked the gear shift out of "drive" and into "park."  Mr. Fink's actions in doing so were negligent.  This caused the wheels of Mr. Runyon's vehicle to lock up and he lost control of the vehicle.  The vehicle left the roadway and rolled over several times, ejecting the deceased Mauritius A. Meyer.  Mr. Meyer suffered fatal injuries as a result of the accident, survived for about 17 hours and died the morning of November 17, 2008.

Plaintiffs claim that Mr. Fink was negligent as defined by PIK4th 121.01 in the following regards:

> Fink failed to maintain proper control of the vehicle as contemplated by PIK4th 121.02;
>
> Fink failed to turn the vehicle or move right or left upon the roadway unless and until such movement could be made with reasonable safety as contemplated by PIK4th 121.26; and
>
> Fink failed to avoid riding in such position as to interfere with Mr. Runyon's control over the driving mechanism of the vehicle as contemplated by PIK4th 121.62.

2

MEYER V. FINK
CASE NO. 10-CV-325

2.  **DEFENDANT'S DEFENSES AND CONTENTIONS:**

Defendant admits that on or about 11/16/08, a one vehicle motor vehicle accident

occurred on WB I-70 near MM 318 in Riley County, KS, wherein the decedent herein lost

his life. Defendant denies that he owed any duty to the plaintiffs, denies that he breached any

duty to the plaintiffs, and denies that he was at fault with respect to the MVA.

Defendant admits that the plaintiffs have incurred damages, but denies that he is

legally responsible for those damages and further denies the nature and extent of the damages

asserted.

Defendant asserts that no person was at fault with respect to the MVA.  Alternatively,

Defendant asserts the affirmative defense of comparative fault. Defendant claims that Myles

"Parker" Runyon, the driver of vehicle involved, was at fault.

Defendant claims that Mr. Runyon was negligent in the operation of his vehicle in the

following particulars:

> Runyon failed to maintain proper control of their vehicle as contemplated by
> PIK4th 121.02;
>
> Runyon failed to maintain a proper lookout for other vehicles and objects in
> his line of vision that may affect his use of the highway as contemplated by
> PIK4th 121.03;
>
> Runyon failed to drive at a safe and appropriate speed under the circumstances
> then existing as contemplated by PIK4th 121.13(c);

3

MEYER V. FINK
CASE NO. 10-CV-325

Runyon failed to turn a vehicle or move right or left upon a roadway unless and until such movement can be made with reasonable safety as contemplated by PIK4th 121.26; and

Runyon failed to prohibit the passengers or load in the vehicle from interfering with his control over the driving mechanism of the vehicle.

Defendant asserts that the jury must consider writeoffs of medical expenses as contemplated by *Martinez v. Milburn Enterprises, Inc.*, 290 Kan. 572, 233 P.3d 205 (2010).

Defendant asserts that Plaintiffs do not have a survival claim as a matter of law because there is no evidence in the record to support that decedent experienced any conscious pain and suffering.

3.   **PLAINTIFFS' CLAIM FOR DAMAGES:**

    a.   Economic Damages:

        1)   Loss of filial care, attention, or protection: $550,000.00

        2)   Loss of earnings child would have contributed to parents during remainder of child's lifetime: $896,858.02

        3)   Decedent's medical expenses caused by the injury: $47,860.45

        4)   Reasonable funeral expenses: $5,281.53

    b.   Noneconomic Damages:

        1)   Mental anguish, suffering, or bereavement: $250,000.00

        2)   Loss of society, loss of comfort, or loss of companionship: $250,000.00

    c.   Pain and suffering of deceased Mauritius A. Meyer: $250,000.00

4

MEYER V. FINK
CASE NO. 10-CV-325

4. **QUESTIONS OF FACT:**

    a.    Fault, if any, for MVA; and

    b.    Nature and extent of damages.

5. **QUESTIONS OF LAW**

    a.    Whether the estate has a survival claim for conscious pain and suffering;

and

    b.    Legal issues relating to evidentiary matters, including issues surrounding

Plaintiffs' claim for decedent's past medical bills and issues surrounding write-offs.

6. **DISCOVERY**

    a.    Discovery completed:

    Written discovery has been exchanged.  The depositions of the parties have been completed.   The deposition of Myles Runyon has been completed. Plaintiffs have identified their experts and produced records and reports regarding same; Ward economist report and records of treating physicians of decedent.  Defendant has identified his experts and produced records and reports regarding same; report of Mike Ryno and report of Leroy Thompson.

    b.    Discovery to be concluded prior to trial:

    Evidentiary depositions of witnesses may be taken prior to trial

7. **MOTIONS**

The parties should submit any pretrial motions on or before 08/13/12 with chambers copies provided to the Court.

MEYER V. FINK
CASE NO. 10-CV-325

8.     **PROCEDURAL PROBLEMS:**

None anticipated.

9.     **PLAINTIFFS' WITNESS LIST:**

a.     Wessel H. Meyer;

b.     Martha A. Meyer;

c.     Dr. John O. Ward;

d.     Trooper Baquero (by deposition);

e.     Trooper Harwood (by deposition);

f.     Jeffrey Fink;

g.     Myles Runyon;

h.     Dr. William Bandy;

i.     D. Michael McCann; and

j.     Dylan Combs (by deposition).

10.    **DEFENDANT'S WITNESS LIST:**

a.     Jeffrey Fink;

b.     Myles "Parker" Runyon;

c.     Mike Ryno - expert;

d.     Leroy Thompson - expert;

e.     Investigating law enforcement officers; W. Baquero, J. Harwood, M. Hageman;

6

**MEYER V. FINK**
**CASE NO. 10-CV-325**

    f.    Healthcare providers who treated the decedent before and after the accident;

    g.    Kansas State University teachers and administrators relating to the decedent's coursework;

    h.    Eyewitnesses to the auto accident identified in the Motor Vehicle Accident Report; Janet Kristinat, Tamera Hebold, Dylan Combs;

    i.    Family of decedent, including named Plaintiffs;

    j.    Foundation witnesses for exhibits;

    k.    Impeachment witnesses;

    l.    All individuals identified during discovery; and

    m.    All witnesses identified by plaintiffs.

**11.    PLAINTIFFS' EXHIBIT LIST:**

    a.    Medical records and medical bills of Mauritius A. Meyer;

    b.    Funeral bill for Mauritius A. Meyer;

    c.    Expert report of Dr. John O. Ward and C.V.;

    d.    Statements of Jeffrey Fink;

    e.    Kansas Highway Patrol Motor Vehicle Accident Report (limited to admissible portions), including diagram;

    f.    Pre-accident photographs of Mauritius A. Meyer;

    g.    Kansas Highway Patrol accident scene photographs;

    h.    Certificate of Death;

**MEYER V. FINK**
**CASE NO. 10-CV-325**

    i.    Kansas City Star article regarding accident;

    j.    Demonstratives;

    k.    C.V. of Dr. Bandy and Dr. McCann; and

    l.    Defendant's discovery responses.

**12.**    **DEFENDANT'S EXHIBIT LIST:**

    a.    Discovery responses of the parties;

    b.    Depositions and attached exhibits;

    c.    Admissible portions of the MVAR;

    d.    Healthcare provider records pertaining to the decedent both before and after the incident at issue;

    e.    Photos of scene;

    f.    Photographs of vehicle involved in the accident;

    g.    Medical billings at issue, including documentary evidence of writeoffs;

    h.    Statements of parties and witnesses;

    i.    Report and attachments from Mike Ryno, photographs taken during his examination of the vehicle, and vehicle parts retained during said inspection;

    j.    Report and attachments, if any, from Leroy Thompson;

    k.    Tax records pertaining to decedent;

    l.    Educational records pertaining to decedent;

    m.    Contents of MetLife claims file;

MEYER V. FINK
CASE NO. 10-CV-325

n.   Any other documents or exhibits identified by any other party to this litigation; and

o.   Rebuttal or impeachment records or exhibits

## 13.   STIPULATIONS

a.   Court has personal and subject matter jurisdiction;

b.   Venue is proper;

c.   Copies may be used in lieu of originals;

d.   Overlays, slide reproductions, blow-ups, and other forms of enlargements or enhancements that do not distort listed exhibits may be permitted without further foundation;

e.   Witnesses called and exhibits used by one party may be called as witnesses or used by any other party to this litigation;

f.   Foundation of insurance, employment, tax, medical records/bills of decedent reserving other objections;

g.   Foundation of MVAR reserving other objections;

h.   Foundation of KHP photos reserving other objections; and

i.   Necessity of decedent's medical treatment and funeral expenses, defendant reserving all issues with respect to reasonable value

## 14.   TRIAL ASSIGNMENT

This case is set for a 12 person jury trial, scheduled to last 4 days

Trial will commence on 10/16/12.

9

MEYER V. FINK
CASE NO. 10-CV-325

16.  **JURY INSTRUCTIONS**

Jury instructions should be filed on or before 09/17/12, with a chambers copy submitted to the Court via email to the court's reporter in Microsoft Word.

17.  **EXHIBITS MARKED/EXCHANGED:**

The parties should exchange exhibit lists and copies of exhibits on or before 09/17/12. Plaintiffs should mark exhibits with numbers, and Defendant with letters.

The parties have agreed to consider submitting and agreed upon exhibit on the issue of past medical expenses, giving consideration to the issue of *Martinez v. Milburn Enterprises.*

18.  **OTHER ORDERS:**

This order shall govern the trial of this matter, and the case shall be limited to the issues, witnesses, and exhibits identified herein.

David L. Stutzman
District Judge

PREPARED AND APPROVED BY:

Mr. Craig C. Blumreich #10119
Mr. Joel W. Riggs #15992
LARSON & BLUMREICH, Chtd.
5601 SW Barrington Ct., S.
PO Box 4306
Topeka, KS 66604-0306

**MEYER V. FINK**
**CASE NO. 10-CV-325**

APPROVED BY:

Mr. Frederick Starrett #9425
Mr. Matthew Heffner #21232
Bldg. 82, Ste. 1000
10851 Mastin Blvd.
Overland Park, KS 66210-1669
Tel: 913-451-5100

12

Received Fax :          Aug 03 2012 9:43AM     Fax Station :  HP LASERJET FAX     p. 2

08/03/2012 09:50 FAX  1                                                    @002/003

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as ) 
Administrator of the Estate of Mauritius A. ) 
Meyer, and MARTHA A. MEYER )
                                   )   Case No. 10-CV-325
      Plaintiffs, )    K.S.A. Chapter 60
                                   )
      vs. )
                                   )
JEFFREY FINK )
                                   )
      Defendant. )

### <u>REPORT OF SETTLEMENT STATUS</u>

COME NOW plaintiffs, Wessel H. Meyer and Martha A. Meyer, in consultation with

defense counsel and pursuant to the Pretrial Order, hereby report that the parties are presently in

the process of scheduling mediation. The parties have agreed to conduct mediation prior to trial in

this matter.

                    Respectfully submitted,

                    LATHROP & GAGE LLP

By: _____
                    Frederick K. Starrett  KS #9425
                    Matthew L. Heffner  KS #21232
                    Building 82, Suite 1000
                    10851 Mastin Boulevard
                    Overland Park, Kansas 66210-1669
                    Telephone: (913) 451-5100
                    Telecopier: (913) 451-0875

                    Attorneys for Plaintiffs

19135372v1



Received Fax :          Aug 03 2012 9:43AM       Fax Station :  HP LASERJET FAX           p. 3

08/03/2012 08:50 FAX   1                                                          ☒ 003/003

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2012, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Joel Riggs
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604

An Attorney for Plaintiffs

19135372v1

2



Received Fax :          Aug 03 2012 9:43AM     Fax Station :   HP LASERJET FAX                    p. 1

08/03/2012 09:50 FAX  1                                                                    ☑ 001/003

## Facsimile Transmission Cover Sheet

### Form for Rule 119(d)(3)

DATE:      August 3, 2012

TO:      **Clerk of the District Court, Riley County, Kansas**

FAX Number: 785-537-6382

Case Number: 10-CV-325

Caption:      *Wessel H. Meyer, Individually and as Administrator of the Estate of Mauritius A. Meyer, and Martha A. Meyer v. Jeffrey Fink*

FROM:      LATHROP & GAGE LLP
Matthew L. Heffner  KS #21232
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, KS  66210-1669
Telephone Number: (913) 451-5100
Fax Number: (913) 451-0875

ATTORNEYS FOR PLAINTIFFS

NOTE:  Document length is limited to 10 pages.  A cover sheet must separate each document filed.

| Document Name | No. of Pages |
|---|---|
| Report of Settlement Status | 2 |

Special Instructions:  None.

19137114v1



FILED

2012 NOV -1 AM 10: 27

DISTRICT COURT
RILEY CO., KS.

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
CIVIL COURT DEPARTMENT

WESSEL H. MEYER, et al.,          )
                                  )
          Plaintiffs,             )     Case No. 10-CV-325
                                  )     Division III
     vs.                          )
                                  )
JEFFREY FINK,                     )
                                  )
          Defendant.              )

## WITHDRAWAL OF COUNSEL AND
## ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

Matthew L. Heffner hereby withdraws as counsel for Plaintiffs, Wessel H. Meyer, Individually

and as Administrator of the Estate of Maritius A. Meyer, and Martha Meyer, in the above-captioned

action.

Frederick K. Starrett hereby enters his appearance as counsel for Plaintiffs, Wessel H. Meyer,

Individually and as Administrator of the Estate of Maritius A. Meyer, in the above-captioned action.

By: _____
        Matthew L. Heffner MO #21232
        Withdrawing Attorney

LATHROP & GAGE LLP

By: _____
        Frederick K. Starrett  KS #9425
        10851 Mastin Blvd., Suite 1000
        Overland Park, Kansas 66210-1669
        Telephone: (913) 451-5100
        Telecopier: (913) 451-0875
        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was served by United States Mail, postage prepaid, upon the following this 30th day of October, 2012:

Craig C. Blumreich
Joel W. Riggs
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas 66604-0306

Matthew L. Heffner

FILED

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
CIVIL COURT DEPARTMENT

2012 NOV -2  AM 11: 07

DISTRICT COURT
RILEY CO., KS.

WESSEL H. MEYER, et al.,      )
                              )
            Plaintiffs,       )        Case No. 10-CV-325
                              )        Division III
    vs.                       )
                              )
JEFFREY FINK,                 )
                              )
            Defendant.        )

## ORDER OF WITHDRAWAL

NOW ON this _____ day of November, 2012, the Court considers the

Withdrawal of Counsel filed by Matthew L. Heffner.  For good cause shown, Matthew L.

Heffner is hereby withdrawn as counsel for plaintiffs, Wessel H. Meyer, Individually and as

Administrator of the Estate of Maritius A. Meyer, and Martha Meyer.

**IT IS SO ORDERED.**

_____
Honorable David L. Stutzman
District Court Judge

Submitted by:

_____
Matthew L. Heffner, KS #21232
Duggan, Shadwick, Doerr & Kurlbaum, P.C.
11040 Oakmont Street
Overland Park, Kansas 66210
Telephone: (913) 498-3536
Telecopier: (913) 498-3538

FILED

2013 MAR -4  PM 4:54

DISTRICT COURT
RILEY CO., KS.

## IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
### CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as
Administrator of the Estate of Mauritius A.
Meyer, and MARTHA A. MEYER

   Plaintiffs,

  vs.

JEFFREY FINK

   Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.  10-CV-325
K.S.A. Chapter 60

## DEPOSITION DESIGNATIONS

COME NOW the plaintiffs, Wessel H. Meyer and Martha A. Meyer, and designate the

following deposition pages and lines:

  1.  Martha A. Meyer

     p. 4, l. 12 through p. 5, l. 3

     p. 6, l. 10 through p. 6, l. 14

     p. 7, l. 20 through p. 19, l. 23

     p. 20, l. 8 through p. 26, l. 17

     p. 27, l. 6 through p. 29, l. 12

     p. 30, l. 5 through p. 32, l. 7

     p. 36, l. 22 through p. 37, l. 14

     p. 39, l. 4 through p. 40, l. 8

     p. 41, l. 4 through p. 42, l. 11

     p. 43, l. 13 through p. 43, l. 25

19978873v1

p. 45, l. 10 through p. 47, l. 3

p. 49, l. 3 through p. 49, l. 21

p. 51, l. 5 through p. 53, l. 17

2.     Wessel H. Meyer

p. 4, l. 12 through p. 5, l. 10

p. 5, l. 19 through p. 13, l. 21

p. 15, l. 24 through p. 16, l. 12

p. 19, l. 3 through p. 25, l. 10

p. 27, l. 4 through p. 29, l. 9

p. 30, l. 3 through p. 35, l. 24

p. 40, l. 10 through p. 40, l. 24

p. 41, l. 7 through p. 42, l. 6

p. 46, l. 22 through p. 47, l. 9

p. 48, l. 1 through p. 49, l. 17

p. 51, l. 1 through p. 57, l. 18

p. 59, l. 15 through p. 60, l. 10

p. 60, l. 19 through p. 64, l. 12

Respectfully submitted,

LATHROP & GAGE LLP

By: _____

Frederick K. Starrett  KS #9425
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2013, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Joel Riggs
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604

_____
An Attorney for Plaintiffs

2013 APR 23  PM 12: 31

~~~~~~~ COURT
RILEY CO., KS.

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
DIVISION 3

WESSEL H. MEYER, Individually          )
and as Administrator of the Estate of   )
Maritius A. Meyer, and                  )
MARTHA MEYER,                           )
                                        )
          Plaintiffs,                   )
                                        )
     v.                                 )        Case No. 10-CV-325
                                        )
JEFFREY FINK,                           )
                                        )
          Defendant.                    )

## MEDIATION ORDER

NOW on this **23** day of April, 2013, comes on for hearing the above-captioned

matter. The plaintiffs, Wessel H. Meyer and Martha Meyer, appear by and through their

attorney, Frederick K. Starrett of Lathrop & Gage LLP. Defendant Jeffrey Fink appears by

and through one of his attorneys, Craig C. Blumreich of Larson & Blumreich, Chartered.

THEREUPON, the Court is advised the parties have not concluded a tentative

agreement to resolve the dispute between the plaintiffs and defendant to avoid the necessity

of a jury trial. The Court renews its prior order of mediation and requires the parties to attend

mediation on May 2, 2013 at 1:30 p.m. at Goodell, Stratton, Edmonds & Palmer, L.L.P.

Jeffrey Fink is ordered to personally attend the mediation to appear with counsel and a

representative of State Farm Mutual Automobile Insurance Company.

IT IS SO ORDERED.

David L. Stutzman
District Judge

Approved by:

Frederick K. Starrett, #9425
Lathrop & Gage LLP
10851 Mastin Blvd. Suite 1000
Overland Park, KS 66210
(913) 451-5100
Fax (913) 451-0875
Attorneys for Plaintiff


Craig C. Blumreich, #10119
Larson & Blumreich, Chartered
5601 SW Barrington Court South
PO Box 4306
Topeka, Kansas 66604
(785) 273-7722
Fax: (785) 273-8560
Attorneys for Defendant

**IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS**
**CIVIL COURT DEPARTMENT**

FILED

2013 JUN 27 PM 4: 31

DISTRIC
RILEY

WESSEL H. MEYER, Individually and as )
Administrator of the Estate of Mauritius A. )
Meyer, and MARTHA A. MEYER )
                                       )    Case No.  10-CV-325
         Plaintiffs, )    K.S.A. Chapter 60
                                      )
    vs. )
                                        )
JEFFREY FINK )
                                        )
         Defendant. )

## PLAINTIFFS' MOTION FOR COMMISSION FOR ISSUANCE OF SUBPOENA FOR DEPOSITION FROM HARRIS COUNTY, TEXAS

COMES NOW Plaintiffs, by and through their counsel of record, and hereby move this

Court for an Order commissioning a foreign subpoena for deposition to be issued in Harris

County, Texas for the deposition of the defendant, Jeffrey Fink.  Plaintiffs state the following in

support of their request:

        1.      Plaintiffs seek to depose the defendant, Jeffrey Fink in the above-captioned case.

Plaintiffs, in order to prepare their case for trial, are entitled to conduct discovery including the

taking of depositions of the parties to the lawsuit.  However, defendant has been uncooperative

and non-responsive to plaintiffs' request for his deposition.

        2.      Texas Rule of Civil Procedure 201.2 requires the issuance of a commission from

this Court prior to the issuance of a subpoena or a subpoena duces tecum to order the attendance

of a witness to a deposition to be taken in Texas, but used in Kansas.

        3.      Plaintiffs request the issuance of such commission for subpoena for deposition to

take the aforementioned deposition before a certified shorthand reporter at Fredericks Court

1

Reporting at 2425 West Loop South, Suite 200, Houston, Texas, 77027 on July 30, 2013, at 9:00 a.m.

WHEREFORE, for the reasons stated herein, Plaintiffs respectfully request the Court enter an order granting the relief requested. A proposed order and commission is submitted herewith.

Dated: June 26, 2013

Respectfully requested:

LATHROP & GAGE LLP

By: _____
Frederick K. Starrett KS #9425
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone: (913) 451-5100
Telecopier: (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2013, a copy of the above and foregoing document was served upon the following by United States mail, first-class postage prepaid:

Joel Riggs
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas 66604

Craig C. Blumreich
Larson & Blumreich, Chartered
5601 SW Barrington Court South
PO Box 4306
Topeka, KS 66614

_____
An Attorney for Plaintiffs

2

**IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS**
**CIVIL COURT DEPARTMENT**

WESSEL H. MEYER, Individually and as )
Administrator of the Estate of Mauritius A. )
Meyer, and MARTHA A. MEYER )
                                )    Case No. 10-CV-325
         Plaintiffs,          )    K.S.A. Chapter 60
                                 )
    vs.                        )
                                 )
JEFFREY FINK                )
                                 )
        Defendant.        )

## DEPOSITION DESIGNATIONS

COME NOW the plaintiffs, Wessel H. Meyer and Martha A. Meyer, and designate the following deposition pages and lines from the deposition of Jeffrey Fink:

1.    p. 6, l. 4 through 15

2.    p. 12, l. 3 through p. 13, l. 4

3.    p. 18, l. 9 through p. 19, l. 16

4.    p. 44, l. 11 through p. 45, l. 6

5.    p. 49, l. 17 through p. 50, l. 18

Respectfully submitted,

LATHROP & GAGE LLP

By:

Frederick K. Starrett  KS #9425
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone:  (913) 451-5100
Telecopier:  (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2013, a copy of the above and foregoing document was served upon the following by hand delivery:

Joel Riggs
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604

An Attorney for Plaintiffs

Received Fax :          Oct 30 2013 2:22PM      Fax Station :   HP LASERJET FAX           p   2

10/30/2013 13:36 FAX  1                                              ☒002/007

IN THE DISTRICT COURT OF RILEY COUNTY, KANSAS
CIVIL COURT DEPARTMENT

WESSEL H. MEYER, Individually and as ⟩
Administrator of the Estate of Mauritius A. ⟩
Meyer, and MARTHA A. MEYER, ⟩
　　　　　　　　　　　　　　　　　　⟩　　Case No.  10-CV-325
　　　　　Plaintiffs, ⟩　　K.S.A. Chapter 60
　　　　　　　　　　　　　　　　　　⟩
　　　vs. ⟩
　　　　　　　　　　　　　　　　　　⟩
JEFFREY FINK, ⟩
　　　　　　　　　　　　　　　　　　⟩
　　　　　Defendant. ⟩

## PLAINTIFFS' PROPOSED FINDINGS OF FACT , CONCLUSIONS OF LAW AND PROPOSED JUDGMENT

COME NOW plaintiffs Wessel H. Meyer, Individually and as Administrator of the Estate of Mauritius A. Meyer, and Martha A. Meyer, and submit their proposed findings of fact, conclusions of law and proposed judgment in support of their prayer that judgment be entered in their favor and against Jeffrey Fink. That Jeffrey Fink be found to be liable for the injuries, death and damages suffered by plaintiffs as a result of the rollover crash on November 16, 2008. That their economic damages be found to be $2,200,846.00, that their noneconomic damages be found to be the statutory maximum of $250,000.00, that their damages for the care and reasonable funeral expenses for Mauritius Meyer ("Meyer") be found to be $53,356.48, all for a total of $2,504,202.48 for the wrongful death of Meyer. That the Court find for the plaintiffs and against defendant Jeffrey Fink ("Fink") in the survival action for pain, suffering and mental anguish in the amount of $25,000.00.

20754676v1



Received Fax :        Oct 30 2013 2:22PM      Fax Station :   HP LASERJET FAX                  p. 3

10/30/2013 13:37 FAX   1                                                              ☑ 003/007

A.    **Findings of Fact**

1.    That plaintiffs are proper parties to this action. (Plaintiffs' Petition).

2.    That on November 16, 2008, at approximately 9:54 a.m., Myles Runyon was operating a 1999 GMC pickup truck westbound on Interstate 70 near mile marker 318 in Riley County, Kansas. (Exhibit 23)

3.    That defendant Fink was a passenger in Runyon's truck and was sitting in the middle of the bench seat. (Exhibit 23)

4.    That Meyer was also a passenger in Runyon's truck and was sitting next to the right door of the truck on the right side of Fink. (Exhibit 23)

5.    As Runyon's truck was traveling west on Interstate 70, defendant Fink negligently took control of the truck by shifting the truck out of "drive" and into "park" or "reverse." (Exhibits 23 and 26)

6.    Defendant Fink's action in causing the gear selector to be shifted from "drive" into "park" or "reverse" while the truck was traveling at highway speed was negligent and caused the truck to go out of control and roll three times. (Exhibit 23)

7.    That Meyer was thrown from the truck and suffered serious injuries which ultimately resulted in his death. (Exhibit 23)

8.    That Meyer died on November 17, 2008 at Stormont-Vail Hospital in Topeka, Kansas. (Exhibits 25 and 28)

9.    That upon his arrival at Stormont-Vail Hospital, Meyer was moving his limbs and it is more likely than not he endured pain and suffering and mental anguish prior to his death. (Exhibit 28)

20754676v1                                    2

10.     That Meyer was a good student and planned to be a doctor like his father and his uncle. His mother's family and his father's family had many highly educated, professional members and more likely than not, he would have been a doctor as well. (Exhibits 27 and 28)

11.     That plaintiffs Martha Meyer and Wessel Meyer suffered and will continue to suffer severe mental anguish, suffering and bereavement as a result of the death of their son. (Exhibits 27 and 28)

12.     That plaintiffs Martha Meyer and Wessel Meyer suffered loss of society, loss of comfort and loss of companionship as a result of the death of their son. (Exhibits 27 and 28)

13.     That the Court should find that, pursuant to K.S.A. 60-1903, the amount of noneconomic damages should be $250,000.00.

14.     That the plaintiffs incurred reasonable and necessary medical expenses and funeral expenses for the care and burial of Meyer, all caused by the injury described above in the amount of $53,356.48. (Exhibits 2 through 11)

15.     That plaintiffs suffered economic damages for loss of services, filial care, attention and protection in the amount of $165,735.00. (Exhibit 13)

16.     That plaintiffs have suffered economic damages for loss of earnings Meyer would have contributed to his parents during the remainder of his lifetime in the amount of $2,035,111.00. (Exhibit 13)

17.     That this matter was tried before the Honorable David Stutzman on September 18, 2013.

18.     That plaintiffs offered and the Court received and entered into evidence Exhibits 2 through 28 which are part of the record herein.

20754676v1                                    3

Received Fax :        Oct 30 2013 2:22PM      Fax Station :  HP LASERJET FAX              p  5

10/30/2013 13:37 FAX   1                                                      @005/007

19.    That at the conclusion of the plaintiffs' case the defendant, through counsel, advised the Court he would not present evidence contesting his liability to the plaintiffs and agreed to having the Court consider the facts and make an independent assessment as to the reasonable outcome of the case.

**B.    Conclusions of Law**

1.    That the Findings of Fact set forth above are supported by the evidence submitted by the plaintiffs and are found, in good faith, to be reasonable pursuant to *Glenn v. Fleming*, 247 Kan. 296, 799 P.2d 79 (1990).

2.    That the bases for the wrongful death economic and noneconomic damages are found in K.S.A. 60-1901 *et seq.*

3.    That the basis for the amount of noneconomic damages is found in K.S.A. 60-1903.

4.    That the basis for the survival of personal injury damages is found in K.S.A. 60-1801.

5.    Where, as here, plaintiffs have shown an actual loss of services, attention, care, advice, protection and educational, physical and moral training and guidance, they are to be considered in determining economic damages. Such services are valuable *per se* and economic in nature. *Wentling v. Medical Anesthesia Services*, 237 Kan. 503, 701 P.2d 939 (1985).

**C.    Proposed Judgment**

The Court makes the following findings based on a reasonable and good faith evaluation of all of the evidence introduced at trial:

1.    That Jeffrey Fink does not contest the evidence presented by the plaintiffs and that evidence is sufficient to establish that the defendant is liable to the plaintiffs.

20754676v1                             4

2.      That plaintiffs' damages for the wrongful death of Meyer are $53,356.48 for reasonable and necessary medical and funeral expenses. That the noneconomic damages are found to be $250,000.00, and the economic damages are found to be $2,200,846.00, all as a result of the negligence and fault of Fink.

3.      That from the beginning of the incident, where the Runyon truck went out of control on November 16, 2008, until his death on November 17, 2008, Meyer endured pain, suffering and mental anguish, and, as a result, was damaged in the amount of $25,000.00.

For all of the above-stated reasons, judgment should be entered for plaintiffs and against defendant Fink in the above-stated amounts and for plaintiffs' costs.

Respectfully submitted,

LATHROP & GAGE LLP

By: _____

Frederick K. Starrett  KS #9425
Building 82, Suite 1000
10851 Mastin Boulevard
Overland Park, Kansas 66210-1669
Telephone: (913) 451-5100
Telecopier: (913) 451-0875

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2013, a copy of the above and foregoing document was served upon the following via First Class United States Mail:

20754676v1                              5

Received Fax :          Oct 30 2013 2:22PM   Fax Station :   HP LASERJET FAX                    p  7

10/30/2013 13:38 FAX   1                                                                    ☑007/007

Craig C. Blumreich
LARSON & BLUMREICH, CHARTERED
5601 SW Barrington Court South
P.O. Box 4306
Topeka, Kansas  66604

An Attorney for Plaintiffs

Received Fax :          Oct 30 2013 2:22PM     Fax Station :   HP LASERJET FAX        0 _ 1
10/30/2013 13:38 FAX  1                                                        ☑001/007

## Facsimile Transmission Cover Sheet

### Form for Rule 119(d)(3)

DATE:      October 30, 2013

TO:        **Clerk of the District Court, Riley County, Kansas**

FAX Number: 785-537-6382

Case Number: 10-CV-325

Caption:   *Wessel H. Meyer, Individually and as Administrator of the Estate of
           Mauritius A. Meyer, and Martha A. Meyer v. Jeffrey Fink*

FROM:      LATHROP & GAGE LLP
           Frederick K. Starrett  KS #9425
           Building 82, Suite 1000
           10851 Mastin Boulevard
           Overland Park, KS  66210-1669
           fstarrett@lathropgage.com
           Telephone Number: (913) 451-5100
           Fax Number: (913) 451-0875

           ATTORNEYS FOR PLAINTIFFS

       NOTE:  Document length is limited to 10 pages.  A cover sheet must separate
each document filed.

**Document Name**                              **No. of Pages** (excluding this page)

PLAINTIFFS' PROPOSED FINDINGS OF
FACT, CONCLUSIONS OF LAW AND                        6
PROPOSED JUDGMENT


Special Instructions:  None.


20912610v1



# LATHROP & GAGE LLP

FREDERICK K. STARRETT
DIRECT LINE: 913.451.5140
EMAIL: FSTARRETT@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

BUILDING 82, SUITE 1000
10851 MASTIN BOULEVARD
OVERLAND PARK, KANSAS 66210-1669
PHONE: 913.451.5100
FAX: 913.451.0875

December 13, 2013

*FILED*
*2013 DEC 27 PM 5: 03*
*DISTRICT COURT*
*RILEY CO. KS.*

The Honorable David L. Stutzman
Judge, Division III
Riley County Courthouse
100 Courthouse Plaza
P.O. Box 158
Manhattan, KS 66505-0158

Re: *Wessel H. Meyer, et al v. Jeffrey Fink*
Riley County Case No. 10-CV-325

Dear Judge Stutzman:

Per my discussion with your office, enclosed please find a copy of the Petition for Issuance of Letters of Administration regarding *In The Matter Of The Estate Of Mauritius A. Meyer, Deceased*; Case No. 2009 P12 42, filed in the District Court of Leavenworth County, Kansas.

If you should need anything further, please do not hesitate to contact me.

Very truly yours,

LATHROP & GAGE LLP

By: Frederick K. Starrett

FKS:kkp
Enclosure

cc (w/enclosure): Craig Blumreich

CALIFORNIA    COLORADO    ILLINOIS    KANSAS    MASSACHUSETTS    MISSOURI    NEW YORK

21102853v1

*Son died est.*
*opened est.*
*for claim (liab ? waiver ?)*
*settled w/ waiver*
*& pd. in to estate)*
*to pursue further claims*

FILED
LEAVENWORTH CO. KS
2009 MAR 26  PM 1:02
DARLA FARNSWORTH
CLERK OF DIST COURT

*Amica*
*Mutual*
*Insurance*

# IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS
## PROBATE DEPARTMENT

In The Matter Of The Estate Of

Case No. 2009 P12 42

**MAURITIUS A. MEYER**, Deceased

K.S.A. Ch. 59

### PETITION FOR ISSUANCE OF LETTERS OF ADMINISTRATION

COMES NOW Wessel Meyer, the petitioner, and alleges and states:

1.     Petitioner's residence and address is 182 Canyon View Drive, Lansing, Kansas 66043.

2.     Petitioner has an interest in the decedent's estate as the father of and as an heir at law of Mauritius A. Meyer, deceased.

3.     Mauritius A. Meyer died in Topeka, Shawnee County, Kansas, on November 17, 2008, and at the time of his death was an adult, a legal resident of Leavenworth County, Kansas, a legal resident of the United States of America and a citizen of the Republic of South Africa, and leaving property in the State of Kansas that is subject to administration.

4.     The names, ages, relationships, residences and addresses of the heirs of the decedent so far as is know or can with reasonable diligence be ascertained are:

| Name | Age | Relationship | Address |
|------|-----|--------------|---------|
| Wessel Meyer | Adult | Father | 182 Canyon View Drive Lansing, KS 66043 |

| Martha Aletta Meyer | Adult   Mother | 182 Canyon View Drive<br>Lansing, KS 66043 |

5.      So far as is known or can with reasonable diligence be ascertained, decedent had no spouse or children or adopted children, or issue of deceased children, natural or adopted or other heirs who survived the decedent.

6.      After diligent search and inquiry by the petitioner, no document purporting to be the will of the decedent has been found and the petitioner is of the belief that the decedent died intestate.

7.      None of the heirs are in the military service of the United States of America or its allies and there is no need to appoint a personal representative under the terms of the Servicemembers' Civil Relief Act of 2003.

8.      The general character and probable value of the decedent's estate are as follows: Real Estate: None.    Personal Property: Contingent and unliquidated claim for personal damages, value unknown.

9.      Appointment of an administrator is necessary for the collection, conservation, and administration of the estate.  Wessel Meyer, the petitioner, is a suitable and competent person to be granted Letters of Administration.

10.     Simplified administration is appropriate because there is no real estate in the estate and all of the interested parties have consented to simplified administration.

WHEREFORE, the petitioner prays that Letters of Administration pursuant to the Kansas Simplified Estates Act be issued to Wessel Meyer, to serve without bond.

_____
WESSEL MEYER, Petitioner

STATE OF KANSAS                    )
                                   ) ss:
COUNTY OF _Leavenworth_            )


    WESSEL MEYER, of lawful age, being first duly sworn, upon his oath states that he is the petitioner named above, he has read the above petition, knows the contents, and knows that all of the statements made therein are true and correct.

_____
WESSEL MEYER

    Subscribed and Sworn to before my by WESSEL MEYER, this _19th_ day of _MARCH_, 2009.

TIMOTHY J. CARMODY
My Appl. Exp. _11/1/2010_

_____
Notary Public

BERGER & CARMODY, P.A.

_____
Timothy J. Carmody      # 8775
10955 Lowell, Ste. 520
Overland Park, KS 66210
(913) 491-6332
Fax: (913) 451-9147
Attorney for Petitioner